## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-00742-LPS <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiffs' Motion for Preliminary Injunction. Upon consideration, the Court has determined that Plaintiffs' Motion for Preliminary Injunction is GRANTED. It is therefore ORDERED that Defendant VMware, Inc. and its officers, directors, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them, shall be enjoined from making, using, selling, or offering for sale products that infringe U.S. Patent No. 8,209,687, including without limitation, vRealize Operations ("vROps") 7.0 and 7.5, until a trial can be held on the merits.

Executed this ___ day of _____, 2019.

By_____
Hon. Leonard P. Stark
United States District Chief Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-00742-LPS <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, certify that on May 6, 2019, two copies of the attached document were served upon VMware, Inc. by hand via VMware's Registered Agent (c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange St Wilmington, DE 19801).

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

ATTORNEYS FOR PLAINTIFFS
CIRBA INC. (D/B/A DENSIFY)
AND CIRBA IP, INC