## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VMWARE, INC.,<br><br>Defendant. | C.A. No. 19-742-LPS |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that, pursuant to D. Del. LR 83.7, the appearance of Christopher J. Wiener as counsel for VMware, Inc. in the above-captioned action is hereby withdrawn.[1]  Morrison & Foerster LLP and Young Conaway Stargatt & Taylor, LLP shall continue as counsel of record to VMware, Inc. in the above-captioned action.

|  |  |
|---|---|
| Dated: June 4, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| OF COUNSEL: | */s/ Samantha G. Wilson* |
| | Anne Shea Gaza (No. 4093) |
| Michael A. Jacobs | Samantha G. Wilson (No. 5816) |
| Richard S. J. Hung | Rodney Square |
| Jennifer Luh | 1000 North King Street |
| Elizabeth Ann Patterson | Wilmington, DE 19801 |
| MORRISON & FOERSTER LLP | (302) 571-6600 |
| 425 Market Street | agaza@ycst.com |
| San Francisco, CA  94105 | swilson@ycst.com |
| (415) 268-7000 | |
| mjacobs@mofo.com | |
| rhung@mofo.com | *Attorneys for Defendant* |
| jluh@mofo.com | |
| epatterson@mofo.com | |

---

[1] Admitted May 7, 2019 (*see* D.I. 23).

Bita Rahebi
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
(213) 892-5200
brahebi@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
(303) 592-2204
sllewellyn@mofo.com

01:24524124.1

## **CERTIFICATE OF SERVICE**

I, Samantha G. Wilson, hereby certify that on June 4, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kenneth L. Dorsney, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>*kdorsney@morrisjames.com*
>
>*Attorney for Plaintiffs*

I further certify that on June 4, 2019, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Courtland L. Reichman, Esquire
>Shawna L. Ballard, Esquire
>Jennifer Estremera, Esquire
>Phillip Lee, Esquire
>Michael G. Flanigan, Esquire
>Joachim B. Steinberg, Esquire
>Reichman Jorgensen LLP
>303 Twin Dolphin Drive, Suite 600
>Redwood Shores, CA  94065
>*creichman@reichmanjorgensen.com*
>*sballard@reichmanjorgensen.com*
>*jestremera@reichmanjorgensen.com*
>*plee@reichmanjorgensen.com*
>*mflanigan@reichmanjorgensen.com*
>*jsteinberg@reichmanjorgensen.com*
>
>Sarah O. Jorgensen, Esquire
>Reichman Jorgensen LLP
>1201 West Peachtree Street, Suite 2300
>Atlanta, GA 30309
>*sjorgensen@reichmanjorgensen.com*

24470581.1

Christine E. Lehman, Esquire
Reichman Jorgensen LLP
1615 M Street, N.W., Suite 300
Washington, DC 20035
*clehman@reichmanjorgensen.com*

Jaime F. Cardenas-Navia, Esquire
Reichman Jorgensen LLP
100 Park Avenue, Suite 1600
New York, NY 10017
*jcardenas-navia@reichmanjorgensen.com*

*Attorneys for Plaintiffs*

Dated: June 4, 2019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Defendant*

2