# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>VMWARE, INC.,<br><br>  Defendant. | Civil Action No. 19-742-LPS<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Wesley Lanier White to represent Plaintiffs Cirba Inc. (d/b/a Densify) and Cirba IP, Inc. in this matter.

Dated: June 17, 2019

  */s/ Kenneth L. Dorsney*
  Kenneth L. Dorsney (#3726)
  MORRIS JAMES LLP
  500 Delaware Ave., Ste. 1500
  Wilmington, DE 19801-1494
  Tel: (302) 888-6800
  kdorsney@morrisjames.com

  *Attorneys for Plaintiffs*
  *Cirba Inc. (d/b/a Densify) and Cirba IP, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                United States District Court Chief Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00 will be submitted upon the filing of this motion.

Date:   June  17  , 2019

Signed: *Wesley White*
Wesley Lanier White, Esq.
REICHMAN JORGENSEN LLP
100 Park Avenue
Suite 1600
New York, NY 10017
(212) 381-1965
wwhite@reichmanjorgensen.com