**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., | Civil Action No. 19-742 LPS |
| Plaintiffs, | |
| v. | **JURY TRIAL DEMANDED** |
| VMWARE, INC., | |
| Defendant. | |

### STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE UNDER SEAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the parties may file their supplemental and reply briefing regarding Plaintiffs' motion for preliminary injunction (*see* D.I. 38), and any submissions related thereto, under seal, subject to the requirements of D. Del. LR 5.1.3.  In accordance with that Rule, the parties shall submit public versions of their respective under seal submissions within seven days after each such document is filed with the Court.

Dated: July 24, 2019

MORRIS JAMES LLP

   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (No. 3726)
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

   */s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*

2

**SO ORDERED** this _____ day of _____, 2019.

_____
Chief, United States District Court Judge