# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a/ DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-00742-LPS <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION TO SEVER
## DEFENDANTS' PATENT INFRINGEMENT COUNTERCLAIMS

Plaintiffs Cirba Inc. and Cirba IP, Inc. ("Densify") move to sever Defendant VMWare Inc.'s patent infringement counterclaims, Counts 1-4, from this action under Rule 21 of the Federal Rules of Civil Procedure and the Court's discretion. Densify respectfully requests that the Court sever these claims into a separate action. The grounds for this motion are set forth in Densify's Opening Brief in Support of its Motion to Sever Defendant's Patent Infringement Counterclaims.

Pursuant to Local Rule 7.1.1, Densify met and conferred with VMware about the relief sought in this motion and understands that VMware will not, at this time, consent to severance or expedition.

A proposed order is attached to this motion.

| | |
|---|---|
| Dated: August 27, 2019 | Respectfully submitted, <br><br> */s/ Kenneth L. Dorsney* <br><br> Kenneth L. Dorsney (#3726) <br> Morris James LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> Telephone: (302) 888-6800 <br> kdorsney@morrisjames.com |

1

Sarah O. Jorgensen (*pro hac vice*)
sjorgensen@reichmanjorgensen.com
Reichman Jorgensen LLP
1201 West Peachtree, Suite 2300
Atlanta, GA 30309
Telephone: (650) 623-1403
Telecopier: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Reichman Jorgensen LLP
1615 M Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 894-7311
Telecopier: (650) 623-1449

Jaime F. Cardenas-Navia (*pro hac vice*)
jcardenas-navia@reichmanjorgensen.com
Wesley L. White (*pro hac vice*)
wwhite@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Park Avenue, Suite 1600
New York, NY 10017
Telephone: (646) 921-1474
Telecopier: (650) 623-1449

Courtland L. Reichman (*pro hac vice*)
creichman@reichmanjorgensen.com
Shawna Ballard (*pro hac vice*)
sballard@reichmanjorgsensen.com
Jennifer P. Estremera (*pro hac vice*)
jestremera@reichmanjorgensen.com
Joachim B. Steinberg (*pro hac vice*)
jsteinberg@reichmanjorgensen.com
Michael G. Flanigan (*pro hac vice*)
mflanigan@reichmanjorgensen.com
Kate Falkenstien (*pro hac vice*)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Telecopier: (650) 623-1449

Gary J. Toman *(pro hac vice)*
GToman@wwhgd.com
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
Telephone: (404) 876-2700
Telecopier: (404) 875-9433

**ATTORNEYS FOR PLAINTIFFS
CIRBA, INC. and CIRBA IP, INC.**

11134936/1

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a/ DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-00742-LPS <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEVER DEFENDANTS' PATENT INFRINGEMENT COUNTERCLAIMS

Before the Court is Plaintiffs' Motion to Sever Defendant's Patent Infringement Counterclaims. Upon consideration, the Court has determined that Plaintiffs' Motion is GRANTED. It is therefore ordered that Defendant's Counterclaims 1-4 are hereby severed into a separate action.

Executed this __ day of _____, 2019.

By_____
Hon. Leonard P. Stark
United States District Judge