# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., | Civil Action No. 1:19-cv-00742-LPS |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| VMWARE, INC., | |
| Defendant. | |

## JOINT CLAIM CONSTRUCTION CHART

In accordance with Paragraph 13 of the Scheduling Order, Plaintiffs Cirba Inc. (d/b/a Densify) and Cirba IP, Inc. (collectively, "Densify"), and Defendant VMware, Inc. ("VMware"), respectfully submit this Joint Claim Construction Chart.

Attached as Exhibit A and Exhibit B are tables identifying the parties' proposed claim construction positions with respect to certain terms in the asserted claims of U.S. Patent Nos. 8,209,687 ("the '687 patent") and 9,654,367 ("the '367 patent"), respectively, with citations to the intrinsic evidence in support of each party's proposed constructions. The parties note that the inclusion of a pin cite below for a particular evidentiary citation does not preclude reliance on any other part of that evidence. The parties also reserve the right to rely on any evidence relied upon by any other party to support its construction for a disputed term.

The parties reserve their right to amend their proposed constructions, to supplement this Joint Claim Construction Chart with additional intrinsic evidence, and/or to rely upon additional intrinsic evidence in their claim construction briefs. The parties further reserve the right to rely on extrinsic evidence to support a construction for a disputed term.

11259499/1

Copies of the '687 and '367 patents are attached as Exhibits C and D, respectively. Copies of the intrinsic record (excerpts from the file histories of the '687 and '367 patents) relied upon by either or both of the parties are attached as Exhibits E and F, respectively.

<table>
<tr><td>Dated: September 27, 2019</td><td>Respectfully submitted,</td></tr>
<tr><td><em>s/ Kenneth L. Dorsney</em></td><td><em>s/ Samantha G. Wilson</em></td></tr>
<tr><td>Kenneth L. Dorsney (#3726)<br>kdorsney@morrisjames.com<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800</td><td>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com</td></tr>
<tr><td><em>Attorneys for Plaintiffs Cirba, Inc. and Cirba IP, Inc.</em></td><td><em>Attorneys for Plaintiff/Counter-Defendant VMware, Inc.</em></td></tr>
</table>

## EXHIBIT A
## Proposed Constructions for U.S. Patent No. 8,209,687 ('687 patent)

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claim 7**<br>"evaluating each virtual guest against each virtual host and other virtual guests" | Not indefinite.<br><br>"evaluating each virtual machine of the plurality of virtual machines against each virtual host included in the placement validation and any other virtual machines from among the plurality"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Figs. 3(a), 3(b), 25, 26, 43, 46; 2:27-40; 3:12-25; 4:56-58; 7:25-33; 8:38-54; 9:47-54; 19:42-46; 23:17-24; 24:39-54; 25:63-26:14; 27:54-28:14; 29:57-67; 30:15-50; 31:65-32:20; 32:40-53; 35:3-23; 36:22-28<br>• '687 Patent File History: originally filed specification and claims; Response, Ser. No. 12/201,323, at 4, 9-10 (Dec. 19, 2011) | "evaluating each virtual machine against each virtual host and other virtual machines"<br><br>or<br><br>indefinite<br><br>**Intrinsic Evidence**<br>• Provisional application No. 60/969,344 at pages 10, 13, 14, 16, and 21.<br>• File History of U.S. Patent No. 8,209,687, specifically, the Amendment (and Applicant's remarks, *e.g.*, at pages 10-12) filed on Dec. 19, 2011 in response to the Examiner's Non-Final Rejection mailed on August 19, 2011.<br>• U.S. Patent No. 8,209,687 specification at 1:64-65; 3:12-21; 25:48-59; 26:37-40; 28:59-66; 29:57-67; 31:4-5 and all Figures illustrating these discussions in the specification.<br>• U.S. Patent No. 8,209,687 1-4, 6, 21, 24-26, and 30-36 and all corresponding discussions in the specification with respect to these Figures. |

1

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claims 1, 13, 16**<br>"each candidate virtual guest" | "each computer system being considered for conversion to a virtual machine or different type of virtual machine, of the plurality of systems"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Figs. 3(a), 3(b), 25, 26, 43, 46; 2:27-40; 3:12-25; 4:56-58; 7:25-33; 8:38-54; 9:47-54; 19:42-46; 23:17-24; 24:39-54; 25:63-26:14; 27:54-28:14; 29:57-67; 30:15-50; 31:65-32:20; 32:40-53; 35:3-23; 36:22-28<br>• '687 Patent File History: originally filed specification and claims; Response, Ser. No. 12/201,323, at 4, 9-10 (Dec. 19, 2011) | Plain meaning. |
| **Claims 1, 13, 16**<br>"each candidate virtual host" | "each computer system being considered for conversion to a virtual host or different type of virtual host, of the plurality of systems"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Figs. 3(a), 3(b), 25, 26, 43, 46; 2:27-40; 3:12-25; 4:56-58; 7:25-33; 8:38-54; 9:47-54; 19:42-46; 23:17-24; 24:39-54; 25:63-26:14; 27:63-28:14; 29:57-67; 30:15-50; 31:65-32:20; 32:40-53; 35:3-23; 36:22-28<br>• '687 Patent File History: originally filed specification and claims; Response, Ser. No. 12/201,323, at 4, 9-10 (Dec. 19, 2011) | Plain meaning. |

11259499/1

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claim 2**<br>"each virtual guest" | "each virtual machine of the plurality of existing physical systems"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Figs. 3(a), 3(b), 25, 26, 43, 46; 7:25-33; 8:38-54; 9:47-54; 19:42-46; 23:17-24; 24:39-54; 35:3-23; 36:22-28; claim 2<br>• '687 Patent File History: originally filed specification and claims; Response, Ser. No. 12/201,323, at 4, 9-10 (Dec. 19, 2011) | Plain meaning. |
| **Claim 2**<br>"each virtual host" | "each virtual host of the plurality of existing physical systems"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Figs. 3(a), 3(b), 25, 26, 43, 46; 7:25-33; 8:38-54; 9:47-54; 19:42-46; 23:17-24; 24:39-54; 35:3-23; 36:22-28; claim 2<br>• '687 Patent File History: originally filed specification and claims; Response, Ser. No. 12/201,323, at 4, 9-10 (Dec. 19, 2011) | Plain meaning. |
| **Claim 3**<br>"each virtual guest" | "each virtual machine of the plurality of existing virtual guests"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Figs. 3(a), 3(b), 25, 26, 43, 46; 7:25-33; 8:38-54; 9:47-54; 19:42-46; 23:17-24; 24:39-54; 35:3-23; 36:22-28; claim 3<br>• '687 Patent File History: originally filed specification and claims; Response, Ser. No. 12/201,323, at 4, 9-10 (Dec. 19, 2011) | Plain meaning. |

3

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claim 7**<br>"each virtual guest" | "each virtual machine of the plurality of virtual machines"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Figs. 3(a), 3(b), 25, 26, 43, 46; 7:25-33; 8:38-54; 9:47-54; 19:42-46; 23:17-24; 24:39-54; 35:3-23; 36:22-28; claim 7<br>• '687 Patent File History: originally filed specification and claims; Response, Ser. No. 12/201,323, at 4, 9-10 (Dec. 19, 2011) | Plain meaning. |
| **Claim 7**<br>"each virtual host" | "each virtual host included in the placement validation"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Figs. 3(a), 3(b), 25, 26, 43, 46; 7:25-33; 8:38-54; 9:47-54; 19:42-46; 23:17-24; 24:39-54; 35:3-23; 36:22-28; claim 7<br>• '687 Patent File History: originally filed specification and claims; Response, Ser. No. 12/201,323, at 4, 9-10 (Dec. 19, 2011) | Plain meaning. |

4

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claims 1, 13, 16, 17**<br>"an existing physical environment comprising a plurality of systems" | "an existing computing environment comprising a plurality of systems"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Fig. 3(a); 5:61-6:21; 7:3-14; 7:25-33; 7:66-8:31; 24:55-65.  25:63-26:14; 27:22-34. 27:57-65; 28:15-22; 29:3-5; 32:21-35; 33:10-23; 34:13-25<br>• '687 Patent File History: originally filed specification and claims | "a computing environment having a plurality of computer servers that are not virtualized"<br><br>**Intrinsic Evidence**<br>• Provisional application No. 60/969,344 at 3-10, 14, and 16.<br>• File History of U.S. Patent No. 8,209,687, specifically, the Amendment (and Applicant's remarks, *e.g.*, at pages 10-12) filed on Dec. 19, 2011 in response to the Examiner's Non-Final Rejection mailed on August 19, 2011.<br>• U.S. Patent No. 8,209,687 specification at 1:64-2:2; 6:6-12; 6:17-21; 6:24-46; 7:25-67; 8:1-54; 9:47-67; 10:1-39; 24:38-67; 25:1-31; 25:38-67; 26:1-22; 27:57-67; 28:1-59; 32:1-53; 34:12-29 and all Figures illustrating these discussions in the specification.<br>• U.S. Patent No. 8,209,687 Figures 1-4, 6, 21, 24-26, and 30-36 and all corresponding discussions in the specification with respect to these Figures. |

11259499/1

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claim 2**<br>"a plurality of existing physical systems" | "a plurality of existing computer servers"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Fig. 30, 32; 4:51-53; 6:6-21; 7:3-14; 7:25-33; 7:66-8:31; 24:55-65; 25:63-26:14; 27:22-34; 27:57-65. 28:15-22; 29:3-5; 32:21-35; 33:10-23; 34:13-25<br>• '687 Patent File History: originally filed specification and claims<br>• Tom Yuyitung, et al., VMWare Analysis Using CiRBA, p. 3 (Aug. 2007) (Provisional Application No. 60/969,344) at 14 | "a plurality of computer servers that are not virtualized"<br><br>**Intrinsic Evidence**<br>• Provisional application No. 60/969,344 at 3-10, 14, and 16.<br>• File History of U.S. Patent No. 8,209,687, specifically, the Amendment (and Applicant's remarks, *e.g.*, at pages 10-12) filed on Dec. 19, 2011 in response to the Examiner's Non-Final Rejection mailed on August 19, 2011.<br>• U.S. Patent No. 8,209,687 specification at 1:64-2:2; 6:6-12; 6:17-21; 6:24-46; 7:25-67; 8:1-54; 9:47-67; 10:1-39; 24:38-67; 25:1-31; 25:38-67; 26:1-22; 27:57-67; 28:1-59; 32:1-53; 34:12-29 and all Figures illustrating these discussions in the specification.<br>• U.S. Patent No. 8,209,687 Figures 1-4, 6, 21, 24-26, and 30-36 and all corresponding discussions in the specification with respect to these Figures. |

11259499/1

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claims 1, 6, 13, 16, 17** "candidate virtual guests"/"a set of virtualization guest candidates" | Plain meaning or:<br><br>"computer system being considered for conversion to a virtual machine or different type of virtual machine" / "a set of computer systems that are being considered for conversion to a virtual machine or different type of virtual machine"<br><br>**Intrinsic Evidence**<br>• '687 Patent: 2:27-40; 3:12-25; 4:56-58; 25:63-26:14; 27:63-28:14; 29:57-67; 30:15-50; 31:65-32:20; 32:40-53<br>• '687 Patent File History: originally filed specification and claims | "computer server being considered for conversion to a virtual machine"/"a set of computer servers that are being considered for conversion to virtual machines"<br><br>**Intrinsic Evidence**<br>• Provisional application No. 60/969,344 at 3-10, 14, and 16.<br>• U.S. Patent No. 8,209,687 specification at 1:64-2:2; 6:6-12; 6:17-21; 6:24-46; 7:25-67; 8:1-54; 9:47-67; 10:1-39; 24:38-67; 25:1-31; 25:38-67; 26:1-22; 27:57-67; 28:1-59; 32:1-53; 34:12-29 and all Figures illustrating these discussions in the specification.<br>• U.S. Patent No. 8,209,687 Figures 1-4, 6, 21, 24-26, and 30-36 and all corresponding discussions in the specification with respect to these Figures. |

11259499/1

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claims 1, 6, 13, 16, 17**<br><br>"candidate virtual host"/"a set of virtualization host candidates"/"virtual host candidates" | Plain meaning or:<br><br>"Computer system being considered for conversion to a virtual host or different type of virtual host" / "a set of computer systems that are being considered for conversion to a virtual host or different type of virtual host"<br><br>**Intrinsic Evidence**<br>• '687 Patent: 2:27-40; 3:12-25; 4:56-58; 25:63-26:14; 27:63-28:14; 29:57-67; 30:15-50; 31:65-32:20; 32:40-53<br>• '687 Patent File History: originally filed specification and claims | "computer server being considered for conversion to a virtual host"/ "a set of computer servers that are being considered for conversion to virtual hosts"/"computer server being considered for conversion to a virtual hosts"<br><br>**Intrinsic Evidence**<br>• Provisional application No. 60/969,344 at 3-10, 14, and 16.<br>• U.S. Patent No. 8,209,687 specification at 1:64-2:2; 6:6-12; 6:17-21; 6:24-46; 7:25-67; 8:1-54; 9:47-67; 10:1-39; 24:38-67; 25:1-31; 25:38-67; 26:1-22; 27:57-67; 28:1-59; 32:1-53; 34:12-29 and all Figures illustrating these discussions in the specification.<br>• U.S. Patent No. 8,209,687 Figures 1-4, 6, 21, 24-26, and 30-36 and all corresponding discussions in the specification with respect to these Figures. |
| **Claims 6, 17**<br><br>"if sufficient capacity exists"/ "if there is insufficient capacity" | Plain meaning or:<br><br>"if the workload requirements are less than the host capacity"/ "If the workload requirements are more than the host capacity"<br><br>**Intrinsic Evidence**<br>• '687 Patent: 3:12-25; 28:23-39; 29:22-56; 35:54-63<br>• '687 Patent File History: originally filed specification and claims | Indefinite. |

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claim 7**<br>"identifying the existence of virtual machines with suboptimal placements" | Not indefinite.<br><br>Plain meaning; or<br><br>"identifying the existence of virtual machines with less than optimal placements as determined by the evaluation step"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Figs. 1, 2, 42, 49-56; 6:15-21; 6:59-7:14; 7:25-22; 8:55-9:4; 9:52-10:2; 11:24-34; 12:64-13:67; 21:56-22:24; 25:10-18; 26:44-65; 30:29-42; 33:7-30; 34:59-35:52; 35:24-53; 36:7-60<br>• '687 Patent File History: originally filed specification and claims | Indefinite. |

9

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claims 1, 2, 3, 12, 13, 16, 17** "business [constraint]" | "what should go together or stay apart based on business criteria"<br><br>**Intrinsic Evidence**<br>• '687 Patent: 2:12-15; 2:36-40; 2:41-45; 2:51-55; 3:29-32; 6:32-36; 6:59-65; 7:34-55; 8:58-66; 10:34-38; 11:11-14; 11:24-34; 12:1-4; 12:45-49; 15:36-46; 19:30-38; 23:23-32; 24:39-54; 25:3-9; 26:23-43; 31:13-28; 32:40-53; 34:61-35:1; 35:3-23; 35:24-32<br>• '687 Patent File History: originally filed specification and claims<br>• Tom Yuyitung, et al., VMWare Analysis Using CiRBA, p. 3 (Aug. 2007) (Provisional Application No. 60/969,344) at 4, 8, 14, 19 | "A restriction or limitation based on a business parameter, such as physical location, organization department, data segregation requirements, owner, service level agreements, maintenance windows, hardware lease agreements, or software licensing agreements"<br><br>**Intrinsic Evidence**<br>• Provisional application No. 60/969,344 at 3-10, 14, and 16.<br>• U.S. Patent No. 8,209,687 specification at 2:12-23; 2:27-60; 6:24-67; 7:15-67; 23:1-51; 24:39-67; 25:1-67; 26:1-67; 27:1-53; 30:29-42 and all Figures illustrating these discussions in the specification.<br>• U.S. Patent No. 8,209,687 Figures 1-4, 6, 21, 24-26, and 30-36 and all corresponding discussions in the specification with respect to these Figures. |

10

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claim 2**<br>"said one of said plurality of virtual design scenarios" | Not indefinite.<br><br>Plain meaning; or<br><br>"one of said plurality of virtual environment designs"<br><br>**Intrinsic Evidence**<br>• '687 Patent: Fig. 2; 6:47-58 – 7:14; 30:42-50; 32:40-67<br>• '687 File History: originally filed specification and claims; Response, Ser. No. 12/201,323, at 3, 9 (Dec. 19, 2011) | Indefinite. |

11

| Claim Term/Phrase | Densify's Proposed Construction and Supporting Intrinsic Evidence | VMware's Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| **Claims 1, 13**<br>"determine whether the utilization or performance of an entity is in an acceptable range relative to its capacity or performance limits" | Not indefinite.<br><br>Plain meaning; or<br><br>"determine whether an entity's utilization or performance is within an acceptable range, relative to that entity's capacity or performance limits"<br><br>**Intrinsic Evidence**<br>• '367 Patent: 4:43-56; 4:57-64; 5:43-58; 6:28-37; 6:38-39; 6:40-7:52; 7:53-8:12<br>• '367 File History: originally filed specification and claims; Response, Ser. No. 14/180,438, at 2, 4, 6, 8-9 (Apr. 22, 2016) | Indefinite. |

Exhibit C



US008209687B2

(12) **United States Patent**    (10) **Patent No.:**   **US 8,209,687 B2**
Yuyitung et al.      (45) **Date of Patent:**     **Jun. 26, 2012**

(54) **METHOD AND SYSTEM FOR EVALUATING VIRTUALIZED ENVIRONMENTS**

(75) Inventors: **Tom Silangan Yuyitung**, Toronto (CA);
**Andrew Derek Hillier**, Toronto (CA)

(73) Assignee: **CiRBA Inc.**, Richmond Hill (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 931 days.

(21) Appl. No.: **12/201,323**

(22) Filed: **Aug. 29, 2008**

(65) **Prior Publication Data**

US 2009/0070771 A1    Mar. 12, 2009

**Related U.S. Application Data**

(60) Provisional application No. 60/969,344, filed on Aug. 31, 2007.

(51) **Int. Cl.**
*G06F 9/44*      (2006.01)

(52) **U.S. Cl.** .......................................... **718/1**; 718/104

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,138,078 A | 10/2000 | Canada et al. | |
| 6,148,335 A | 11/2000 | Haggard et al. | |
| 6,564,174 B1 * | 5/2003 | Ding et al. | 702/186 |
| 7,080,221 B1 * | 7/2006 | Todd et al. | 711/161 |
| 7,577,722 B1 * | 8/2009 | Khandekar et al. | 709/220 |
| 7,647,516 B2 * | 1/2010 | Ranganathan et al. | 713/320 |
| 7,886,293 B2 * | 2/2011 | Anderson et al. | 718/1 |
| 2003/0084157 A1 * | 5/2003 | Graupner et al. | 709/226 |
| 2004/0107125 A1 * | 6/2004 | Guheen et al. | 705/7 |

| | | | |
|---|---|---|---|
| 2004/0236971 A1 * | 11/2004 | Kopley et al. | 713/300 |
| 2005/0027466 A1 | 2/2005 | Steinmetz et al. | |
| 2006/0010176 A1 * | 1/2006 | Armington | 707/204 |
| 2006/0020924 A1 | 1/2006 | Lo et al. | |
| 2006/0167665 A1 * | 7/2006 | Ata | 703/2 |
| 2006/0230407 A1 * | 10/2006 | Rosu et al. | 718/105 |
| 2007/0006218 A1 * | 1/2007 | Vinberg et al. | 717/174 |
| 2007/0079308 A1 * | 4/2007 | Chiaramonte et al. | 718/1 |
| 2007/0094375 A1 | 4/2007 | Snyder et al. | |
| 2007/0106769 A1 | 5/2007 | Liu | |
| 2007/0250615 A1 | 10/2007 | Hillier | |
| 2007/0250621 A1 | 10/2007 | Hillier | |
| 2007/0250829 A1 | 10/2007 | Hillier et al. | |
| 2008/0011569 A1 | 1/2008 | Hillier et al. | |
| 2008/0256530 A1 | 10/2008 | Armstrong et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2382017 A1 | 4/2001 |
| CA | 2420076 A1 | 2/2003 |
| CA | 2486103 A1 | 4/2006 |
| CA | 2583582 A1 | 5/2006 |

(Continued)

OTHER PUBLICATIONS

Hillier, Andrew; "Large Scale Production Virtualization: Managing the Transformation"; White Paper; Oct. 2006; CiRBA Inc.

(Continued)

*Primary Examiner* — Eric Coleman
(74) *Attorney, Agent, or Firm* — Brett J. Slaney; Blake, Cassels & Graydon LLP

(57) **ABSTRACT**

A system and method are provided for incorporating compatibility analytics and virtualization rule sets into a transformational physical to virtual (P2V) analysis for designing a virtual environment from an existing physical environment and for ongoing management of the virtual environment to refine the virtualization design to accommodate changing requirements and a changing environment.

**18 Claims, 56 Drawing Sheets**



## FOREIGN PATENT DOCUMENTS

| WO | WO 03/009140 A2 | 1/2003 |
| WO | WO 2004/084083 A1 | 9/2004 |

## OTHER PUBLICATIONS

Hillier, Andrew; "Transformational Analytics: Virtualizing IT Environments"; White Paper; Apr. 2008; CiRBA Inc.

"Virtualization: Architectural Considerations and Other Evaluation Criteria"; White Paper; 2005; VMware.

"Building the Virtualized Enterprise with VMware Infrastructure"; White Paper; 2006; VMware.

"A Blueprint for Better Management from the Desktop to the Data Center"; White Paper; Feb. 2007; Novell.

Matheson, Leigh; Search Report from corresponding PCT Application No. PCT/CA2008/001522; Dec. 3, 2008.

Tanenbaum, Andrew S. et al; Distributed Systems: Principles and Paradigms; US Ed edition; Jan. 15, 2002; pp. 22-42, 326-336; Prentice Hall.

Hillier, Andrew; "A Quantitative and Analytical Approach to Server Consolidation" dated Jan. 2006, published at least as early as Feb. 3, 2006; CiRBA Inc.; Technical Whitepaper.

Hillier, Andrew; "Data Center Intelligence" dated Mar. 2006, published at least as early as Apr. 1, 2006; CiRBA Inc.; Technical Whitepaper.

Spellman, Amy et al.; "Server Consolidation Using Performance Modeling"; IT Professional; Sep./Oct. 2003; pp. 31-36; vol. 5, No. 5.

* cited by examiner



Figure 1



Figure 2



Figure 3(a)

Figure 3(b)



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8



Figure 9



28

Differential Rule Set

Analysis Rule Data Snapshot

For each rule set in rule set

Get data referenced by rule for source and target

Evaluate rule by comparing source and target data

Source == target?

Yes → Set score to 100 (no more analysis required for this pair)

No

**Evaluate rule set for source-target pair**
Compute 1-to-1 compatibility score, remediation costs
Compile matched rules

More source systems? — Yes

No

More target systems? — Yes

Figure 10

No

More rule sets? — Yes

No

Compile NxN scorecard map for each rule set. Each map contains every source-target combinations

**1-to-1 Rule-based Compatibility Analysis Report**
NxN scorecard maps for each rule set
Details on scores, remediation costs and matched rules for each source-target pair



Source Rule Data Snapshot
Target Rule Data Snapshot
Differential Rule Set
28
For each workload type in analysis (workload types = 1 to M)
For each system in workload data snapshot (target = 1 to N)
For each system in workload data snapshot (source = 1 to N)
Is rule true?
No
Yes
Add to intermediate list of matched rules
More rules in set?
Yes
No
Exclude suppressed rule entries from list of matched rules
Calculate compatibility score and remediation costs for current source-target pair based on rule weights, costs and mutex settings
1-to-1 Compatibility score, remediation costs and applicable rule details for source-target pair and rule set

Figure 11



Figure 12



94

Workload limits

Workload Analysis Data Snapshot

System Workload Benchmarks

96

For each workload type in analysis (workload types = 1 to M)

For each system in workload data snapshot (target = 1 to N)

For each system in workload data snapshot (source = 1 to N)

Source == target?      Yes      Set score to 100

No

Use system benchmarks to normalize workloads (if required)

Stack source workload on target at like times

Find worst case time for stacked workloads

Compute workload compatibility score

Yes      More source systems?

No

Yes      More target systems?

No

Yes      More workload types?

No

Figure 13

**Workload Compatibility Analysis Results**
NxN Workload Score Map for each workload type
Workload score details and stacked workload
charts for each system pair and workload type



Figure 14

## Advanced Settings -- Webpage Dialog

**Only include workload data for the following days**

☑ Monday ☑ Tuesday ☑ Wednesday ☑ Thursday ☑ Friday ☑ Saturday ☑ Sunday

☐ Include days matching weekly/monthly pattern based on:

    ◯ Current date plus [   ] days

    ◯ Specific Date: [     ] *(dd/mm/yyyy)*

        ~ 44

**Include days between** [0] **and** [100] **percentile based on:**

⊙ Daily average ◯ Busiest average hour of the day

Exclude hours of day: [     ] (e.g. 0-7,12,8-23)

**Representative Day Selection**

⊙ Busiest ◯ Typical (median) ◯ Least busy ◯ Average ◯ Predicted

    Assume growth of [0] %

    Predict [30] days in the future with maximum change of [50] %

☐ Assume zero workload for all target-only systems     [ OK ] [ Cancel ]

## Figure 15



Figure 16

**Workload Settings -- Webpage Dialog**   ☒

| Date Settings | Limits | Parameters |

**Workload Parameters**

| CPU Utilization (Virtualization) | Value |
| --- | --- |
| CPU Utilization Overhead | 0.00 |
| Disk I/O Overhead | 0.00 |
| Net I/O Overhead | 0.00 |
| Confidence Limit | 100.00 |
| Strategy Name | |

| Disk I/O Bytes | Value |
| --- | --- |
| Confidence Limit | 100.00 |
| Strategy Name | |

| Memory Utilization | Value |
| --- | --- |
| Confidence Limit | 100.00 |
| Strategy Name | |

| Network I/O Bytes | Value |
| --- | --- |
| Confidence Limit | 100.00 |

~ 42

[ OK ]    [ Cancel ]

Figure 17



Compatibility Analysis Input
Systems to analyze & source/target designation
Selected rule sets and weights
Selected workloads, limits, date spec, etc.
Important Factors
Additional Analysis Input
Consolidation Solution
54
55
Data Repository and Caches
Audit data repository
Rule item and workload data caches
System attributes
56, 58
Multi-dimensional (Transfer Set) Compatibility Analysis
Get system data for analysis
Compatibility Analysis
Rule-based
Workload
Overall
Transfer Set Compatibility Analysis Results
Analysis Data Snapshot
Compatibility Scores and Maps
Compatibility Analysis Details

Figure 18



Differential
Rule Set
Analysis Rule
Data
Snapshot
For each rule set in analysis (R = 1 to M)
For each target set in list (T = 1 to N)
N-by-N or N-to-1 analysis?
N-by-N
Perform N-by-N Analysis
Compute N-by-N
compatibility score,
remediation costs
Compile matched rules
N-to-1
Perform N-to-1 Analysis
Compute N-to-1 compatibility score, remediation costs
Compile matched rules
Yes
More transfers sets?
No
Yes
More rule sets?
No
Compile NxN scorecard map for each rule set. Each map
contains every transfer set combination.
Multi-dimensional Rule-based Compatibility
Analysis Report
NxN scorecard maps for each rule set
Details on scores, remediation costs and matched
rules for each transfer set

Figure 19



Figure 20



Figure 21



Figure 22



Compatibility Analysis Input
Systems to analyze & source/target designation
Selected rule sets and weights
Selected workloads, limits, date spec, etc.
Important Factors
Additional Analysis Input
Auto fit input (minimum score, transfer type, etc)
Data Repository and Caches
Audit data repository
Rule item and workload data caches
System attributes
Consolidation (Transfer Auto Fit) Analysis
Get system data for analysis
Heurisitic transfer auto fit algorithm
Multi-dimensional (Transfer Set) Compatibility Analysis
Consolidation Analysis Results
Analysis Data Snapshot
Consolidation Solution
Compatibility Scores and Maps
Compatibility Analysis Details

Figure 23



Figure 24



Physical Environment ∿ 12

**Physical Environment Analysis** ∿ 100

Technical Constraint Analysis

Business Constraint Analysis

Workload Constraint Analysis

Combined Constraint Analysis

102

**Current Asset Assessment** ∿ 99

Server Upgrade Analysis

Aggregate Server Utilization Analysis

104

**Virtual Environment Optimization**

106

Multi-Dimensional Optimization

**Virtualization Host System Definition**

Live migration Compatibility

Hypothetical Server Models

110

**Virtual Environment Design**

Cluster Membership Design

Affinity Rule Design

Virtualization Management Framework API Integration

Ongoing Management ∿ 15

21 ∿ Virtual Environment

Figure 25



Figure 26

**Physical Environment Analysis** _100_

Existing Physical Servers ~16

Guest VM Compatibility Rule set ~11a

1-to-1 Compatibility Analysis ~116

Guest VM Candidates ~118

Guest VM Affinity Rule set ~11b

1-to-1 Compatibility Analysis ~116

Guest VM Candidates (source) ~120

**Current Asset Assessment** _102_

Existing Physical Servers ~16

Virtualization Host Hardware Compatibility Rule set ~11c

1-to-1 Compatibility Analysis ~116

**Virtualization Host System Definition** _104_

Virtualization Host Candidates ~122

VM Migration Compatibility Rule Set ~11d

1-to-1 Compatibility Rule Set ~116

Virtualization Hosts grouped in clusters (target) ~124

Hypothetical Server Models ~125

Technical and Business Constraint Rule sets ~28a

Workload Types and Parameters ~28b

Multi-Dimensional Compatibility and Consolidation Analysis ~126

**Virtual Environment Optimization** _106_

Proposed Guest VM Candidates and Placements ~128

VM Affinity Rules ~130

**Virtual Environment Design** _110_



Guest VM Candidates
118, 120
Virtualization Host Candidates
122, 124
Estimate aggregate system resource requirements based on historic weld of VM candidates
Estimate aggregate system capacity based on hardware configurations of virtualization host candidates
132
136
Aggregate workload requirements
Aggregate workload capacity
138
134
144
Estimate aggregate workload requirements against available capacity
140
Add hypothetical server models to virtualization host candidates to meet workload requirements
No
142
Sufficient Capacity?
Yes
125
Hypothetical server model
146
Done

Figure 27

150



Figure 28

150



Figure 29



Figure 30



168

Figure 31

Numbers Valued: 0 - 24

Numbers Valued: 100

Numbers Valued: 50 - 74

Numbers Valued: 75 - 99



Figure 32



Figure 33



Figure 34

150



186

188

190

192

184

Figure 35

194
196
198
CiRBA Data Center Intelligence - Microsoft Internet Explorer provided by CiRBA, Inc.
CiRBA
Intelligence Workbench
Navigator
Analysis
General
VMware P2V Analysis
Transformational
Physical to Virtual (P2V)
Active
Consolidation Summary
70.0%
(Consolidation Rate)
Before Consolidation
20
18 Transfers
After Consolidation
6
System(s): 2
Server Model(s): 4
Aggregate Summary
5.6%
(Aggregate Change)
Workload Type: CPU Utilization (Virtualization)
Before Consolidation (Avg 10.40 %)
After Consolidation (Avg 16.00 %)
CPU Utilization (Virtualization) (%
Time of Day
Minimum/Maximum
Sustained Activity
Done
Local intranet
100%

Figure 36

194
CiRBA Data Center Intelligence - Microsoft Internet Explorer provided by CiRBA, Inc.
CiRBA
Intelligence Workbench
Navigator
Analysis
General
Target System: bl465c-hs
Platform: ProLiant BL465c
Processor: 2 CPU x 2 cores AMD Opteron @ 2400 MHz
Memory: 16384 MB
Transferred Sources: 5
Source Systems
OS
Processors
Memory
chapnt01
exch01
winbes01
wincrbad02
wincrbad1
Windows Server 2003, Standard Edition
N/A
2 CPU Intel Xeon @ 2800 MHz
2 CPU Intel Pentium III @ 1400 MHz
1 CPU Intel Pentium III @ 800 MHz
4096 MB
1024 MB
512 MB
200a
Target System: bl480c-hs
Platform: ProLiant BL480c
Processor: 2 CPU x 2 cores Intel Xeon @ 2660 MHz
Memory: 16384 MB
Transferred Sources: 6
aiagielo3
bldw2k3
hyan
jliu
sbsqa01.lab.cirba.local
windev01
Windows XP Professional
Windows Server 2003 R2, Enterprise Edition
Windows Server 2003 for Small Business Server
1 CPU x 2 cores Intel Core 2 Duo @ 2666 MHz
1 CPU Intel Pentium 4 @ 3000 MHz
1 CPU x 2 cores Intel Pentium D @ 2800 MHz
1 CPU x 2 cores Intel Pentium D @ 3000 MHz
3328 MB
2048 MB
200b
Target System: bl685c-hs
Platform: ProLiant BL685c
Processor: 4 CPU x 2 cores AMD Opteron @ 2400 MHz
Memory: 16384 MB
Transferred Sources: 4
support
survey
winmis01
winstore01
Windows Server 2003 R2, Standard Edition
2 CPU Intel Pentium 4 @ 3000 MHz
2 CPU Intel Pentium III @ 1400 MHz
200c
Done
Local intranet
100%

Figure 37

undefined - Microsoft Internet Explorer provided by CiRBA, Inc.

Display | Analysis | Transfers | Reports | 100% | Overall Compatibility Map

| | bl360c-hs | bldw2k3 | hyan | jliu | ajagielo3 | sbsqa01.lab.cirb | windev01 | winqa03 | winperf01 | bl480c-hs | dl320_g5-hs | winstore01b | bl465c-hs | bl685c-hs | survey | support | winstore01 | winmis01 | wincrbad1 | wincrbad02 | winbes01 | exch01 | chgpnt01 | dl380-w2k3-32-h |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| bl360c-hs | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 87 | 86 | 87 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| bldw2k3 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 54 | 54 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| hyan | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 57 | 57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| jliu | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ajagielo3 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| sbsqa01.lab.cirb | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| windev01 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| winqa03 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| winperf01 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 55 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| bl480c-hs | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 87 | 87 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| dl320_g5-hs | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 87 | 100 | 87 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| winstore01b | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 63 | 100 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| bl465c-hs | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 87 | 86 | 87 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| bl685c-hs | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 87 | 86 | 87 | 100 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| survey | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 |
| support | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 |
| winstore01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 |
| winmis01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 |
| wincrbad1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 |
| wincrbad02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 |
| winbes01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 85 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 |
| exch01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 |
| chgpnt01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 68 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0 |
| dl380-w2k3-32-h | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |

- All Systems View -    bldw2k3 -> wincrbad02

202

Figure 38



Figure 39



Figure 40



Figure 41



Figure 42



Figure 43



236

120   Guest VMs with current placements (source systems)

124   Virtualization Hosts (target systems)

28a   Technical constraints rulesets

Business constraints rulesets

28b   Workload types and parameters

126   Multi-dimensional Compatibility and Consolidation Analysis

244   VM placement stickiness ruleset

246   Proposed VM placements

248   VM Affinity Rules

Figure 44

150'



**VM Placement Validation -- Webpage Dialog**

| General | Systems | Rulesets | Workload | Importance Factors | Transfer Auto-Fit | Notes | Options |

Name: VM Placement Validation

Status: Active    Folder: ny_qa01_cluster

Description:

— 154'

Dashboard

Type: VM Rebalancing    Default Display:   ⊙ Show Dashboard    ○ Show Analysis Map

— 156'

Tracking

☐ Enable version tracking for this Analysis

Number of versions to retain, last: 5

— 158'

152'

OK    Cancel

Figure 45

150'



Figure 46



Figure 47



Figure 48

260



262

Figure 49

Figure 50



Figure 51

150"



| General | Systems | Rulesets | Workload | Importance Factors | Transfer Auto-Fit | Notes | Options |

**VM Rebalancing -- Webpage Dialog**

Name: VM Rebalancing

Status: Draft     Folder: ny_qa01_cluster

Description:

154"

**Dashboard**

Type: VM Rebalancing     Default Display: ⦿ Show Dashboard   ◯ Show Analysis Map

156"

**Tracking**

☐ Enable version tracking for this Analysis

Number of versions to retain, last: 5

158"

152"

OK    Cancel

Figure 52



Figure 53

260'



262'

Figure 54



Figure 55



Figure 56

1

# METHOD AND SYSTEM FOR EVALUATING VIRTUALIZED ENVIRONMENTS

This application claims priority from U.S. Application No. 60/969,344 filed on Aug. 31, 2007, the contents of which are incorporated herein by reference.

## TECHNICAL FIELD

The present invention relates generally to information technology infrastructures and has particular utility in designing and evaluating visualized environments.

## BACKGROUND

As organizations have become more reliant on computers for performing day to day activities, so to has the reliance on networks and information technology (IT) infrastructures increased. It is well known that large organizations having offices and other facilities in different geographical locations utilize centralized computing systems connected locally over local area networks (LAN) and across the geographical areas through wide-area networks (WAN).

As these organizations grow, the amount of data to be processed and handled by the centralized computing centers also grows. As a result, the IT infrastructures used by many organizations have moved away from reliance on centralized computing power and towards more robust and efficient distributed systems.

While the benefits of a distributed approach are numerous and well understood, there has arisen significant practical challenges in managing such systems for optimizing efficiency and to avoid redundancies and/or under-utilized hardware. In particular, one challenge occurs due to the sprawl that can occur over time as applications and servers proliferate. Decentralized control and decision making around capacity, the provisioning of new applications and hardware, and the perception that the cost of adding server hardware is generally inexpensive, have created environments with far more processing capacity than is required by the organization.

When cost is considered on a server-by-server basis, the additional cost of having underutilized servers is often not deemed to be troubling. However, when multiple servers in a large computing environment are underutilized, having too many servers can become a burden. Moreover, the additional hardware requires separate maintenance considerations; separate upgrades and requires the incidental attention that should instead be optimized to be more cost effective for the organization. Heat production and power consumption can also be a concern. Even considering only the cost of having redundant licenses, removing even a modest number of servers from a large computing environment can save a significant amount of cost on a yearly basis.

As a result, organizations have become increasingly concerned with such redundancies and how they can best achieve consolidation of capacity to reduce operating costs. The cost-savings objective can be evaluated on the basis of consolidation strategies such as, but not limited to: virtualization strategies, operating system (OS) level stacking strategies, database consolidation strategies, application stacking strategies, physical consolidation strategies, and storage consolidation strategies.

Virtualization involves virtualizing a physical system as a separate guest OS instance on a host machine. This enables multiple virtualized systems to run on a single physical machine, e.g. a server. Examples of virtualization technolo-

2

gies include VMware®, Microsoft Virtual Server®, IBM LPAR®, Solaris Containers®, Zones®, etc.

The consolidation strategies to be employed, for virtualization or otherwise, and the systems and applications to be consolidated, are to be considered taking into account the specific environment. Consolidation strategies should be chosen carefully to achieve the desired cost savings while maintaining or enhancing the functionality and reliability of the consolidated systems. Moreover, multiple strategies may often be required to achieve the full benefits of a consolidation initiative.

Complex systems configurations, diverse business requirements, dynamic workloads and the heterogeneous nature of distributed systems can cause incompatibilities between systems. These incompatibilities limit the combinations of systems that can be consolidated successfully. In enterprise computing environments, the virtually infinite number of possible consolidation permutations which include suboptimal and incompatibility system combinations make choosing appropriate consolidation solutions difficult, error-prone and time consuming.

It is therefore an object of the following to address the above concerns.

## SUMMARY

In one aspect, there is provided a method for designing a virtualized environment based on an existing physical environment comprising a plurality of systems, the method comprising: obtaining a data set for each of the plurality of systems, each data set comprising information pertaining to parameters associated with a corresponding system; performing a first compatibility analysis on the systems to determine candidate virtual guests; performing a second compatibility analysis on the systems to determine candidate virtual hosts; and performing a third compatibility analysis using the candidate virtual hosts, the candidate virtual guests and one or more rule sets pertaining to technical, business and workload constraints to generate a virtual environment design for virtualizing the plurality of systems.

In another aspect, there is provided a method for managing a virtualized environment, the method comprising: generating a virtual environment design for a plurality of existing physical systems using technical, business and workload constraints; facilitating the deployment of the virtualized environment according to the design; and on an ongoing basis: obtaining data pertaining to systems being used in the virtualized environment, validating placement of the systems in the virtualized environment, if necessary rebalancing the systems, and refining the virtualized environment.

In yet another aspect, there is provided a method for performing a virtual to virtual (V2V) transformation for a plurality of existing virtual servers, the method comprising: analyzing the existing virtual servers based on technical, business and workload constraints; based on the analyzing, determining which of the existing virtual servers are most suitable for conversion from one virtualized platform to another virtualized platform; and providing a mapping from the one platform to the another platform to facilitate the transformation.

In yet another embodiment, there is provided a method for determining a set of virtualization hosts for a virtualized environment based on an existing physical environment comprising a plurality of systems, the method comprising: obtaining a data set for each of the plurality of systems, each data set comprising information pertaining to parameters associated with a corresponding system; performing a first compatibility

analysis of the plurality of systems using the data sets and a first rule set pertaining to virtualization specific constraints to determine an intermediate set of virtualization host candidates; and performing a second compatibility analysis of the intermediate set of candidates using a second rule set pertaining to migration specific constraints to determine the set of virtualization hosts.

In some embodiments, the method for determining the set of virtualized hosts comprises incorporating one or more hypothetical hosts into the set of virtualization hosts based on workload requirements for the virtualized environment.

In yet another aspect, there is provided a method for evaluating virtualization candidates to determine if additional systems are required to implement a desired virtualized environment, the method comprising: obtaining a set of virtualization guest candidates and determining aggregate workload requirements based on workload data pertaining to the guest candidates; obtaining a set of virtualization host candidates and determining aggregate workload capacity based on configuration data pertaining to the host candidates; comparing the workload requirements against the workload capacity to determine if sufficient capacity exists to satisfy the workload requirements; and if there is insufficient capacity, adding hypothetical server models to the host candidates to meet the workload requirements.

In yet another aspect, there is provided a method for validating an existing virtualized environment comprising a plurality of virtual machines placed on one or more virtual hosts, the method comprising: obtaining a data set for each of the plurality of virtual machines, each data set comprising information pertaining to technical, business and workload constraints associated with a corresponding virtual machine; evaluating the placement of the virtual machines in the virtualized environment using the data sets; and identifying the existence of virtual machines with suboptimal placements to enable replacement of the virtual machines.

In yet another aspect, there is provided a method for performing a power utilization analysis for a server, the method comprising: determining server load; determining power consumption for the server at idle and maximum loads; and estimating power utilization by combining the idle power consumption with a measurement based on a relationship between the maximum and idle power consumption.

In some embodiments, the method for performing a power utilization analysis comprises estimating the power utilization according to the following relationship: Estimated Power=Idle Power+Server Load*(Maximum Power−Idle Power).

## BRIEF DESCRIPTION OF THE DRAWINGS

An embodiment of the invention will now be described by way of example only with reference to the appended drawings wherein:

FIG. 1 is a block diagram of a transformational physical to virtual (P2V) analytics system.

FIG. 2 is a flow diagram of a transformational P2V analysis process using the system shown in FIG. 1.

FIG. 3(*a*) is a block diagram of the analysis program depicted in FIG. 1.

FIG. 3(*b*) is a block diagram illustrating a sample consolidation solution comprised of multiple transfers.

FIG. 4 is an example of a compatibility analysis map.

FIG. 5 is a process flow diagram of the compatibility and consolidation analyses.

FIG. 6 is a process flow diagram illustrating the loading of system data for analysis.

FIG. 7 is a high level process flow diagram for a 1-to-1 compatibility analysis.

FIG. 8 is a process flow diagram for the 1-to-1 compatibility analysis.

FIG. 9 is a flow diagram illustrating operation of the rule engine analysis.

FIG. 10 is a flow diagram of the 1-to-1 rule-based compatibility analysis.

FIG. 11 is a flow diagram illustrating the evaluation of a rule set.

FIG. 12 is a flow diagram of workload data extraction process.

FIG. 13 is a flow diagram of the 1-to-1 workload compatibility analysis.

FIG. 14 is a screen shot of a date settings tab accessed through a workload settings page.

FIG. 15 is screen shot of an advanced workload settings page accessed through the 7 workload settings page shown in FIG. 14.

FIG. 16 is a screen shot of a limits tab accessed through the workload settings page.

FIG. 17 is a screen shot of a parameters tab accessed through the workload settings page.

FIG. 18 is a high level process flow diagram of the multidimensional compatibility 12 analysis.

FIG. 19 is a flow diagram showing the multi-dimensional analysis.

FIG. 20 is a flow diagram showing use of a rule set in an N-to-1 compatibility analysis.

FIG. 21 is a flow diagram showing use of a rule set in an N-by-N compatibility analysis.

FIG. 22 is a process flow diagram of the multi-dimensional workload compatibility analysis.

FIG. 23 is a process flow diagram of the consolidation analysis.

FIG. 24 is a process flow diagram of an auto fit algorithm used by the consolidation analysis.

FIG. 25 is process flow diagram showing further detail of the transformational P2V analysis process shown in FIG. 2.

FIG. 26 is a process flow diagram of an example implementation of the diagram shown in FIG. 25 using the analysis program illustrated in FIGS. 3 to 24.

FIG. 27 is a process flow diagram of an example aggregate workload sizing estimate process for evaluating resource capacity requirements.

FIG. 28 is a screen shot showing the main tab of an analysis editor program.

FIG. 29 is a screen shot showing the workload tab of the analysis editor program.

FIG. 30 is a compatibility map showing the result of a virtualization rule set applied against a set of physical systems.

FIG. 31 shows a net effect cube illustrating an N×N×M map for affinity and optimization analysis.

FIG. 32 is a target system compatibility map showing which systems in a current physical environment are candidates for being a virtualization host.

FIG. 33 is a screen shot showing an aggregate utilization report showing normalized utilization of an environment.

FIG. 34 is a live migration compatibility map showing the sets of systems that are compatible from a live migration perspective.

FIG. 35 is a screen shot showing a transfer auto-fit tab of the analysis editor of the analysis program.

FIG. 36 is a screen shot showing a dashboard summarizing the analysis results viewed through the analysis program.

FIG. **37** is a screen shot of the proposed transfers from the analysis results viewed through the analysis-program.

FIG. **38** is a screen shot of a transfer map from the analysis results viewed through the analysis program.

FIG. **39** is a map showing a cluster-based view of virtual machines in a virtualized environment.

FIG. **40** is a screen shot of an affinity rule programming interface showing anti-affinity rules derived from the analysis results.

FIG. **41** is another screen shot of the affinity rule programming interface that supports the synchronization of affinity and anti-affinity rules with a third-party virtualization management framework.

FIG. **42** is a process flow diagram showing further detail of the ongoing management stage shown in FIG. **1**.

FIG. **43** is a process flow diagram showing further detail of the VM placement validation step shown in FIG. **42**.

FIG. **44** is a process flow diagram showing further detail of the VM rebalancing step shown in FIG. **42**.

FIG. **45** is a screen shot of a main tab as viewed in the analysis editor program when used for a placement validation process.

FIG. **46** is a screen shot of a systems tab as viewed in the analysis editor program when used for a placement validation process.

FIG. **47** is a screen shot of a rule sets tab as viewed in the analysis editor program when used for a placement validation process.

FIG. **48** is a screen shot of the workload tab as viewed in the analysis editor program when used for a placement validation process.

FIG. **49** is a screen shot of a placement validation summary screen.

FIG. **50** is screen shot of a transfer summary produced during a placement validation process.

FIG. **51** is a screen shot of a placement validation compatibility map.

FIG. **52** is a screen shot of the main tab as viewed in the analysis editor program when used for a rebalancing process.

FIG. **53** is a screen shot of the rule sets tab as viewed in the analysis editor program when used for the rebalancing process.

FIG. **54** is a screen shot of the placement validation summary screen for the rebalancing process.

FIG. **55** is a screen shot of the placement validation compatibility map for the rebalancing process.

FIG. **56** is a screen shot of the transfer summary produced during the rebalancing process.

## DETAILED DESCRIPTION OF THE DRAWINGS

It has been recognized that virtualization often involves more than considering sizing, for example, it is beneficial to understand all the constraints that govern and impact a target environment and ensure that these constraints are taken into account when planning and managing a virtual environment. This has been found to be particularly true of virtualization infrastructures such as VMware Infrastructure®, where sophisticated features such as VMotion, distributed resource scheduling (DRS) and HA require careful planning and diligent administration of virtual environments. It has been found that to fully realize the capabilities of the virtualization infrastructure, the virtualization scheme being used should be combined with accurate intelligence and focused analytics in order to safely and effectively transform existing systems into a new virtual paradigm. In order to provide such intelligence and focused analytics, an analysis program for determining

compatibilities in a computing environment **12** can be utilized along with specific virtualization rule sets and user interfaces (UIs) to address the considerations of a virtualization infrastructure.

Virtualization Analysis and Optimization Overview

Turning now to FIG. **1**, transformational physical-to-virtual (P2V) analytics system **9** can be implemented as noted above, by utilizing the principles and features provided by an analysis program **10** and incorporating virtualization rule sets **11** and a virtualization user interface **13**, to transform an existing physical environment **12** comprising one or more systems **16** into a virtualized environment **21**. As can also be seen in FIG. **1**, the system **9** can be used on an ongoing basis once the virtualized environment **21** has been deployed to track the environment **21** as well as enable further analysis and optimization as servers and constraints change over time. It will be appreciated that although the examples provided herein are directed to P2V analyses, the principles and processes are equally applicable to transformational virtual-to-virtual (V2V) analysis, e.g. VMware® to Hyper-V® and vice versa.

Transformational P2V Analysis and Ongoing Management Overview

FIG. **2** provides a high-level process flow diagram **99** illustrating various stages performed by the transformational P2V analysis system **9**. As will be explained in greater detail below, in order to intelligently analyze the physical environment **12** for virtualization, one or more data sets **18** are obtained, which pertain to information associated with parameters of the physical systems **16**. These data sets **18** are used to perform a physical environment analysis **100** and a current asset assessment **102**. The physical environment analysis **100** analyzes existing physical systems **16** in the current physical environment **12** to be virtualized to evaluate various technical, business and workload constraints and affinity considerations of the virtualization candidates. In this way, the suitability of each system **16** to be virtualized can be determined to identify suitable source systems for virtualization to facilitate the design of the virtual environment **21**. The current asset assessment **102** evaluates the viability of repurposing existing physical systems **16** as virtualization hosts. A virtualization host refers to a target system that runs hypervisor software and is capable of hosting virtual machines. This allows for an assessment of the equipment that is currently available to minimize the amount of new equipment required for virtualization.

The outcome of the current asset assessment **102** can be used to perform a virtualization host system definition **104**, which can incorporate an analysis of hypothetical systems used to model target systems that do not currently exist in the physical environment **12**. This allows users to evaluate a wide range of scenarios. The virtualization host system definition **104** can also incorporate live migration compatibilities amongst a target solution (set of target systems based on current asset assessment **102** and hypothetical systems). In this way, a target solution can be defined to facilitate the design of the virtual environment **21**, i.e. in conjunction with the outcome of the physical environment analysis **100**.

The set of source systems and the set of target systems are then used to perform a virtual environment optimization **106**, which determines the optimal layout of the source systems onto the target systems based on technical, business and workload constraints according to a multi-dimensional compatibility and consolidation analysis using the analysis program **10**. It can be seen in FIG. **2** that virtualization rule sets **11** are used during stages **100-106** in various ways as will be explained below. The virtualization UI **13** can also be used

7

during these stages to permit a user to interact with the analysis program 10 and ultimately generate a virtual environment design 110. It will be appreciated that the process flow shown in FIG. 2 is for illustrative purposes only and may proceed differently in different scenarios. For example, based on outcomes of the physical environment analysis 100 and virtualization host system definition 104, various analyses may be conducted iteratively to narrow in on progressively more optimal solutions to accommodate both existing constraints and changing environments (both physical and virtual). The virtual environment design 110 can then be used to create a virtualization solution 112 that, when implemented, can be tracked, analyzed and refined over time by conducting ongoing management 15.

As discussed above, the transformational P2V analysis 9 advantageously utilizes the components and principles of the analysis program 10. As such, to assist in understanding the transformational P2V analytics 9, an overview of an example of the analysis program 10 will be provided. It may be noted that additional detail pertaining to the analysis program is described in U.S. patent application Ser. No. 11/738,936 filed on Apr. 23, 2007 and published under U.S. 2007/0250829, the contents of which are incorporated herein by reference.

Analysis Program Overview

A block diagram of an analysis program 10 for determining compatibilities in computing environment 12 is provided in FIG. 3(a). The analysis program 10, accessed through a computer station 14, gathers data 18 pertaining to a collection of systems to be consolidated 16. The analysis program 10 uses the gathered data 18 to evaluate the compatibility of the computer systems 28 and provide a roadmap 20 specifying how the original set of systems can be consolidated to a smaller number of systems 22.

A distinct data set is obtained for each system 16 to contribute to the combined system data 18 shown in FIG. 3(a). Each data set comprises one or more parameters that relate preferably to technical 24, business 26 and workload 28 characteristics or features of the respective system 16. The parameters can be evaluated by scrutinizing program definitions, properties, objects, instances and any other representation or manifestation of a component, feature or characteristic of the system 16. In general, a parameter is anything related to the system 16 that can be evaluated, quantified, measured, compared etc. Examples of technical parameters relevant of the consolidation analysis include the operating system, OS version, patches, application settings, hardware devices, etc. Examples of business parameters of systems relevant to the consolidation analysis include the physical location, organization department, data segregation requirements, owner, service level agreements, maintenance windows, hardware lease agreements, software licensing agreements, etc. Examples of workload parameters relevant to consolidation analysis include various resource utilization and capacity metrics related to the system processor, memory, disk storage, disk I/O throughput and network bandwidth utilization.

The system data parameters associated with a system 16 comprise the system model used in the analyses. In the following examples, a source system refers to a system from which applications and/or data are to be moved, and a target server or system is a system to which such applications and/or data are to be moved. For example, an underutilized environment having two systems 16 can be consolidated to a target system (one of the systems) by moving applications and/or data from the source system (the other of the systems) to the target system.

The computer systems 16 may be physical systems, virtual systems or hypothetical models. In contrast to actual physical

8

systems, hypothetical systems do not currently exist in the computing environment 12. Hypothetical systems can be defined and included in the analysis to evaluate various types of "what if" consolidation scenarios. Hypothetical targets can be used to simulate a case where the proposed consolidation target systems do not exist in the environment 12, e.g. for adding a system 16. Similarly, hypothetical source systems can be used to simulate the case where a new application is to be introduced into the environment 12 and "forward consolidated" onto existing target systems 16. Hypothetical systems can be created through data imports, cloning from actual systems models, and manual specification by users, etc. The system model can be minimal (sparse) or include as much data as an actual system model. These system models may also be further modified to address the analysis requirements.

The compatibility analysis can also be generalized to evaluate entities beyond physical, virtual or hypothetical systems. For example, entities can be components that comprise systems such as applications and database instances. By analysing the compatibility of database instances and database servers with database stacking rule sets, database consolidation can also be assessed. Similarly, application consolidation can be evaluated by analyzing application servers and instances with application stacking rules. The entity could also be a logical application system and technical data can pertain to functional aspects and specifications of the entity. It will therefore be appreciated that a "system" or "computer system" hereinafter referred, can encompass any entity which is capable of being analysed for any type of compatibility and should not be considered limited to existing or hypothetical physical or virtual systems etc.

Consolidation as described above can be considered to include one or more "transfers". The actual transfer describes the movement of a single source entity onto a target, wherein the specification identifies the source, target and transfer type. The transfer type (or consolidation strategy) describes how a source entity is transferred onto a target, e.g. virtualization, OS stacking etc. A transfer set 23 (see FIG. 3(b)) can be considered one or more transfers that involve a common target, wherein the set specifies one or more source entities, the target and a transfer type. A consolidation solution (or roadmap) is one or more transfer sets 23 based on a common pool of source and target entities. As can be seen in FIG. 3(a), the consolidation roadmap can be included in the analysis results 20. Each source or target entity is referenced at most one time by the transfer sets that comprise the solution. FIG. 3(b) shows how an example pool 24 of 5 systems (S1, S2, S3, S4 and S5) can be consolidated through 2 transfer sets 23: stack S1 and S2 onto S3, and stack S4 onto S5. The transfer sets 23 include 3 transfers, and each system 16 is referenced by the transfer sets 23 only once. In the result, a consolidated pool 26 of 2 systems is achieved. It will be appreciated that the principles described herein support many transformation strategies and consolidation is only one example.

The following discusses compatibilities between systems 16 based on the parameters to determine if efficiencies can be realized by consolidating either entire systems 16 or aspects or components thereof. The analyses employ differential rule sets 28 to evaluate and quantify the compatibility of systems 16 with respect to technical configuration and business related factors comprised in the gathered system data 18. Similarly, workload compatibility of a set of systems 16 is assessed using workload stacking and scoring algorithms 30. The results of configuration (technical), business and workload compatibility analyses are combined to produce an overall compatibility score for a set of systems 16. In addition to compatibility scores, the analysis provides details that

account for the actual scores. The scores can be presented in color coded maps **32** that illustrate patterns of the compatibility amongst the analyzed systems as shown generally in FIG. **4**.

The compatibility analysis map **32** provides an organized graphical mapping of system compatibility for each source/target system pair on the basis of configuration data. The map **32** shown in FIG. **4** is structured having each system **16** in the environment **12** listed both down the leftmost column and along the uppermost row. Each row represents a consolidation source system, and each column represents the possible consolidation target. Each cell **92** contains the score **36** corresponding to the case where the row system is consolidated onto the column (target) system **16**.

The output shown in FIG. **4** arranges the systems **16** in the map **32** such that a 100% compatibility exists along the diagonal where each system **16** is naturally 100% compatible with itself. The map **32** is preferably displayed such that each cell **92** includes a numerical score **36** and a shade of a certain colour **34**. As noted above, the higher the score (from zero (0) to one hundred (100)), the higher the compatibility. The scores are pre-classified into predefined ranges that indicate the level of compatibility between two systems **16**. Each range maps to a corresponding colour or shade for display in the map **32**. For example, the following ranges and colour codes can be used: score=100, 100% compatible, dark green; score=75-99, highly compatible, green; score=50-74, somewhat compatible, yellow; score=25-49, low compatibility, orange; and score=0-24, incompatible, red.

The above ranges are only one example. Preferably, the ranges can be adjusted to reflect more conservative and less conservative views on the compatibility results. The ranges can be adjusted using a graphical tool similar to a contrast slider used in graphics programs. Adjustment of the slider would correspondingly adjust the ranges and in turn the colours. This allows the results to be tailored to a specific situation. It is therefore seen that the graphical output of the map **32** provides an intuitive mapping between the source/target pairs in the environment **12** to assist in visualizing where compatibilities exist and do not exist. Detailed differences and other information can be viewed by selecting a relevant cell **92**, which accesses information such as differences tables showing the important differences between the two systems, the rules and weights that were applied and may even provide a remediation cost.

A collection of systems **16** to be consolidated can be analyzed in one of three modes: 1-to-1 compatibility, multi-dimensional compatibility and consolidation analyses. These analyses share many common aspects but can be performed independently.

The 1-to-1 compatibility analysis evaluates the compatibility of every possible source-target pair combination in the collection of systems **16** on a 1-to-1 basis. This analysis is useful in assessing single transfer consolidation candidates. In practice, it may be prudent to consolidate systems **16** incrementally and assess the impact of each transfer before proceeding with additional transfers. The multi-dimensional compatibility analysis evaluates the compatibility of transfer sets that can involve multiple sources being transferred to a common target. The analysis produces a compatibility score for each specified transfer set **23** by evaluating the compatibility of the systems **16** that comprise the transfer set **23**. The consolidation analysis searches for a consolidation solution that minimizes the number of remaining source and target entities after the proposed transfers are applied, while meeting requisite compatibility constraints. This analysis employs

the multi-dimensional compatibility analysis described above to evaluate the compatibility of postulated transfer sets.

The analysis program **10** performs consolidation analyses for virtualization and stacking strategies as will be explained in greater detail below, however, it will be appreciated that other consolidation strategies may be performed according to similar principles.

Referring now to FIG. **5**, a process flow diagram illustrates the data flow for performing the compatibility and consolidation analyses discussed above. The flow diagram outlines four processes: a data load and extraction process (A), a 1-to-1 compatibility analysis process (B), a multi-dimensional compatibility analysis process (C), and a consolidation analysis process (D).

In process A, the system data **18** collected via audits or imports as discussed above is prepared for use by the analyses. The compatibility and consolidation analyses processes B, C and D can be performed independently. The analyses share a common analysis input specification and get system data **18** from the data repository **54** and caches **56** and **58**. The multi-dimensional compatibility and consolidation analyses take additional inputs in the form of a consolidation solution and auto fit input parameters **84** and **86** respectively.

The 1-to-1 compatibility analysis process B evaluates the compatibility of each system pair on a 1-to-1 basis. In contrast, the multi-dimensional analysis process C evaluates the compatibility of each transfer set **23** in the consolidation solution that was specified as part of its input.

The consolidation analysis process D searches for the best consolidation solution that fulfills the constraints defined by the auto fit input **86**. The consolidation analysis employs the multi-dimensional compatibility analysis C to assess potential transfer set candidates.

A process flow diagram for the data load and extraction process A is illustrated in FIG. **6**. System data including technical configuration, business related and workload collected through audits, data import and user input are prepared for use by the analyses processes B, C and D.

When system data **18** and attributes are loaded into the analysis program **10**, they are stored in the audit data repository **54** and system attribute table **55**, respectively. As well, system data **18** referenced by rule set items **28** (see FIG. **9**), workload types **30** and benchmarks are extracted and loaded into their respective caches **56**, **58**. Alias specifications **60** describe how data can be extracted and if necessary, normalized from a variety of data sources.

The data repository **54** and caches **56** and **58** thus store audited data **18**, system attributes, the latest rule set data, historical workload data and system workload benchmarks.

A high level flow diagram of the 1-to-1 compatibility analysis is shown in FIG. **7**. The 1-to-1 compatibility analysis can take into account analysis input, including input regarding the systems **16** to be analyzed, rule set related parameters, workload related parameters, workload benchmarks and importance factors **88** used to compute overall scores.

The compatibility analysis evaluates the compatibility of every specified system as source-target pairs on a 1-to-1 basis. This analysis produces a compatibility score for each system pair so that analyzing a collection often (10) systems **16** produces 10×10 scores. The compatibility analysis is based on the specified rule sets and workload types. An analysis may be based upon zero or more rule sets and zero or more workload types, such that at least one rule set or workload type is selected.

The selection of rule sets **28** and workload types **30** for an analysis depends on the systems **28** and the consolidation strategy to analyze. For example, to assess the consolidation

of a set of UNIX™ systems **16**, an analysis may employ the UNIX™ application stacking, location, maintenance window and ownership rule sets **28**, and CPU, memory, disk space, disk I/O and network I/O workload types **30**.

A process flow diagram of the 1-to-1 compatibility analysis is shown in FIG. **8**. The analysis generally comprises four stages. In the first stage, data referenced by the selected rule sets **28** and workload types **30** for the specified date range are retrieved from the data repository **54** and caches **56**, **58** for each system **16** to be analyzed. This analysis data is saved as a snapshot and can be used for subsequent analyses. In the second stage, technical and business related compatibility may be analyzed the using the specified rule sets **28** and weights. Next, workload compatibility is evaluated based the specified workload types **30** and input parameters. Finally, the overall compatibility scores are computed for each pair of systems **16**. Upon completion of the compatibility analysis, the results **20** are provided to the user. The results **20** include rule item and workload data snapshots, 1-to-1 compatibility score maps for each rule set **28** and workload type **30** as well as an overall score map. Analysis details for each map may also be provided.

As noted above, the differential rule sets **28** are used to evaluate the compatibility of systems as they relate to technical and business related constraints. The rule set **28** defines which settings are important for determining compatibility. The rule set **28** typically defines a set of rules which can be revised as necessary based on the specific environment **12**. The rule set **28** is thus preferably compiled according to the systems **16** being analysed and prior knowledge of what makes a system **16** compatible with another system **16** for a particular purpose. As will be discussed below, the rule sets **28** are a form of metadata **62**.

Further detail regarding the differential rules and differential rule sets **28** is now described making reference to FIG. **9**. Additional detail regarding the differential rules and rule sets **28** is also described in co-pending U.S. patent application Ser. No. 11/535,308 filed on Sep. 26, 2006, and entitled "Method for Evaluating Computer Systems", the contents of which are incorporated herein by reference.

With respect to the following description of the rule sets **28** and the general application of the rule sets **28** for detecting system incompatibilities by evaluating differences between data parameters of systems **16**, the following alternative nomenclature may be used. A target system refers to a system being evaluated, and a baseline system is a system to which the target system is being compared. The baseline and target systems may be the same system **16** at different instances in time (baseline=prior, target=now) or may be different systems **16** being compared to each other. As such, a single system **16** can be evaluated against itself to indicate changes with respect to a datum as well as how it compares to its peers. It will be appreciated that the terms "source system" and "baseline system" are herein generally synonymous, whereby a source system is a type of baseline system.

FIG. **3**(*a*) illustrates the relationships between system data **18** and the analysis program **10**. Data **18** is obtained from the source and target computer systems **16** and is used to analyze the compatibility between the systems **16**. In this example, the parameters are evaluated to determine compatibility for a consolidation strategy. A distinct data set **18** is preferably obtained for each system **16** (or instance in time for the same system **16** as required). Rule sets **28** are computer readable and storable so that they may be accessed by the program **10** and modified if necessary, for use in evaluating the computer systems **16**.

Rule sets **28** are groupings of rules that represent higher-level considerations such as business objectives or administrative concerns that are taken into account when reporting on or analysing the systems **16**. In FIG. **9**, six rules **43**, A, B C, D, E and F are grouped into three rule sets **28**, Rule Set **1**, **2** and **3**. It will be appreciated that there may be any number of rules in any number of rule sets **28** and those shown in FIG. **9** are for illustrative purposes only.

Rules evaluate data parameters according to rule definitions to determine incompatibilities due to differences (or contentious similarities) between the baseline and target systems. The rule definitions include penalty weights that indicate the importance of the incompatibility as they relate to the operation of the systems **16**. The penalty weights are applied during an evaluation if the incompatibility is detected. The evaluation may include the computation of a score or generation of other information indicative of nature of the incompatibilities between the baseline and target systems.

Rules comprised by a rule set **28** may reference common parameters but perform different tests to identify different forms of incompatibilities that may have different levels of importance. For example a version four operating system versus a version three operating system may be considered less costly to remedy and thus less detrimental than a version five operating system compared to a version one operating system. As can be seen, even though the operating systems are different in both cases, the nature of the difference can also be considered and different weights and/or remedies applied accordingly.

Rules can also test for similarities that indicate contentions which can result in incompatibilities between systems. For example, rules can check for name conflicts with respect to system names, database instance names, user names, etc.

The flow of data for applying exemplary rule sets **28** is shown in FIG. **9**. In this example, the system data gathered from a pair of systems **16** are evaluated using three rule sets. A rule engine or similar device or program evaluates the data parameters of the systems **16** by applying rule sets **1**, **2** and **3** which comprise of the exemplary rules A, B, C, D, E and F. The evaluation of the rules results in compatibility scores and zero or more matched rule items for each rule set **28**. These results can be used for subsequent analyses, such as combining with workload compatibility results to obtain overall compatibility scores.

The system consolidation analysis computes the compatibility of a set of systems **16** based not only on technical and workload constraints as exemplified above, but also business constraints. The business constraints can be expressed in rule sets **28**, similar to the technical constraints discussed above.

It may be appreciated that basic and advanced rule sets **28** can be created. Where basic and advanced rule sets **28** are available for the same analysis program **10**, there are a number of options for providing compatibility. The rule set specification can be extended to include a property indicating the minimum required rule engine version that is compatible with the rule set. In addition, the basic rule sets can be automatically migrated to the advanced rule set format since the advanced specification provides a super set of functionality relative to the basic rule set specification. It will be appreciated that as new rules and rule formats are added, compatibility can be achieved in other ways so long as legacy issues are considered where older rule versions are important to the analysis.

An exemplary process flow for a rule-based compatibility analysis is shown in greater detail in FIGS. **10** and **11**. When analyzing system compatibility, the list of target and source systems **16** are the same. The compatibility is evaluated in two

directions, e.g. for a Server A and a Server B, migrating A to B is considered as well as migrating B to A.

Turning first to FIG. 10, for each rule set R (R=1 to M where M is the number of rule sets) and for each target system T (T=1 to N where N is the number of systems), the rule engine 90 first looks at each source system S (S=1 to N). If the source=target then the configuration compatibility score for that source is set to 100, no further analysis is required and the next pair is analyzed. If the source and target are different, the rules are evaluated against the source/target pair to compute the compatibility score, remediation cost and to compile the associated rule details. Estimated remediation costs are optionally specified with each rule item. As part of the rule evaluation and subsequent compatibility score calculation, if a rule is true, the corresponding cost to address the deficiency is added to the remediation cost for the pair of systems 16 being analysed.

The evaluation of the rules is shown in FIG. 11. The evaluation of the rules considers the snapshot data 18 for the source system and the target system, as well as the differential rule set 28 that being applied. For each rule in the set 28, the data referenced by the rule is obtained for both the target and source. The rule is evaluated by having the rule engine 90 compare the data. If the rule is not true (i.e. if the systems 16 are the compatible according to the rule definition) then the data 18 is not considered in the compatibility score and the next rule is evaluated. If the rule is true, the rule details are added to an intermediate result. The intermediate result includes all true rules.

Preferably, a suppression tag is included with each rule. As discussed above, the suppression tag indicates other rules that are not relevant if that rule is true. The suppression flag allows the program 10 to avoid unnecessary computations. A mutex flag is also preferably used to avoid unfairly reducing the score for each true rule when the rules are closely affected by each other.

Once each rule has been evaluated, a list of matched rules is created by removing suppressed rule entries from the intermediate results based on rule dependencies, which are defined by rule matching and suppression settings (e.g. match flags and suppression tags). The compatibility score for that particular source/target pair is then computed based on the matched rules, weights and mutex settings. Remediation costs are also calculated based on the cost of updating/up-grading etc. and the mutex settings.

Turning back to FIG. 10, the current target is then evaluated against all remaining sources and then the next target is evaluated. As a result, an N×N map 32 can be created that shows a compatibility score for each system against each other system. The map 32 can be sorted by grouping the most compatible systems. The sorted map 32 is comprised of every source/target combination and thus provides an organized view of the compatibilities of the systems 16.

Preferably, configuration compatibility results are then generated for each rule set 28, comprising the map 32 (e.g. FIG. 4) and for each source-target pair details available pertaining to the configuration compatibility scoring weights, remediation costs and applicable rules. The details can preferably be pulled for each source/target pair by selecting the appropriate cell 92.

The workload compatibility analysis evaluates the compatibility of each source-target pair with respect to one or more workload data types 30. The analysis employs a workload stacking model to combine the source workloads onto the target system. The combined workloads are then evaluated using threshold and a scoring algorithm to calculate a compatibility score for each workload type.

System workload constraints must be assessed when considering consolidation to avoid performance bottlenecks. Workload types representing particularly important system resources include % CPU utilization, memory usage, disk space used, disk I/O throughput and network I/O throughput. The types of workload analyzed can be extended to support additional performance metrics. Workload values can be represented as percentages (e.g. % CPU used) or absolute values (e.g. disk space used in MB, disk I/O in MB/sec).

The term workload benchmark refers to a measure of a system's capability that may correspond to one or more workload types. Workload benchmarks can be based on industry benchmarks (e.g. CINT2000 for processing power) or the maximum value of a system resource (e.g. total disk space, physical memory, network I/O bandwidth, maximum disk I/O rate). Benchmarks can be used to normalize workload types that are expressed as a percentage (e.g. % CPU used) to allow direct comparison of workloads between different systems 16. Benchmarks can also be used to convert workload types 30 that are expressed as absolute values (e.g. disk space used in MB) to a percentage (e.g. % disk space used) for comparison against a threshold expressed as a percentage.

System benchmarks can normalize workloads as follows. For systems X and Y, with CPU benchmarks of 200 and 400 respectively (i.e. Y is 2× more powerful than X), if systems X and Y have average CPU utilizations of 10% and 15% respectively, the workloads can be normalized through the benchmarks as follows. To normalize X's workload to Y, multiply X's workload by the benchmark ratio X/Y, i.e. 10%×200/400=5%.

Stacking X onto Y would then yield a total workload of 5%+15%=20%. Conversely, stacking Y onto X would yield the following total workload: 10%+15%×400/200=40%.

As discussed above, workload data is collected for each system 16 through various mechanisms including agents, standard instrumentation (e.g. Windows Performance Monitor™, UNIX™ System Activity Reporter), custom scripts, third party performance monitoring tools, etc. Workload data is typically collected as discrete time series data. Higher sample frequencies provide better accuracy for the analysis (5 minute interval is typical). The workload data values should represent the average values over the sample period rather than instantaneous values.

Data from different sources may need to be normalized to common workload data types 30 to ensure consistency with respect to what and how the data is measured. For example, CPU usage may be reported as Total % CPU utilization, % CPU idle, % CPU system, % CPU user, % CPU I/O, etc. Disk utilization may be expressed in different units such as KB, MB, blocks, etc.

The time series workload data can be summarized into hourly quartiles. Specifically, the minimum, 1st quartile, median, 3rd quartile, maximum, and average values are computed for each hour. The compatibility analysis for workload uses the hourly quartiles. These statistics allow the analysis to emphasize the primary operating range (e.g. 3rd quartile) while reducing sensitivity to outlier values.

Workload data is typically collected and stored in the workload data cache 58 for each system 16 for multiple days. At least one full day of workload data should be available for the analysis. When analyzing workloads, users can specify a date range to filter the workload data under consideration. A representative day is selected from this subset of workload data for the analysis. The criteria for selecting a representative day should be flexible. A preferable default assessment of the workload can select the worst day as the representative day based on average utilization. A less conservative assessment

may consider the $N^{th}$ percentile (e.g. 95th) day to eliminate outliers. Preferably, the worst days (based on daily average) for each system and for each workload type are chosen as the representative days.

The data extraction process flow for the workload compatibility analysis is shown in FIG. 12. Preferably, the workload data cache 58 includes data obtained during one or more days. For each system 16 in the workload data set, for each workload data type 30, get the workload data for the specified date range, determine the most representative day of data, (e.g. if it is the worst day) and save it in the workload data snapshot. In the result, a snapshot of a representative day of workload data is produced for each system 16.

To evaluate the compatibility of one or more systems with respect to server consolidation, the workloads of the source systems are combined onto the target system. Some types of workload data are normalized for the target system. For example, the % CPU utilization is normalized using the ratio of target and source CPU processing power benchmarks. The consolidated workload for a specific hour in the representative day is approximated by combining the hourly quartile workloads.

There are two strategies for combining the workload quartiles, namely original and cascade. The original strategy simply adds like statistical values (i.e. maximum, third quartile, medians, etc.) of the source systems to the corresponding values of the target system. The cascade strategy processes the statistical values in descending order, starting with the highest statistical value (i.e. maximum value). The strategy adds like statistical values as with original, but may clip the resulting sums if they exceed a configurable limit and cascades a portion of the excess value to the next statistic (i.e. the excess of sum of the maximum values is cascaded to 3rd quartile).

Workload compatibility scores quantify the compatibility of consolidating one or more source systems onto a target system. The scores range from 0 to 100 with higher scores indicating better compatibility. The scores are computed separately for each workload type 30 and are combined with the system configuration and business-related compatibility scores to determine the overall compatibility scores for the systems 16. The workload scores are based on the following: combined system workload statistics at like times and worst case, user-defined workload thresholds, penalty calculation, score weighting factors, and workload scoring formula.

Workloads are assessed separately for two scenarios: like-times and worst case. The like times scenario combines the workload of the systems at like times (i.e. same hours) for the representative day. This assumes that the workload patterns of the analyzed systems are constant. The worst case scenario time shifts the workloads for one or more systems 16 to determine the peak workloads. This simulates the case where the workload patterns of the analyzed systems may occur earlier or be delayed independently. The combined workload statistics (maximum, 3rd quartile, median, 1st quartile and minimum) are computed separately for each scenario.

For a specific analysis, workload thresholds are specified for each workload type. The workload scores are penalized as a function of the amount the combined workload exceeds the threshold. Through the workload type definition, the workload data and corresponding thresholds can be specified independently as percentages or absolute values. The workload data type 30 is specified through the unit property and the threshold data type is specified by the test as percent flag. The common workload/threshold data type permutations are handled as follows.

If the workload is expressed as a percentage and test as percent is true (e.g. % CPU), normalize workload percentage using the benchmark and compare as percentages.

If the workload is expressed as an absolute value and test as percent is true (e.g. disk space), convert the workload to a percentage using benchmark and compare as percentages.

If workload unit is expressed as an absolute value and test as percent if false (e.g. network I/O), compare workload value against threshold as absolute values.

A penalty value ranging from 0 to 1 can be calculated for each workload statistic and for each scenario as a function of the threshold and the clipping level. The penalty value is computed as follows:

| | | |
|---|---|---|
| If Workload | $\leq$ | Threshold, |
| Penalty = 0 | | |
| If Workload | $\geq$ | Clipping Level, |
| Penalty = 1 | | |
| If Threshold | $<$ Workload $<$ | Clipping Level, |
| Penalty = (Workload Value − Threshold)/(Clipping level − Threshold) | | |

The workload score is composed of the weighted penalty values. The weights are used to compute the workload score from the penalty values. If the sum of the weights exceeds 1, the weights should be normalized to 1. The actual score is computed for a workload type by subtracting the sum of the weighted penalties from 1 and multiplying the result by 100:

$$\text{Score} = 100 * (1 - \text{Sum}(\text{Weight} * \text{Penalty}))$$

Using the previous example and assuming that the like times are the same as the worst times, the score is calculated as follows:

Score = 100 * (1 − (Weight$_{MaxWorst}$ * Penalty$_{MaxWorst}$ + Weight$_{MaxLike}$ * Penalty$_{MaxLike}$ + Weight$_{Q3Worst}$ * Penalty$_{Q3Worst}$ + Weight$_{Q3Like}$ * Penalty$_{Q3Like}$ + Weight$_{Q2Worst}$ * Penalty$_{Q2Worst}$ + Weight$_{Q2Like}$ * Penalty$_{Q2Like}$ + Weight$_{Q1Worst}$ * Penalty$_{Q1Worst}$ + Weight$_{Q1Like}$ * Penalty$_{Q1Like}$ + Weight$_{MinWorst}$ * Penalty$_{MinWorst}$ + Weight$_{MinLike}$ * Penalty$_{MinLike}$))

= 100 * (1 − (0.1 * 1 + 0.2*1 + 0.3 * 0.5 + 0.4 * 0.5)

= 30

A flow chart illustrating a workload compatibility analysis is shown in FIG. 13. When analyzing 1-to-1 workload compatibility, the list of target and source systems 16 is the same. The compatibility is evaluated in two directions, e.g. for Server A and Server B, migrating A to B is considered as well as migrating B to A.

The workload analysis considers one or more workload types, e.g. CPU busy, the workload limits 94, e.g. 75% of the CPU being busy, and the system benchmarks 96, e.g. relative CPU power. Each system 16 in the workload data set is considered as a target (T=1 to N) and compared to each other system 16 in the data set 18 as the source (S=1 to N). The analysis engine 64 first determines if the workload source and target are the same. If yes, then the workload compatibility score is set to 100 and no additional analysis is required for that pair. If the source and target are different, the system benchmarks are then used to normalize the workloads (if required). The normalized source workload histogram is then stacked on the normalized target system.

System benchmarks can normalize workloads as follows. For systems X and Y, with CPU benchmarks of 200 and 400 respectively (i.e. Y is 2× more powerful than X), if systems X and Y have average CPU utilization of 10% and 15% respectively, the workloads can be normalized through the bench-

17

18

marks as follows. To normalize X's workload to Y, multiply X's workload by the benchmark ratio X/Y, i.e. 10%×200/400=5%. Stacking X onto Y would then yield a total workload of 5%+15%=20%. Conversely, stacking Y onto X would yield the following total workload: 10%+15%×400/200=40%.

Using the stacked workload data, the workload compatibility score is then computed for each workload type as described above.

Each source is evaluated against the target, and each target is evaluated to produce an N×N map 32 of scores, which can be sorted to group compatible systems (e.g. see FIG. 4). Preferably, a workload compatibility results is generated that includes the map 32 and workload compatibility scoring details and normalized stacked workload histograms that can be viewed by selecting the appropriate cell 92. The workload compatibility results are then combined with the rule-based compatibility results to produce the overall compatibility scores, described below.

FIGS. 14 to 17 illustrate a workload settings page 42 which can be used with the analysis program 10 in performing a workload analysis. FIG. 14 illustrates a date settings tab in the settings page 42. The audit date range specification allows users to choose the appropriate range of workload data to be considered for the analysis. Users can choose data based on the last N days of available data, the last N calendar days, specific date ranges or all available data. An advanced settings page 44 can be launched from the workload settings page 42. The advanced settings page 44 is shown in FIG. 15.

The advanced settings for workload selection allows users to filter specific days of the week or based on basic weekly or monthly patterns. The specification also lets users exclude outlier days using on percentiles based on the daily average or busiest average hour of the day. Users can also exclude specific hours of the day. After filtering undesired days of workload, users can finally choose a representative day based on the busiest, least busy, typical or average values. Users can also choose a predicted workload in the future based on an expected growth rate or based on projected trends to some date in the future.

FIG. 16 illustrates a limits tab accessed from the workload settings page 42. The analysis program 10 allows user to specify workload limits when evaluating the workload types to be analyzed. These limits are used when computing the workload scores.

FIG. 17 illustrates a parameters tab accessed from the workload settings page 42. The analysis program 10 allows users to specify workload type specific parameters. For example, the virtual CPU utilization can be used to model the virtualization overhead based on CPU utilization, disk I/O rates and network I/O rates. The confidence limit value can range between 0 and 100% and allows users to adjust the workload computation based on the probability of outcomes when combining the workload of multiple systems. A confidence limit of 100% indicates that the workload computation is based on the worst case scenario where the maximum values of every system 16 are assumed to coincide. A 99% confidence limit effectively discards 1% of the worst possible cases, resulting in less conservative workload stacking results. The strategy name specifies the workload scoring strategy to employ when computing the workload score. Predefined scoring strategies such as Peak and Sustained emphasize peak (maximum) and sustained (third quartile) workloads, respectively. Peak scoring is useful for performance sensitive applications whose performance should not be degraded. Sustained scoring is appropriate for less perfor-

mance sensitive applications such as batch jobs where slight performance degradations may be acceptable.

The results of the rule and workload compatibility analyses are combined to compute an overall compatibility score for each server pair. These scores preferably range from 0 to 100, where higher scores indicate greater compatibility and 100 indicating complete or 100% compatibility.

As noted above, the analysis input can include importance factors. For each rule set 28 and workload type 30 included in the analysis, an importance factor 88 can be specified to adjust the relative contribution of the corresponding score to the overall score. The importance factor 88 is an integer, preferably ranging from 0 to 10. A value of 5 has a neutral effect on the contribution of the component score to the overall score. A value greater than 5 increase the importance whereas a value less than 5 decreases the contribution.

The overall compatibility score for the system pair is computed by combining the individual compatibility scores using a formula specified by an overlay algorithm which performs a mathematical operation such as multiply or average, and the score is recorded.

Given the individual rule and workload compatibility scores, the overall compatibility score can be calculated by using the importance factors as follows for a "multiply" overlay:

$$O = 100 * \frac{100 - (100 - S_1) * \frac{F_1}{5}}{100} *$$

$$\frac{100 - (100 - S_2) * \frac{F_2}{5}}{100} * \ldots * \frac{100 - (100 - S_n) * \frac{F_n}{5}}{100}$$

where O is the overall compatibility score, n is the total number of rule sets 28 and workload types 30 included in the analysis, $S_i$ is the compatibility score of the $i^{th}$ rule set 28 or workload type 30 and $F_i$ is the importance factor of the $i^{th}$ rule set 28 or workload type 30.

It can be appreciated that setting the importance factor 88 to zero eliminates the contribution of the corresponding score to the overall score. Also, setting the importance factor to a value less than 5 reduces the score penalty by 20% to %100 of its original value.

For example, a compatibility score of 90 implies a score penalty of 10 (i.e. 100–90=10). Given an importance factor of 1, the adjusted score is 98 (i.e. 100–10*1/5=100–2=98). On the other hand, setting the importance factor to a value greater than 5 increases the score penalty by 20% to 100% of its original value. Using the above example, given a score of 90 and an importance factor of 10, the adjusted score would be 80 (i.e. 100–10*10/5=100–20=80).

If more systems 16 are to be examined, the above process is repeated. When overall compatibility analysis scores for all server pairs have been computed, a map 32 is displayed graphically and each cell 92 is linked to a scorecard that provides further information. The further information can be viewed by selecting the cell 92. A sorting algorithm is then preferably executed to configure the map 32. The maps 32 can be sorted in various ways to convey different information. For example, sorting algorithms such as a simple row sort, a simple column sort and a sorting by group can be used.

A simple row sort involves computing the total scores for each source system (by row), and subsequently sorting the rows by ascending total scores. In this arrangement, the highest total scores are indicative of source systems that are the

best candidates to consolidate onto other systems. A simple column sort involves computing the total scores for each target system (by column) and subsequently sorting the columns by ascending total score. In this arrangement, the highest total scores are indicative of the best consolidation target systems. Sorting by group involves computing the difference between each system pair, and arranging the systems to minimize the total difference between each pair of adjacent systems in the map. The difference between a system pair can be computed by taking the square root of the sum of the squares of the difference of a pair's individual compatibility score against each other system in the analysis. In general, the smaller the total difference between two systems, the more similar the two systems with respect to their compatibility with the other systems. The group sort promotes the visualization of the logical breakdown of an environment by producing clusters of compatible systems **18** around the map diagonal. These clusters are indicative of compatible regions in the environment **12**. In virtualization analysis, these are often referred to as "affinity regions."

The high level process flow of the multi-dimensional compatibility analysis is illustrated in FIG. **18**. In addition to the common compatibility analysis input, this analysis takes a consolidation solution as input. In contrast to the 1-to-1 compatibility analysis that evaluates the compatibility of each system pair, this multi-dimensional compatibility analysis evaluates the compatibility of each transfer set **23** specified in the consolidation solution.

The multi-dimensional compatibility analysis extends the original 1-to-1 compatibility analysis that assessed the transfer of a single source entity to a target. As with the 1-to-1 compatibility analysis, the multi-dimensional analysis produces an overall compatibility scorecard **98** based on technical, business and workload constraints. Technical and business compatibility are evaluated through one or more rule sets **28**. Workload compatibility is assessed through one or more workload types **30**.

This produces multi-dimensional compatibility analysis results, which includes multi-dimensional compatibility scores, maps and details based on the proposed transfer sets **23**.

For each transfer set **23**, a compatibility score is computed for each rule set **28** and workload type **30**. An overall compatibility score for the transfer set **23** is then derived from the individual scores.

In addition to evaluating the compatibility of the specified transfer sets, the compatibility analysis can evaluate the incremental effect of adding other source systems (specified in the analysis input) to the specified transfer sets. Similar to the 1-to-1 compatibility analysis, this analysis involves 4 stages. The first stage is gets the system data **18** required for the analysis to produce the analysis data snapshot. The second stage performs a multi-dimensional compatibility analysis for each rule set **28** for each transfer set **23**. Next, the workload compatibility analysis is performed for each workload type **30** for each transfer set **23**. Finally, these analysis results are combined to determine overall compatibility of each transfer set. The multi-dimensional rule-based compatibility analysis differs from the 1-to-1 compatibility analysis since a transfer set can include multiple sources (N) to be transferred to the target, the analysis may evaluate the compatibility of sources amongst each other (N-by-N) as well as each source against the target (N-to-1) as will be explained in greater detail below. The multi-dimensional workload and overall compatibility analysis algorithms are analogous to their 1-to-1 analysis counterparts.

To assess the compatibility of transferring multiple source entities (N) to a target (1), the rule-based analysis can compute a compatibility score based on a combination of N-to-1 and N-by-N compatibility analyses. An N-to-1 intercompatibility analysis assesses each source system against the target. An N-by-N intracompatibility analysis evaluates each source system against each of the other source systems. This is illustrated in a process flow diagram in FIG. **19**.

Criteria used to choose when to employ an N-to-1, N-by-N or both compatibility analyses depend upon the target type (concrete or malleable), consolidation strategy (stacking or virtualization), and nature of the rule item.

Concrete target models are assumed to be rigid with respect to their configurations and attributes such that source entities to be consolidated are assumed to be required to conform **8** to the target. To assess transferring source entities onto a concrete target, the N-to-1 inter-compatibility analysis is performed. Alternatively, malleable target models are generally adaptable in accommodating source entities to be consolidated. To assess transferring source entities onto a malleable target, the N-to-1 inter-compatibility analysis can be limited to the aspects that are not malleable.

When stacking multiple source entities onto a target, the source entities and targets coexist in the same operating system environment. Because of this inherent sharing, there is little flexibility in accommodating individual application requirements, and thus the target is deemed to be concrete. As such, the multi-dimensional analysis considers the N-to-1 inter-compatibility between the source entities and the target as the primary analysis mechanism, but, depending on the rule sets in use, may also consider the N-by-N intra-compatibility of the source entities amongst each other.

When virtualizing multiple source entities onto a target, the source entities are often transferred as separate virtual images that run on the target. This means that there is high isolation between operating system-level parameters, and causes virtualization rule sets to generally ignore such items. What is relevant, however, is the affinity between systems at the hardware, storage and network level, and it is critical to ensure that the systems being combined are consistent in this regard. In general, this causes the multi-dimensional analysis to focus on the N-to-N compatibility within the source entities, although certain concrete aspects of the target systems (such as processor architecture) may still be subjected to (N-to-1) analysis.

N-to-1 intercompatibility scores reflect the compatibility between N source entities and a single target as defined by a transfer set **23** as shown in FIG. **20**. This analysis is performed with respect to a given rule set and involves: 1) Separately evaluate each source entity against the target with the rule set to compile a list of the union of all matched rule items; 2) For each matched rule item, use the rule item's mutex (mutually exclusive) flag to determine whether to count duplicate matched rule items once or multiple times; and 3) Compute the score based on the product of all the penalty weights associated with the valid matched rule items:

$$S = 100*(1-w_1)*(1-w_2)*(1-w_3)* \ldots (1-w_n);$$

where S is the score and $w_i$ is the penalty weight of the $i^{th}$ matched item.

N-by-N intracompatibility scores reflect the compatibility amongst N source entities with respect to a given rule set as shown in FIG. **21**. This analysis involves: 1) Separately evaluate each source entity against the other source entities with the rule set to compile a list of the union of all matched rule items; 2) For each matched rule item, use the rule item's mutex (mutually exclusive) flag to determine whether to count

duplicate matched rule items once or multiple times; and 3) Compute the score based on the product of all the penalty weights associated with the valid matched rule items:

$$S=100*(1-w_1)*(1-w_2)*(1-w_3)* \ldots (1-w_n);$$

where S is the score and $w_i$ is the penalty weight of the $i^{th}$ matched item.

A procedure for stacking the workload of multiple source systems on a target system is shown in FIG. 22. The multi-stacking procedure considers the workload limits that is specified using the program 150, the per-system workload benchmarks (e.g. CPU power), and the data snapshot containing the workload data for the source and target systems 16 that comprise the transfer sets 23 to analyze. The analysis may evaluate transfer sets 23 with any number of sources stacked on a target for more than one workload type 30.

For each workload type 30, each transfer set 23 is evaluated. For each source in the transfer set 23, the system benchmarks are used to normalize the workloads as discussed above, and the source workload is stacked on the target system. Once every source in the set is stacked on the target system, the workload compatibility score is computed as discussed above. The above is repeated for each transfer set 23. A multi-stack report may then be generated, which gives a workload compatibility scorecard for the transfer sets along with workload compatibility scoring details and normalized multi-stacked workload charts.

The consolidation analysis process flow is illustrated as D in FIG. 5. Using the common compatibility analysis input and additional auto fit inputs, this analysis seeks the consolidation solution that maximizes the number of transfers while still fulfilling the several pre-defined constraints. The consolidation analysis repeatedly employs the multi-dimensional compatibility analysis to assess potential transfer set candidates. The result of the consolidation analysis comprises of the consolidation solution and the corresponding multi-dimensional compatibility analysis.

A process flow of the consolidation analysis is shown in FIG. 23.

The auto fit input includes the following parameters: transfer type (e.g. virtualize or stacking), minimum allowable overall compatibility score for proposed transfer sets, minimum number of source entities to transfer per target, maximum number of source entities to transfer per target, and quick vs. detailed search for the best fit. Target systems can also be designated as malleable or concrete models.

As part of a compatibility analysis input specification, systems can be designated for consideration as a source only, as a target only or as either a source or a target. These designations serve as constraints when defining transfers in the context of a compatibility analysis. The analysis can be performed on an analysis with pre-existing source-target transfers. Analyses containing systems designated as source or target-only (and no source or target designations) are referred to as "directed analysis."

The same transfer type may be assumed for all automatically determined transfers within an analysis. The selected transfer type affects how the compatibility analysis is performed. The minimum overall compatibility score dictates the lowest allowable score (sensitivity) for the transfer sets to be included in the consolidation solution. Lowering the minimum allowable score permits a greater degree of consolidation and potentially more transfers. The minimum and maximum limits for source entities to be transferred per target (cardinality) define additional constraints on the consolidation solution. The quick search performs a simplified form of the auto fit calculation, whereas the detailed search performs

a more exhaustive search for the optimal solution. This distinction is provided for quick assessments of analyses containing a large numbers of systems to be analyzed.

The transfer auto fit problem can be considered as a significantly more complex form of the classic bin packing problem. The bin packing problem involves packing objects of different volumes into a finite number of bins of varying volumes in a way that minimizes the number of bins used. The transfer auto fit problem involves transferring source entities onto a finite number of targets in a way that maximizes the number of transfers. The basis by which source entities are assessed to "fit" onto targets is based on the highly nonlinear compatibility scores of the transfer sets. As a further consideration, which can increase complexity, some entities may be either source or targets. The auto fit problem is a combinatorial optimization problem that is computationally expensive to solve through a brute force search of all possible transfer set permutations. Although straightforward to implement, this exhaustive algorithm is impractical due to its excessive computational and resource requirements for medium to large data sets. Consequently, this class of problem is most efficiently solved through heuristic algorithms that yield good but likely suboptimal solutions.

There are four variants of the heuristic auto fit algorithm that searches for the best consolidation solution:

Quick Stack—quick search for a stacking-based consolidation solution;

Detailed Stack—more comprehensive search for a stacking-based consolidation solution;

Quick Virtualization—quick search for a virtualization-based consolidation solution; and

Detailed Virtualization—more comprehensive search for a virtualization-based consolidation solution.

The auto fit algorithms are iterative and involve the following common phases:

The initial phase filters the source and target lists by eliminating invalid entity combinations based on the 1-to-1 compatibility scores that are less than the minimum allowable compatibility score. It also filters out entity combinations based on the source-only or target-only designations. The auto fit algorithm search parameters are then set up. The parameters can vary for each algorithm. Example search parameters include the order by which sources and targets are processed and the criteria for choosing the best transfer set 23. The next phase compiles a collection of candidate transfer sets 23 from the available pool of sources and targets. The candidate transfer sets 23 fulfill the auto fit constraints (e.g. minimum allowable score, minimum transfers per transfer set, maximum transfers per transfer set). The collection of candidate transfer sets may not represent a consolidation solution (i.e. referenced sources and targets may not be mutually exclusive amongst transfer sets 23). The algorithms vary in the criteria employed in composing the transfer sets. In general, the detailed search algorithms generate more candidate transfer sets than quick searches in order to assess more transfer permutations.

The next phase compares the candidate transfer sets 23 and chooses the "best" transfer set 23 amongst the candidates. The criteria employed to select the best transfer set 23 varies amongst the algorithms. Possible criteria include the number of transfers, the compatibility score, general compatibility of entities referenced by set and whether the transfer set target is a target-only.

Once a transfer set is chosen, it is added to the intermediate consolidation solution. The entities referenced by the transfer set are removed from the list of available sources and targets

and the three preceding phases are repeated until the available sources or targets are consumed.

Once all the sources or targets are consumed or ruled out, the consolidation solution is considered complete and added to a list of candidate solutions. Additional consolidation solutions can be compiled by iterating from the second phase with variations to the auto fit parameters for compiling and choosing candidate transfer sets. The criteria used to stop compiling additional solutions can be based on detecting that the solution is converging on a pre-defined maximum number of iterations. Finally, the best candidate consolidation solution can be selected based on some criteria such as the largest reduction of systems with the highest average transfer set scores. The general algorithm is shown in the flow diagram depicted in FIG. 24.

Accordingly, the compatibility and consolidation analyses can be performed on a collection of system to 1) evaluate the 1-to-1 compatibility of every source-target pair, 2) evaluate the multi-dimensional compatibility of specific transfer sets, and 3) to determine the best consolidation solution based on various constraints including the compatibility scores of the transfer sets. Though these analyses share many common elements, they can be performed independently. These analyses are based on collected system data related to their technical configuration, business factors and workloads. Differential rule sets and workload compatibility algorithms are used to evaluate the compatibility of systems. The technical configuration, business and workload related compatibility results are combined to create an overall compatibility assessment. These results are visually represented using color coded scorecard maps.

It will be appreciated that although the system and workload analyses are performed in this example to contribute to the overall compatibility analyses, each analysis is suitable to be performed on its own and can be conducted separately for finer analyses. The finer analysis may be performed to focus on the remediation of only configuration settings at one time and spreading workload at another time. As such, each analysis and associated map may be generated on an individual basis without the need to perform the other analyses.

It will be appreciated that each analysis and associated map discussed above may instead be used for purposes other than consolidation such as capacity planning, regulatory compliance, change, inventory, optimization, administration etc. and any other purpose where compatibility of systems is useful for analyzing systems 16. It will also be appreciated that the program 10 may also be configured to allow user-entered attributes (e.g. location) that are not available via the auditing process and can factor such attributes into the rules and subsequent analysis.

It will be further appreciated that although the examples provided above are in the context of a distributed system of computer servers, the principles and algorithms discusses are applicable to any system having a plurality of sub-systems where the sub-systems perform similar tasks and thus are capable theoretically of being consolidation. For example, a local network having a number of personal computers (PCs) could also benefit from a consolidation analysis.

Power Utilization Analysis

It has also been recognized that the analysis program 10 can be used to estimate the power utilization of existing source and proposed target servers to compare the power utilization before and after the transformation. This information can be very useful with the high cost of energy, more power hungry servers and the power and cooling constraints of data centers.

If no actual server power utilization data is available, the analysis program 10 estimates the power for each server based the server utilization level, the estimated power at idle and power at maximum utilization.

The power utilization of servers can be analyzed as a workload type. This is especially useful when comparing the aggregate power utilization of a set of servers before and after consolidation.

While some modern server models support the measurement of its power utilization, the majority of servers do not support its measurement. As a result, the analysis program must estimate power utilization. The power utilization is computed according to the server load, the power consumption at idle and maximum loads.

The server load can be approximated through server activity such as CPU, memory and disk activity. The power consumption at idle and maximum loads can be measured empirically or through various power calculators provided by server vendors.

When estimating the power utilization as a function of the server load, a simplifying assumption could be to assume a linear relationship between the server load and power consumption. Thus, if the server load is zero, the power consumption is equal to the estimated power level corresponding to idle load. Similarly, if the server load is at 100%, the power consumption is equal to the estimated power at maximum load. Finally, if the server load is between 0 and 100%, it is estimated based on a linear relationship between the idle and maximum power loads.

Estimated Power=Idle Power+Pct Server Load*(Max Power−Idle Power)

For example, assume the estimated power utilization of a server at idle and maximum loads are 300 and 600 watts, respectively. If the server is at 50% load, the power utilization would be estimated as 450 watts.

Power@50%=300+50%*(600−300)=450 watts

Transformational P2V Analytics Using Analysis Program

FIG. 25 provides further detail for the process 99 shown in FIG. 2 to illustrate conceptually the various steps that may be performed in designing the virtual environment 21. In general, the analysis process 99 begins with the gathering of highly detailed configuration and workload data from systems 16 in an existing physical environment 12. The systems 16 of interest for this data acquisition include the systems to be virtualized as well as those that may be converted to virtual hosts (target servers running hypervisor software) to form part of the new virtual environment 21. The analysis program 20 can be used to automate the data collection from the systems 16, using either agent-based or agentless means, in order to ensure that all analyses are based on up-to-date data. This data is combined with business attributes and process-related information related to the systems 16 to form a complete set of analysis inputs.

From this collected data, the current asset assessment 102 utilizes virtualization rule sets 11 to identify the physical systems 16 that can be converted into virtual hosts, allowing existing systems to be repurposed as virtual servers (e.g. ESX Servers for VMware®) without buying new hardware. The virtualization host system definition 104 can also estimate the aggregate resource capacity of the existing server hardware and compare it against the expected resource requirements of the virtual environment 21. This allows analysts to specify hypothetical server models 125 (i.e. candidates for purchase) that can be used to make up the shortfall.

The analysis program 10 may then group the target system candidates based on live migration compatibility or other

logical grouping criteria, which defines the clusterable pools of systems **16** from which the new virtual environment **21** will be constructed. The physical environment analysis **100**, as discussed above, evaluates technical, business and workload constraints against the systems **16** to be virtualized using advanced rule sets and workload algorithms. The constraints are combined to produce an overall system affinity map that indicates the systems which should be kept together and which ones should be separated when they are virtualized.

The virtual environment optimization **106** determines the optimal mapping of physical servers onto virtual environments and clusters, and allows for "what-if" analyses to determine the optimal cluster design that minimizes the server count while addressing the server and virtual machine compatibility constraints. The resulting analysis maps define the cluster memberships of the servers and virtual machines as well as affinity and anti-affinity rules (e.g. DRS in VMware™).

The automated generation of the cluster membership design accelerates the implementation of virtualized environments **21** while at the same time reducing risk in implementation and subsequent operation. After the virtualized environment **21** is deployed, the analysis program **10** and virtualization UI **13** can be used to provide decision support for ongoing management **15** by gathering configuration and workload data from the virtualization hosts and virtual machines on an ongoing basis and using this to both track the environments as well as enable further analysis and optimization as servers and constraints change over time. Further detail regarding the ongoing management **15** will be provided later.

As can be seen in FIG. **25**, the physical environment analysis **100** comprises individual constraint analyses related to technical, business and workload constraints that affect virtualization and consolidation strategies and an overall combined constraint analysis using the individual constraint analyses.

A technical constraint analysis is performed by the analysis program **10** using technical constraint rulesets. Technical constraints are constraints that affect "what can go together", and typically include configuration-oriented elements such as version compatibilities, environmental settings, patch requirements, security configurations, etc. In a virtualization analysis, the technical constraint models employed typically focus on virtual host and live migration compatibilities, storage configurations, unsupported or non-standard hardware, network connectivity, and other considerations that may impact the viability of and/or path to virtualization. The technical analysis identifies the physical systems that can be virtualized by considering virtualized system constraints including guest operating system support, maximum limits on virtual processors, memory and swap. In addition, the analysis highlights constraints that can impact the compatibility of virtualized systems including unique legacy devices, and uncommon network connectivity or storage requirements. The technical constraint analysis also evaluates the sameness of guest system images to assess the potential to take advantage of the virtualization package's transparent page sharing capabilities (if applicable). The resulting technical affinity map illustrates groups of systems that must be kept together or apart, as well as groups that are ideally kept together or apart.

In general, guest candidates (i.e. those being considered for conversion to virtual machines) must be physical systems **16** and not already virtual machines. The technical constraint analysis should check for potentially incompatible hardware such as fax boards, token ring cards etc. There are various

technical constraints for guest candidates that are hypervisor-specific. For example: ensuring that the operating system is supported by the hypervisor; or constraints based on OS type, OS version, kernel bits and service pack/patch levels, e.g. Microsoft® Hyper-V 1.0 supports the following server operating systems as guests: Windows® Server 2008 x86 and x64, Windows® Server 2003 x86 and x64 SP2, Windows® Server 2000 SP4, and SUSE® Linux Enterprise Server 10 SP1/2 x64 and x86. Another constraint may be guest resource configuration limits such as maximum memory, virtual processors, number of network interfaces etc. Other hypervisor-specific constraints can be based on hypervisor-specific P2V rulesets, e.g. rulesets for VMware® ESX, Microsoft® Hyper-V and Citrix® XenServer.

There are also various server affinity considerations that should be made during the technical constraint analysis, including checking for network affinity (i.e. servers with common networking configurations are more suited to be clustered) and checking for network communications (i.e. servers that communicate with each other may be suited to run on the same host to take advantage of lower network latency).

A business constraint analysis is performed by the analysis program using business constraint rulesets. Business constraints are more concerned with "what should go together", both from a business and a process perspective. Criteria such as maintenance windows, system availability targets, application owners, locations, departments, and other non-technical criteria are analyzed to ensure that there is consistency in the virtual environment and to prevent any production problems post-virtualization. This analysis focuses on business factors that impact the compatibility of the source systems. Other factors considered may include such things as service chargeback models, service levels and regulatory requirements. As with the technical constraint analysis, the business affinity map can be generated that reflects groups of systems to keep together or apart. The business constraints are typically used to organize the guest virtual machines into affinity groups, e.g. group systems from the same department, service level, environment etc. It may be noted that the business constraints can also be used to disqualify certain systems, e.g. do not virtualize systems from specific locations, departments etc.

A workload constraint analysis is based on workload constraints, answers the question "what fits together", and looks at the utilization levels and patterns of servers to determine what the optimal combinations may be (both onto existing hardware as well as new servers). The workload analyses that can be performed by the analysis program **10** uses quartile-based representations of CPU, disk I/O, network I/O, memory utilization and disk utilization in order to build out a comprehensive scorecard-based view of the workload affinities in an environment. The workload analysis evaluates the combination of one or more source workloads onto the target servers to evaluate processor utilization, memory, disk I/O and network I/O. The analysis employs the workload normalization and virtualization overhead models described below to predict workloads with better accuracy. The workload analysis can consider sustained and peak system workloads at like times and at offset times to consider the normal and worst case scenarios. Workload analysis parameters can be specified to adjust the conservativeness or aggressiveness of the constraints. In general, systems with lower workloads are better virtualization candidates than those with very high workloads and resource requirements.

When analyzing workloads, an analyst can specify various configuration parameters including resource thresholds on

target systems to define desired workload headroom; scoring strategies to emphasize the importance of peak vs. sustained workloads as well as analyzing workload based on like times or offset times; workload contention confidence limits allows analyst to adjust risk tolerance related to likelihood of peak workload contention among multiple systems; and workload data date range, filters, trends or assumed growth rates. In addition, the CPU utilization of the virtualized server can be better estimated with a virtualization overhead model based on measured physical CPU utilization, disk I/O and network I/O rates. CPU utilization can be normalized between different server models using processor benchmarks. Different processor benchmarks can be employed, depending on the personality of the system workload. Examples of processor benchmarks that may be employed include CINT2000 and CINT2006 rate from SPEC (Standard Performance Evaluation Corporation).

Capacity planning for high available clusters can be really performed through a what-if workload analysis by adjusting the workload headroom thresholds or excluding target servers from the analysis to simulate host failures.

As discussed above, a compatibility analysis performed by the analysis program **10** can generate a compatibility map **32** as shown in FIG. **4**. FIG. **30** illustrates a compatibility map **164** showing the result of applying a virtualization rule set **11** against a set of physical systems **16**. As per FIG. **4**, the systems **16** are listed in the map **164** along the left side of the matrix as well as along the top of the matrix thus producing a cross-correlation of the compatibilities of the listed systems **16**. In this example, it can be appreciated that the similarly shaded regions comprising a score **36** of "100" and normally shaded **34** green (as identified by the circle **166** in FIG. **30**), represent affinity regions where the systems **16** are generally self-consistent. Those regions showing as darker or lighter than those in the circle **166** (typically yellow, orange, red etc.), on the other hand, represent system combinations where important constraints may be violated if they are virtualized onto the same infrastructure. The set of four systems **16** to the far right and bottom in this example are hypothetical targets that the environment is being analyzed onto. Similar maps **164** can be generated for technical, business and workload constraints, which are then used to conduct a combined constraint analysis.

A combined constraint analysis looks at the net-effect combining the technical, business and workload constraints to provide an overall affinity map. The analysis program **10** can analyze multiple constraint maps using a 3-dimensional data structure as illustrated conceptually in FIG. **31** that enables simultaneous assessment of all constraints. The overall affinity map defines regions of compatible source systems that can be assigned to common clusters. The compatibility scores would then reflect the degree of compatibility/incompatibility between systems **16**.

Turning back to FIG. **25**, the current asset assessment **102** generally comprises the steps of a server upgrade analysis and an aggregate server utilization analysis.

The server upgrade analysis assesses the viability of repurposing existing physical servers to serve as virtualization hosts (i.e. to run hypervisor software). This analysis can involve checking to see if hardware is compatible with specific hypervisor software (some hypervisors such as VMware® ESX support specific hardware server manufacturers and models) and checking whether a system **16** has sufficient resources (CPU, memory, network interfaces, etc.) to support virtualization software and guests. The analysis may assume that hardware in the existing system **16** can be upgraded to meet certain hardware requirements (e.g.

memory, HBA, network interface cards). The upgrade analysis can be performed by creating an analysis comprised of virtualization host candidates and applying the applicable hypervisor-specific host compatibility rule set **11** (e.g. VMware® ESX Hardware Compatibility). In general, the host compatibility rule set rules out any servers that are fully incompatible (e.g. unsupported processor architecture, virtual machine, etc.), and applies varying penalty levels based on correctable and less severe incompatibilities (e.g. insufficient memory, number of network adapters, etc.). In addition, the upgrade analysis can validate the various target server and live migration requirements such as minimum CPU clock speeds, maximum RAM, maximum CPU cores and multiple GB Ethernet network interface cards.

FIG. **32** illustrates a target compatibility map **170** showing which systems **16** in the current physical environment **12** are candidates for upgrading to run as a target (with hypervisor software). The large region **172** shown in FIG. **32** identifies systems **16** that are unconditionally supported (with "100" and normally shaded green), and the lighter regions (normally yellow) show those systems **16** that can become target servers with some qualifications.

The aggregate server utilization analysis combines resource utilization data of physical server source candidates to obtain a high level estimate of aggregate resource requirements of the target server environment. This analysis also determines whether existing physical servers are sufficient to support virtualization resource requirements or whether new servers need to be acquired to meet virtualization requirements; determines storage requirements (storage area networks—e.g. SAN); and determines network bandwidth requirements. Important system resources for sizing target servers are CPU and memory utilization, storage and disk and network I/O rates. The aggregate resource utilization of the source candidates is compared against the capacity of the target candidates to thus determine the additional server hardware, if any, that is required to support the planned virtualized environment **21**.

To accurately combine the processor utilization of the systems based on different processors, industry benchmarks can be employed by the analysis program **10** to normalize the CPU workload data. Processor benchmarks such as SPEC CINT2000 or SPEC CINT2006 rate are better suited than basic processor speeds (MHz) since benchmarks account for different processor architectures that affect performance significantly. The analysis program **10** can be configured to use a variety of comprehensive CPU benchmark tables to determine the appropriate benchmark value of the physical systems based on the server model, processors and type of workload (e.g. CPU intensive, web, Java application, database, etc.).

As an additional software layer, virtualization software such as VMware® often adds a performance overhead. As such, when modeling the resource utilization of physical systems in the virtualized target environment, a virtualization overhead is added to the source system workloads. The analysis program **10** can use an advanced virtualization overhead model to estimate CPU utilization of physical systems when virtualized on a virtualization host. The CPU overhead is modeled for each guest as a function of the CPU utilization, network I/O and disk I/O rates. Similarly, the memory overhead is comprised of the service console memory (e.g. default 272 MB, maximum 800 MB) and guest system contributions. The memory overhead of each guest system is affected by its memory allocation, the number of virtual CPUs, and whether it is a 32 or 64 bit operating system. It may be noted that the memory overhead of similar virtualized systems can be offset

29

30

by the memory saved through features such as the transparent page sharing feature provided by VMware®.

By normalizing workloads and accounting for virtualization overhead, the projected resource requirements of the physical systems can be modeled with higher accuracy. The aggregate resource requirements are adjusted further to include the desired headroom to account for future growth and high availability requirements. Similarly, the aggregate resource capacity of the virtualization host candidates can be calculated by the analysis program 10.

FIG. 33 illustrates an aggregate utilization UI 174, showing the normalized utilization of an entire environment. Utilization is reported in this example as a rolled-up average 176 as well as a time-of-day curve 178 showing peak and sustained activity throughout the daily cycle. This can be an important measure of the consolidation potential of an environment, and gives an initial estimate of the CPU, I/O, disk and network capacity required in the virtualization host environment.

The virtualization host system definition 104 generally comprises a determination of hypothetical server models and live migration compatibilities.

Hypothetical servers can be used to model target servers that do not currently exist in the computing environment, which allows users to evaluate a wide range of scenarios. Predefined hypothetical servers are based on popular server models with typical hardware configurations (processor type, number of processors, memory, storage, network adapters). Analysts can define custom server models with specific hardware configurations. Hypothetical servers can be based on sparse models (hardware and operating systems configurations) and can also be based on more detailed models derived from existing servers. The projected aggregate workloads of the source and target systems are compared to determine whether additional computing resources are required. If there is insufficient capacity, the amount of hypothetical virtualization host hardware is estimated.

FIG. 27 illustrates an exemplary process flow diagram for determining initial high-level requirements regarding hypothetical server models 125. It can be seen that the process begins with guest candidates 118, 120 (see also FIG. 26 to be explained below) and virtualization host candidates 122, 124. At 132, the aggregate system resource requirements are estimated based on the historical workload of the candidates 118, 120 thereby producing aggregate workload requirements at 134. At 136, the aggregate system capacity is estimated based on hardware configurations of the virtualization host candidates thereby producing a measure of aggregate workload capacity 138. The aggregate workload requirements 134 and aggregate workload capacity 138 may then be compared at 140 to determine if there is sufficient capacity at 142 based on the proposed virtualization solution. If not, hypothetical server models are added at 144 to the virtualization host candidates to meet the workload requirements thereby generating the appropriate hypothetical server models 125. If the capacity is sufficient to meet the requirements, the process ends at 146.

Live migration compatibility can be assessed for hypervisors that support live migration of guest virtual machines between virtualization hosts that are part of the same cluster. Examples of live migration include VMotion for VMware® ESX and XenMotion for Citrix® XenServer®. This analysis assesses compatibility of existing and or hypothetical virtualization host candidates to determine which set of target hosts can be grouped into a cluster that supports live migration. An important aspect of live migration compatibility between virtualization hosts is processor architecture compatibility. The live migration analysis can be performed by

creating an analysis comprised of the virtualization hosts only, and applying the appropriate VM migration compatibility map ruleset (e.g. VMotion® Compatibility Map). The resulting map defines regions of compatible virtualization hosts.

FIG. 34 illustrates a live migration compatibility map 180 showing the sets 182 (example identified by circle in FIG. 34) of servers that are compatible from a live migration perspective. This can be an important step in defining a go-forward environment since many incompatibilities exist between server platforms including those from the same manufacturer. Since clusters rely on the live migration software, the map 180 effectively sculpts out the pools of servers from which clusters can be built.

The virtual environment optimization 106 analyzes the virtualization candidates and virtualization hosts to determine recommended cluster configurations, cluster memberships of guest systems and affinity/anti-affinity rules. The analysis program 10 can be used to employ heuristic optimization algorithms (referred to above as the auto-fit process) to automatically determine the virtualization solution that eliminates the largest number of systems 16 with the highest set of compatibility scores. Additional what-if scenarios can be readily modeled by modifying constraints, adding systems etc. to the analysis. As can be seen in FIG. 25, the virtual environment optimization 106 performs a multi-dimensional analysis, e.g. according to the processes described in FIGS. 18 to 24.

The multi-dimensional analysis employs the auto-fit analysis to determine the optimal layout of the source systems onto the target systems based on the technical, business and workload constraints. The analysis considers the combined constraint and affinity analysis of the physical source systems with the existing and hypothetical target systems. If live migration is to be supported, the target systems included in the auto-fit analysis should be compatible with respect to live migration. The optimization criteria can be based on searching for a solution that minimizes the number of target servers required to accommodate the source systems, or a solution that attempts to balance the load across a specific number of target servers. An example of the virtual environment optimization 106 will be provided later.

The end result of the transformational P2V analysis 99 is the virtual environment design 110, which provides the blueprint for creating a new virtual environment 21 or, as explained below, to refine or upgrade an existing virtual environment 21. The virtual environment design 110 comprises a cluster membership design, an affinity rule design and a virtualization management framework API integration as shown in FIG. 25.

Most virtualization technologies support grouping of the target hosts into a cluster thus the implementation of a cluster membership design. Within a cluster, guest virtual machines may then be migrated between target hosts. The VM-cluster assignments can be constrained by the clusterability of the target servers, the affinity of the source systems, workload requirements of the source systems and resource capacities of the target servers. The virtual environment optimization 106 considers all these constraints and recommends the placement of the source systems on the set of clusterable targets. Additional considerations for defining clusters are: the maximum allowable servers per cluster, the sharing of common storage and networking in clusters, the similarity of hardware specifications among the servers in the cluster and sharing common resources (e.g. blade servers are suitable for this reason). The virtualization rule sets 11 enable the analysis program 10 to account for many of the above considerations

and the optimal cluster size is typically considered to decide between when to make a separate cluster and when to employ affinity and anti-affinity rules within a single cluster.

FIG. **39** shows a cluster-based view **204** of a set of guest OSs. In FIG. **39**, the larger areas of non-zero scores (i.e. non-dark) represent recommended cluster membership and in this example, there are 5 distinct clusters **206** emerging from the analysis. The clusters **206** may be separated by different colours (not shown) to identify anti-affinity regions within a cluster and the appropriate rules can then be generated by the analysis program **10** to ensure that constraints are honoured at runtime.

The affinity rule design is performed to specify which systems should be assigned to the same clusters **206**. For virtualization technologies that support the migration of virtual machines among target hosts, there are cases where it is better to keep certain virtual machines together or apart. For example, a virtual machine that serves as active backup/failover for another virtual machine should not be deployed on the same target host (anti-affinity). Similarly, there are cases when virtual machines that transfer a high volume of data with each other may be optimally deployed on the same target host to reduce network latency in their communications (affinity). The affinity and anti-affinity rules are based on the technical and business compatibility analysis scores among the source systems. In general, systems with high compatibility scores can co-exist on the same target host while systems with very poor compatibility scores should be kept apart.

Most virtualization technologies support varying levels of integration with third-party applications to improve the management of the virtual environment. Some virtualization technologies support a mechanism to balance the load among virtualization hosts in a cluster. This is accomplished monitoring the current workload of the virtual machines and respective hosts and automatically moving virtual machines from heavily loaded hosts to less busy hosts as required. For example, VMware® Virtual Center supports DRS which provides such functionality. VMware® DRS also supports affinity and anti-affinity rules that allow users to define which virtual machines should be kept together and apart when virtual machines are automatically migrated. Based on the VM affinity rule design described earlier, DRS affinity and anti-affinity rules can be programmatically defined in the VMware® Virtual Center application.

FIG. **40** illustrates a rule-programming interface **208**, in this example configured for DRS rule programming. FIG. **40** shows anti-affinity rules that have been automatically derived from an analysis map. By using threshold-based generation of rules, both affinity and anti-affinity rules can be established and maintained. A settings box **210** can be used to enable anti-affinity and affinity rules as well as to set thresholds.

Administrators can choose to synchronize the affinity rules directly with a central service, e.g. Virtual Center. For VMware®, the API-level integration can be made bi-directional and all cluster membership information and manually programmed rules can be automatically synchronized with the DRS to enable long-term management of virtual environments. As well, the synchronization operation ensures that there are no rule conflicts prior to applying the new rules. FIG. **41** shows an example user interface **208** that directly integrates with VMware® Virtual Center. From this UI, users can synchronize affinity and anti-affinity rules between the analysis program and the third-party application, in this example through a selectable list of entries **212**.

Turning now to FIG. **26** an example process flow is shown that utilizes various capabilities of the analysis program **10**, details of which have been described above and are shown in

FIGS. **3** to **24**. The physical environment analysis **100**, as discussed above, obtains data from the existing physical servers **16** and uses virtualization rule sets **11** to evaluate the compatibility of those systems **16** in the physical environment **12** with respect to their candidacy for being virtualized. In this example, the physical environment analysis **102** uses a guest VM compatibility rule set **11**a and performs a 1-to-1 compatibility analysis **116** of the systems **16** to determine guest VM candidates **118**. It will be appreciated that the 1-to-1 compatibility analysis **116** can be performed according to the principles discussed above, i.e. using the analysis program **10**, and as shown in FIGS. **7** to **11** and thus further detail thereof need not be reiterated. This allows the analyst to filter out unsuitable candidates for the optimization stage, which utilizes the more comprehensive multi-dimensional compatibility and consolidation analysis **126**. To further filter the candidates **118**, another 1-to-1 compatibility analysis **116** can be performed using a guest VM affinity rule set **11**b, which enables a more finely filtered set of guest VM candidates or sources **120** to be defined.

The current asset assessment **102** also utilizes data obtain from the existing physical servers **16** and in this example utilizes a virtualization host hardware compatibility rule set **11**c to generate a first set of virtualization host candidates **122**. The virtualization host system definition process **104** is then performed on the first set of host candidates **122** by performing another 1-to-1 compatibility analysis **116** according to a VM migration compatibility rule set **11**d to generate a more refined set of virtualization hosts or targets **124**, which would be grouped into clusters. It may be noted that at this stage, if there are insufficient hardware resources for virtualization hosts from the existing physical environment **12**, additional servers may be acquired and modeled using hypothetical server models **125** as exemplified in greater detail in FIG. **27** (and discussed above). As can be appreciated from FIG. **26**, the hypothetical server models **125** can be introduced not only at the virtualization host system definition **104** stage but also during the multi-dimensional compatibility and consolidation analysis **126** to fine tune the aggregate sizing estimate.

The virtualization environment optimization **106** can then be performed using the set of sources **120** and the set of targets **124**. The optimization **106** uses technical and business constraint rule sets **28**a and workload types and parameters **28**b to determine guest VM candidates and placements **128** as well as VM affinity rules **130** for the virtual environment design **110**. It will be appreciated that the multi-dimensional compatibility and consolidation analysis **126** can be performed using the analysis program **10** as discussed above and shown in FIGS. **18** to **24** which includes the application of a transfer auto-fit routine. The multi-dimensional compatibility and consolidation analysis **126** is performed separately for each group of guest VM candidates **120** and cluster of virtualization host candidates **224**.

FIGS. **28**, **29** and **35** to **38** illustrate example screen shots that can be provided by the virtualization user interface **13** to enable an analyst to perform the transformational P2V process **99**. FIG. **28** shows a main or general tab **152** for an analysis editor **150**, which provides a mechanism for the analyst to choose settings and generate a set of results that can be used to provide a virtual environment design **110**. The description field **154** allows the user to specify a detailed description of the purpose of the analysis. The Dashboard specification **156** allows the user to choose the appropriate dashboard for presenting the analysis results. The Tracking specification **158** allows the user to specify whether multiple versions of the analysis results are to be automatically maintained.

FIG. **29** shows the workload tab **160** in the analysis editor **150**, which is used to select the desired workload types **162** to evaluate in the analysis. In this example, CPU utilization with virtualization overhead, the disk I/O rate in bytes/second, the memory utilization and network I/O in bytes/second are to be evaluated.

FIG. **35** shows the transfer auto-fit tab **184** in the analysis editor **150** which is used, once the initial compatibility analyses have been conducted and the source and target sets **120**, **124** chosen, to apply the auto-fit routine. When performing the transfer auto-fit analysis, users can specify the transfer analysis mode and transfer type **186**. The transfer analysis mode defines the manner in which the multi-dimensional compatibility analysis is performed. The possible modes are affinity, compatibility or both. The affinity mode involves comparing the source systems against the other source systems involved in transfers to a common target. The compatibility mode compares each source systems against their target. The "both" mode applies both the affinity and compatibility comparisons. The transfer type specifies the type of transformation being analyzed—this includes Physical to Virtual (P2V), Virtual to Virtual (V2V), OS Stacking and Application Stacking. The auto-fit algorithm specification **188** allows users to choose between a quick and a comprehensive search for the optimal consolidation solution. The auto-fit limits **190** specify the constraints for the auto-fit solution search. The auto-fit update options **192** allow users to specify whether the auto-fit is performed automatically and whether existing transfers should be removed when the auto-fit is executed.

Upon executing the auto-fit routine, a dashboard summary **194** of the transformational P2V analysis **99** results can be generated and displayed as shown in FIG. **36**. A consolidation summary **196** is displayed, which summarizes the number of systems **16** before and after the consolidation and the total number of transfers involved. An aggregate workload summary is also displayed, which shows in this example CPU utilization over the course of a day at minimum/maximum and sustained activity levels both before and after consolidation. The transfers can be displayed in greater detail as shown in FIG. **37** wherein in this example, three target system data sets **200a**, **200b** and **200c** are shown that provide details regarding each target and the transfers involved for virtualization.

A detailed map **202** of the transfers can then be displayed as shown in FIG. **38**. This example analysis map **202** shows the P2V transfers based on an auto-fit. In this example, all source systems are placed onto four (4) target systems.

Ongoing Management

After the virtual environment **21** is deployed, the analysis program **10** can be used to collect detailed configuration and workload data from the virtualization hosts and virtual machines (sources) for virtual environment tracking. The data collected from the virtual environment **21** is analyzed to detect outliers and non-compliant guest and virtualization host settings such as the installation of tools on guest systems, service console security settings, etc. The support for live migration between specific virtualization hosts and virtual machines is to be evaluated on an ongoing basis by considering the network and storage dependencies, live migration CPU compatibility, and relevant guest configuration settings (e.g. CPU affinity, connected drives, raw device mappings, internal virtual switch connections). It is typically important that compatibility between servers is maintained to maximize the reliability and optimal operation of the virtualized environment. As the virtual environment changes over time, the analysis program **10** and virtualization UI **13** can be used

to re-analyze the environment based on latest configuration, business and workload data to determine actions to improve compatibility and load balancing. Recommended actions may be to move existing virtual machines and/or virtualization hosts to different clusters, update affinity or anti-affinity rules, or update virtual machine resource reservations. When introducing new virtualization host servers and/or virtual machines to the virtualized environment, an optimization analysis **106** can performed to determine the recommended assignments based on the compatibility and workload constraints.

Turning now to FIG. **42**, a process flow for implementing the ongoing monitoring **15** to achieve the above is shown. After all or part of the physical environment **12** has been transformed, the ongoing analysis involves the management and maintenance of the new virtual environment **21**. Specifically, the analyses can be performed and scheduled to assist in governing, optimizing and planning the placements of virtual machines in the virtual environment. The ongoing management **15** as depicted in FIG. **42** comprises ongoing data acquisition **220**, placement governance **222**, placement optimization **224**, placement planning **226**, and user notifications **285** which is repeated at periodic or predetermined intervals on an ongoing basis. The analysis program can be configured to automatically notify the analyst of key results from the schedule tasks and analyses. Notifications can come in the form of dashboards or be forwarded to the analysts through various mechanisms such as email.

To manage the virtual machines and virtualization hosts, up-to-date data is collected on an ongoing basis, this involves host data collection **228**, guest data collection **230** and virtualization management framework data collection **231**. The majority of the data regarding the virtual machines is collected directly from the virtual machines. Specifically, detailed system configuration information such as operating system configuration, installed applications and workload are collected from the virtual machine. Data regarding the virtualization hosts, current placement of virtual machines and the configuration of the virtual environment such as cluster memberships is collected from the virtualization hosts and/or the virtualization management framework. Examples of virtualization management frameworks include Virtual Center for VMware® VI3, System Center Virtual Machine Manager for Microsoft® Hyper-V or XenCenter for Citrix® XenServer. Some performance data such CPU utilization of VMs is collected from the virtualization host or management framework since the CPU utilization measurements from inside the virtual machine can be inaccurate. Virtualization hosts and management frameworks typically provide APIs to collect the required configuration and workload data (e.g. VI3 SDK for VMware®, WMI for Microsoft® Hyper-V, Xen API for Xen-Server, etc.).

The placement governance **222** comprises affinity rule design and updates **232** and VM placement validation **234**. As aspects of the virtual machines change over time, the affinity and anti-affinity rules may need to be updated to reflect the latest conditions. When appropriate, these updated rules should be applied to the virtualization management framework (e.g. VMware® DRS).

The placements of virtual machines often need to be updated over time to reflect changes in the technical, business and workload constraints. The placement validation **234** involves re-analyzing the guest systems based on their current placements on the target hosts using the latest available data. If one or more guests are found to be deployed on inappropriate hosts, the VM layout may be adjusted by migrating

VMs as required. Further detail concerning the placement validation **234** is shown in FIG. **43**.

As can be seen in FIG. **43**, the set of source systems **120** and target systems **124** that have been deployed are input to a multi-dimensional compatibility and consolidation analysis **126** as before, utilizing the technical and business constraints rule sets **28***a* and the workload types and parameters **28***b*. Also input to the analysis **126** is a VM placement validation rule set **240**, which forces guest virtual machines (sources) to remain on their current host (target) by applying a significant penalty if it moves from it current placement. The analysis **126** performs the consolidation auto-fit analysis and generates analysis scores **242** based on the current VM placements. If the analysis results find that all source systems can be placed on their current virtualization hosts, this indicates that the guest VMs continue to meet the technical, business and workload constraints. If the analysis results find that one or more source systems are unplaced, it implies that the constraints are not met with the current placements and that some action is required to ensure operations at the desired levels for performance and risks Possible actions can include relaxing constraints, moving guest VMs to a different hosts, not running some guest VMs or adding more virtualization hosts to the pool.

Turning back to FIG. **42**, the placement optimization **224** comprises the processes of VM rebalancing **236** and whitespace management **237**. VM rebalancing involves analyzing technical, business and workload constraints of virtual machines and hosts to determine the optimal placement of the virtual machines on an ongoing basis. The frequency of the rebalancing analysis can vary, depending on the volatility of the system workloads and changes in technical and business constraints. There are several variants for the VM rebalancing analysis. One variant places no considerations on the current placements of the virtual machines. This type of analysis searches for the optimal VM placements and assumes virtually no cost in moving the VMs from their current placements. This analysis is applicable for initial VM placements where the environment is being restarted. Another variant considers the current placement of the virtual machines and attempts to eliminate migrations that provide limited benefits. This is accomplished by employing the "VM stickiness" rule set **244** (see FIG. **44**) that penalizes any VM move, ensuring that a move is proposed only if there are significant benefits. FIG. **44** shows further detail of the rebalancing step **236**, which is similar to the placement validation **234** but as noted, uses the VM placement stickiness rule set **244** to determine proposed VM placements **246** and VM affinity rules **248** rather than only analysis scores. It may be noted that by performing the placement validation **234** and rebalancing **236** separately, the validation **234** can be used to indicate whether any of the current VM placements do not meet the analysis constraints and the rebalancing **236** used to indicate where to move VM to enhance load balancing, etc.

Whitespace management tracks the historical and recent server utilization levels against the VM placement constraints to determine if the available host capacity exceeds or falls short of application demands. This analysis can be effectively performed through consolidation analyses on one or more groups of servers in the existing virtual environment. If the analysis results find that the guests do not fit on the existing set of hosts, it indicates that there is a shortfall of capacity. Alternatively, if the analysis results find that there are unused host servers, it indicates a possible excess in capacity.

The placement planning **226** comprises a process of future VM placement validation **238** and planning **239**. Based on historical workload patterns, a model can be defined to predict future workload operation cycles, patterns and trends.

For example, when analyzing workload data, analysts can choose to validate current VM placements against these predicted trends to identify potential risks or inefficiencies. The placement planning comprises enabling the generation of future VM placement plans based on predicted operational patterns and trends.

FIGS. **45** to **56** illustrate a series of screen shots provided by the virtualization UI **13** to enable an analyst to perform the placement validation **234** and rebalancing **236** processes. In FIGS. **45** to **51**, like elements with respect to FIGS. **28**, **29** and **35** are given like numerals with a single prime ('). In FIGS. **52** to **56**, like elements with respect to FIGS. **28**, **29** and **35** are given like numerals with a double prime (") and like elements with respect to FIGS. **45** to **51** are given like numerals with a single prime (').

In FIG. **45**, it can be seen that when performing placement validation **234**, a similar analysis editor program **150**' is used wherein the dashboard settings **156**' are set to VM rebalancing since, in this example, the placement validation and **234** and rebalancing **236** utilize the same dashboard.

FIG. **46** shows a systems tab **250** in the analysis editor **150**', which lists the available systems in a left pane **252** and list what is included in the analysis in a right pane **254**. The right hand pane **254** lists the source and target systems included in the analysis. In this example, the source systems correspond to the guest VMS and the targets are the virtualization hosts.

FIG. **47** shows a rule sets selection tab **256**, which provides a tree mechanism **258** for selecting applicable rule sets. In this example, the static VM placement ruleset is selected to perform the VM placement validation analysis.

FIG. **48** shows the workload tab **160**' when used during the placement validation **234**. In this example, the selected workload types **162** reflect the key resources for analyzing the utilization constraints on the virtualization hosts.

FIG. **49** is a placement validation dashboard page **260** which summarizes the results of the analysis. This page is displayed after the analysis is run and provides an overall status of the analysis and lists various metrics such as the number of source and target systems requiring rebalancing, number of unplaced sources and the number of unused targets **262**. If no actions are required, these metrics should all be zero. In this example, two (2) source systems are found to not fit on their current target host. FIG. **50** shows a page **264** listing the source systems that do not fit on their current host. FIG. **51** shows the analysis results in the form of an analysis map **266**. In the map **266**, the two (2) source systems are shown to be un-transferred and their lower scores of "68" are below the specific auto-fit score limit of "75".

FIGS. **52** to **56** illustrate yet another similar analysis editor **150**'' when used for performing the rebalancing, which can be used in manner similar to FIGS. **45** to **51** thus many details thereof need not be reiterated. However, it may be noted that in FIG. **53**, the VM Rebalancing Stickiness ruleset **258** is used in place of the Static VM Placement ruleset. In FIG. **54**, the analysis results **262** indicate that all source systems have been placed, but that one source system was moved to a different target host to meet the auto-fit analysis score constraints. The specific source system that required a transfer is listed in a table **264** in FIG. **56**.

It will be appreciated that although the configuration and workload analyses are performed in this example to contribute to the overall compatibility analyses, each analysis is suitable to be performed on its own and can be conducted separately for finer analyses at any time using the analysis program **10**. The finer analysis may be performed to focus on the remediation of only configuration settings at one time and

spreading workload at another time. As such, each analysis and associated map may be generated on an individual basis without the need to perform the other analyses.

It will also be appreciated that each analysis and associated map discussed above may instead be used for purposes other than consolidation such as capacity planning, regulatory compliance, change, inventory, optimization, administration etc. and any other purpose where compatibility of systems is useful for analyzing systems **16**. It will also be appreciated that the program **10** may also be configured to allow user-entered attributes (e.g. location) that are not available via the auditing process and can factor such attributes into the rules and subsequent analysis.

It will further be appreciated that although the examples provided above are in the context of a distributed system of computer servers, the principles and algorithms discusses are applicable to any system having a plurality of sub-systems where the sub-systems perform similar tasks and thus are capable theoretically of being consolidated and/or virtualized. For example, a local network having a number of personal computers (PCs) could also benefit from a consolidation analysis.

Although the invention has been described with reference to certain specific embodiments, various modifications thereof will be apparent to those skilled in the art as outlined in the claims appended hereto.

The invention claimed is:

**1**. A method for designing a virtualized environment based on an existing physical environment comprising a plurality of systems, said method comprising:

obtaining a data set for each of said plurality of systems, each data set comprising information pertaining to parameters associated with a corresponding system;

performing a first compatibility analysis on said systems to determine candidate virtual guests;

performing a second compatibility analysis on said systems to determine candidate virtual hosts; and

performing a third compatibility analysis using said candidate virtual hosts, said candidate virtual guests and one or more rule sets pertaining to technical, business and workload constraints to generate a virtual environment design for virtualizing said plurality of systems by evaluating each candidate virtual guest against each candidate virtual host and other candidate virtual guests using said one or more rule sets to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios.

**2**. A method for managing a virtualized environment, said method comprising:

generating a virtual environment design for a plurality of existing physical systems using technical, business and workload constraints;

facilitating the deployment of said virtualized environment according to said design; and

on an ongoing basis:

obtaining data pertaining to systems being used in said virtualized environment;

validating placement of said systems in said virtualized environment by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to technical, business and workload constraints;

if necessary, rebalancing said systems by determining guest-host placements based on compatibilities of a plurality of virtual design scenarios; and

refining said virtualized environment according to said one of said plurality of virtual design scenarios.

**3**. A method for performing a virtual to virtual (V2V) transformation for a plurality of existing virtual quests and hosts, said method comprising:

analyzing said existing virtual quests and hosts based on technical, business and workload constraints by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to said technical, business and workload constraints to determine guest-host placements;

based on said analyzing, determining which of said existing virtual servers are most suitable for conversion from one virtualized platform to another virtualized platform; and

providing a mapping from said one platform to said another platform to facilitate said transformation.

**4**. A method for determining a set of virtualization hosts for a virtualized environment based on an existing physical environment comprising a plurality of systems, said method comprising:

obtaining a data set for each of said plurality of systems, each data set comprising information pertaining to parameters associated with a corresponding system;

performing a first compatibility analysis of said plurality of systems using said data sets and a first rule set pertaining to virtualization specific constraints by evaluating each system against said first rule set to determine an intermediate set of virtualization host candidates that are qualified to be virtual hosts; and

performing a second compatibility analysis of said intermediate set of virtual host candidates using a second rule set pertaining to migration specific constraints by evaluating each intermediate candidate against each other to determine which of said intermediate candidates are compatible with each other and form one or more groups of compatible hosts to be used as said set of virtualization hosts.

**5**. The method according to claim **4** further comprising incorporating one or more hypothetical hosts into said set of virtualization hosts based on workload requirements for said virtualized environment.

**6**. A method for evaluating virtualization candidates to determine if additional systems are required to implement a desired virtualized environment, said method comprising:

obtaining a set of virtualization guest candidates and determining aggregate workload requirements based on workload data pertaining to said guest candidates;

obtaining a set of virtualization host candidates and determining aggregate workload capacity based on configuration data pertaining to said host candidates;

comparing said workload requirements against said workload capacity to determine if sufficient capacity exists to satisfy said workload requirements; and

if there is insufficient capacity, adding hypothetical server models to said host candidates to meet said workload requirements.

**7**. A method for validating an existing virtualized environment comprising a plurality of virtual machines placed on one or more virtual hosts, said method comprising:

obtaining a data set for each of said plurality of virtual machines, each data set comprising information pertaining to technical, business and workload constraints associated with a corresponding virtual machine;

evaluating the placement of said virtual machines in said virtualized environment using said data sets by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to

said technical, business and workload constraints to determine guest-host placements; and

identifying the existence of virtual machines with suboptimal placements to enable alternative placements for said virtual machines.

**8**. The method according to claim **1**, wherein said second compatibility analysis comprises:

performing a third compatibility analysis of said plurality of systems using said data sets and a first rule set pertaining to virtualization specific constraints by evaluating each system against said first rule set to determine an intermediate set of virtualization host candidates that are qualified to be virtual hosts; and

performing a fourth compatibility analysis of said intermediate set of virtual host candidates using a second rule set pertaining to migration specific constraints by evaluating each intermediate candidate against each other to determine which of said intermediate candidates are compatible with each other and form one or more groups of compatible hosts to be used as said set of virtualization hosts.

**9**. The method according to claim **8** further comprising incorporating one or more hypothetical hosts into said set of virtualization hosts based on workload requirements for said virtualized environment.

**10**. The method according to claim **1**, further comprising:

facilitating the deployment of a virtualized environment according to said virtual environment design; and

on an ongoing basis:

obtaining data pertaining to systems being used in said virtualized environment;

validating placement of said systems in said virtualized environment by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to technical, business and workload constraints, to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios;

if necessary rebalancing said systems according to one of said plurality of virtual design scenarios; and

refining said virtualized environment according to said one of said plurality of virtual design scenarios.

**11**. The method according to claim **1**, further comprising:

comparing workload requirements of said virtual guests against said workload capacity of said virtual hosts, to determine if sufficient capacity exists to satisfy said workload requirements; and

if there is insufficient capacity, adding hypothetical server models to virtual host candidates to meet said workload requirements.

**12**. The method according to claim **1**, further comprising:

evaluating the placement of virtual machines in a virtualized environment based on said virtual environment design by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to said technical, business and workload constraints to determine guest-host placements; and

identifying the existence of virtual machines with suboptimal placements to enable alternative placements for said virtual machines.

**13**. A computer readable medium comprising computer executable instructions for designing a virtualized environment based on an existing physical environment comprising a plurality of systems, said computer executable instructions comprising instructions for:

obtaining a data set for each of said plurality of systems, each data set comprising information pertaining to parameters associated with a corresponding system;

performing a first compatibility analysis on said systems to determine candidate virtual guests;

performing a second compatibility analysis on said systems to determine candidate virtual hosts; and

performing a third compatibility analysis using said candidate virtual hosts, said candidate virtual guests and one or more rule sets pertaining to technical, business and workload constraints to generate a virtual environment design for virtualizing said plurality of systems by evaluating each candidate virtual guest against each candidate virtual host and other candidate virtual guests using said one or more rule sets to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios.

**14**. The computer readable medium according to claim **13**, wherein said second compatibility analysis comprises instructions for:

performing a third compatibility analysis of said plurality of systems using said data sets and a first rule set pertaining to virtualization specific constraints by evaluating each system against said first rule set to determine an intermediate set of virtualization host candidates that are qualified to be virtual hosts; and

performing a fourth compatibility analysis of said intermediate set of virtual host candidates using a second rule set pertaining to migration specific constraints by evaluating each intermediate candidate against each other to determine which of said intermediate candidates are compatible with each other and form one or more groups of compatible hosts to be used as said set of virtualization hosts.

**15**. The computer readable medium according to claim **14** further comprising instructions for incorporating one or more hypothetical hosts into said set of virtualization hosts based on workload requirements for said virtualized environment.

**16**. The computer readable medium according to claim **13**, further comprising instructions for:

facilitating the deployment of a virtualized environment according to said virtual environment design; and

on an ongoing basis:

obtaining data pertaining to systems being used in said virtualized environment;

validating placement of said systems in said virtualized environment by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to technical, business and workload constraints, to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios;

if necessary rebalancing said systems according to one of said plurality of virtual design scenarios; and

refining said virtualized environment according to said one of said plurality of virtual design scenarios.

**17**. The computer readable medium according to claim **13**, further comprising instructions for:

comparing workload requirements of said virtual guests against said workload capacity of said virtual hosts, to determine if sufficient capacity exists to satisfy said workload requirements; and

if there is insufficient capacity, adding hypothetical server models to virtual host candidates to meet said workload requirements.

**18**. The computer readable medium according to claim **13**, further comprising instructions for:

evaluating the placement of virtual machines in a virtualized environment based on said virtual environment design by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to said technical, business and work-

load constraints to determine guest-host placements; and

identifying the existence of virtual machines with suboptimal placements to enable alternative placements for said virtual machines.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,209,687 B2
APPLICATION NO.   : 12/201323
DATED             : June 26, 2012
INVENTOR(S)       : Tom Silangan Yuyitung et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 38, lines 2 and 4 delete "virtual quests" and replace with "virtual guests".

Signed and Sealed this
Twenty-fourth Day of March, 2015

*Michelle K. Lee*

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

# Exhibit D



US009654367B2

(12) **United States Patent**
Hillier

(10) Patent No.: **US 9,654,367 B2**
(45) Date of Patent: **May 16, 2017**

(54) **SYSTEM AND METHOD FOR DETERMINING AND VISUALIZING EFFICIENCIES AND RISKS IN COMPUTING ENVIRONMENTS**

(71) Applicant: **Cirba Inc.**, Richmond Hill (CA)

(72) Inventor: **Andrew Derek Hillier**, Toronto (CA)

(73) Assignee: **Cirba IP Inc.**, Richmond Hill (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 100 days.

(21) Appl. No.: **14/180,438**

(22) Filed: **Feb. 14, 2014**

(65) **Prior Publication Data**

US 2014/0164612 A1 Jun. 12, 2014

**Related U.S. Application Data**

(63) Continuation of application No. PCT/CA2012/050561, filed on Aug. 16, 2012.

(Continued)

(51) **Int. Cl.**
*H04L 12/26* (2006.01)
*H04L 12/24* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ *H04L 43/0876* (2013.01); *G06F 11/328* (2013.01); *G06F 11/3442* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. G06F 11/3433; G06F 11/3447; G06F 9/5011; G06F 5/161; H04L 43/0876; H04L 41/147; H04L 47/20
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,148,335 A   11/2000 Haggard et al.
8,087,025 B1 * 12/2011 Graupner ................ G06F 9/505
                                                        718/104

(Continued)

FOREIGN PATENT DOCUMENTS

CA        2583582 A1     5/2006
CA        2649714 A1    11/2007
(Continued)

OTHER PUBLICATIONS

Goiri, I. et al. "Energy-aware Scheduling in Virtualized Datacenters"; 2010 IEEE International Conference on Cluster Computing; Sep. 20, 2010; pp. 58 to 67; ISBN: 978-1-4244-8373-0.

(Continued)

*Primary Examiner* — Tesfay Yohannes
(74) *Attorney, Agent, or Firm* — Blake, Cassels & Graydon LLP; Brett J. Slaney

(57) **ABSTRACT**

A system and method are provided for determining and visualizing efficiencies and risks in computing environments. The method comprises obtaining resource utilization data and resource capacity data for a plurality of entities in a computing environment; obtaining at least one operational policy defining at appropriate level of at least one resource used by the computing environment according to at least one factor; and computing at least one score quantifying efficiencies and risks associated with the computing environment based on the resource utilization data, resource capacity data, and at least one operational policy.

**19 Claims, 12 Drawing Sheets**



### Related U.S. Application Data

(60) Provisional application No. 61/523,912, filed on Aug. 16, 2011.

(51) **Int. Cl.**
   **G06F 11/34**        (2006.01)
   **G06F 11/32**        (2006.01)

(52) **U.S. Cl.**
   CPC ...... **H04L 41/0896** (2013.01); *G06F 11/3409* (2013.01); *G06F 2201/815* (2013.01)

(58) **Field of Classification Search**
   USPC ................................. 709/204, 226; 370/223
   See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2003/0046396 A1* | 3/2003 | Richter | G06F 9/505 709/226 |
| 2007/0165019 A1* | 7/2007 | Hale | G06Q 10/00 345/418 |
| 2007/0250829 A1 | 10/2007 | Hillier et al. | |
| 2008/0028409 A1* | 1/2008 | Cherkasova | G06F 9/5061 718/104 |
| 2009/0037367 A1* | 2/2009 | Wein | G06F 9/5061 |
| 2009/0292715 A1 | 11/2009 | Chiaramonte et al. | |
| 2010/0082505 A1 | 4/2010 | Hollingsworth et al. | |
| 2012/0011077 A1* | 1/2012 | Bhagat | G06F 21/554 705/317 |
| 2012/0140620 A1* | 6/2012 | Hogan | H04L 41/0893 370/230 |
| 2012/0159476 A1* | 6/2012 | Ramteke | G06F 9/5033 718/1 |
| 2012/0284408 A1* | 11/2012 | Dutta | G06F 9/5066 709/226 |
| 2013/0041768 A1* | 2/2013 | Llach | G06Q 20/28 705/17 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2007/147258 A1 | 12/2007 |
| WO | 2011/011408 A1 | 1/2011 |

#### OTHER PUBLICATIONS

Lanches, P.; Supplementary European search report from corresponding European Application No. 12824582.6; search completed May 6, 2015.

"How to Measure & Manage Efficiency in Virtual Environments Using CiRBA's Efficiency & Risk Dashboard"; Online Mar. 23, 2011; CiRBA.

Hillier, Andrew; "Server Capacity Defrag: Maximizing Infrastructure Efficiency through Strategic Workload Placements (Defrag Isn't Just for Storage Anymore!"; Jan. 24, 2011; CiRBA Inc.; <http://www.cirba.com/forms/Server-Capacity-Defrag.htm>.

Hillier, Andrew; "Transformational Analytics: Virtualizing IT Environments"; Apr. 2008; CiRBA Inc.; <http://www.cirba.com/forms/Transformational-Analytics-Virtualizing-IT-Environments.htm>.

Hillier, Andrew; "Advanced Workload Analysis Techniques"; Apr. 2008; CiRBA Inc.; <http://www.cirba.com/forms/Advanced-Workload-Analysis-Techniques.htm>.

"Thanks for attending yesterday's live demo of the Efficiency & Risk dashboard"; Twitter Status Update from CiRBA @CiRBA; Mar. 24, 2011; <https://twitter.com/CiRBA/status/51018299923894272>.

Matheson, L.; Search Report from corresponding PCT/CA2012/050561; search completed Nov. 15, 2012.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

200'



FIG. 5

204'

200"



FIG. 6

204"



FIG. 7



FIG. 8

400'

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Recommendations - Windows Internet Explorer provided by CIRBA Inc. | | | | | | | |

**Recommendations**

General

Overview

Overview

Grouping: By Time (Default)

Filtering: All Users (Default)   All Reasons (Default)   Today   Apply Filter

Today (56)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Improve Efficiency | lin-vm-1048 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 16, 2012 | Service.. |
| Improve Efficiency | lin-vm-1050 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-110 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| | lin-vm-1101 | VMWARE VM | Investigate Disk I/O Oper.. | | | Fri, Jun 15, 2012 | Operat.. |
| | lin-vm-1104 | VMWARE VM | ↑ CPU Allocation | 4.0 | 6.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-1146 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-1174 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-138 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-144 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-1594 | VMWARE VM | ↓ Memory Allocation | 16384.0 | 8192.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-1594 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-15 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-1608 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-1761 | VMWARE VM | ↓ CPU Allocation | 4.0 | 2.0 | Fri, Jun 15, 2012 | Service.. |
| | lin-vm-1858 | VMWARE VM | Investigate Disk I/O Oper.. | | | Fri, Jun 15, 2012 | Operat.. |
| Improve Efficiency | lin-vm-2014 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-2028 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Rebalance Worklo... | lin-vm-2042 | VMWARE VM | → VM Placement | esx-host-2182 | esx-host-814 | Fri, Jun 15, 2012 | vCenta.. |
| Improve Efficiency | lin-vm-2070 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-2164 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| | lin-vm-2210 | VMWARE VM | ↑ Memory Allocation | 8192.0 | 12288.0 | Fri, Jun 15, 2012 | Service.. |
| Improve Efficiency | lin-vm-2238 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| Rebalance Worklo... | lin-vm-236 | VMWARE VM | → VM Placement | esx-host-814 | esx-host-2182 | Fri, Jun 15, 2012 | vCenta.. |
| Improve Efficiency | lin-vm-2421 | VMWARE VM | ↓ CPU Allocation | 2.0 | 1.0 | Fri, Jun 15, 2012 | Service.. |
| | lin-vm-250 | VMWARE VM | Investigate Disk I/O Oper.. | | | Fri, Jun 15, 2012 | Operat.. |

406'

## FIG. 9

200'''



FIG. 10

500

| Edit Policy -- Webpage Dialog | | | | |

| Analysis Models: | CIRBA Control for VMware - Today Timeline | |

| Policy Name: | VMware Control - Dev/Test (Ramp Up) |

| Description: | BC - Set to fixed date 2012-06-15 |

- Policy that strongly favors efficiency over performance and uptime of development and test workloads.
- Key policy settings include modeling workloads by combining historical data that excludes outlier data, liberal host and guest resource overcommit and utilization

**Policy Categories and Settings:**  ☐ Show Advanced Settings

**▼ Placement Compatibility - Technical**

| Keep Load Balancing Members Apart | No |
| Keep Different OS Types Apart | No |
| Keep Application Tiers Apart | No |

**▶ Placement Compatibility - Business**

**▶ Placement Compatibility - Security & Compliance**

**▶ High Availability**

**▶ Operational Windowing**

**▼ Reservations & Overcommit**

| Total CPUs - High Limit | 800 | % |
| Total Memory - High Limit | 200 | % |
| CPU Reservations - High Limit | 90 | % |
| Memory Reservations - High Limit | 90 | % |

**▶ Workload History & Trending**

**▶ Host Level Utilization (High Limits)**

Save    Cancel

FIG. 11

600

| New System Level Policy -- Webpage Dialog | | |

**Settings**

VM policies for all VMs in "VIOS"

Policy Categories and Settings:                                    ☐ Show Advanced Settings

**▼ Guest Level Utilization (High Limits)**

| ☐ | CPU - Scoring Strategy | Sustained | |
|---|---|---|---|
| ☑ | CPU Utilization | 70 | % |
| ☐ | CPU Utilization (Reservation) | 100 | % |
| ☐ | Memory - Scoring Strategy | Sustained | |
| ☑ | Memory Utilization | 98 | % |
| ☐ | Active Memory | 50 | % |
| ☐ | Memory Ballooning | 100 | % |
| ☐ | Disk I/O Throughput | 157286400 | Bytes/s |
| ☐ | Disk I/O Operations | 5000 | IO/s |
| ☐ | Network I/O Throughput | 52428800 | Bytes/s |
| ☐ | Network I/O Packets | 1000000 | Pkts/s |

**▶ Guest Level Utilization (Low Limits)**

**▼ Recommended Allocations**

| ☑ | CPU - Allocation Range | 1-8 | vCPUs |
|---|---|---|---|
| ☑ | CPU - Allocation Increment | 1 | vCPUs |
| ☑ | CPU - Max Increase | 2 | steps |
| ☐ | CPU - Max Decrease | 2 | steps |
| ☑ | Memory - Allocation Range | 1024,2048,4096-65536 | MB |
| ☑ | Memory - Allocation Increment | 4096 | MB |
| ☑ | Memory - Max Increase | 2 | steps |

Save      Cancel

FIG. 12

1

# SYSTEM AND METHOD FOR DETERMINING AND VISUALIZING EFFICIENCIES AND RISKS IN COMPUTING ENVIRONMENTS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of International PCT Application No. PCT/CA2012/050561 filed on Aug. 16, 2012 which claims priority from U.S. Provisional Patent Application No. 61/523,912 filed on Aug. 16, 2011, both incorporated herein by reference.

## TECHNICAL FIELD

The following relates to systems and methods for determining and visualizing efficiencies and risks in computing environments.

## DESCRIPTION OF THE RELATED ART

Modern data centers typically comprise hundreds if not thousands of servers. Each server supplies a finite amount of resource capacity, typically in the form of, but not limited to: central processing unit (CPU) capacity, memory or storage capacity, disk input/output (I/O) throughput, and network I/O bandwidth. Workloads running on these servers consume varying amounts of these resources. With the advent of virtualization and cloud technologies, individual servers are able to host multiple workloads.

Percent CPU utilization, which corresponds to the ratio of CPU usage relative to CPU capacity, is a common measure of how effectively servers are being utilized. Various other metrics may be used to determine resource utilization for computing systems. Organizations may wish to measure and evaluate efficiencies and risks in computing environments but often do not have convenient ways to perform such measurements and evaluations.

## SUMMARY

In one aspect, there is provided a method comprising: obtaining resource utilization data and resource capacity data for a plurality of entities in a computing environment; obtaining at least one operational policy defining at appropriate level of at least one resource used by the computing environment according to at least one factor; and computing at least one score quantifying efficiencies and risks associated with the computing environment based on the resource utilization data, resource capacity data, and at least one operational policy.

In another aspect, there is provided a computer readable storage medium comprising computer executable instructions for performing the method.

In yet another aspect, there is provided a system for analyzing efficiencies and risks in a computing environment, the system comprising a processor and at least one memory, the memory comprising computer executable instructions for performing the method.

## BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments will now be described by way of example only with reference to the appended drawings wherein:

FIG. 1 is a schematic diagram of a computing environment;

2

FIG. 2 is a block diagram of functional components configured to perform an efficiency and risk analysis using resource utilization and capacity data and operational policies.

FIG. 3 is a flow chart illustrating example computer executable operations that may be performed in conducting an efficiency and risk analysis;

FIG. 4 is an example screen shot including an efficiency risk spectrum for a single computing environment;

FIG. 5 is an example screen shot including an efficiency risk spectrum for a single computing environment;

FIG. 6 is an example screen shot including an efficiency risk spectrum for a single computing cluster;

FIG. 7 is an example screen shot including an efficiency risk spectrum for multiple computing environments;

FIG. 8 is an example screen shot including a recommended actions output;

FIG. 9 is an example screen shot including a recommended actions output;

FIG. 10 is an example screen shot including an efficiency risk spectrum for a cluster with recommendations applied;

FIG. 11 is an example screen shot for an operational policy user interface; and

FIG. 12 is an example screen shot for a system policy user interface.

## DETAILED DESCRIPTION

It will be appreciated that for simplicity and clarity of illustration, where considered appropriate, reference numerals may be repeated among the figures to indicate corresponding or analogous elements. In addition, numerous specific details are set forth in order to provide a thorough understanding of the examples described herein. However, it will be understood by those of ordinary skill in the art that the examples described herein may be practiced without these specific details. In other instances, well-known methods, procedures and components have not been described in detail so as not to obscure the examples described herein. Also, the description is not to be considered as limiting the scope of the examples described herein.

It will be appreciated that the examples and corresponding diagrams used herein are for illustrative purposes only. Different configurations and terminology can be used without departing from the principles expressed herein. For instance, components and modules can be added, deleted, modified, or arranged with differing connections without departing from these principles.

A system and method are provided for quantifying and visualizing the efficiency and risks related to resource utilization levels, relative to the provisioned capacity of computing environments, with consideration of operational policies. In addition, the system may be configured to determine and presents recommended actions that mitigate the inefficiencies and risks detected for the computing environments being analyzed. The capabilities of the system herein described enable organizations to accurately measure efficiency and risks in physical, virtual and cloud computing environments. It has been recognized that through the recommended actions, organizations can increase efficiency and reduce risks in their computing environments.

An example of a computing environment 10 is shown in FIG. 1. Computing environments 10 can be virtual or physical. Virtual computing environments 10 may be based on various virtualization platforms such as VMware vSphere, IBM PowerVM, Microsoft Hyper-V, Oracle/Sun Logical Domains, etc. Physical computing environments 10

may be based on various server platforms such as IBM Power, Oracle/Sun SPARC and x86-based servers, etc. As illustrated in FIG. 1, a computing environment 10 is designed and/or provided to run at least one workload 12 that performs business functions and consume compute resources 14, e.g., resources 14 related to CPU, memory, disk, network, etc. The workloads 12 run on computing systems 16 such as servers that supply the computing resources 14. Each computing system 16 has a finite capacity of resources 14. Multiple computing systems 16 can form a computing cluster 18 reflecting, for example, an administrative group or a management domain. Such groups or domains may support advanced capabilities such as live migration of workloads 12 between computing systems 16, load balancing and/or high availability. Multiple computing clusters 18 can be logically grouped (e.g., by location, line of business, etc.) to form a computing environment 10 as is illustrated in FIG. 1.

It can be appreciated that the principles discussed herein apply to any one or more workloads 12 consuming any one or more resources 14 provided by any one or more computing systems 16, in any one or more computing clusters 18, in one or more computing environments 10. As such, the example shown in FIG. 1 is for illustrative purposes only.

Many computing environments 10 may be modeled through the entity types shown in FIG. 1, and may include associated parent-child relationships. Workloads 12 are considered resource consumers, typically with configurable resource allocations. Computing systems 16 such as servers are considered resource suppliers containing one or more workloads 12. Computing clusters 18 are considered collections of computing systems 16 (e.g. a server farm) with mobility of workloads 12 between computing systems 16 in a computing cluster 18 being possible. The computing environments 10 are typically defined by a collection of one or more computing clusters 18.

For example, VMware vSphere computing environments 10 can be modeled with the following entity types. A guest is considered a virtual machine running on a host for performing actual workloads 12. A host is a physical computing system 16 running the ESX hypervisor capable of running one or more virtual machines. A computing cluster 18 therefore enables hosts to be managed as a group capable of supporting capabilities such as live migration of workloads 12 between hosts, automated workload balancing and high availability of guest workloads 12. A datacenter in this example is considered a computing environment 10 including one or more computing clusters 18.

In another example, IBM PowerVM computing environments 10 can be modeled with the following entity types. Logical Partitions (LPARs) are considered virtual machines running on managed computing systems 16 for performing actual workloads 12. Managed systems are considered physical computing systems 16 (e.g. servers) capable of running one or more LPARs. A domain is considered a group of managed systems administered by a common hardware management controller (HMC). An environment in this example is a computing environment 10 including one or more management domains.

It can be appreciated that depending on the computing environment 10 and technology being modeled, additional entity types and parent-child relationships are possible. For example, workloads 12 can often be divided into multiple applications. In addition, some virtualization technologies support the creation of resource pools to divide processor and/or memory resources that are allocated by servers to their workloads 12.

Turning now to FIG. 2 an example of an analysis system 20 is shown. It can be appreciated that the analysis system 20 may be configured using software, hardware or any combination of software and hardware. For example, the analysis system 20 may reside on a personal computer, embedded computer, mobile computing device, etc. It can also be appreciated that the configuration and functional delineations shown in FIG. 2 are for illustrative purposes only. The system 20 includes an analysis engine 22 that comprises an efficiency and risk (ER) processor 24. The ER processor 24 utilizes system data 26 related to the computing systems 16 in a particular cluster 18 and/or computing environment 10 to quantify and visualize the efficiency and risks for a computing environment 10. The system data 26 includes, without limitation, resource utilization data 28 and resource capacity data 30 for conducting the analyses (as shown), and well as, for example, system configuration data and business related data (e.g., guest and host operating systems, guest workload uptime requirements, guest workload security level requirements, guest workload and host maintenance windows, guest workload balancing groups, guest workload high availability groups, etc.) The ER processor 24 also obtains operational policies 32 to be considered when analyzing such efficiencies and risks. In evaluating the efficiencies and the risks, the analysis engine 22 may output at least one ER spectrum 34 related to the computing environment 10 which, as described below, depicts efficiencies and risks in the computing environment 10 based on ER scores. The analysis engine 22 may also output recommended actions 36 based on the ER scores. The outputs 34, 36 shown in FIG. 2 may be displayed graphically as illustrated below.

As discussed above, computing resources 14 are consumed by workloads 12 and supplied by computing systems 16 such as servers. Typically, the resources 14 fall into four main areas: a) CPU—processing capacity, b) Memory—physical and virtual memory, c) Disk—disk storage and disk I/O bandwidth, and d) Network I/O—network interfaces and network I/O bandwidth.

The operational policies 32 help define the appropriate levels of resources 14 required by a computing environment 10 by considering factors such as, without limitation: performance/service level requirements, workload growth assumptions (planned and trended), uptime-related requirements (hardware failures, disaster recovery, maintenance windows, etc.), and workload placement affinity and anti-affinity (data security, load balancing, failover, etc.). It has been recognized that by combining the operational policies 32 with the actual resource utilization levels indicated in the resource utilization data 28, resource capacities indicated in the resource capacity data 30, system configuration data, and business attributes, the efficiencies and risks of a computing environment 10 can be assessed.

The efficiency and risks of a computing environment can be quantified through an efficiency/risk (ER) score for each entity. The ER score for an entity is based on its utilization levels, allocated or available resources (e.g., determined from system data 26) and operational policies 32. At a high level, the ER score reflects whether the resources for the entity are appropriately provisioned, under-provisioned, or over-provisioned.

An example range for ER scores is from 0 to 200 and the significance of the score is summarized below in Table 1 for illustrative purposes only.

TABLE 1

| ER Score | Description |
|---|---|
| | Example ER score ranges and descriptions |
| 0 to 74 | Entity is under-provisioned. Lower scores indicate more severe levels of under-provisioning. |
| 75 to 125 | Entity is appropriately provisioned. Scores closer to 100 indicate more optimal provisioning levels. |
| 126 to 200 | Entity is over-provisioned. Higher scores indicate greater levels of over-provisioning |

The ER score may be used to generate ER spectrums and, optionally, recommended actions and/or other recommendations for addressing efficiency and/or risk issues identified via the computed ER scores. FIG. 3 illustrates computer executable operations that may be performed by the ER processor 24 in conducting an analysis of system data 26 and operational policies 32. At 100 the system data 26 is obtained in order to analyze the resource utilization data 28 and the resource capacity data 30. At 102 the operational policy 32 (or policies 32) are obtained. The system data 26 and the operational policies 32 are used at 104 to compute one or more ER scores according to the nature of the computing environment 10 being evaluated. As will be explained in greater detail in the examples below, the ER score(s) is/are used at 106 to generate one or more ER spectrums. The ER spectrums are output at 108 and, if applicable, are displayed at 110.

As noted above, the ER scores may also be used to generate recommended actions and/or other recommendations. At 112, the ER processor 24 determines whether or not such recommendations are to be generated, e.g., by determining whether an option or input has been selected. If not, the process ends at 114. If a recommendation is to be generated, the recommendation(s) is/are generated at 116 and, if applicable, displayed at 118.

An example for computing ER scores for various entity types will now be described below.

Workload-Level ER Score

The ER score for a workload entity (e.g., vSphere guest, LPAR) is based on the following:

Resource utilization levels of the entity (e.g. CPU utilization, memory utilization);

Resource allocations (e.g. CPU allocation, memory allocation); and

Operational policies 32 that define the criteria to determine whether sufficient CPU and memory resources have been allocated for the entity. It may be noted that some operational policies 32 can be specified on a per-workload level. For example, different % CPU utilization high limits can be specified for different workloads 12, depending on the business or operational requirements of the different workloads 12 (e.g. production workloads 12 may have lower limits than non-production workloads 12).

The ER scores for the workload entities can be based on the results of two types of analyses:

1) Under-Provisioned Analysis—evaluates each workload entity by checking whether the entity's resource utilization levels exceed high limits defined by operational policies. The check generates an under-provisioned score (UPS), in this example, ranging between 0 and 100 that reflects whether the entity is under-provisioned. For example, scores less than 75 may indicate that the entity is under-provi-

sioned, whereas scores greater than 75 indicate that the entity is appropriately provisioned.

2) Over-Provisioned Analysis—evaluates each workload entity by checking whether the entity's resource utilization levels are below low limits defined by operational policies. The check generates an over-provisioned score (OPS) ranging, in this example, between 0 and 100 that reflects whether the entity is over-provisioned. For example, scores less than 75 may indicate that the entity is over-provisioned whereas scores greater than 75 indicate that the entity is appropriately provisioned.

Based on the under-provisioned and over-provisioned scores, the ER score for a workload entity can be determined as follows:

If UPS<100, ER score=UPS

If UPS==100, ER score=200−OPS

As such, the UPS may be made to take precedence over the OPS when computing the ER score of a workload entity which reflects its overall provisioning level. For example, an entity may be under-provisioned with respect to CPU utilization but over-provisioned with respect to memory. Based on the overall ER score, the entity is designated to be under-provisioned. This is appropriate since the shortage of resources typically result in more severe consequences than having excess resources (i.e. risks vs. inefficiency).

Server-Level ER Score

The ER score for computing system 16 such as a server entity (e.g. vSphere host, managed system) is based on the following:

Resource utilization levels of the server (CPU, memory, disk I/O, network I/O utilization);

Resource capacity of the server (CPU capacity, memory capacity, maximum disk and network I/O throughput); and

Operational policies (criteria to determine whether server has sufficient resources).

The ER scores for server entities may be determined in the same way as those for workload entities, discussed above.

Cluster-Level ER Score

The ER score for a computing cluster 18 may be based on the results of a "defrag" analysis of workloads 12 and computing devices 16 included in the cluster 18.

A defrag analysis as herein described attempts to determine the maximum number of workloads 12 that can be placed on the minimum number of computing devices 16 (e.g. servers) subject to constraints defined by the operational policies 32.

The defrag analysis results may include the following metrics, assuming the computing devices 16 being analyzed are servers:

1) Fully loaded utilization ($U_{FL}$)—minimum number of servers required to accommodate all the workloads as a percentage of the total number of servers.

2) Number of unused servers (SU)—number of servers with no workloads. A number of additional servers required (SR) may also be determined, which indicates the additional servers required in case there are insufficient existing servers.

3) Number of unplaced workloads (WU)—number of workloads that were not placed on a server.

4) Number of placed workloads (WP)—number of workloads that were placed on a server.

5) Normalized lowest placement score among all servers with at least one workload (LPS)—the value of this score ranges from 100 to the minimum target score limit (default=75). If the minimum target score limit modified so that

it is not equal to 75, this score value is normalized to ensure that it always ranges between 75 and 100.

The ER score is derived from these defrag results as follows:

Case 1: All workloads are placed and the fully loaded utilization is less than 100%

The ER score is equal to the 200 minus the fully loaded utilization.

In general, a server group is considered to be over-provisioned if the $U_{FL}$ is less than 75% (which translates to an ER score that is greater than 125).

If the $U_{FL}$ is between 75% and 99%, the cluster is considered to be appropriately provisioned.

Case 2: All workloads are placed and the fully loaded utilization is equal to 100%

The ER score is equal to the normalized lowest placement score which is defined to range between 75 and 100. This indicates that the server group is provisioned appropriately.

ER scores approaching 100 indicate that server group is optimally provisioned whereas scores nearing 75 indicate that the cluster is on the verge of being deemed as under-provisioned.

Case 3: One or more workloads are not placed and there are no unused servers

The ER score is equated to the number of placed workloads divided by the total number of workloads multiplied by 75.

In this case, the ER score will range between 0 and 75 with lower scores indicating higher ratios of unplaced workloads.

Case 4: One or more workloads are not placed but there are also unused servers

This indicates that unplaced workloads are not suitable for the server group.

The ER score is equal to 200 minus the fully loaded utilization—but is also marked as a special case due to the presence of unsuitable workloads.

In summary, the ER score is computed as follows:

Case 1: (WU==0 AND $U_{FL}$<100)

$$ER\ score=200-U_{FL}$$

Case 2: (WU==0 AND $U_{FL}$==100)

$$ER\ score=LPS$$

Case 3: (WU>0 AND SU==0)

$$ER\ score=75*WP/(WP+WU)$$

Case 4: (WU>0 AND SU>0)

$$ER\ score=200-U_{FL}$$

Environment-Level ER Score

The ER score for a computing environment **10** reflects the efficiency and risks associated with the clusters that comprise the environment **10**.

Typically, it may be assumed that workloads **12** and computing systems **16** have no mobility between clusters **18**. For such environments **18**, the ER score is computed from the weighted average of the ER scores for each group of computing devices, e.g., a server group as exemplified below.

The weights used to combine the ER scores for each server group sum to 1 and reflect the relative resource capacities of each server group. If servers in all the groups have identical resource capacities, the weights can simply be based upon the number of servers. If the servers have

different resource capacities, the weights can be based on a particular resource **14** (e.g. CPU or memory).

Alternatively, weights can be based on the resource **14** that represents the primary constraint for the workloads **12** in the environment **10**. The primary constraint can be estimated by comparing the aggregate resource utilization of all the workloads **12** with the capacity of all the servers.

For environments **10** where there is mobility of workloads **12** and servers between the clusters **18**, the ER score can be computed from the results of a defrag analysis for the entire environment **10**—effectively treating the environment **10** as a single cluster **18**.

Efficiency and Risk Spectrums

Based on the ER scores, the efficiency and risks of computing environments **10** can be depicted in an Efficiency and Risk Spectrum **204** as shown in the screen shot **200** illustrated in FIG. **4**. For a given computing environment **10**, ER spectrums display the relevant entities in one or more vertically arranged two-dimensional (x-y) coordinate systems. As shown in FIG. **4**, a time scale bar **202** can be provided to allow a user to focus on a particular day or period of time.

The number of coordinate systems corresponds to the number of entity types which the environment **10** comprises. For example, the ER spectrum for a computing environment **10** modeled using 4 entity types (e.g. environment **10**, cluster **18**, host and guest) will also contain 4 coordinate systems.

The coordinate systems share a common horizontal axis representing the ER score. This axis is typically divided into three regions, corresponding to under-provisioned **206** (too little infrastructure), optimally provisioned **208** (just right) and over-provisioned **210** (too much infrastructure) entities, respectively.

Each entity is depicted as a single dot **212** in the spectrum **204**. The entity's type determines the coordinate system in which the entity is depicted. The ER score of the entity defines its x-coordinate. For environments **10** having multiple entity groups based on a parent entity type (e.g., workloads **12** and servers belonging to specific clusters **18**), the entity's group membership effectively defines its y-coordinate.

Types of ER spectrums that may be generated include:

ER Spectrum for a single environment **10**;

ER Spectrum for multiple environments **10**; and

ER Spectrum for multiple timeframes.

ER Spectrum for a Single Environment

Based on the ER scores, efficiency and risks of the entities in a computing environment **10** can be depicted in an Efficiency and Risk Spectrum **204** such as that shown in FIG. **4**.

In FIG. **4**, the spectrum **204** for a single environment (Houston) is organized into four vertically stacked sections corresponding to the four entity types: environment **10**, cluster **18**, host and guest. Each dot **212** in the spectrum **204** corresponds to an entity. Entities of each type are depicted in the corresponding section. If the environment **10** includes multiple clusters **18**, entities associated with each cluster **18** may be depicted in a different color and arranged vertically into separate rows.

Each entity's ER score determines where to draw the corresponding dot **212** on the horizontal axis. The horizontal axis ranges from 0 to 200 with 0 at the left-most edge, 100 at the center and 200 at the right-most edge, consistent with the above exemplary ER score ranges.

The analyses can be based on a variety of historical or projected timeframes selectable from the timeline bar **202**,

which define the scope of entities to be assessed and their respective resource utilization levels, allocations and capacities.

FIG. 5 illustrates a screen shot 200' of another environment level ER spectrum 204' and FIG. 6 illustrates a screen shot 200" of a cluster level ER spectrum 204" for the "Seattle" cluster shown in FIG. 5.

ER Spectrum for Multiple Environments

The screen shot 300 shown in FIG. 7 illustrates a pair of ER spectrums 304a, 304b, one for each of multiple environments 10. Providing multiple spectrums 304a, 304b together as shown in FIG. 7 allows multiple environments 10 to be compared by depicting the key metrics (e.g., fully loaded utilization) of each environment 10. It can be appreciated that users can interact with these spectrums 304a, 304b by selecting a specific environment 10 to access the ER spectrum 304a, 304b for the selected environment 10 (showing all the entities comprising the environment 10 as shown in FIGS. 4 and 5).

ER Spectrum for Multiple Timeframes

Another variant of the ER spectrum 204, 304 can depict the key metrics of an environment 10 over time. For example, the fully loaded utilization of an environment can be charted for a given time range (e.g., each day for the last 30 days). For example, for a given environment 10 for which the fully loaded utilization has been computed over the last 30 days, a spectrum charting the historical values over the given time period can be generated. The spectrum can be oriented with ER score with on the x-axis and the time line on the y-axis. The desired spectrum snapshot may then be selected using the timeline bar 202, 302. Alternatively, the ER score and timelines can be transposed so that the spectrum 204, 304 shows the ER-score on the y-axis and the time line of the x-axis.

Recommended Actions

Based on the analyses performed for each environment 10, recommendations to mitigate the inefficiencies and risks depicted in the ER spectrum 204, 304 can be generated.

Examples of recommended actions include:

Per-guest resource allocation adjustments (e.g. CPU allocations and memory allocations of guests that match their actual resource utilization patterns);

Workload rebalancing by changing guest-host placements within a given cluster 18 (e.g. move guests from busier to less busy hosts to better balance workloads within a cluster 18);

Adjustment of host server capacity for a given cluster 18 (e.g. addition or removal of server capacity to match requirements of actual guest workloads); and

Number of additional host servers required to host the existing guest workloads.

These recommendations can correspond to different timeframes for a given environment. An example set of recommended actions are provided in the screen shot 400 shown in FIG. 8. As shown in FIG. 8, the screen shot 400 may include a series of tabs 402 including different time periods. The "Today" tab 404 is shown in FIG. 8 and includes a modification type 408 at the beginning of each row of the recommendation chart 406 to identify, e.g., whether the recommendation relates to an inefficiency or risk. FIG. 9 illustrates another example screen shot 400' showing a recommendation chart 406'

In general, it can be appreciated that the implementation of the recommended actions should reduce inefficiencies and risks, resulting in entities moving towards the optimal (just right) region of the spectrum 204, 304.

Another example of a recommended action applies to virtual environments managed as a cloud computing environment. Specifically, many cloud computing environments are managed with cloud instance sizes that are configured with pre-defined resource allocations (e.g. small=1 virtual CPU and 2 GB of memory, medium=2 virtual CPUs and 4 GB of memory, large=4 virtual CPUs and 8 GB of memory, etc.). In such environments, the recommended action may be to propose an alternate cloud instance size based on the workload's actual utilization levels and applicable policies.

An additional mode for the ER spectrum 204, 304 can be generated where the recommended actions are assumed to have been performed, e.g., as shown in screen shot 200''' illustrated in FIG. 10. In this scenario, the ER scores for each level (workloads 12, hosts, clusters 18, environment 10) are recomputed based on the application of the recommended actions such as allocation changes and workload placements. In general, the position of the entities in the resulting spectrum 204, 304 where the recommended actions are performed will tend to move towards the center of the spectrum. Another possible mode involves recomputing the ER spectrum 204, 304 based on a subset of the recommended actions. Another possible mode involves computing the ER spectrum based on a set of actions specified by the user to model a desired scenario—e.g. add workloads 12, remove workloads 12, add hosts, upgrade resource capacity of hosts, etc.

FIG. 11 illustrates an example screen shot 500 for an operational policy user interface. As shown in FIG. 11, the policy name and description and various settings can be edited and/or set by the user. Such settings include those related to high limits for CPUs, memory, CPU reservations, and memory reservations.

FIG. 12 illustrates an example screen shot 600 for a system-level policy user interface. As shown in FIG. 12, various policy categories and settings can be edited through the illustrated user interface, e.g., those for guest level utilization (high limits), guest level utilization (low limits), recommended allocations, etc.

It will be appreciated that any module or component exemplified herein that executes instructions may include or otherwise have access to computer readable media such as storage media, computer storage media, or data storage devices (removable and/or non-removable) such as, for example, magnetic disks, optical disks, or tape. Computer storage media may include volatile and non-volatile, removable and non-removable media implemented in any method or technology for storage of information, such as computer readable instructions, data structures, program modules, or other data. Examples of computer storage media include RAM, ROM, EEPROM, flash memory or other memory technology, CD-ROM, digital versatile disks (DVD) or other optical storage, magnetic cassettes, magnetic tape, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to store the desired information and which can be accessed by an application, module, or both. Any such computer storage media may be part of the analysis engine 22, ER processor 24, any component of or related to the system 20, etc., or accessible or connectable thereto. Any application or module herein described may be implemented using computer readable/executable instructions that may be stored or otherwise held by such computer readable media.

The steps or operations in the flow charts and diagrams described herein are just for example. There may be many variations to these steps or operations without departing

11                                                    12

from the principles discussed above. For instance, the steps may be performed in a differing order, or steps may be added, deleted, or modified.

Although the above principles have been described with reference to certain specific examples, various modifications thereof will be apparent to those skilled in the art as outlined in the appended claims.

The invention claimed is:

1. A method performed by a processor in a computing system, the method comprising:

obtaining resource utilization or performance data pertaining to a plurality of computing entities in a computing environment, and capacity data specifying resource capacities for the plurality of computing entities in the computing environment;

obtaining at least one operational policy defining criteria to determine whether the utilization or performance of an entity is in an acceptable range relative to its capacity or performance limits;

computing at least one score quantifying efficiencies and/or risks associated with corresponding ones of the entities in the computing environment, based on the resource utilization or performance data, the capacity data, and the at least one operational policy; and

displaying an indicator for at least one of the plurality of computing entities in a graphical representation based on the corresponding score;

wherein each indicator is positioned in the graphical representation according to the corresponding score such that the positioned indicator shows in a spatial manner, relative efficiencies and/or risks for the corresponding entity by positioning the indicator in one of a first portion indicative of risk associated with having infrastructure in the computing environment that cannot service workload demands and meet criteria specified in the at least one operational policy, a second portion indicative of an amount of infrastructure in the computing environment that can service workload demands based on the at least one operational policy, or a third portion indicative of inefficiencies associated with having more than the required amount of infrastructure in the computing environment to service workload demands based on the at least one operational policy.

2. The method of claim 1, wherein the at least one score is based on an under provisioned score and an over provisioned score.

3. The method of claim 2, wherein the under provisioned score is given precedence over the over provisioned score.

4. The method of claim 1, wherein the at least one score is generated using factors specific to a corresponding one of a plurality of entity types.

5. The method of claim 4, the plurality of entity types comprising any one or more of a workload, a computing system, a cluster of computing systems, and the computing environment.

6. The method of claim 4, wherein for an entity representing a cluster of computing systems, the at least one score being determined by considering a fully loaded utilization value ($U_{FL}$), an unused servers value (SU), an unplaced workloads value (WU), policies business separation and a placed workloads value (WP).

7. The method of claim 6, wherein:

for WU==0 and UFL<100, the at least one score is computed as $200-U_{FL}$;

for WU==0 and UFL==100, the at least one score equals a lowest placement score;

for WU>0 and SU==0, the at least one score is computed as 75*WP/(WP+WU); and

for WU>0 and SU>0, the at least one score is computed as 200−UFL.

8. The method of claim 1, wherein the graphical representation displays the scores spatially relative to each other, for each computing entity in the computing environment by placing each indicator in a corresponding portion of the graphical representation.

9. The method of claim 1, wherein the portions of the graphical representation are arranged to create a spectrum.

10. The method of claim 1, further comprising displaying a plurality of graphical representations.

11. The method of claim 1, further comprising using the at least one score to generate at least one recommendation for addressing inefficiencies and/or risks in the computing environment.

12. The method of claim 11, further comprising displaying the at least one recommendation in the graphical representation, the graphical representation comprising one or more recommendations for each entity in the computing environment that has been evaluated.

13. A non-transitory computer readable storage medium comprising computer executable instructions for:

obtaining resource utilization or performance data pertaining to a plurality of computing entities in a computing environment, and capacity data specifying resource capacities for the plurality of computing entities in the computing environment;

obtaining at least one operational policy defining criteria to determine whether the utilization or performance of an entity is in an acceptable range relative to its capacity or performance limits;

computing at least one score quantifying efficiencies and/or risks associated with corresponding ones of the entities in the computing environment, based on the resource utilization or performance data, the capacity data, and the at least one operational policy; and

displaying an indicator for at least one of the plurality of computing entities in a graphical representation based on the corresponding score;

wherein each indicator is positioned in the graphical representation according to the corresponding score such that the positioned indicator shows in a spatial manner, relative efficiencies and/or risks for the corresponding entity by positioning the indicator in one of a first portion indicative of risk associated with having infrastructure in the computing environment that cannot service workload demands and meet criteria specified in the at least one operational policy, a second portion indicative of an amount of infrastructure in the computing environment that can service workload demands based on the at least one operational policy, or a third portion indicative of inefficiencies associated with having more than the required amount of infrastructure in the computing environment to service workload demands based on the at least one operational policy.

14. A system for analyzing efficiencies and risks in a computing environment, the system comprising a processor and at least one memory, the memory comprising computer executable instructions for:

obtaining resource utilization or performance data pertaining to a plurality of computing entities in a computing environment, and capacity data specifying resource capacities for the plurality of computing entities in the computing environment;

13

obtaining at least one operational policy defining criteria to determine whether the utilization or performance of an entity is in an acceptable range relative to its capacity or performance limits;

computing at least one score quantifying efficiencies and/or risks associated with corresponding ones of the entities in the computing environment, based on the resource utilization or performance data, the capacity data, and the at least one operational policy; and

displaying an indicator for at least one of the plurality of computing entities in a graphical representation based on the corresponding score;

wherein each indicator is positioned in the graphical representation according to the corresponding score such that the positioned indicator shows in a spatial manner, relative efficiencies and/or risks for the corresponding entity by positioning the indicator in one of a first portion indicative of risk associated with having infrastructure in the computing environment that cannot service workload demands and meet criteria specified in the at least one operational policy, a second portion indicative of an amount of infrastructure in the computing environment that can service workload demands based on the at least one operational policy, or a third portion indicative of inefficiencies associated with having more than the required amount of infrastructure in the computing environment to service workload demands based on the at least one operational policy.

14

**15**. The method of claim **5**, wherein scoring a cluster of computing systems comprises considering at least one of: workload affinity or anti-affinity, data security, load balancing, failover capacity, or other business related data that impacts quantification of efficiencies and risks.

**16**. The non-transitory computer readable medium of claim **13**, wherein the graphical representation displays the scores spatially relative to each other, for each computing entity in the computing environment by placing each indicator in a corresponding portion of the graphical representation.

**17**. The non-transitory computer readable medium of claim **13**, wherein the portions of the graphical representation are arranged to create a spectrum.

**18**. The non-transitory computer readable medium of claim **13**, further comprising instructions for displaying a plurality of graphical representations.

**19**. The non-transitory computer readable medium of claim **13**, further comprising instructions for:

using the at least one score to generate at least one recommendation for addressing inefficiencies and/or risks in the computing environment; and

displaying the at least one recommendation in the graphical representation, the graphical representation comprising one or more recommendations for each entity in the computing environment that has been evaluated.

* * * * *

# Exhibit E



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 60/969,344 | 08/31/2007 | | 200 | | | |

CONFIRMATION NO. 4357

Tom Yuyitung
(CiRBA Inc.)
Suite 400
1595 16th Avenue
Richmond Hill, ONL4B 3N9
CANADA

**FILING RECEIPT**

Date Mailed: 09/12/2007

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Tom Silangan Yuyitung, Toronto, CANADA;
Andrew Derek Hillier, Toronto, CANADA;

**Power of Attorney:** None

**If Required, Foreign Filing License Granted:** 09/11/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US60/969,344**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

**Title**

VMware Analysis Using CiRBA

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The

PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

---

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

PTO/SB/16 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET – Page 1 of 2

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

**Express Mail Label No.**_____

| INVENTOR(S) | | |
|---|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
| Tom Silangan | Yuyitung | Toronto, Ontario, Canada |
| Andrew Derek | Hillier | Toronto, Ontario, Canada |
| | | |
| | | |
| | | |

*Additional inventors are being named on the* _____ *separately numbered sheets attached hereto*

## TITLE OF THE INVENTION (500 characters max):

VMware Analysis Using CiRBA

---

*Direct all correspondence to:*          **CORRESPONDENCE ADDRESS**

☐ The address corresponding to Customer Number: 

*OR*

☑ Firm or Individual Name

Address 1595 16th Avenue, Suite 400

| City Richmond Hill | State Ontario | Zip L4B3N9 |
|---|---|---|
| Country Canada | Telephone 905 731 0090 | Email tyuyitung@cirba.com |

## ENCLOSED APPLICATION PARTS *(check all that apply)*

☐ Application Data Sheet. See 37 CFR 1.76          ☐ CD(s), Number of CDs _____

☐ Drawing(s) *Number of Sheets* _____          ☐ Other (specify) _____

☑ Specification (e.g. description of the invention) *Number of Pages* 24_____

**Fees Due:** Filing Fee of $200 ($100 for small entity). If the specification and drawings exceed 100 sheets of paper, an application size fee is also due, which is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

## METHOD OF PAYMENT OF THE FILING FEE AND APPLICATION SIZE FEE FOR THIS PROVISIONAL APPLICATION FOR PATENT

☐ Applicant claims small entity status. See 37 CFR 1.27.

☐ A check or money order is enclosed to cover the filing fee and application size fee (if applicable).          | 200.00 |

☑ Payment by credit card. Form PTO-2038 is attached          **TOTAL FEE AMOUNT ($)**

☐ The Director is hereby authorized to charge the filing fee and application size fee (if applicable) or credit any overpayment to Deposit

Account Number: _____.     A duplicative copy of this form is enclosed for fee processing.

*USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT*
This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/16 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[✓] No.

[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____
_____

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

SIGNATURE _____ Date August 31, 2007 _____

TYPED or PRINTED NAME  Tom Yuy ing (CiR BA In c ) _____    REGISTRATION NO. _____
(if appropriate)

TELEPHONE 905 731 0090 _____    Docket Number: _____

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Patent Application Fee Transmittal

| Application Number: | |
|---|---|
| **Filing Date:** | |
| **Title of Invention:** | VMware Analysis Using CiRBA |
| First Named Inventor/Applicant Name: | Tom Yuyitung |
| **Filer:** | Tom Yuyitung |
| **Attorney Docket Number:** | |

Filed as Large Entity

## Provisional Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional application filing | 1005 | 1 | 200 | 200 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **200** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2148914 |
| **Application Number:** | 60969344 |
| **International Application Number:** | |
| **Confirmation Number:** | 4357 |
| **Title of Invention:** | VMware Analysis Using CiRBA |
| **First Named Inventor/Applicant Name:** | Tom  Yuyitung |
| **Correspondence Address:** | Tom Yuyitung (CiRBA Inc.) |
| | Andrew Hillier (CiRBA Inc.) |
| | 1595 16th Avenue, Suite 400 |
| | - |
| | Richmond Hill                    -                    L4B 3N9 |
| | CA            905 731 0090 |
| | tyuyitung@cirba.com |
| **Filer:** | Tom Yuyitung |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | |
| **Receipt Date:** | 31-AUG-2007 |
| **Filing Date:** | |
| **Time Stamp:** | 15:44:30 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $200 |
| RAM confirmation Number | 885 |

| Deposit Account | |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Specification | cirba_whitepaper_vmware.pdf | 18179292 <br> c5a02a6725f9d2de94a697832f66921e7eaa7639 | no | 24 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Transmittal of New Application | provisional_app_cover_sheet-signed.pdf | 98557 <br> 299ada200ab19bea9cd90df630aa4e1d7933952e | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Fee Worksheet (PTO-06) | fee-info.pdf | 8064 <br> 7202ae734d034f86eb1fd3620191ffb3a9654d8 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | 18285913 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

WHITE PAPER



# Data Center Intelligence



# VMware Analysis Using CiRBA
## August 2007

Tom Yuyitung
Andrew Hillier
CiRBA Inc.



# Contents

| | |
|---|---|
| Introduction | 3 |
|    CiRBA Data Center Intelligence | 3 |
|    CiRBA Constraint Analysis | 4 |
|       Technical Constraint Analysis | 4 |
|       Business Constraint Analysis | 4 |
|       Workload Constraint Analysis | 4 |
|    Built-In CiRBA Rulesets | 5 |
|    CiRBA Analysis Maps | 5 |
| | |
| VMware Analysis using CiRBA | 7 |
|    General Analysis Process | 8 |
| | |
| ESX Server Specification | 9 |
|    ESX Upgrade Analysis | 9 |
|    Aggregate Server Utilization Analysis | 9 |
|       CPU Workload Normalization | 10 |
|       Virtualization Overhead | 10 |
|       Aggregate Workloads | 10 |
|    Hypothetical ESX Servers | 12 |
|    VMotion Compatibility Map | 13 |
| | |
| Physical Environment Analysis | 14 |
|    Technical Constraint Analysis | 14 |
|    Business Constraint Analysis | 14 |
|    Workload Constraint Analysis | 14 |
|       High Availability Planning | 14 |
|    Combined (Net-Effect) Constraint Analysis | 14 |
| | |
| Optimization | 16 |
|    ESX Optimization Analysis | 16 |
| | |
| ESX Cluster Design | 17 |
|    Cluster Membership Design | 17 |
|    DRS Rule Design | 19 |
|    VirtualCenter API Integration | 20 |
| | |
| Ongoing Management | 21 |
|    Virtual Environment Tracking | 21 |
|    Virtual Environment Analysis | 21 |
| | |
| About CiRBA | 23 |



# Introduction

Virtualization is not just a sizing exercise. For production environments, it is an exercise in understanding all the constraints that govern and impact a target environment, and ensuring that these constraints are taken into account when planning and managing virtual environments.

This is especially true of VMware Infrastructure, where sophisticated features such as VMotion, DRS and HA necessitate careful planning and diligent administration of virtual environments. These features have helped make VMware the industry-leading virtualization solution, but to properly capitalize on their true power, it is necessary to combine them with accurate intelligence and focused analytics in order to safely and effectively transform existing servers into the new virtual paradigm.

## CiRBA Data Center Intelligence

CiRBA's Data Center Intelligence is software that rapidly analyzes and visually maps the safest path to an optimally consolidated or virtualized datacenter. By performing an extremely detailed analysis of environments that takes into account all relevant technical, business and workload constraints, CiRBA analysis helps drive risk out of virtualization initiatives while at the same time optimizing ROI by uncovering the optimal combinations of servers.





## CiRBA Constraint Analysis

CiRBA analysis uses rules and mathematical techniques to analyze constraints that affect all major virtualization and consolidation strategies. These constraints can be generally categorized into three main areas:

### Technical Constraint Analysis

Technical constraints are constraints that affect "what can go together", and typically include configuration-oriented elements such as version compatibilities, environmental settings, patch requirements, security configurations, etc. In VMware analysis, the technical constraint models employed typically focus on ESX and VMotion compatibilities, storage configurations, unsupported or nonstandard hardware, network connectivity, and other considerations that may impact the viability of and/or path to virtualization.

### Business Constraint Analysis

Business constraints are more concerned with "what should go together", both from a business and process perspective. Criteria such as maintenance windows, availability targets, application owners, locations, departments, and other non-technical criteria are analyzed to ensure that there is consistency in the virtual environment and to prevent any production problems post-virtualization.

### Workload Constraint Analysis

Workload constraint analysis answers the question "what fits together", and looks at the utilization levels and patterns of servers to determine what the optimal combinations may be (both onto existing hardware as well as new servers). CiRBA's workload analysis uses quartile-based representations of CPU, disk I/O, network I/O, memory utilization and disk utilization in order to build out a comprehensive scorecard-based view of the workload affinities in an environment.


VMWARE ANALYSIS USING CiRBA

## Built-In CiRBA Rulesets

CiRBA includes rulesets and workload analysis models designed to analyze these three types of constraints across a variety of consolidation and virtualization strategies.



*CiRBA's built-in rulesets provide out-of-the-box support for a broad array of popular consolidation and virtualization strategies, and include rulesets for analyzing critical business constraints within an organization that can have a significant impact on VMware implementations.*

## CiRBA Analysis Maps

When analyzing sets of servers using rulesets, CiRBA produces 2-dimensional visual score-cards, or maps, which detail the compatibilities within an environment. These maps provide an intuitive visualization of the consolidation and/or virtualization potential in an environment, and also show the specific P2V mappings and cluster relationships that are uncovered by the analysis.

CiRBA maps use a color-coded scoring mechanism where specific server combinations are scored from 0-100, with 0 being completely incompatible and 100 being fully compatible. The score ranges are rendered using red, orange, yellow and green colors to represent the different levels of compatibility, with green representing the highest compatibility. For consolidation and virtualization analysis, these high scores represent opportunity to combine servers and achieve higher efficiency.





*CiRBA compatibility map, showing the result of applying a VMware ruleset against a set of physical servers. The servers are listed down the left hand side and also in the same order across the top, producing a cross-correlation map of the compatibilities of these servers.*

*Green regions represent "affinity regions" where the servers are generally self-consistent. The yellow, orange and red areas, on the other hand, represent server combinations where key constraints may be violated if they are virtualized onto the same infrastructure. The 4 servers to the right of and below the blue lines are hypothetical targets that the environment is being analyzed onto.*



# VMware Analysis using CiRBA





## General Analysis Process

The analysis process begins with the gathering of highly detailed configuration and work-load data from systems in an existing **Physical Environment**. The targets of this data acqui-sition include the systems to be virtualized as well as those that may be converted to ESX servers to form part of the new virtual infrastructure. The CiRBA software automates the data collection from the systems, using either agent-based or agentless means, in order to ensure that all analyses are based on up-to-date data. This data is combined with business attributes and process-related information related to the servers to form a complete set of analysis inputs.

From this information, built-in rulesets identify the physical systems that can be converted into ESX servers, allowing existing servers to be repurposed as ESX servers without buying new hardware. This **ESX Server Specification** step also performs aggregate utilization com-putations in order to determine the overall capacity required in the virtual environment, and allows analysts to specify hypothetical server models (i.e. candidates for purchase) that can be used to make up the shortfall. (Note that many organizations use new hardware exclusively, and absorb decommissioned servers in later project phases.) Finally, the CiRBA analysis groups the ESX server candidates based on VMotion compatibility, which defines the clusterable pools of servers from which the new environment will be constructed.

The **Physical Environment Analysis** step evaluates technical, business and workload con-straints against the systems to be virtualized using advanced rule sets and workload algo-rithms. The constraints are combined to produce an overall system affinity map that indi-cates the systems which should be kept together and which ones should be separated when they are virtualized.

The **Optimization** step determines the optimal mapping of physical servers onto virtual en-vironments and clusters, and allows what-if analysis to determine the optimal **ESX Cluster Design** that minimizes the ESX server counts while addressing the ESX server and virtual machine compatibility constraints. The resulting analysis maps define the cluster member-ships of the ESX servers and virtual machines as well as DRS affinity and anti-affinity rules. The automated generation of the cluster membership accelerates the implementation of virtualized environments while at the same time reducing risk in implementation and sub-sequent operation.

After the virtualized environment is deployed, the CiRBA software performs **Ongoing Man-agement** by gathering configuration and workload data from the ESX hosts and virtual ma-chines on an ongoing basis and using this to both track the environments as well as enable further analysis and optimization as servers and constraints change over time.


VMWARE ANALYSIS USING CIRBA

# ESX Server Specification

## ESX Upgrade Analysis

This analysis identifies the physical systems that can be converted to ESX Servers. The analysis checks whether the systems are included in the VMware system compatibility list. Note that the system compatibility can vary between ESX server versions, and the compatibility for some systems may be qualified – e.g. patch required, specific processor revision.

In addition, the analysis validates the various ESX server and VMotion requirements such as minimum CPU clock speeds (1500MHz), maximum RAM (64GB), maximum CPU cores (32) and multiple GB Ethernet network interface cards.



*ESX Compatibility Map showing which servers in the current environment are candidates for upgrading to run ESX. The large green area shows servers that are unconditionally supported, and the yellow areas show platforms that can support ESX with some qualifications.*

## Aggregate Server Utilization Analysis

The key system resources for sizing target ESX servers are CPU and memory utilization, storage, and disk and network I/O rates. The aggregate resource utilization of the source systems is compared against the capacity of the ESX server candidates. This analysis determines the additional server hardware, if any, that is required to support the planned virtualized environment.





**VMWARE ANALYSIS USING CIRBA**

## CPU Workload Normalization

To accurately combine the processor utilization of the systems based on different proces-
sors, industry benchmarks are employed by CiRBA to normalize the CPU workload data.
Processor benchmarks such as SPEC CINT2000 are better suited than basic processor speeds
(MHz) since benchmarks account for different processor architectures that affect perform-
ance significantly.

CiRBA uses a comprehensive CPU benchmark table to determine the CINT2000 value of the
physical systems based on the server model and processors.

## Virtualization Overhead

As an additional software layer, VMware adds a performance overhead. As such, when mod-
eling the resource utilization of physical systems in the virtualized target environment, a
virtualization overhead is added to the source system workloads.

CiRBA uses an advanced virtualization overhead model to estimate CPU utilization of physi-
cal systems when virtualized on an ESX server. The CPU overhead is modeled for each guest
as a function of the CPU utilization, network I/O and disk I/O rates.

Similarly, the memory overhead is comprised of the service console memory (default is 272MB,
maximum is 800MB) and guest system contributions. The memory overhead of each guest sys-
tem is affected by its memory allocation, the number of virtual CPUs, and whether it is a 32 or
64 bit operating system.

Note that the memory overhead of similar virtualized systems can be offset by the memory
saved through the VMware transparent page sharing feature.

## Aggregate Workloads

By normalizing workloads and accounting for virtualization overhead, the projected resource
requirements of the physical systems can be modeled with higher accuracy. The aggregate
resource requirements are adjusted further to include the desired headroom to account for
future growth and high availability requirements.

Similarly, the aggregate resource capacity of the ESX server candidates is calculated by CiRBA.




*Aggregate Utilization Report showing the normalized utilization of an entire environment. Utilization is reported as a rolled-up average as well as a time-of-day curve showing peak and sustained activity throughout the daily cycle. This is an important measure of the consolidation potential of an environment, and gives an initial estimate of the CPU, I/O, Disk and Network capacity required in the ESX server environment.*



## Hypothetical ESX Servers

The projected aggregate workloads of the source and target systems are compared to determine whether additional computing resources are required. If there is insufficient capacity, the amount of hypothetical ESX server hardware is estimated.

CiRBA includes built-in hardware targets that represent most popular blade and rack-mount servers from the major manufacturers, and new models can be easily created by end users.



*Hypothetical Server Model selection within the CiRBA Analysis Property dialog. By supporting analysis onto models, analysts can perform what-if analysis and compare the relative merits of virtualizing onto different types of hardware before any hardware purchases are made*


VMWARE ANALYSIS USING CIRBA

## VMotion Compatibility Map

ESX servers must have compatible processor architectures to support the live migration of a guest system between the servers. Specifically, VMotion compatibility is affected by processor vendor (Intel, AMD), family (Pentium 4, Intel Core, AMD K8, AMD K7) and support for specific features (64-bit support, SSE3, NX/XD).

CiRBA includes a VMotion compatibility rule set that analyzes target ESX servers and divides the servers into compatible pools that are candidates for cluster membership.



*VMotion compatibility map, showing the sets of servers that are compatible from a VMotion perspective. This is an important step in defining the go-forward environment, as many incompatibilities exist between servers platforms, including those from the same manufacturer. Because clusters rely on VMotion, this map effectively sculpts out the pools of servers from which clusters can be built.*



# Physical Environment Analysis

## Technical Constraint Analysis

The technical analysis identifies the physical systems that can be virtualized by considering virtualized system constraints including guest operating system support, maximum limits on virtual processors (4), memory (16GB) and swap (16GB).

In addition, the analysis highlights constraints that can impact the compatibility of virtualized systems including unique legacy devices (modems, token ring cards), and uncommon network connectivity or storage requirements.

Finally, the analysis evaluates the sameness of guest system images to assess the potential to take advantage of VMware's transparent page sharing capabilities.

The resulting technical affinity map illustrates groups of systems that must be kept together or apart, as well as groups that are ideally kept together or apart.

## Business Constraint Analysis

This analysis focuses on business factors that impact the compatibility of the source systems. Factors considered include such things as system availability targets, system owners, service chargeback models, physical locations and regulatory requirements. As with the technical constraint analysis, the business affinity map that reflects groups of systems to keep together or apart.

## Workload Constraint Analysis

The workload analysis evaluates the combination of one or more source workloads onto the target ESX servers. It evaluates processor utilization, memory, disk I/O and network I/O. The analysis employs the workload normalization and virtualization overhead models described earlier to predict workloads with better accuracy.

The CiRBA workload analysis considers sustained and peak system workloads at like times and at offset times to consider the normal and worst case scenarios. Workload analysis parameters can be specified to adjust the conservatism or aggressiveness of the constraints.

In general, systems with lower workloads are better virtualization candidates than those with very high workloads and resource requirements.

### High Availability Planning

Capacity planning for high available clusters can be readily performed through what-if workload analysis by adjusting the workload headroom thresholds or excluding target ESX servers from the analysis to simulate host failures.

## Combined (Net-Effect) Constraint Analysis

The net-effect constraint analysis combines the technical, business and workload constraints to provide an overall affinity map. CiRBA analyzes multiple constraint maps using 3-dimensional data structures that enable simultaneous assessment of all constraints.



The overall affinity map defines regions of compatible source systems that can be assigned to common clusters. The compatibility scores reflect the degree of compatibility/incompatibility between systems.



*CiRBA Net-Effect "Cube" showing the NxNxM construct that is used for affinity region and optimization analysis. Each individual technical, business and workload constraint map is represented as a layer in the cube, and these layers act as "lenses" when computing the net effect, defining what is and is not possible when combining servers into virtual environments.*



# Optimization

## ESX Optimization Analysis

The virtualization candidates and target ESX servers are analyzed to determine recommended cluster configurations, cluster memberships of guest systems and DRS affinity/anti-affinity rules.

CiRBA employs heuristic optimization algorithms (referred to as "auto fit") to automatically determine the virtualization solution that eliminates the largest number of servers with the highest set of compatibility scores. Additional what-if scenarios are easily modeled by modifying constraints, adding servers, etc. to the analysis.



*Optimization analysis showing the "auto fit" of a set of physical servers onto a new virtual environment consisting of 4 IBM X-Series servers. By simultaneously analyzing all constraints and affinities in 3 dimensions, a solution is found that eliminates the largest number of servers while maintaining the highest scores (which translates into the lowest risk).*



VMWARE ANALYSIS USING CIRBA

# ESX Cluster Design

## Cluster Membership Design

The VM-cluster assignments are constrained by the clusterability of the target ESX servers, the affinity of the source systems, workload requirements of the source systems and resource capacities of the target ESX servers. The CiRBA ESX optimization analysis considers all these constraints and recommends the placement of source systems on the set of clusterable ESX targets.



*Cluster based view of guest OS's. Larger areas of non-zero scores represent recommended cluster membership, and in this case there are 5 distinct clusters emerging from the analysis. The orange areas within these regions are anti-affinity regions within a cluster, and the appropriate DRS rules are generated by CiRBA in order to assure that constraints are honored at runtime.*



VMWARE ANALYSIS USING CIRBA

Additional considerations for defining VMware clusters are:

- The maximum allowable ESX servers/cluster for DRS/HA is 16 – some recommend 10-12
- Servers in the cluster must share common storage and networking
- Ideally, servers should have similar hardware specifications (CPU, memory, etc.)
- Blade servers are suitable for clustering since they share common resources.

CiRBA's built-in rulesets account for many of these considerations, and the optimal cluster size is a factor commonly used to decide between when to make a separate cluster and when to employ affinity and anti-affinity rules within a single cluster.



*Report showing cluster membership as derived from the affinity analysis. CiRBA's system groups allow logical representation of groups of servers that can be used for many analysis and reporting purposes.*

Copyright © 2004-2007 CiRBA Inc. All Rights Reserved    www.CiRBA.com    866 731 9090



## DRS Rule Design

In general, highly incompatible source systems are assigned to separate clusters. Moderately incompatible source systems can be assigned to the same cluster and kept apart through DRS anti-affinity rules. Conversely, highly compatible systems are kept together using DRS affinity rules.

Constraints such as physical location, regulatory compliance, etc. typically govern what approach is used.



*CiRBA's DRS rule-programming interface, showing anti-affinity rules that have been automatically derived from an analysis map. By using threshold-based generation of rules, both affinity and anti-affinity rules can be established and maintained.*



## VirtualCenter API Integration

The DRS affinity and anti-affinity rules are determined by the DRS rule analysis and administrators can choose to synchronize them directly with the VirtualCenter server. CiRBA's API-level integration with VirtualCenter is bi-directional, and all cluster membership information and manually-programmed rules are automatically synchronized with DRS to enable long-term management of virtual environments. As well, the synchronization operation ensures that there are no rule conflicts prior to applying the new rules.



*CiRBA's DRS rule-programming interface, showing affinity and anti-affinity rules that have been automatically derived from an analysis map. By using threshold-based generation of rules, both affinity and anti-affinity rules can be established and maintained.*



# Ongoing Management

## Virtual Environment Tracking

After the VMware environment is deployed, CiRBA can collect detailed configuration and workload data from the ESX hosts and virtual machines.



*CiRBA's VMware Infrastructure discovery interface, showing the clusters under the control of a specific VirtualCenter server. CiRBA's bi-directional interface automatically discovers the cluster membership of ESX servers and virtual machines and uses this to drive analysis and generate the appropriate DRS rules.*

## Virtual Environment Analysis

The data collected from the VMware environment is analyzed to detect outliers and non-compliant guest and ESX server settings such as the installation of VMware Tools on guest systems, service console security settings, etc.

The support for VMotion between specific ESX hosts and VMs must be evaluated on an on-going basis by considering the network and storage dependencies, VMotion CPU compatibility, and relevant guest configuration settings (e.g. CPU affinity, connected drives, raw device mappings, internal virtual switch connections). It is imperative that the VMotion capability between servers be maintained to maximize the reliability and optimal operation of the virtualized environment.

As the virtual environment changes over time, CiRBA re-analyzes the environment based on latest configuration, business and workload data to determine actions to improve compatibility and load balancing. Recommended actions may be to move existing VMs and/or ESX hosts to different clusters, update DRS affinity or anti-affinity rules, or update VM resource reservations.



When introducing new ESX servers and/or VMs to the virtualized environment, optimization analysis is performed to determine the recommended assignments based on the compatibility and workload constraints.



*Powered By CiRBA*

*Virtual environment analysis showing the identification of an existing cluster that is suitable to host a new application that is about to be deployed. By analyzing new applications against the existing infrastructure, forward consolidation becomes a seamless, low-risk operation and new servers can be purchased only when aggregate capacity dips below safe levels.*

Copyright © 2004-2007 CiRBA Inc. All Rights Reserved.    www.CiRBA.com   866.731.8296



VMWARE ANALYSIS USING CiRBA

## About CiRBA

CiRBA is a leading provider of Data Center Intelligence (DCI) software solutions. CiRBA software provides IT organizations with the empirical configuration and workload analyses required to uncover waste in the data center and identify associated consolidation and virtualization opportunities.

Global 5000 customers can better manage stacked or virtualized environments over the long term through better control of system diversity, automated compliance reporting and unmatched change analysis. For more information, visit www.cirba.com.



1595 16th Avenue, Suite 400
Richmond Hill, Ontario
Canada, L4B 3N9

**Toll Free:** +1.866.731.0090
**Telephone:** +1.905.731.0090
**Fax:** +1.905.731.0092
**Online:** www.cirba.com

Copyright © 2007, CiRBA Inc. All rights reserved.
VMware Analysis Using CiRBA
White Paper
August 2007

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

Appl. No.:       **12/201,323**

Applicant:      **YUYITUNG, Tom Silangan et al**

Filed:            **August 29, 2008**

Title:            **METHOD AND SYSTEM FOR EVALUATING VIRTUALIZED ENVIRONMENTS**

Art Unit:       **2183**

Examiner:       **COLEMAN, Eric**

Docket No.:      **59612/00030**


Mail Stop Amendment
U.S. Patent & Trademark Office
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


## RESPONSE

Sir:

This is further to the Office Action dated August 19, 2011. Applicant advises that a petition for a one-month extension of time is being filed concurrently herewith and wishes to amend the above-identified application as follows:


**Amendments to the Claims:** are reflected in the listing of claims which begins on page 2 of this paper.


**Remarks:** begin on page 9 of this paper.


1

**Amendments to the Claims**

This listing of claims will replace all prior versions and listings of claims in the application:

Listing of claims:

1.     (currently amended) A method for designing a virtualized environment based on an existing physical environment comprising a plurality of systems, said method comprising:

- obtaining a data set for each of said plurality of systems, each data set comprising information pertaining to parameters associated with a corresponding system;
- performing a first compatibility analysis on said systems to determine candidate virtual guests;
- performing a second compatibility analysis on said systems to determine candidate virtual hosts; and
- performing a third compatibility analysis using said candidate virtual hosts, said candidate virtual guests and one or more rule sets pertaining to technical, business and workload constraints to generate a virtual environment design for virtualizing said plurality of systems by evaluating each candidate virtual guest against each candidate virtual host and other candidate virtual guests using said one or more rule sets to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios.

2.     (currently amended) A method for managing a virtualized environment, said method comprising:

- generating a virtual environment design for a plurality of existing physical systems using technical, business and workload constraints;
- facilitating the deployment of said virtualized environment according to said design; and
- on an ongoing basis:

      obtaining data pertaining to systems being used in said virtualized environment[[,]];

      validating placement of said systems in said virtualized environment by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to technical, business and workload constraints[[,]];

if necessary, rebalancing said systems <u>by determining guest-host</u>
<u>placements based on compatibilities of a plurality of virtual design</u>
<u>scenarios;</u>[[,]] and
refining said virtualized environment <u>according to said one of said plurality of</u>
<u>virtual design scenarios</u>.

3.      (currently amended) A method for performing a virtual to virtual (V2V) transformation for a
plurality of existing virtual <u>guests and hosts</u> <s>servers</s>, said method comprising:

-   analyzing said existing virtual <u>guests and hosts</u> <s>servers</s> based on technical, business and
    workload constraints <u>by evaluating each virtual guest against each virtual host and other</u>
    <u>virtual guests using one or more rule sets pertaining to said technical, business and workload</u>
    <u>constraints to determine guest-host placements</u>;
-   based on said analyzing, determining which of said existing virtual servers are most suitable
    for conversion from one virtualized platform to another virtualized platform; and
-   providing a mapping from said one platform to said another platform to facilitate said
    transformation.

4.      (currently amended) A method for determining a set of virtualization hosts for a virtualized
environment based on an existing physical environment comprising a plurality of systems, said
method comprising:

-   obtaining a data set for each of said plurality of systems, each data set comprising information
    pertaining to parameters associated with a corresponding system;
-   performing a first compatibility analysis of said plurality of systems using said data sets and a
    first rule set pertaining to virtualization specific constraints <u>by evaluating each system against</u>
    <u>said first rule set</u> to determine an intermediate set of virtualization host candidates <u>that are</u>
    <u>qualified to be virtual hosts</u>; and
-   performing a second compatibility analysis of said intermediate set of <u>virtual host</u> candidates
    using a second rule set pertaining to migration specific constraints <u>by evaluating each</u>
    <u>intermediate candidate against each other</u> to determine <u>which of said intermediate candidates</u>
    <u>are compatible with each other and form one or more groups of compatible hosts to be used as</u>
    said set of virtualization hosts.

5.	(original) The method according to claim 4 further comprising incorporating one or more hypothetical hosts into said set of virtualization hosts based on workload requirements for said virtualized environment.

6.	(original) A method for evaluating virtualization candidates to determine if additional systems are required to implement a desired virtualized environment, said method comprising:

-	obtaining a set of virtualization guest candidates and determining aggregate workload requirements based on workload data pertaining to said guest candidates;

-	obtaining a set of virtualization host candidates and determining aggregate workload capacity based on configuration data pertaining to said host candidates;

-	comparing said workload requirements against said workload capacity to determine if sufficient capacity exists to satisfy said workload requirements; and

-	if there is insufficient capacity, adding hypothetical server models to said host candidates to meet said workload requirements.

7.	(currently amended) A method for validating an existing virtualized environment comprising a plurality of virtual machines placed on one or more virtual hosts, said method comprising:

-	obtaining a data set for each of said plurality of virtual machines, each data set comprising information pertaining to technical, business and workload constraints associated with a corresponding virtual machine;

-	evaluating the placement of said virtual machines in said virtualized environment using said data sets by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to said technical, business and workload constraints to determine guest-host placements; and

-	identifying the existence of virtual machines with suboptimal placements to enable replacement alternative placements for [[of]] said virtual machines.

8. to 9. (cancel)

10.	(new) The method according to claim 1, wherein said second compatibility analysis comprises:

-	performing a third compatibility analysis of said plurality of systems using said data sets and a first rule set pertaining to virtualization specific constraints by evaluating each system

against said first rule set to determine an intermediate set of virtualization host candidates that are qualified to be virtual hosts; and

- performing a fourth compatibility analysis of said intermediate set of virtual host candidates using a second rule set pertaining to migration specific constraints by evaluating each intermediate candidate against each other to determine which of said intermediate candidates are compatible with each other and form one or more groups of compatible hosts to be used as said set of virtualization hosts.

11. (new) The method according to claim 10 further comprising incorporating one or more hypothetical hosts into said set of virtualization hosts based on workload requirements for said virtualized environment.

12. (new) The method according to claim 1, further comprising:
- facilitating the deployment of a virtualized environment according to said virtual environment design; and
- on an ongoing basis:

    obtaining data pertaining to systems being used in said virtualized environment;

    validating placement of said systems in said virtualized environment by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to technical, business and workload constraints, to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios;

    if necessary rebalancing said systems according to one of said plurality of virtual design scenarios; and

    refining said virtualized environment according to said one of said plurality of virtual design scenarios.

13. (new) The method according to claim 1, further comprising:
- comparing workload requirements of said virtual guests against said workload capacity of said virtual hosts, to determine if sufficient capacity exists to satisfy said workload requirements; and
- if there is insufficient capacity, adding hypothetical server models to virtual host candidates to meet said workload requirements.

14.    (new) The method according to claim 1, further comprising:

-    evaluating the placement of virtual machines in a virtualized environment based on said virtual environment design by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to said technical, business and workload constraints to determine guest-host placements; and

-    identifying the existence of virtual machines with suboptimal placements to enable alternative placements for said virtual machines.

15.    (new) A computer readable medium comprising computer executable instructions for designing a virtualized environment based on an existing physical environment comprising a plurality of systems, said computer executable instructions comprising instructions for:

-    obtaining a data set for each of said plurality of systems, each data set comprising information pertaining to parameters associated with a corresponding system;

-    performing a first compatibility analysis on said systems to determine candidate virtual guests;

-    performing a second compatibility analysis on said systems to determine candidate virtual hosts; and

-    performing a third compatibility analysis using said candidate virtual hosts, said candidate virtual guests and one or more rule sets pertaining to technical, business and workload constraints to generate a virtual environment design for virtualizing said plurality of systems by evaluating each candidate virtual guest against each candidate virtual host and other candidate virtual guests using said one or more rule sets to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios.

16.    (new) The computer readable medium according to claim 15, wherein said second compatibility analysis comprises instructions for:

-    performing a third compatibility analysis of said plurality of systems using said data sets and a first rule set pertaining to virtualization specific constraints by evaluating each system against said first rule set to determine an intermediate set of virtualization host candidates that are qualified to be virtual hosts; and

-    performing a fourth compatibility analysis of said intermediate set of virtual host candidates using a second rule set pertaining to migration specific constraints by evaluating each intermediate candidate against each other to determine which of said intermediate

candidates are compatible with each other and form one or more groups of compatible hosts to be used as said set of virtualization hosts.

17.    (new) The computer readable medium according to claim 16 further comprising instructions for incorporating one or more hypothetical hosts into said set of virtualization hosts based on workload requirements for said virtualized environment.

18.    (new) The computer readable medium according to claim 15, further comprising instructions for:
- facilitating the deployment of a virtualized environment according to said virtual environment design; and
- on an ongoing basis:
        obtaining data pertaining to systems being used in said virtualized environment;
        validating placement of said systems in said virtualized environment by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to technical, business and workload constraints, to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios;
        if necessary rebalancing said systems according to one of said plurality of virtual design scenarios; and
        refining said virtualized environment according to said one of said plurality of virtual design scenarios.

19.    (new) The computer readable medium according to claim 15, further comprising instructions for:
- comparing workload requirements of said virtual guests against said workload capacity of said virtual hosts, to determine if sufficient capacity exists to satisfy said workload requirements; and
- if there is insufficient capacity, adding hypothetical server models to virtual host candidates to meet said workload requirements.

20.    (new) The computer readable medium according to claim 15, further comprising instructions for:

- evaluating the placement of virtual machines in a virtualized environment based on said virtual environment design by evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to said technical, business and workload constraints to determine guest-host placements; and

- identifying the existence of virtual machines with suboptimal placements to enable alternative placements for said virtual machines.

## REMARKS

Applicant wishes to thank the Examiner for reviewing the present application.

**Claim Amendments**

The claims have been amended to clarify the protection being sought.

Claim 1 has been amended to specify that performing the third compatibility analysis comprises: "evaluating each candidate virtual guest against each candidate virtual host and other candidate virtual guests using said one or more rule sets to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios.

Support for this amendment can be found in at least FIGS. 25 and 26 and corresponding text of the application as filed.

Claim 2 has been amended to specify that validating the placement of the systems comprises: "evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to technical, business and workload constraints".

Claim 2 has also been amended to clarify that the systems are rebalanced (if necessary) by: "determining guest-host placements based on compatibilities of a plurality of virtual design scenarios".

Claim 2 has also been amended to clarify: "refining said virtualized environment according to said one of said plurality of virtual design scenarios".

Support for these amendment can be found in at least FIGS. 25 and 26 and corresponding text of the application as filed.

Claim 3 has been amended to specify that analyzing the existing virtual guests and hosts comprises: "evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets pertaining to said technical, business and workload constraints to determine guest-host placements".

Support for this amendment can be found in at least FIGS. 25 and 26 and corresponding text of the application as filed.

Claim 4 has been amended to clarify the nature of the first and second compatibility analyses and now recites: "performing a first compatibility analysis…by evaluating each system against said first rule set to determine an intermediate set of virtualization host candidates that are qualified to be virtual hosts; and performing a second compatibility analysis…by evaluating each intermediate candidate against each other to determine which of said intermediate candidates are compatible with

each other and form one or more groups of compatible hosts to be used as said set of virtualization hosts".

Support for these amendments can be found in at least FIGS. 25 and 26 and corresponding text of the application as filed.

Claim 7 has been amended in a manner consistent with the above amendments.

Claims 8 and 9 have been cancelled without prejudice and Applicant reserves the right to pursue such claims in a continuation or divisional application.

Claims 10-14 are new and each ultimately depend on claim 1. Claims 10-14 are based on features recited in claims 2 and 4-7 as amended.

Claims 15-20 have been added and are directed to a computer readable medium comprising computer executable instructions per the subject matter of claims 1 and 10-14.

Applicant respectfully submits that no new subject matter has been added by way of these amendments.

**Claim Rejections – 35 U.S.C. 103**

Claims 1, 3, and 7 have been rejected under 35 U.S.C. 103(a) as being unpatentable over Khandekar (U.S. Patent No. 7,577,722 – note error in Office Action) in view of Guheen (U.S. Publication No. 2004/0107125). Applicant respectfully traverses the rejections as follows.

Khandekar teaches a provisioning server for configuring a virtual machine (VM) according to user specifications. The provisioning server stores a catalog of VM models, creates a set of VM templates based on the models, accepts user input specifying the VM requirements (e.g., OS, hardware, application specifications, etc.), matches the user specifications with a VM template from the catalog, monitors the status of host platforms and heuristically selects the most compatible/best-suited host to run the VM, and deploys the VM onto a selected physical host.

With respect to claim 1, Applicant disagrees with the Examiner's assertion that Khandekar teaches performing a second compatibility analysis on the systems to determine candidate virtual hosts. As discussed in paragraph [00228] of the application as filed, such a second compatibility analysis enables the identification of physical systems that can be converted into virtual hosts, allowing existing systems to be repurposed as virtual servers. Although Khandekar may be capable of selecting "which host is most appropriate" (see col. 10, lines 27-30), there is nothing in Khandekar that teaches or suggests determining candidate virtual hosts based on an analysis of the existing physical systems.

Additionally, as noted above, claim 1 has been amended to clarify that the third compatibility

analysis evaluates each candidate virtual guest against each candidate virtual host and other candidate virtual guests using the rule sets to determine guest-host placements based on compatibilities of a plurality of virtual design scenarios. Khandekar simply does not teach or suggest such an analysis. Instead of evaluating various placement scenarios, Khandekar makes incremental placements, i.e. determines placement of a single VM at a time.

With respect to Guheen, although Guheen may suggest considering relationships between business entities, Guheen does not teach or suggest what is missing from Khandekar and in fact does not appear to be related to the same type of system.

For at least these reasons, Applicant respectfully submits that claim 1 as amended is patentable over Khandekar in view of Guheen.

Claim 3 as amended also specifies evaluating each virtual guest against each virtual host and other virtual guests using one or more rule set to determine guest-host replacements and thus the above arguments equally apply to claim 3.

Claim 7 as amended is also believed to be distinguished over Khandakar and Guheen for at least these reasons.

Claim 2 has been rejected under 35 U.S.C. 103(a) as being unpatentable over Khandekar in view of Guheen, in further view of Rosu (U.S. 2006/0230407). Applicant respectfully traverses the rejections as follows.

Claim 2 as amended specifies evaluating each virtual guest against each virtual host and other virtual guests using one or more rule sets and, if necessary, rebalancing the systems by determining guest-host placements based on compatibilities of a plurality of virtual design scenarios. As such, the above arguments with respect to Khandekar and Guheen equally apply to claim 2 as amended.

With respect to Rosu, although Rosu may suggest "VM monitoring", Applicant respectfully submits that Rosu does not teach or suggest what is missing from Khandekar and Guheen and, as such, claim 2 is believed to be patentable over Khandekar in view of Guheen, in further view of Rosu.

Claims 4-6 have been rejected under 35 U.S.C. 103(a) as being unpatentable over Khandekar in view of Rosu (U.S. 2006/0230407). Applicant respectfully traverses the rejections as follows.

Claim 4 as amended now specifies: "performing a first compatibility analysis…by evaluating each system against said first rule set to determine an intermediate set of virtualization host candidates that are qualified to be virtual hosts; and performing a second compatibility analysis…by evaluating each intermediate candidate against each other to determine which of said intermediate

candidates are compatible with each other and form one or more groups of compatible hosts to be used as said set of virtualization hosts". Applicant respectfully submits that such features cannot be found in either Khandekar or Rosu.

With respect to Khandekar, Khandekar does not teach or suggest evaluating systems against each other, let alone teach evaluating intermediate candidates against each other subsequent to evaluating systems against a rule set. Rosu also fails to teach or suggest performing first and second compatibility analyses as recited in claim 4 and thus does not teach what is missing from Khandekar.

For at least these reasons, Applicant respectfully submits that claim 4 as amended is patentable over Khandekar in view of Rosu. These arguments equally apply to claim 5, which is dependent on claim 4.

With respect to claim 6, Applicant respectfully disagrees with the Examiner that Rosu teaches what is acknowledged to be missing from Khandekar. Rosu, in particular in FIG. 4 and paragraphs [0054] to [0062] discusses designing and developing an application to run on multiple servers. Although the process shown in FIG. 4 of Rosu evaluates load balancing and overloads, Rosu does not teach or suggest the notion of hypothetical server models uses to match workload requirements against capacity for virtualization candidates. The ability to add servers and migrate partitions as taught in Rosu does not make up for what is missing from Khandekar. Khandekar does not even compare aggregate workload requirements to aggregate workload capacity and thus it is unclear how or what a person skilled in the art would consider the teachings of Rosu in combination with Khandekar.

For at least these reasons, Applicant respectfully submits that claims 4-6 are patentable over Khandekar in view of Rosu.

Claims 8-9 have been rejected under 35 U.S.C. 103(a) as being unpatentable over Ranganathan (U.S. Patent No. 7,647,516). As noted above, claims 8-9 have been canceled without prejudice thus rendering moot these rejections.

**Summary**

In view of the foregoing, Applicant respectfully submits that the present application is patentably distinguished over the cited references and, as such, is in condition for allowance.

Applicant therefore requests early reconsideration and allowance of the present application.

Respectfully submitted,

Brett J. Slaney
Agent for Applicant
Registration No. 58,772

Date:   December 19, 2011

BLAKE, CASSELS & GRAYDON LLP
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON M5L 1A9
Canada

Tel: 416-863-2518
BS/

22184185.1

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/201,323 | 08/29/2008 | Tom Silangan Yuyitung | 59612/00030 | 9240 |

27871          7590          08/19/2011
BLAKE, CASSELS & GRAYDON LLP
BOX 25, COMMERCE COURT WEST
199 BAY STREET, SUITE 4000
TORONTO, ON M5L 1A9
CANADA

| EXAMINER |
|---|
| COLEMAN, ERIC |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2183 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/19/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 12/201,323 | YUYITUNG ET AL. |
| | **Examiner** | **Art Unit** |
| | ERIC COLEMAN | 2183 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on \_\_\_\_\_.

2a) ☐ This action is **FINAL**.    2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1-9</u> is/are pending in the application.

    4a) Of the above claim(s) \_\_\_\_\_ is/are withdrawn from consideration.

5) ☐ Claim(s) \_\_\_\_\_ is/are allowed.

6) ☒ Claim(s) <u>1-9</u> is/are rejected.

7) ☐ Claim(s) \_\_\_\_\_ is/are objected to.

8) ☐ Claim(s) \_\_\_\_\_ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☒ The drawing(s) filed on <u>17 November 2008</u> is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some * c) ☐ None of:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. \_\_\_\_\_.

        3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>2/5/09, 9/5/08</u>.

4) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. \_\_\_\_\_ .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: \_\_\_\_\_.

## DETAILED ACTION

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 1,3, 7  are rejected under 35 U.S.C. 103(a) as being unpatentable over

Khandekar  (patent No. 7,755,722) in view of Guheen  (patent application publication

20040107125).


Khandekar taught the invention substantially as claimed (as to claim 1) including   A

method for designing a virtualized environment based on an existing

physical environment comprising a plurality of systems(e.g, see col. 4, lines 30-35 and

col. 5, lines 25-36), said method comprising:

obtaining a data set for each of said plurality of systems, each data set

comprising information pertaining to parameters associated with a corresponding

system (e.g., see col. 9, line 65-col. 10,line 15 and col. 10, line 6-col. 11, line 35) ;

performing a first compatibility analysis on said systems to determine

candidate virtual guests(e.g, see col. 10, lines 26-29);  performing a second

compatibility analysis on said

systems to determine candidate virtual hosts(e.g., see col. 10, lines 29-33);  and

performing a third compatibility analysis using said candidate virtual hosts, said

candidate virtual guests and one or more rule sets pertaining to technical, and

workload constraints to generate a virtual environment design for virtualizing

said plurality of systems (e.g., see col. 10, lines 1-42 and col. 12,line 57-col. 13, line 8).

Khandekar did not expressly detail  including of rule set pertaining to business.

Guheen however taught this limitation (e.g., see paragraphs 0113 and  0135 and

1405).

It would have been obvious to one of ordinary skill in the art to combine the

teaching of Khandekar and Guheen. Both references were directed toward the

problems of  providing virtual applications in a data processor. One of ordinary skill

would have been motivated to incorporate the Guheen teachings of ecommerce

business application for the virtual application at least to at least to provide a further

application and use for the Kandekar system. Also the addition of the Guheen

teachings would have yielded predictable results.

As to claim 3 Khandekar taught   A method for performing a virtual to virtual

(V2V) transformation for a plurality of existing virtual servers, said method comprising:

analyzing said existing virtual servers based on technical, and workload constraints;

based on said analyzing, determining which of said existing virtual servers are

most suitable for conversion from one virtualized platform to another

virtualized platform(e.g., see col. 9, line 65-col 10, line 43);  and providing a mapping

from said one platform to said another platform to facilitate said transformation(e.g.,

see col. 12, lines 1-39).  Khandekar did not expressly detail  including constraints

pertaining to business. Guheen however taught this limitation (e.g., see paragraphs

0113 and  0135 and 1405).

It would have been obvious to one of ordinary skill in the art to combine the

teaching of Khandekar and Guheen. Both references were directed toward the

problems of providing virtual applications in a data processor. One of ordinary skill

would have been motivated to incorporate the Guheen teachings of ecommerce

business application for the virtual application at least to at least to provide a further

application  and uses for the Kandekar system. Also the addition of the Guheen

teachings would have yielded predictable results.

As to claim 7. Khandekar taught   A method for validating an existing virtualized

environment comprising a plurality of virtual machines placed on one or more virtual

hosts, said method comprising: obtaining a data set for each of said plurality of virtual

machines, each data set comprising information pertaining to technical,

 and workload constraints associated with a corresponding virtual

machine(e.g., see col. 9, line 65-col. 10,line 15 and col. 10, line 16-col. 11, line 35) ;

evaluating the placement of said virtual machines in said virtualized

environment using said data sets(e.g., see col. 10, lines 27-33);  and identifying the

existence of virtual machines with suboptimal placements to enable replacement of

said virtual machines(e.g., see col. 10, lines 27-42  and col. 11, lines 11-35).

Khandekar did not expressly detail that including information pertaining to

business. Guheen however taught this limitation (e.g., see paragraphs 0113 and 0135

and 1405).

It would have been obvious to one of ordinary skill in the art to combine the

teaching of Khandekar and Guheen. Both references were directed toward the

problems of providing virtual applications in a data processor. One of ordinary skill

would have been motivated to incorporate the Guheen teachings of ecommerce

business application for the virtual application at least to at least to provide a further

application and uses for the Kandekar system. Also the addition of the Guheen

teachings would have yielded predictable results.


Claims 2 is rejected under 35 U.S.C. 103(a) as being unpatentable over

Khandekar (patent No. 7,755,722) in view of Guheen (patent application publication

20040107125) and Rosu (patent application publication No. 2006/0230407).


As to claim 2 Khandekar taught  A method for managing a virtualized

environment, said method comprising: generating a virtual environment design for a

plurality of existing physical systems using technical,  and workload constraints;

facilitating the deployment of said virtualized environment according to said

design(e.g., see col. 10, lines 27-42);

.       Khandekar did not expressly detail that including constraints  pertaining to

business. Guheen however taught this limitation (e.g., see paragraphs 0113 and  0135

and 1405).

It would have been obvious to one of ordinary skill in the art to combine the

teaching of Khandekar and Guheen. Both references were directed toward the

problems of  providing virtual applications in a data processor. One of ordinary skill

would have been motivated to incorporate the Guheen teachings of ecommerce

business application for the virtual application at least to at least to provide a further

application for the Kandekar system. Also the addition of the Guheen teachings would

have yielded predictable results.

Khandekar did not expressly detail on an ongoing basis: obtaining data

pertaining to systems being used in said virtualized environment, validating placement

of said systems in said virtualized environment, if necessary rebalancing said systems,

and refining said virtualized environment. Rosu However taught this limitation (e.g., see

fig. 4 and paragraphs 0054-0062).

It would have been obvious to one of ordinary skill in the art to combine the

teaching of Khandekar and Rosu. Both references were directed toward the problems

of  providing virtual applications in a data processor. One of ordinary skill would have

been motivated to incorporate the Rosu teachings of monitoring the workload for

imbalance and when there was an imbalance migrating a virtual machine at least to

provide efficient running of the system by maintaining a balanced workload. Also the

addition of the Rosu teachings would have yielded predictable results.

Claims 4-6 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Khandekar  (patent No. 7,755,722) in view of  Rosu (patent application publication No.

2006/0230407).

As to claim 4 Khandekar taught   A method for determining a set of virtualization

hosts for a virtualized environment based on an existing physical environment

comprising a plurality of systems, said method comprising: obtaining a data set for

each of said plurality of systems, each data set comprising information pertaining to

parameters associated with a corresponding system (e.g, see col. 9, line 65-col. 10,line

15 and col. 10, line 16-col. 11, line 35) ;  ;  performing a first

compatibility analysis of said plurality of systems using said data sets and a

first rule set pertaining to virtualization specific constraints to determine

an intermediate set of virtualization host candidates(e.g, see col. 10, lines 27-33);

Khandekar did not expressly detail performing a second compatibility analysis of said

intermediate set of candidates using a second rule set pertaining to migration specific

constraints to determine said set of virtualization hosts. Rosu however taught this

limitation (e.g., see fig. 4 and paragraphs 0054-0062).

 It would have been obvious to one of ordinary skill in the art to combine the

teaching of Khandekar and Rosu. Both references were directed toward the problems

of  providing virtual applications in a data processor. One of ordinary skill would have

been motivated to incorporate the Rosu teachings of monitoring the workload for

imbalance and when there was an imbalance migrating a virtual machine at least to

provide efficient running of the system by maintaining a balanced workload. Also the

addition of the Rosu teachings would have yielded predictable results.


As to claim 5 Khandekar taught   further comprising incorporating one or more

hypothetical hosts into said set of virtualization hosts based on workload requirements

for said virtualized environment (e.g., see col. 9, lines 10-45 and col. 12, line 57-col.

13, line 7).


As to claim 6 Khandekar taught   A method for evaluating virtualization

candidates to determine if additional systems are required to implement a desired

virtualized environment, said method comprising: obtaining a set of virtualization guest

candidates(e.g., see col. 10,lines 15-49) and determining aggregate workload

requirements based on workload data pertaining to said guest candidates (e.g., see

col. 12,line 57-col. 13, line 7 ) [Note:Khandekar performed determining if there is an

workload imbalance];  obtaining a set of virtualization host candidates(e.g., see col. 10,

lines 23-43).  Khiandekar did not expressly detail        determining aggregate workload

capacity based on configuration data pertaining to said host candidates;  comparing

said workload requirements against said workload capacity to determine if sufficient

capacity exists to satisfy said workload requirements;  and if there is insufficient

capacity, adding hypothetical server models to said host candidates to meet said

workload  requirements Rosu however taught this limitation (e.g, see fig. 4 and

paragraphs 0054-0062) [when there was an overload in  one or more host servers a migration is performed]..

It would have been obvious to one of ordinary skill in the art to combine the teaching of Khandekar and Rosu. Both references were directed toward providing virtual applications in a data processor. One of ordinary skill would have been motivated to incorporate the Rosu teachings of monitoring the workload for imbalance and when there was an imbalance migrating a virtual machine at least to provide efficient running of the system by maintaining a balanced workload. Also the addition of the Rosu teachings would have yielded predictable results.

Claims 8-9 are rejected under 35 U.S.C. 103(a) as being unpatentable over Ranganathan (patent No. 7,647,516)

As to claim 8 Ranganathan taught   A method for performing a power utilization analysis for a server, said method comprising: determining server load(e.g., see col. 5, lines 49-67 and col. 1, lines 14-40);  determining power consumption for said server at idle and maximum loads;  and estimating power utilization(e.g., see fig. 5A)[Note the Ranganathan has  processor set to minimum power where there is a minimum load or idle state  and current power is calculated with the processor at minimum power at least to determine if the power increase or utilization increase has occurred (e.g., see col. 8, lines 1-33) and the power consumption is estimated as maximum load which

determines whether an adjustment in the processor power is required and/or allowed

(e.g., see fig. 5A and col. 8,lines 34-59) and   using said idle power consumption with a

measurement based on a relationship between said maximum and idle power

consumption(e.g., see col. 9, lines 11-51)[ a summing of the current power idle power

to an increase in power is compared to the maximum power ]. Ranaganathan did not

expressly detail the claimed  combining operation.  However the expressing of the

summing and comparison as a mathematical expression which includes the combining

the operation of summing and comparison for evaluation of the power was clearly

available to one of ordinary skill in the art at the time of claimed invention, also the

expressing the summing and comparison operation by combining them into a

mathematical expression was within the level of one of ordinary skill in the art at the

time of the claimed invention. Therefore one of ordinary skill would have been

motivated to combine the summing of idle power and comparison operation between

the minimum and maximum power level in to a mathematical expression at least to

facilitate the obtaining the answer of whether power was to be adjusted.


As to  claim 9.  Ranganathan did not expressly detail  wherein said power utilization is

estimated according to the following relationship: Estimated Power=Idle Power+Server

Load*(Maximum Power-Idle Power). Ranganathan however taught  (e.g., see col. 9,

lines 11-51)[ a summing of the current power idle power to an increase in power is

compared to the maximum power corresponding  to the load ] Note: the expression of

the summing of the current power and the increase corresponds to the summing the

current power which is the idle power, and the load times the sum of the maximum

power minus the Idle power provides the increase in power compared to the maximum

power. The use of mathematical techniques to compute the power was available to one

of ordinary skill in the art at the time of the claimed invention and was within the level of

skill of one of ordinary skill in the art. Therefore one of ordinary skill would have been

motivated to use the mathematical evaluation of the power variables at least to

facilitate the determining of whether the power was to be adjusted.

### *Conclusion*

The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

Armington (patent application publication No. 2006/0010176) disclosed system

for migrating server from one physical platform to a different physical platform (e.g., see

abstract).

Ding (patent No. 6,564,174) disclosed enterprise management  system (e.g., see

abstract).

Vinberg (patent application publication No. 2007/0006218) disclosed model-

based virtual system (e.g., see abstract).

Graupner (patent application publication No. 2003/0084157) disclosed tailorable

optimization  descriptions  of services and servers in a computing environment (e.g,.

see abstract).

Chiaramonte (patent application publication No.20070079308) disclosed

managing virtual machines (e.g., see abstract).

Todd (patent No. 7,080,221) disclosed system for managing migration of data in a clustered computer system (e.g., see abstract).

Ata (patent application publication No.2006/0167665) disclosed automated system for service and cost architectural modeling of enterprise systems (e.g., see abstract).

Anderson (patent No. 7,886,293) disclosed optimizing system behavior in a virtual machine environment (e.g., see abstract).

Kopley (patent application publication No. 2004/0236971) disclosed system for defining an input state vector that achieves low power consumption in a digital circuit (e.g., see abstract).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to ERIC COLEMAN whose telephone number is (571)272-4163.  The examiner can normally be reached on Monday-Friday.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Eddie Chan can be reached on (571) 272-4162.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

EC

/ERIC  COLEMAN/
Primary Examiner, Art Unit 2183

Exhibit F

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

Appln. No:      **14/180,438**

Applicant:      **CiRBA Inc.**

Filed:          **February 14, 2014**

Title:          **System and Method for Determining and Visualizing Efficiencies and Risks in Computing Environments**

Art Unit:       **2441**

Examiner:       **YOHANNES, Tesfay**

Docket No:      **59612/00064**

Mail Stop Amendment
U.S. Patent & Trademark Office
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## RESPONSE

Sir:

This is further to the Office Action dated October 22, 2015. Applicant advises that a petition for a three-month extension of time is being filed concurrently herewith, and wishes to amend the above-identified application as follows:

**Amendments to the Claims:** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks:** begin on page 6 of this paper.

**Amendments to the Claims**

This listing of claims will replace all prior versions and listings of claims in the application:

Listing of claims:

plurality of physical or virtual compute, storage, or network entities

1. (Currently amended) A method performed by a processor in a computing system, the method comprising:

obtaining resource utilization or performance data pertaining to a plurality of computing entities in a computing environment, and resource capacity data [[for a]] specifying resource capacities for the plurality of computing entities in [[a]] the computing environment;

obtaining at least one operational policy defining criteria to determine whether the utilization or performance of an entity is in an acceptable range relative to its capacity or performance limits; at appropriate level of at least one resource used by the computing environment according to at least one factor; and

computing at least one score quantifying efficiencies and risks associated with the computing environment based on the resource utilization or performance data, the resource capacity data, and the at least one operational policy[[.]]; and

displaying an indicator for at least one of the plurality of computing entities in a graphical representation to indicate, in a spatial manner, relative efficiencies and risks for the at least one of the plurality of computing entities according to a corresponding score.

2. (Original) The method of claim 1, wherein the at least one score is based on an under provisioned score and an over provisioned score.

3. (Original) The method of claim 2, wherein the under provisioned score is given precedence over the over provisioned score.

4. (Original) The method of claim 1, wherein the at least one score is generated using factors specific to a corresponding one of a plurality of entity types.

5. (Original) The method of claim 4, the plurality of entity types comprising any one or more of a

workload, a computing system, a cluster of computing systems, and the computing environment.

6. (Original) The method of claim 4, wherein for an entity representing a cluster of computing systems, the at least one score being determined by considering a fully loaded utilization value ($U_{FL}$), an unused servers value (SU), an unplaced workloads value (WU), policies business separation and a placed workloads value (WP).

7. (Original) The method of claim 6, wherein:

for WU == 0 and UFL < 100, the at least one score is computed as $200 - U_{FL}$;

for WU == 0 and UFL == 100, the at least one score equals a lowest placement score;

for WU > 0 and SU == 0, the at least one score is computed as 75 * WP / (WP + WU); and

for WU > 0 and SU > 0, the at least one score is computed as 200 - UFL.

8. (Currently amended) The method of claim 1, further comprising using the at least one score to generate a spectrum of wherein the graphical representation displays the scores spatially relative to each other, for each computing entity in the computing environment.

9. (Currently amended) The method of claim [[8]] 1, further comprising displaying the spectrum, wherein the displayed graphical representation displays spectrum comprising an under provisioned region, and over provisioned region, and an optimally provisioned region.

10. (Currently amended) The method of claim 9, further comprising displaying [[an]] the indicator for each entity in an appropriate region of the graphical representation spectrum.

11. (Currently amended) The method of claim [[8]] 1, further comprising displaying a plurality of graphical representations spectrums.

12. (Original) The method of claim 1, further comprising using the at least one score to generate at least one recommendation for addressing inefficiencies and/or risks in the computing environment.

13. (Currently amended) The method of claim 12, further comprising displaying the at least one recommendation in [[a]] the graphical representation user interface, the graphical representation user interface comprising one or more recommendations for each entity in the computing environment that has been evaluated.

14. (Currently amended) A <u>non-transitory</u> computer readable storage medium comprising computer
executable instructions for:

obtaining resource utilization <u>or performance</u> data <u>pertaining to a plurality of computing
entities in a computing environment,</u> and ~~resource~~ capacity data [[for a]] <u>specifying resource
capacities for the</u> plurality of <u>computing</u> entities in [[a]] <u>the</u> computing environment;

obtaining at least one operational policy defining <u>criteria to determine whether the utilization
or performance of an entity is in an acceptable range relative to its capacity or performance limits;</u> ~~at
appropriate level of at least one resource used by the computing environment according to at least
one factor; and~~

computing at least one score quantifying efficiencies and risks associated with the computing
environment based on the resource utilization <u>or performance</u> data, <u>the</u> ~~resource~~ capacity data, and
<u>the</u> at least one operational <u>policy[[.]]; and</u>

<u>displaying an indicator for at least one of the plurality of computing entities in a graphical
representation to indicate, in a spatial manner, relative efficiencies and risks for the at least one of
the plurality of computing entities according to a corresponding score.</u>

15. (Currently amended) A system for analyzing efficiencies and risks in a computing environment,
the system comprising a processor and at least one memory, the memory comprising computer
executable instructions for:

obtaining resource utilization <u>or performance</u> data <u>pertaining to a plurality of computing
entities in a computing environment,</u> and ~~resource~~ capacity data [[for a]] <u>specifying resource
capacities for the</u> plurality of <u>computing</u> entities in [[a]] <u>the</u> computing environment;

obtaining at least one operational policy defining <u>criteria to determine whether the utilization
or performance of an entity is in an acceptable range relative to its capacity or performance limits;</u> ~~at
appropriate level of at least one resource used by the computing environment according to at least
one factor; and~~

computing at least one score quantifying efficiencies and risks associated with the computing
environment based on the resource utilization <u>or performance</u> data, <u>the</u> ~~resource~~ capacity data, and
<u>the</u> at least one operational <u>policy[[.]]; and</u>

<u>displaying an indicator for at least one of the plurality of computing entities in a graphical
representation to indicate, in a spatial manner, relative efficiencies and risks for the at least one of
the plurality of computing entities according to a corresponding score.</u>

4

16. (New) The method of claim 5, wherein scoring a cluster of computing systems comprises considering at least one of: workload affinity or anti-affinity, data security, load balancing, failover capacity, or other business related data that impacts quantification of efficiencies and risks.

17. (New) The non-transitory computer readable medium of claim 14, wherein the graphical representation displays the scores spatially relative to each other, for each computing entity in the computing environment.

18. (New) The non-transitory computer readable medium of claim 14, wherein the displayed graphical representation displays an under provisioned region, and over provisioned region, and an optimally provisioned region.

19. (New) The non-transitory computer readable medium of claim 18, further comprising instructions for displaying the indicator for each entity in an appropriate region of the graphical representation.

20. (New) The non-transitory computer readable medium of claim 14, further comprising instructions for displaying a plurality of graphical representations.

21. (New) The non-transitory computer readable medium of claim 14, further comprising instructions for:

    using the at least one score to generate at least one recommendation for addressing inefficiencies and/or risks in the computing environment; and

    displaying the at least one recommendation in the graphical representation, the graphical representation comprising one or more recommendations for each entity in the computing environment that has been evaluated.

## REMARKS

Applicant wishes to thank the Examiner for reviewing the present application.

## Claim Amendments

In the claims, claim 1 has been amended to make it explicit that the method is performed by a processor in a computing system (see Fig. 2 and paragraph [0030]); to clarify the technical meaning of the terms "resource utilization or performance data" and "capacity data", based on e.g. paragraphs [0024], [0030], [0032] and [0039]); and to amend the definition of the term "operational policy" for clarity and consistency with the description e.g. at paragraphs [0041] to [0044].

Claim 1 has also been amended to add a step of "displaying an indicator for at least one of the plurality of computing entities in a graphical representation to indicate, in a spatial manner, relative efficiencies and risks for the at least one of the plurality of computing entities according to a corresponding score"; based on subject matter from original claims 8-9 and the disclosure at paragraph [0030], last sentence "The outputs … may be displayed graphically …"; see also Figures 4-6 and associated passages of the description.

Claims 8-11, and 13 have been amended to be consistent with claim 1 as amended.

Claims 14 and 15 have been amended in a manner consistent with claim 1 as amended.

Claim 14 has also been amended inserting "non-transitory" into the preamble.

Claim 16 is new and is dependent on claim 1. Support for new claim 16 can be found in at least paragraphs [0030], [0032], and [0041] of the application as filed.

Claims 17-21 are new, are dependent on claim 14, and correspond to the subject matter recited in claims 8-13 as amended.

Applicant respectfully submits that no new subject matter has been added by way of these amendments.

## Claim Rejections – 35 U.S.C. 101

Claims 1-14 have been rejected under 35 U.S.C. 101 for being directed to non-statutory subject matter.

Claim 1 has been amended to specify that the method is performed by a processor in a computing system, consistent with claim 15, which has not been rejected under 35 U.S.C. 101. Furthermore, claim 1 has been amended to specify a step of "displaying". Claim 14 has been

amended to insert "non-transitory" as suggested by the Examiner.

Applicant notes that giving visual indications about technical resource capacity/utilization conditions in a complex computing system (e.g. a data centre), as is done in the claimed invention, constitutes a technical problem.

This technical problem is solved by the present invention by computing efficiency scores for computing entities based on resource utilization data, resource capacity data and operational policies relating to resource allocation. These scores thus reflect conditions prevailing in an apparatus or system – in particular conditions as to the utilization and availability of resources (such as CPU/memory capacity) – and these conditions are visually indicated by generating a graphical display with an indicator for at least one computing entity.

In this way, the claimed invention thus provides visual indications about conditions prevailing in the system (see e.g. Figure 4, allowing the user to recognize which parts of the system are low on resources or have surplus resources from the placement of the indicators). Thus, Applicant respectfully submits that the claims, as herein amended, comply with 35 U.S.C. 101.

**Claim Rejections – 35 U.S.C. 103**

Claims 1-5 and 8-15 have been rejected under 35 U.S.C. 103(a) as being unpatentable over Hogan (US 2012/0140620) in view of Bhagat (US 2012/0011077). Claims 6 and 7 have been rejected under 35 U.S.C. 103(a) as being unpatentable over Hogan in view of Cherkasova (US 2008/0028409). Applicant respectfully traverses the rejections as follows.

The present application describes and claims a system and method for quantifying and visualizing the efficiency and risks related to resource utilization levels, relative to the provisioned capacity of computing environments, with consideration of operational policies. The capabilities of the system herein described enable organizations to accurately measure efficiency and risks in physical, virtual and cloud computing environments.

As described in paragraph [0030] and shown in Figure 2, an ER processor (24) obtains operational policies (32) to be considered when analyzing such efficiencies and risks. In evaluating the efficiencies and the risks, the analysis engine (22) may output at least one ER spectrum (34) related to the computing environment 10 which, as described below, depicts efficiencies and risks in the computing environment (10) based on ER scores. An example of such a graphical representation provided by the ER spectrum (34) is shown in Figure 4. The screen shot (200) shown in Figure 4 indicates, in a spatial manner, _relative_ efficiencies and risks for the at least one of the plurality of computing entities that has been analyzed, according to a corresponding score. In

this way, the efficiencies and risks can be visualized and compared to each other or to themselves over time, etc. (see also paragraphs [0090] – [0097]).

Claim 1 has been amended to clarify the protection being sought and recites in part:

> "obtaining at least one operational policy defining criteria to determine whether the utilization or performance of an entity is in an acceptable range relative to its capacity or performance limits;
> computing at least one score quantifying efficiencies and risks associated with the computing environment based on the resource utilization or performance data, the capacity data, and the at least one operational policy; and
> displaying an indicator for at least one of the plurality of computing entities in a graphical representation to indicate, in a spatial manner, relative efficiencies and risks for the at least one of the plurality of computing entities according to a corresponding score;" [emphasis added]

Applicant respectfully submits that the combinations of cited references fail to teach or suggest what is recited in claim 1 and in particular, none of the cited references teaches or suggests: "displaying an indicator for at least one of the plurality of computing entities in a graphical representation to indicate, in a spatial manner, relative efficiencies and risks for the at least one of the plurality of computing entities according to a corresponding score".

Hogan teaches a policy control system for communications networks. A predictive indicator is used to forecast network resource utilization. A policy-based decision is then made based on the predictive indicator. While Hogan generally considers utilization and considers operational policies, as acknowledged by the Examiner on page 5 of the Office Action, Hogan fails to teach or suggest computing a score quantifying efficiencies and risks associated with a computing environment. Applicant also notes that because Hogan is silent regarding such a score, let alone utilizing such a score, it follows that Hogan also fails to teach or suggest displaying an indicator in a graphical representation as recited in claim 1.

Bhagat has been cited as teaching what is missing from Hogan, in particular the aforementioned scores quantifying efficiencies and risks associated with the computing environment. Applicant, however, is unclear regarding the relevance of Bhagat and requests further clarification should the Examiner re-apply Bhagat. For instance, in paragraph [0027] of Bhagat, there is no

discussion regarding computing a score, let alone one that considers policies or quantifies efficiencies and risks. In fact, paragraph [0027] is completely silent regarding quantifying any of the "risks" enumerated in that paragraph. Similarly, while claim 1 of Bhagat mentions tracking particular risks, there is nothing to suggest a computation that quantifies such risks.

Nevertheless, Bhagat also fails to teach or suggest: "displaying an indicator for at least one of the plurality of computing entities in a graphical representation to indicate, in a spatial manner, relative efficiencies and risks for the at least one of the plurality of computing entities according to a corresponding score"; and thus also fails to teach this additional aspect missing from Hogan.

Regarding Cherkasova, while also failing to teach what is missing from Hogan per the above, Applicant also respectfully disagrees that Cherkasova teaches or suggests what is recited in claims 6 and 7. It is unclear how paragraphs [0003], [0114], and [0115] even suggest the type of computation recited in claims 6 and 7. Applicant therefore kindly requests that the rejections that include the Cherkasova also be withdrawn.

In view of the foregoing, Applicant respectfully submits that the claims presented herein are patentable over the references cited by the Examiner.

* * *

Applicant requests early reconsideration and allowance of the present application.


Respectfully submitted,


/Brett J. Slaney/

_____

Brett J. Slaney
Agent for Applicant
Registration No. 58,772

**Date:   April 22, 2016**


BLAKE, CASSELS & GRAYDON LLP
199 Bay Street
Suite 4000, Commerce Court West
Toronto ON M5L 1A9
Canada

Tel: 416-863-2518

BS/lxi