**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant/Counter-Plaintiff. | C.A. No. 19-742-LPS |

**STIPULATION AND [PROPOSED] ORDER
TO TAKE THIRD-PARTY DEPOSITION OUT OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that VMware, Inc. shall complete the deposition of Mr. Ben Fathi, a third party, on November 7, 2019, notwithstanding the November 6, 2019 close of fact discovery, due to Mr. Fathi's unavailability prior to that date.

All other dates remaining in the Scheduling Order, unless previously amended by Order of the Court, shall remain the same.

Dated: October 15, 2019

2

| | |
|---|---|
| MORRIS JAMES LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Kenneth L. Dorsney* | */s/ Samantha G. Wilson* |
| Kenneth L. Dorsney (No. 3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com | Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| *Attorneys for Plaintiffs/Counter-Defendants* | *Attorneys for Defendant/Counter-Plaintiff* |

SO ORDERED this ___ day of October, 2019.

_____
Chief, United States District Judge