IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., | : <br> : <br> : <br> : |
| Plaintiffs, | : |
| v. | :    C.A. No. 19-742-LPS |
| | : |
| VMWARE, INC., | : |
| | : |
| Defendant. | : |

## MEMORANDUM ORDER

At Wilmington this **5th** day of **November, 2019**:

Having reviewed the letters concerning discovery (D.I. 302, 303, 304) submitted by Plaintiffs Cirba Inc. (d/b/a Densify) and Cirba IP, Inc. (collectively, "Plaintiffs"), and Defendant VMware, Inc. ("Defendant"), IT IS HEREBY ORDERED that:

1. The parties shall hereafter meet and confer at least every Friday, at a time agreeable to both parties, until the end of 2019.

2. Conferences are set for November 19, December 3, December 17, and December 30, to be held at 4:45 p.m. in Judge Stark's jury room (hereinafter, the "Standing Conferences").

    a. At the Standing Conferences, each party shall be represented at least by Delaware counsel.

    b. Three (3) days prior to each of the Standing Conferences (i.e., on November 16, November 30, December 14, and December 27, respectively):

     i. any party seeking relief shall file with the Court no later than 1:00 p.m. a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues; or

     ii. if no party seeks relief, the parties shall file with the Court no later than 1:00 p.m. a joint letter advising the Court that no conference is needed.

  b. Two (2) days prior to each of the Standing Conferences (i.e., on November 17, December 1, December 15, and December 28, respectively), any party opposing an application for relief may file a letter, not to exceed three (3) pages, outlining that party's reasons for its opposition.

  c. Courtesy copies of the parties' letters shall be emailed to the Court as soon as possible after filing.

  d. The Court may cancel any of the Standing Conferences after reviewing the parties' letter submissions.

  3. The Court finds the above-described procedures, although unusual, are warranted, due to the high degree of litigiousness demonstrated by the parties and the need to keep this case on track for an expedited trial.

                 _____
                 HONORABLE LEONARD P. STARK
                 UNITED STATES DISTRICT JUDGE