IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC.,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>    v.<br><br>VMWARE, INC.,<br><br>    *Defendant/Counter-Plaintiff*. | C.A. No. 19-742-LPS<br><br>REDACTED - PUBLIC VERSION |

**VMWARE, INC.'S NOTICE OF DEPOSITION AND**
**<u>NOTICE OF SERVICE OF SUBPOENA</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> *Plaintiffs/Counter-Defendants*, <br><br> v. <br><br> VMWARE, INC., <br><br> *Defendant/Counter-Plaintiff*. | C.A. No. 19-742-LPS |

**VMWARE, INC.'S NOTICE OF DEPOSITION AND NOTICE OF SERVICE OF SUBPOENA TO ▇▇▇▇**

**PLEASE TAKE NOTICE** that, under Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, VMware, Inc. ("VMware"), by and through its attorneys, will take the deposition by oral examination of ▇▇▇▇ on a date and time to be mutually agreed upon by VMware and ▇▇▇, at 212 West Perkins Street, Ukiah, CA 95482, or at such other time and location as is mutually agreeable to the parties, and continuing day-to-day until completed.

This deposition will be taken before an officer authorized to administer oaths and take testimony, and the deposition may be recorded by any means that the Federal Rules of Civil Procedure permit, including audio, video, and stenographic means, as well as means for the instant display of testimony on a computer.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel hereby certifies that a true and correct copy of the following document, attached as Exhibit A, was caused to be served on November 12, 2019 upon the following attorneys of record as indicated below.

SUBPOENA *AD TESTIFICANDUM* UPON ▮

**VIA ELECTRONIC MAIL:**

    Kenneth L. Dorsney, Esquire
    Morris James LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    *kdorsney@morrisjames.com*

    Courtland L. Reichman, Esquire
    Shawna L. Ballard, Esquire
    Jennifer Estremera, Esquire
    Michael G. Flanigan, Esquire
    Joachim B. Steinberg, Esquire
    Kate Falkenstien, Esquire
    Ariel C. Green, Esquire
    Reichman Jorgensen LLP
    100 Marine Parkway, Suite 300
    Redwood Shores, CA  94065

    Sarah O. Jorgensen, Esquire
    Reichman Jorgensen LLP
    1201 West Peachtree Street, Suite 2300
    Atlanta, GA 30309

    Christine E. Lehman, Esquire
    Reichman Jorgensen LLP
    1615 M Street, N.W., Suite 300
    Washington, DC 20035

    Jaime F. Cardenas-Navia, Esquire
    Wesley Lanier White, Esquire
    Khue V. Hoang, Esquire
    Reichman Jorgensen LLP
    100 Park Avenue, Suite 1600
    New York, NY 10017

    *RJ_densify@reichmanjorgensen.com*

        Gary J. Toman, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
*gtoman@wwhgd.com*

Peter J. Ayers, Esquire
Law Office of Peter J. Ayers, PLLC
2200 Bowman Avenue
Austin, TX 78703
*peter@ayersiplaw.com*

*Attorneys for Plaintiffs/Counter-Defendants*

Dated: November 12, 2019

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Arturo J. González<br>Michael A. Jacobs<br>Richard S. J. Hung<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>agonazlez@mofo.com<br>mjacobs@mofo.com<br>rhung@mofo.com | */s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| Bita Rahebi<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>(213) 892-5200<br>brahebi@mofo.com | *Attorneys for VMware, Inc.* |
| Scott F. Llewellyn<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202-5638<br>(303) 592-2204<br>sllewellyn@mofo.com | |

3

# **CERTIFICATE OF SERVICE**

I, Robert M. Vrana, hereby certify that on November 18, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Kenneth L. Dorsney, Esquire
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801
> *kdorsney@morrisjames.com*
>
> *Attorney for Plaintiffs/Counter-Defendants*

I further certify that on November 18, 2019, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

> Courtland L. Reichman, Esquire
> Shawna L. Ballard, Esquire
> Jennifer Estremera, Esquire
> Michael G. Flanigan, Esquire
> Joachim B. Steinberg, Esquire
> Kate Falkenstien, Esquire
> Ariel C. Green, Esquire
> Reichman Jorgensen LLP
> 100 Marine Parkway, Suite 300
> Redwood Shores, CA  94065
>
> Sarah O. Jorgensen, Esquire
> Reichman Jorgensen LLP
> 1201 West Peachtree Street, Suite 2300
> Atlanta, GA 30309
>
> Christine E. Lehman, Esquire
> Reichman Jorgensen LLP
> 818 Connecticut Ave., N.W., Suite 850
> Washington, DC 20006

25452249.1

        Jaime F. Cardenas-Navia, Esquire
        Wesley Lanier White, Esquire
        Khue V. Hoang, Esquire
        Reichman Jorgensen LLP
        100 Park Avenue, Suite 1600
        New York, NY 10017

        *RJ_densify@reichmanjorgensen.com*

        Gary J. Toman, Esquire
        Weinberg Wheeler Hudgins Gunn & Dial
        3344 Peachtree Road NE, Suite 2400
        Atlanta, GA 30326
        *gtoman@wwhgd.com*

        Peter J. Ayers, Esquire
        Law Office of Peter J. Ayers, PLLC
        2200 Bowman Avenue
        Austin, TX 78703
        *peter@ayersiplaw.com*

        *Attorneys for Plaintiffs/Counter-Defendants*


Dated: November 18, 2019                YOUNG CONAWAY STARGATT &
                                              TAYLOR, LLP

                                              */s/ Robert M. Vrana*
                                              Anne Shea Gaza (No. 4093)
                                              Robert M. Vrana (No. 5666)
                                              Samantha G. Wilson (No. 5816)
                                              Rodney Square
                                              1000 N. King Street
                                              Wilmington, Delaware 19801
                                              *agaza@ycst.com*
                                              *rvrana@ycst.com*
                                              *swilson@ycst.com*

                                              *Attorneys for VMware, Inc.*

25452249.1