**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC.,

Plaintiffs,

v.

VMWARE, INC.,

Defendant.

C.A. No. 19-742-LPS

**ORDER**

At Wilmington this **26th** day of **November, 2019**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the following claim terms of U.S. Patent Nos. 8,209,687 ("the '687 Patent") and 9,654,367 ("the '367 Patent") are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| **"Evaluating each virtual guest against each virtual host and other virtual guests"**<br><br>[claim 7 of the '687 Patent] | "Evaluating each virtual machine against each virtual host and other virtual machines" |
| **"Each virtual guest"**<br><br>[claims 2, 3, and 7 of the '687 Patent] | Plain meaning |
| **"Each virtual host"**<br><br>[claims 2 and 7 of the '687 Patent] | Plain meaning |
| **"Each candidate virtual guest"**<br><br>[claims 1, 13, and 16 of the '687 Patent] | "Each computer system being considered for conversion to a virtual machine" |
| **"Each candidate virtual host"** | "Each computer system being considered for conversion to a virtual host" |

| | |
|---|---|
| [claims 1, 13, and 16 of the '687 Patent] | |
| **"Candidate virtual guests" / "a set of virtualization guest candidates"**<br><br>[claims 1, 6, 13, 16, and 17 of the '687 Patent] | "Computer server being considered for conversion to a virtual machine" / "a set of computer servers that are being considered for conversion to virtual machines" |
| **"Candidate virtual host" / "a set of virtualization host candidates" / "virtual host candidates"**<br><br>[claims 1, 6, 13, 16, and 17 of the '687 Patent] | "Computer server being considered for conversion to a virtual host" / "a set of computer servers that are being considered for conversion to virtual hosts" / "computer server being considered for conversion to a virtual host" |
| **"An existing physical environment comprising a plurality of systems" / "a plurality of existing physical systems"**<br><br>[claims 1, 2, 13, 16, and 17 of the '687 Patent] | "A computing environment having a plurality of computer servers that are not virtualized" / "a plurality of computer servers that are not virtualized" |
| **"Identifying the existence of virtual machines with suboptimal placements"**<br><br>[claim 7 of the '687 Patent] | "Identifying the existence of virtual machines with less than optimal placements as determined by the evaluation step" |
| **"Business constraint"**<br><br>[claims 1, 2, 3, 7, 12, 13, 16, and 17 of the '687 Patent] | "A restriction or limitation based on a business parameter, such as physical location, organization department, data segregation requirements, owner, service level agreements, maintenance windows, hardware lease agreements, or software licensing agreements" |
| **"Said one of said plurality of virtual design scenarios"**<br><br>[claim 2 of the '687 Patent] | Indefinite |
| **"Determine whether the utilization or performance of an entity is in an acceptable range relative to its capacity or performance limits"**<br><br>[claims 1 and 13 of the '367 Patent] | "Determine whether an entity's utilization or performance is within an acceptable range, relative to that entity's capacity or performance limits" |

UNITED STATES DISTRICT JUDGE