# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-00742-LPS <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' PROPOSED VERDICT FORM

## INFRINGEMENT OF U.S. PATENT NO. 8,209,687

**Question No. 1:**

Has Densify proven, by a preponderance of the evidence, that VMware has literally infringed any of the following claims of the '687 patent?

*"Yes" is a finding for Densify.  "No" is a finding for VMware.*

| Claim 3 | Yes _____   No _____ |
|---|---|
| Claim 7 | Yes _____   No _____ |

**Question No. 2:**

Has Densify proven, by a preponderance of the evidence, that VMware has induced the infringement of any of the following claims of the '687 patent?

*"Yes" is a finding for Densify.  "No" is a finding for VMware.*

| Claim 3 | Yes _____   No _____ |
|---|---|
| Claim 7 | Yes _____   No _____ |

**Question No. 3:**

If you have found that VMware infringed at least one claim of Densify's '687 patent, do you find that VMware's infringement of the '687 patent was willful?

*Check one:*

| | |
|---|---|
| _____ | Yes (Willful) |
| _____ | No (Not Willful) |

### INFRINGEMENT OF U.S. PATENT NO. 9,654,367

**Question No. 4:**

Do you find that Densify has proven, by a preponderance of the evidence, that VMware has literally infringed any of the following claims of the '367 patent?

*"Yes" is a finding for Densify. "No" is a finding for VMware.*

| | | | | |
|---|---|---|---|---|
| Claim 1 | Yes _____ No _____ | | Claim 13 | Yes _____ No _____ |
| Claim 2 | Yes _____ No _____ | | Claim 15 | Yes _____ No _____ |
| Claim 4 | Yes _____ No _____ | | Claim 16 | Yes _____ No _____ |
| Claim 5 | Yes _____ No _____ | | Claim 17 | Yes _____ No _____ |
| Claim 9 | Yes _____ No _____ | | Claim 19 | Yes _____ No _____ |
| Claim 11 | Yes _____ No _____ | | | |

**Question No. 5:**

Do you find that Densify has proven, by a preponderance of the evidence, that VMware has induced the infringement of any of the following claims of the '367 patent?

*"Yes" is a finding for Densify.  "No" is a finding for VMware.*

| Claim 1 | Yes _____ No _____ | Claim 13 | Yes _____ No _____ |
|---|---|---|---|
| Claim 2 | Yes _____ No _____ | Claim 15 | Yes _____ No _____ |
| Claim 4 | Yes _____ No _____ | Claim 16 | Yes _____ No _____ |
| Claim 5 | Yes _____ No _____ | Claim 17 | Yes _____ No _____ |
| Claim 9 | Yes _____ No _____ | Claim 19 | Yes _____ No _____ |
| Claim 11 | Yes _____ No _____ | | |

**Question No. 6:**

If you have found that VMware infringed at least one claim of Densify's '367 patent, do you find that VMware's infringement of the '367 patent was willful?

*Check one:*

_____   Yes (Willful)

_____   No (Not Willful)

**VALIDITY OF DENSIFY'S U.S. PATENT NO. 8,209,687**

**Question No. 7:**

Has VMware proven by clear and convincing evidence that any of the following claims of the '687 patent is invalid as anticipated?

*"Yes" is a finding for VMware.  "No" is a finding for Densify.*

| Claim 3 | Yes _____ No _____ |
|---|---|

| Claim 7 | Yes _____ No _____ |
|---|---|

**Question No. 8:**

Has VMware proven by clear and convincing evidence that any of the following claims of the '687 patent is invalid because the claimed subject matter would have been obvious to a person of ordinary skill in the art at the time of the claimed invention?

*"Yes" is a finding for VMware. "No" is a finding for Densify.*

| Claim 3 | Yes _____ No _____ |
|---|---|
| Claim 7 | Yes _____ No _____ |

## VALIDITY OF DENSIFY'S U.S. PATENT NO. 8,209,367

**Question No. 9:**

Has VMware proven by clear and convincing evidence that any of the following claims of the '367 patent is invalid as anticipated?

*"Yes" is a finding for VMware. "No" is a finding for Densify.*

| Claim 1 | Yes _____ No _____ | Claim 13 | Yes _____ No _____ |
|---|---|---|---|
| Claim 2 | Yes _____ No _____ | Claim 15 | Yes _____ No _____ |
| Claim 4 | Yes _____ No _____ | Claim 16 | Yes _____ No _____ |
| Claim 5 | Yes _____ No _____ | Claim 17 | Yes _____ No _____ |
| Claim 9 | Yes _____ No _____ | Claim 19 | Yes _____ No _____ |
| Claim 11 | Yes _____ No _____ | | |

**Question No. 10:**

Has VMware proven by clear and convincing evidence that any of the following claims of the '367 patent is invalid because the claimed subject matter would have been obvious to a person of ordinary skill in the art at the time of the claimed invention?

*"Yes" is a finding for VMware.  "No" is a finding for Densify.*

| Claim 1 | Yes _____  No _____ | Claim 13 | Yes _____  No _____ |
|---|---|---|---|
| Claim 2 | Yes _____  No _____ | Claim 15 | Yes _____  No _____ |
| Claim 4 | Yes _____  No _____ | Claim 16 | Yes _____  No _____ |
| Claim 5 | Yes _____  No _____ | Claim 17 | Yes _____  No _____ |
| Claim 9 | Yes _____  No _____ | Claim 19 | Yes _____  No _____ |
| Claim 11 | Yes _____  No _____ | | |

## **UNFAIR COMPETITION (Infringement of Unregistered Trademark)**

**Question No. 11:**

Do you find that Densify has proven by a preponderance of the evidence that VMware has committed unfair competition by infringing Densify's unregistered trademarks?

*"Yes" is a finding for Densify.  "No" is a finding for VMware.*

Yes _____   No _____

## DELAWARE DECEPTIVE TRADE PRACTICES ACT

**Question No. 12:**

Do you find that Densify has proven by a preponderance of the evidence that VMware engaged in a deceptive trade practice against Densify?

*"Yes" is a finding for Densify.   "No" is a finding for VMware.*

Yes _____     No _____

## COMMON LAW TRADEMARK INFRINGEMENT

**Question No. 13:**

Do you find that Densify has proven by a preponderance of the evidence that VMware infringes Densify's common law trademark rights?

*"Yes" is a finding for Densify.   "No" is a finding for VMware.*

Yes _____     No _____

## DAMAGES

### *The '687 Patent*

**Question No. 14:**

If you have found that VMware infringed at least one valid claim of Densify's '687 patent, what is the dollar amount Densify has proven it is entitled to as a reasonable royalty for past infringement?

*Answer in dollars and cents.*

Answer: _____

**Question No. 15:**

If you have found that VMware infringed at least one valid claim of Densify's '687 patent, what is the dollar amount Densify has proven it is entitled to as lost profits for past infringement?

*Answer in dollars and cents.*

Answer: _____


### *The '367 Patent*

**Question No. 16:**

If you have found that VMware infringed at least one valid claim of Densify's '367 patent, what is the dollar amount Densify has proven it is entitled to as a reasonable royalty for past infringement?

*Answer in dollars and cents.*

Answer: _____


**Question No. 17:**

If you have found that VMware infringed at least one valid claim of Densify's '367 patent, what is the dollar amount Densify has proven it is entitled to as lost profits for past infringement?

*Answer in dollars and cents.*

Answer: _____

### *Unfair Competition*

**Question No. 18:**

If you have found that VMware committed unfair competition (infringement of Densify's unregistered trademark), what is the dollar amount of damages Densify has proven?

*Answer in dollars and cents.*

Answer: _____

### *Trademark Infringement*

**Question No. 19:**

If you have found that VMware committed common law trademark infringement, what is the dollar amount of damages Densify has proven?

*Answer in dollars and cents.*

Answer: _____

*Answer no further questions.*