# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., | Civil Action No. 1:19-cv-00742-LPS |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| VMWARE, INC., | |
| Defendant. | |

## <u>APPENDICIES TO D.I. 502</u>

Dated:  January 19, 2020

Kenneth L. Dorsney (#3726)
kdorsney@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800

*Attorneys for Plaintiffs*
*Cirba Inc. (d/b/a Densify) and Cirba IP, Inc.*

# APPENDIX 1

1                    IN THE UNITED STATES DISTRICT COURT

2                    IN AND FOR THE DISTRICT OF DELAWARE

3                              - - -

4    CIRBA INC. (d/b/a DENSIFY) and
     CIRBA IP, INC.,                      :      CIVIL ACTION
5                                         :
              Plaintiffs,                 :
6    v                                    :
                                          :
7    VMWARE, INC.,                        :
                                          :        NO. 19-742-LPS
8             Defendant.                  :
                              - - -

9
                         Wilmington, Delaware
10                   Monday, January 13, 2020
                      *Jury Trial - Volume A*

11
                              - - -

12
     BEFORE:  HONORABLE LEONARD P. STARK, Chief Judge, and a jury

13
     APPEARANCES:                    - - -

14

15           MORRIS JAMES, LLP
             BY:  KENNETH L. DORSNEY, ESQ.

16
                      and

17
             REICHMAN JORGENSEN, LLP

18           BY:  COURTLAND L. REICHMAN, ESQ.,
                  SHAWNA L. BALLARD, ESQ.

19                (New York, New York)

20                    and

21           REICHMAN JORGENSEN, LLP
             BY:  CHRISTINE LEHMAN, ESQ.

22                (Washington, District of Columbia)

23                    and

24
     Valerie G. Gunning              Brian P. Gaffigan

25   Official Court Reporter         Official Court Reporter

Hillier - direct

1    in those days.

2    Q.      And did you have any ideas back then on how those

3    challenges could be addressed?

4    A.      Yes, absolutely.  There was one meeting in particular

5    that I recall quite well.  It was a company called Bell

6    Canada, a big telephone company, and we had been working

7    with them trying to sell our product to them, the earlier

8    product, and we had gathered a lot of data and given a lot

9    of reports.

10          We were in this big executive meeting

11   where we showed it to them.  The top executives said, this

12   is all great data, but I don't know what to do with it.  I

13   still don't know what to do.  We just have a lot of data we

14   were giving them.

15          Walking back from that meeting was kind of a big

16   moment for me because I was walking back with our sales guy.

17   And I kind of thought, well, I will tell you what we're

18   going to do with this data.  We're going to take all of this

19   data.  We're going to take all your systems, your computers,

20   we're going to put them down the left and across the top and

21   we're going to score them all against each other.  We're

22   going to not analyze them and say which one can go with

23   which other one.  We're going to kind of make a map of what

24   you can do.  So instead of reading all of this raw data,

25   we're going to tell you exactly how you can put applications

Hillier - direct

1    Mr. Smith.

2    Q.     And then sort of moving up to today, how does

3    Densify's product sort of fit in the virtualization market

4    overall?

5    A.     Well, in those early days, there were actually

6    quite a few vendors that would -- that would provide

7    virtualization solutions, and we kind of saw ourselves

8    fitting in with all of them and helping optimize the

9    different technologies.

10          Over the years, VMware became the dominant one,

11   and I think now most customers, they are very dominant.  So

12   we kind of moved over to make sure that we worked with them.

13   We were very complementary to their solution.  So a lot of

14   companies would have their products, and we made sure we

15   worked nicely with them.

16   Q.     Are there other hypervisors other than VMware that

17   Densify works with?

18   A.     They were certainly in the early days.  They all kind

19   of petered away.  We do still support one called IBM Power.

20   It runs on IBM systems.

21   Q.     And so how does Densify software work with VMware in

22   particular?

23   A.     Well, there is a bunch of different touch points, I

24   guess, but just to -- as an example, for DRS is a component

25   of VMware called Distributed Resource Scheduler.  So it is

Hillier - direct

1    part of VMware that also moves VMs around and places them.

2    So we make sure we work very nicely with it.

3              So DRS has what is called rules that you can

4    program to say -- to control what goes where.  And so we

5    will put all those rules into our analysis, and then we will

6    do our computations.  And then when we are done, we also had

7    to go put rules back into DRS to make more rules, to make

8    it -- to model other constraints.

9              So it works very, very seamlessly with DRS.

10   Q.    All right.  And today, what kind of rules does DRS

11   have?

12   A.    So there are -- there are two main types of rules

13   when you are talking about DRS that govern where VMs goes.

14             So there's also anti-affinity, so keep two

15   things apart.  Or affinity, which is keep things together.

16   Those are kind of the two main types.

17             And, then you can do it between VMs.  So you can

18   say I want two VMs never to go on the same host or always go

19   on the same host.  Or you can do it between a VM and a host

20   itself, or a group of hosts.  So you say, I want this VM to

21   run on one of these servers, or not run on one of the

22   servers.

23             So those are the kind of four variants.

24   Q.    And what do customers use DRS rules for?

25   A.    Well, there are a lot of different reasons.  And, you

Hillier - direct

1    know, there's lots of constraints that customers have.   I

2    know that there's a lot of banks around here.   So banks

3    have, for example, rules that traders and researchers can't

4    intermingle.   So that can dictate how VMs get placed on

5    hosts because they have certain rules that keep people

6    apart.   And companies that deal with credit card

7    information, they can't let your name and credit card number

8    be together, ever.

9              So there are all kinds of different compliance.

10   Healthcare has lots of rules around treating personal data.

11             You know, some customers, for example, they have

12   rules that say if an application has multiple components,

13   spread them out in the room.   Don't run them all to one part

14   of the room because if you lose power, you will have a

15   problem.

16             So there are all kinds.   Similar customers have

17   thousands of rules.

18   Q.    And how do you know about the DRS rules that your

19   customers have?

20   A.    Well, our product actually loads them.   So all the

21   rules in our customers are pulled into our analytics, and

22   they're sitting in the database that is used by our

23   analytics to when it does a solution.

24   Q.    And when customers come to Densify, do they already

25   have DRS rules?

Hillier - direct

```
 1    A.       Yes, absolutely.  So, yeah, they usually have a lot

 2    of rules.  We have cases where we run our analytics, but we

 3    didn't set up to load the rules, so the answers we gave

 4    don't honor their constraints.  Some of us spend quite a bit

 5    of time setting up these rules.  So we make sure we pull

 6    them in when they become a customer, and we pull all those

 7    rules in, and then after that, every time we do an analysis,

 8    they are synchronized.

 9    Q.       And so can you give us some examples of some Densify

10    customers that have DRS rules?

11    A.       Yes.  The vast majority of them do.

12             THE COURT:  Hold on.  Mr. Hillier.  Is there an

13    objection?

14             MR. JACOBS:  Foundation, Your Honor.

15             THE COURT:  Foundation?

16             MR. JACOBS:  Yes.

17             THE COURT:  A response?

18             MS. LEHMAN:  I think the question before was how

19    do you know about the DSR's rules your customers have.  Then

20    I was asking what customers.

21             THE COURT:  Yes.  Hasn't he already testified to

22    that?

23             MR. JACOBS:  I don't believe so, Your Honor.

24             THE COURT:  All right.  Ask him again how he

25    knows.
```

Hillier - direct

1   constraints?

2   A.      Yes.   Anyone who uses DRS, that is kind of a core of

3   what it does.

4   Q.      Now, switching gears for a minute, how has Dentsply,

5   some of their products been received by the virtualization

6   market?

7   A.      Well, very well.   I mean, we've gotten a lot of

8   kudos.   We've gotten recognized by what are called analysts,

9   industry analysts have recognized us.   We've had a lot of

10  press coverage.   And we have won -- we have won quite a few

11  awards.   We one an award every year from 2011 to 2017 in

12  this space.

13  Q.      All right.   And now if you can turn in your binder to

14  PTX-1942.

15  A.      Okay.

16  Q.      And could you identify PTX-1942, please?

17  A.      This is a press release for the Best of VM World

18  Award in 2017.

19          MS. LEHMAN:   Your Honor, move to admit PTX-1942.

20          MR. JACOBS:   No objection.

21          THE COURT:   It's admitted.

22          (DTX-1942 was admitted into evidence.)

23  BY MS. LEHMAN:

24  Q.      And so what does it mean to be the Best of VM Award

25  Gold Winner?

1    A.      So DM World is DM wears -- it is big yearly

2    conference.  There's one in Europe, one in North America.

3    It's pretty much a big industry event in the virtualization

4    world.  All the vendors are there.  There's tens of

5    thousands of people attending, and the Best of DM World is

6    where they look at, oftentimes they look at hundreds of

7    vendors and they'll kind of give awards for the ones that

8    they think are the best across different categories.  This

9    one is for workload management and migration.

10   Q.      All right.  And what did workload management and

11   migration mean in this context?

12   A.      Well, workload management is exactly what we've been

13   discussing.  The VMs are also called workloads and how you

14   place them.  So, you know, this goes on to talk about our

15   ability to off line placements and things like that.

16   Q.      Let's turn to the next exhibit in your binder.  It

17   should be PTX-1943.

18   A.      Okay.

19   Q.      And could you identify PTX-1943, please?

20   A.      Sure.  This is another press release about us being

21   recognized as a representative vendor in Gartner, which is

22   an industry analyst.  An analyst is a company that looks at

23   all of the vendors and tries help customers know which once

24   to buy.

25              MS. LEHMAN:  Your Honor, I move to admit

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                    IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

 4   CIRBA INC. (d/b/a DENSIFY) and
     CIRBA IP, INC.,                     :      CIVIL ACTION
 5                                        :
             Plaintiffs,                  :
 6   v                                    :
                                          :
 7   VMWARE, INC.,                        :
                                          :        NO. 19-742-LPS
 8           Defendant.                   :
                                        - - -
 9
                          Wilmington, Delaware
10                     Tuesday, January 14, 2020
                        Jury Trial - Volume B
11
                              - - -
12
     BEFORE:  HONORABLE LEONARD P. STARK, Chief Judge, and a jury
13
     APPEARANCES:                  - - -
14

15             MORRIS JAMES, LLP
               BY:  KENNETH L. DORSNEY, ESQ.
16
                    and
17
               REICHMAN JORGENSEN, LLP
18             BY:  COURTLAND L. REICHMAN, ESQ.,
                    SHAWNA L. BALLARD, ESQ.
19                  (New York, New York)

20                  and

21             REICHMAN JORGENSEN, LLP
               BY:  CHRISTINE LEHMAN, ESQ.
22                  (Washington, District of Columbia)

23                  and

24
     Valerie G. Gunning              Brian P. Gaffigan
25   Official Court Reporter         Official Court Reporter
```

Hillier - direct

1    A.      Yes.  IBM was a big partner of ours.  They thought we

2    had been acquired by VMware when we saw this.

3    Q.      Are you familiar with a VMware product called vROps?

4    A.      Yes, I am.

5    Q.      And what is vROps?

6    A.      It's a management product that helps you manage

7    virtual environments.

8    Q.      And how does vROps compare to Densify's product in

9    the market?

10   A.      Well, vROps, initially, it was focused more on

11   monitoring and dashboards and showing you when things go red

12   or operational management, and it wasn't really any work for

13   placement in it at all.  So customers would use vROps and

14   would use us, and we would even integrate then some

15   customers, so they played very nice together.

16   Q.      And did there come a time when vROps did get into

17   doing hosting placements?

18   A.      Yes.

19   Q.      And do you recall when that was?

20   A.      That was at VM World 2018.

21   Q.      And did you attend VM World in 2018?

22   A.      Yes, I did.

23   Q.      And what did they announce with respect to vROps at

24   VM World 2015?

25   A.      Well, they announced version session of vROps where

1    they introduced a feature they called host based placement

2    based on business intent.  So they increased the ability to

3    control placement at the host level and represent business

4    considerations when doing so.  They talked about software

5    license optimization.  They talked about densifying your

6    environment using this.  They talked about workload routing,

7    what they call initial placement, things they presented in

8    2018.

9    Q.    And why was that significant to you?

10   A.    Well, I mean, it struck right at the heart of what we

11   do.  It was like watching -- anyway, it was, it was, the

12   things that our customers buy us for, putting that product

13   on the screen one by one.

14   Q.    And do you recall what your reaction was as you sat

15   in the audience and listened to them describe the features?

16   A.    I was -- I was fairly shocked.  I felt green.  It was

17   hard to describe.  I had to go outside and take a walk

18   afterwards.

19   Q.    And what -- could you explain what your concerns were

20   about VMware releasing these new features in terms of the

21   impact on your company?

22   A.    Well, we were a small company.  They're a big

23   company.  And this product is with the customers already.

24   If they decide to add a feature, that's what we do.  There's

25   no competition.  They just typically use it and they turn us

1    separate.

2    Q.      In between, you put out the white paper.  And then

3    you put the white paper in your patent application; right,

4    sir?

5    A.      Well, the white paper became the provisional of the

6    patent application.

7    Q.      So you had put out to the public that level of

8    information about your product; true, sir?

9    A.      Yes.

10   Q.      And, of course, you speak at events like we have seen

11   at VMworld or this offsite VMworld.  You describe Cirba to

12   the world in those contexts; correct?

13   A.      Yes, I do.

14   Q.      You put out a lot of literature about your products

15   to explain what it does; true, sir?

16   A.      Yes, that's true.

17   Q.      And you have gotten a lot of awards and recognition

18   because people know what Cirba does; right, sir?

19   A.      That's correct.

20   Q.      The important confidential material is your source

21   code; true, sir?

22   A.      Oh, I think there's lots of confidential material

23   beyond that, but, yes, the source code is confidential.

24   Q.      And the source code is actually where you implement

25   all of this functionality; true, sir?

1   and win business; right?

2   A.      Yes.  I'm not sure when in 2019 it was, but that is

3   generally when we inform our sales teams.

4   Q.      The title of the talk is "How To Win Competitively

5   Every Time."  Right, sir?

6   A.      Yes.

7   Q.      Nice ambitious goal; right, sir?

8   A.      Yes, rather ambitious.

9   Q.      And you are one of the presenters; right?

10  A.      That's correct.

11  Q.      Let's turn to page 7 of this document.

12          You see now we are going to -- in your

13  presentation, you are shifting to, how do we sell when

14  we're facing or we're selling into VMware that has -- a

15  VMware customer that already has vROps; right?

16  A.      Yes, that's the implication.

17  Q.      That is really the nub of the matter for you right

18  now competitively; right?  The customer has got VMware and

19  vROps, and you are trying to explain why you should pay

20  extra for more capability; right, sir?

21  A.      Well, this deck would cover a bunch of different

22  products that a customer might have.  This would --

23  generally, we take a complementary position with vROps

24  because most customers have it.  So it's not like competing

25  with other products we might be vying for business that we

```
 1                   IN THE UNITED STATES DISTRICT COURT

 2                   IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

 4   CIRBA INC. (d/b/a DENSIFY) and
     CIRBA IP, INC.,                   :      CIVIL ACTION
 5                                      :
                Plaintiffs,             :
 6   v                                  :
                                        :
 7   VMWARE, INC.,                      :
                                        :      NO. 19-742-LPS
 8              Defendant.              :
                              - - -
 9
                         Wilmington, Delaware
10                   Wednesday, January 15, 2020
                       Jury Trial - Volume C
11
                              - - -
12
     BEFORE:  HONORABLE LEONARD P. STARK, Chief Judge, and a jury
13
     APPEARANCES:                  - - -
14

15              MORRIS JAMES, LLP
                BY:  KENNETH L. DORSNEY, ESQ.
16
                     and
17
                REICHMAN JORGENSEN, LLP
18              BY:  COURTLAND L. REICHMAN, ESQ.,
                     SHAWNA L. BALLARD, ESQ.
19                   (New York, New York)

20                   and

21              REICHMAN JORGENSEN, LLP
                BY:  CHRISTINE LEHMAN, ESQ.
22                   (Washington, District of Columbia)

23                   and

24
     Valerie G. Gunning              Brian P. Gaffigan
25   Official Court Reporter         Official Court Reporter
```

Somani - direct

 1    follow and accept it and just refer to our capability as

 2    whatever they call it.

 3    Q.      Can you explain to the jury what your product does

 4    from a commercial perspective?

 5    A.      Sure.  I know it's really technical, but I'll try to

 6    explain it.  I'll put it in terms of the banking.

 7            So you're a banking customer and you think about

 8    your bank having to provide all these services to you.  So

 9    they have a check-processing system, they have their

10    automated teller machines, they have a mortgage system for

11    you.  They even have an online banking system for you.

12            So the bank runs all of these applications, and

13    actually they have hundreds or thousands of applications.

14    Each one of these applications has a number of worker VMs,

15    virtual machines, to support that application.

16            So there's 19 departments that have to figure

17    out how to place those virtual machines on computers so they

18    live well together.

19            But the thing is that sometimes things get busy

20    in the daytime, others get busy at nighttime, some get busy

21    on certain days.  How do you make sure if you put all the

22    VMs on a certain computer you don't run out of computer

23    resources?

24            Then think about doing this over thousands or

25    tens of thousands of virtual machines over hundreds of

Somani - direct

1     thousands of computers, and then we are going to layer on

2     some more constraints.

3              So the IT department is told, in addition to

4     laying this all out, wait a second.  That mobile banking

5     application, it has to land on computers with access to

6     certain networks.

7              Oh, and that mortgage system?  You've got to

8     make sure it lands on certain computers with a certain level

9     of encryption.

10             Then the boss says, wait a second here.  But for

11    all of these applications, we want you to take the VMs and

12    put them as far apart on different hosts as possible, our

13    computers as possible, so that if one computer goes down,

14    the application still stays up.

15             So now you add more and more computers.

16             Then somebody else says, wait a second here.

17    But we're running out of space in the building.  We can't

18    keep adding computers.  We want to run on less computers.

19    And,

20             Then somebody says, wait, wait, wait one second.

21    We also have to make sure that your personal credit card

22    information is never on the same computer, right, as your

23    personal ID.  Because we don't want identity theft.

24             Then the boss says, oh, wait a second.  Don't

25    forget, we also need to pay Microsoft less.  We don't want

1    to pay them and license their technology on every computer.

2    So the Microsoft VMs?  Make sure you put them on less

3    computers.

4            So there's an IT department that is trying to

5    figure all of this out.  And there's millions, kazillions of

6    combinations and permutations.  That is what Mr. Hillier's

7    invention, that is what it does.  It solves it all.  It

8    solves that problem so that IT department just uses our

9    technology and it figures it out for them, so that they run

10   the right amount of computers, they can meet all the

11   constraints and not have to think about it.

12           That's, that's host-based placement.

13   Q.    What percentage of your business is on VMware

14   platform?

15   A.    87 percent of our business today is on the VMware

16   platform.  The other 13 percent is on other platforms that

17   we support.

18           So as an example, you might hear the term

19   "public cloud."  So Amazon, Azure are examples of public

20   cloud.  Or IBM is another platform.

21           So 13 percent of our business are on those other

22   platforms, 87 percent on VMware.

23   Q.    So let's get some vocabulary here for the jury.

24           What do you mean by "VMware platform"?

25   A.    I mean customers, Densify customers that are running

Somani - direct

1   the VMware Hypervisor as the core.  So that is what I mean

2   by that.

3   Q.     Who are Densify's primary competitors in the VMware

4   platform space?

5   A.     Two primary competitors:  VMware themselves, and then

6   a smaller competitor named Turbonomics.

7   Q.     As between your company, Turbonomics and VMware, is

8   there a dominant competitor?

9   A.     Yeah.  So I would absolutely say that's VMware.  I

10  would describe them as, they're the 800-pound gorilla.  They

11  have 500,000 customers compared to our 87.

12              They're in 99 percent of the Fortune 1000.  And

13  all of our customers have their DRS product, and the

14  majority of them have their vROps product.  So that is --

15  that is the dominant player.

16  Q.     What is it like being in a room trying to sell when

17  competing against VMware?

18  A.     I would start by talking about, before I get in

19  the room, before I'm allowed in the room -- so VMware has

20  20-24,000 employees.  So when we talk about a customer, a

21  lot of -- the majority of customers that I personally deal

22  with, they actually have VMware people on staff at the

23  customer.  So they have a very, very strong influence and

24  relationship with all of these customers.

25              And, basically a customer asks VMware, they

Somani - direct

1    say, well, can we bot your technology?  We paid all of this

2    money; right?

3              If I need something, I'm going to ask VMware

4    first:  Do you have this capability?  If I need this

5    functionality, I'm going to ask VMware.  And it is only when

6    VMware says no, we don't do that, or we can't do it the way

7    you want, then I get the opportunity -- then we, Densify,

8    get the opportunity to enter the room and give a sales

9    pitch.

10             Until then, we don't even get the shot.  And

11   a lot of the customers, the majority of the customers in

12   there, they don't even invite us into the room because

13   VMware is already there, and they are telling them they have

14   our Densify technology built into their product.

15   Q.     So are you saying that your VMware platform customers

16   already have DRS?

17   A.     I am.  So all of our VMware customers have DRS --

18             MR. GONZALEZ:  Excuse me, Your Honor.  I'll

19   object and move to strike, lacking in foundation and/or

20   based on hearsay.

21             THE COURT:  Any response?

22   BY MS. BALLARD:

23   Q.     Mr. Somani, have you done any analysis as to whether

24   or not your -- or strike that.

25             Mr. Somani, can you explain what information you

Somani - direct

 1              MR. GONZALEZ:  Excuse me, Your Honor.  Lack of

 2    foundation and/or hearsay.

 3              THE COURT:  Do you wand to respond to the

 4    objection?

 5              MS. BALLARD:  Yes.  This witness is the customer

 6    interfacing witness at Densify and has the foundation to

 7    testify to the impact of the products he competes against

 8    with Densify.

 9              THE COURT:  Is there anything further on that?

10              MR. GONZALEZ:  Other than sounds like hearsay.

11              THE COURT:  Overruled.

12    BY MS. BALLARD:

13    Q.      How has DRS's presence in the market impacted

14    Densify?

15    A.      So with Mr. Hillier's invention, host-based

16    placement, you know, we are out there, we are competing with

17    DRS.  They were in the space, they were in the general space

18    of optimization.  What we were doing was very, very unique,

19    host-based placement.

20              What we found was that because DRS was also

21    provided by VMware, that it became the dominant player out

22    there as well.  That everyone was running DRS.

23              So we realized that, you know, just

24    realistically as a business, we had to find a way to be able

25    to tell customers that, no, you can run our product, too.

Somani - direct

1          So instead of trying to displace the DRS

2     product, it can go up against VMware, we thought the best

3     strategy was to be what we call "complementary."

4          So what we tell customers is, hey, you can

5     continue to run DRS; right?  You can continue to run all of

6     your products, but we do this amazing thing called

7     host-based placement and it will just work side by side with

8     all of this stuff.  You just get the value of host-based

9     placement.

10          That was a strategy that we followed.

11          Now, that has changed over time because of --

12     well, in 2010, they started to put our technology, our

13     patented technology, in their DRS product.

14     Q.    So if VMware has host-based placement, how is it that

15     your product is complementary?

16     A.    Well, the good news -- I mean, why we've managed to

17     survive is that we've taken Mr. Hillier's patent and the

18     implementation, the way we actually did it in our product,

19     is so much better than DRS because we're focused on it.

20     This is what we do as a company.

21          So we can make it more automated, we can make

22     our answers better.  So it allows customers, larger

23     customers, typically, to say, okay, the DRS stuff that they

24     put in in 2010, yeah, it does it, but it doesn't do it well

25     enough or as good as Densify does.

Somani - direct

1          So they can continue to run the DRS product and

2     then use us for host-based placement.

3     Q.     So you have indicated that Densify competes with

4     VMware.  How are Densify and VMware competitive?

5     A.     We like to take a complementary position these days,

6     but VMware took our technology, they took our patent and

7     made --

8          MR. GONZALEZ:  Objection, Your Honor.  I'm going

9     to move to strike.  Now it's not -- it's an occlusion.  It

10    is just argument.

11         THE COURT:  All right.  I'll sustain.

12         Ask another question.

13    BY MS. BALLARD:

14    Q.     So if VMware has host-based placement, how is it that

15    Densify's product is different from VMware's product?

16    A.     So, again, I would mention that because, yes, they

17    have the host-based placement, Densify's patented technology

18    in DRS, but because we have been doing this as long as we

19    have, and, you know, we're so focused on it, we just create

20    a better version of it.

21         So implementation of host-based placement, it

22    gives better answers, it's automated, it's just a better

23    implementation.

24    Q.     Is there -- has that changed over time in any

25    respect?

Somani - direct

1    A.      It has.   I mean, since 2010, when they first put our

2    technology in their product, we still were able to maneuver

3    and land, you know, larger customers that needed that

4    automation, that needed better answers around host-based

5    placement.

6               But last year, that was the real -- that was the

7    real point where in August 2018, they made an announcement

8    on another product that they have called vROps, that it's an

9    add-on product to DRS, and they announced host-based

10   placement in vROps.   And they announced all of the

11   automation, the differentiators we had, the little

12   differences we had, they started to chip away at those.   And

13   that is where we realized, oh, my God.   Okay?   We've got an

14   issue.

15   Q.      So where were you when vROps 7 was announced?

16   A.      I was -- we won't forget this.

17              So we were at VMworld's event -- sorry.

18   VMware's event.   So in our industry we have a tech

19   conference.   Just like every industry, there's a tech -- in

20   tech, there is a conference.

21              But our tech conference is run, owned, managed

22   by VMware.   It's called VMworld, and we have to pay to be

23   there.

24              And so it was August 2018.   We were there.   We

25   paid to have a booth, a vendor booth, and our staff was

1    working there, and Gerry and I were standing in front of the

2    booth and Andrew, Mr. Hillier, sorry, Mr. Hillier, had came

3    back and he had just heard the announcement from VMware on,

4    vROps now does host-based placement.

5              And, it wasn't just the fact that they said they

6    do host-based placement, they listed all of the benefits

7    that we did and then they went further.  They started to use

8    the word densify, densification, densifying.

9              So in one swoop, they announced our

10   differentiators, and then they implied that they have

11   "densify."  They took our identity at the same time in one

12   shot.

13             And, I remember -- I remember physically

14   standing there with Gerry -- sorry, with Mr. Smith and

15   Mr. Hillier, and not knowing what to say to each other.

16   We're like, we're the leaders of the company and --

17             MR. GONZALEZ:  I'm sorry, Your Honor.  It's

18   become a narrative.

19             THE COURT:  Overruled.

20             You can continue.

21   BY THE WITNESS:

22   A.    We have employees.  They're working at the booth.

23   They put money into the company.  I'm looking at them and

24   I -- I didn't know what I was going to say to that.

25             So we had to figure out, what is it that we're

Somani - cross

1    A.       Please repeat the question.

2    Q.       I'll withdraw it.

3              MR. GONZALEZ:  Your Honor, we move 4640 into

4    evidence.

5              MS. BALLARD:  No objection.

6              THE COURT:  It's admitted.

7              (DTX-4640 admitted into evidence.)

8    BY MR. GONZALEZ:

9    Q.       Now, as a member of the TAP program, one of the

10   things that you need to do is you need to make sure that

11   your product is going to work on VMware's product; correct?

12   A.       We have to make sure that our product works on the

13   VMware Hypervisor.

14   Q.       And, therefore, you need to know how VMware's

15   Hypervisor works; correct?

16   A.       We don't need to know the details of how it works.

17   My understanding is that VMware has what they call, it's

18   very common in the industry, "application program

19   interface."  It just says if you need to get information

20   from the Hypervisor, here is how you make the call to go get

21   the information.  That's the information that we needed.

22   Q.       If your product doesn't work with VMware's product,

23   nobody is going to buy.  Can we agree on that?

24   A.       No, that is not accurate.

25   Q.       All right.  How many times have you attended VMworld?

1    A.       Me personally, maybe three, five times.

2    Q.       But your company sends multiple people to VMworld

3    every year; true?

4    A.       Yes, it does.  That's the trade show that VMware

5    controls.  That's the trade show -- the industry trade show

6    that --

7    Q.       You answered my question.

8    A.       Okay.

9    Q.       And one of the reasons why you send people to VMworld

10   is so that you can keep on top of what VMware is doing;

11   right?

12   A.       That's not -- I don't believe that that is our driver

13   for attending.  We show up there so we can actually show

14   what Densify does to prospects.

15   Q.       And you mentioned "Densify."  Your legal name is

16   Cirba, Inc.; correct?

17   A.       We operate as Densify.

18   Q.       Your legal name is Cirba, Inc.; correct?

19   A.       Yes.

20   Q.       And you only started using "Densify" a couple years

21   ago; right?

22   A.       I believe it was in the 2017 time frame that we

23   were -- that we started using "Densify," and we went and got

24   the mark as well.

25   Q.       Sir, you and Mr. Hillier, the co-founder of this

1              IN THE UNITED STATES DISTRICT COURT

2              IN AND FOR THE DISTRICT OF DELAWARE

3                        - - -

4    CIRBA INC. (d/b/a DENSIFY) and
     CIRBA IP, INC.,                    :    CIVIL ACTION
5                                       :
             Plaintiffs,                :
6    v                                  :
                                        :
7    VMWARE, INC.,                      :
                                        :    NO. 19-742-LPS
8            Defendant.                 :
                                   - - -
9
                       Wilmington, Delaware
10                 Thursday, January 16, 2020
                    *Jury Trial - Volume D*
11
                         - - -
12
     BEFORE:  HONORABLE LEONARD P. STARK, Chief Judge, and a jury
13
     APPEARANCES:                  - - -
14

15           MORRIS JAMES, LLP
             BY:  KENNETH L. DORSNEY, ESQ.
16
                    and
17
             REICHMAN JORGENSEN, LLP
18           BY:  COURTLAND L. REICHMAN, ESQ.,
                  SHAWNA L. BALLARD, ESQ.
19                (New York, New York)

20                  and

21           REICHMAN JORGENSEN, LLP
             BY:  CHRISTINE LEHMAN, ESQ.
22                (Washington, District of Columbia)

23                  and

24
     Valerie G. Gunning              Brian P. Gaffigan
25   Official Court Reporter         Official Court Reporter

1          "Question:  Okay.  My question is:  Did Cirba

2    share confidential information with VMware during the

3    acquisition discussions?

4          "Answer:  During the course of any acquisition

5    discussion, they would share data that's not publically

6    available, and that has certainly happened in this case,

7    too.

8          "Ms. Green:  Let's mark as Exhibit 12 a document

9    with a Bates label VMW00037411.

10          "Question:  Do you agree this document reflects

11    that VMware somehow had a live copy of Cirba software in

12    2014?

13          "Answer:  It says it is a live Cirba environment

14    in our lab team.

15          "Question:  Do you now how VMware got that?

16          "Answer:  I have no idea.

17          "Question:  Is it weird for VMware to have a

18    live copy of Cirba software?

19          "Answer:  Like I said, it depends on whether

20    this was acquired, meaning purchased, or Cirba gave it to us

21    or whatever.  It could be any number of ways.

22          "Question:  If you look on the last page, is

23    this another image of the control console?

24          "Answer:  This seems like the same server

25    control console.

1       "Question:  That we saw on Exhibit 3?

2       "Answer:  Yeah.  Or similar, yes.

3       "Question:  What are the reasons VMware puts a

4    competitor's software in its live environment?

5       "Answer:  I mean, in general, it could be any

6    number of reasons.  It could be because we are trying to

7    acquire the company and we wanted to see the product.  It

8    could be because customers asked us to analyze a particular

9    product.  It could be because we are doing a competitive

10   analysis of a product.  It could be any number of reasons.

11      "It could be because we wanted to partner with a

12   product -- or the company that makes the product.  Any

13   number of reasons.

14      "Question:  Does VMware break down a

15   competitor's software in the lab to copy?

16      "Answer:  No.

17      "Question:  How do you know?

18      "Answer:  It is generally our practice not to,

19   like I said earlier, infringe on other IP.  So when we look

20   at our product, we look at our product from what it is doing

21   for customers.  We look at its strength and weakness.  And

22   then we look at what our customers want from us and take all

23   of that data and build what we need to build.  And what our

24   engineers think they can do.

25      "Question:  Does VMware take competitors'

Raghuram - designations

1    between the two?

2              "Answer:  The language is identical.

3              "Question:  Look at the next tab that I have red

4    highlight on Exhibit 13 that I've done for you.

5              "Answer:  Uh-huh.

6              "Question:  Do you see the graph at the bottom?

7    So there's three columns.  One says:  underutilized zone,

8    optimal zone, overutilized zone.

9              "Answer:  Uh-huh.

10             "Question:  Do you see those three columns?

11             "Answer:  Uh-huh.

12             "Question:  If you go back to Exhibit 3 and look

13   at the slide that has Cirba's control console, which would

14   be before.

15             "Answer:  Real-time control?

16             "Question:  Yes.  What is the difference between

17   this slide, the real-time -- Cirba's control console on

18   Exhibit 3 and the graphic on Exhibit 13?

19             "Answer:  They look similar.

20             "Question:  Colors the same?

21             "Answer:  Somewhat.  I mean, it's ...

22             "Question:  You can hold it up.

23             "Answer:  I can't tell you exactly what the

24   colors are.  But somewhat -- certainly the overutilized zone

25   seems to be the same color.

Raghuram - designations

1          "Question:  And then there's a green one?

2          "Answer:  Greenish, yellow, and white

3    PowerPoint.

4          "Question:  Three columns?

5          "Answer:  Three columns.

6          "Question:  On Exhibit 13 they're labeled:

7    Underutilized, optimal, and overutilized?

8          "Answer:  Yeah.

9          "Question:  Does underutilized, based on your

10   knowledge, correspond to too little infrastructure -- sorry

11   -- too much infrastructure?

12         "Answer:  It's similar concepts.  It just says

13   the machine is not utilized fully to its capacity.

14         "Question:  And optimal zone, does that

15   correspond to just right?

16         "Answer:  It means that the machine is being

17   fully utilized.

18         "Question:  Is that a 'yes'?

19         "Answer:  Yes.

20         "Question:  And does overutilized correspond to

21   too little infrastructure?

22         "Answer:  It's similar in concept.

23         "Question:  Okay.  And then on Exhibit 13, this

24   has:  'cluster, host, virtual machine.'  Right?

25         "Answer:  Yeah.

1          "Question:  And on Exhibit 3, it says:

2     'cluster, hosts, VMs.'  Right?

3          "Answer:  Yeah.

4          "Question:  Did VMware copy Cirba's control

5     console?

6          "Answer:  I was not involved in these

7     discussions.  I do not know.  VMware's answer -- practice is

8     to not to explicitly copy.  VMware's policy is to address

9     customer requirements.

10          "Question:  Looking at these two exhibits, do

11     you think VMware copied Cirba's control console?

12          "Answer:  I can't tell from this.

13          "Question:  Can you point out any other

14     differences between the two?

15          "Answer:  Looking at this one page, like I said,

16     these are substantially similar; however, what I will --

17     what I don't know is what were the customer requirements in

18     terms of what did the customers want us to do.

19          "Question:  You think the customer said put

20     overutilized in red?

21          "Answer:  I do not know what the customer said.

22     What -- what I'm saying is customers tell us what they want,

23     the kind of information they want, and the teams go and

24     figure out what to do.

25          "Question:  Is it okay for VMware to copy if a

Prathuri - direct

1    Q.      You don't understand that the company is called

2    Densify?

3    A.      Oh, yes, I do.

4    Q.      And they used to be called Cirba; right?

5    A.      That is right.

6    Q.      Okay.  Let's start in your binder.  There should be

7    labels on the tabs here.  Let's start with PTX-1386.

8    A.      Did you say 1386?

9    Q.      Yes, sir.

10   A.      Yes.

11   Q.      This is a Gartner report; is that right?

12   A.      That is what it says, yes.  It's a Gartner report.

13   Q.      Dated June 9th, 2011?

14   A.      Yes.

15           MR. REICHMAN:  Your Honor, we move Exhibit

16   PTX-1386 into evidence.

17           MR. HUNG:  No objection.

18           THE COURT:  It's admitted.

19           (PTX-1386 was admitted into evidence.)

20   BY MR. REICHMAN:

21   Q.      This is a 46-page, roughly, report; is that right?

22   A.      I think so, yes.

23   Q.      And Gartner is a company that does research for the

24   IT space, the CTO space, that sort of thing; right?

25   A.      Yes.

Prathuri - direct

 1    A.      Yes.

 2    Q.      And this is after the acquisition discussions had

 3    fallen apart; right?

 4    A.      That is correct.

 5    Q.      And what you are saying to them is:  "As you are

 6    developing planning capabilities, check out Cirba.com."

 7             Do you see that?

 8    A.      Yes, I see it.

 9             MR. REICHMAN:  Your Honor, we move to admit

10    PTX-1103.

11             MR. HUNG:  No objection.

12             THE COURT:  It's admitted.

13             (PTX-1103 was admitted into evidence.)

14    BY MR. REICHMAN:

15    Q.      And this is talking about developing software

16    products for VMware; right?

17    A.      This is -- yes, as these two product managers were

18    thinking about new capabilities, developing new plans, yes.

19    Q.      If you could turn to 1197 -- PTX-1197.

20    A.      Yes.

21    Q.      This is an e-mail.  Let's make sure I'm looking at

22    the right one.

23             The e-mail on the bottom there, which is the

24    first one in the chain, the subject is:  "On vROps 6.7

25    discussion from Friday."  Right?

1    A.      Correct.

2    Q.      And it's dated now October of 2017; right?

3    A.      Yes, sir.

4    Q.      And it's from you to a team of people?

5    A.      Yes.

6            MR. REICHMAN:  Okay.  Your Honor, we move to

7    admit PTX-1197.

8            MR. HUNG:  No objection.

9            THE COURT:  It's admitted.

10           (PTX-1197 was admitted into evidence.)

11   BY MR. REICHMAN:

12   Q.      And on the last page, in this e-mail where you are

13   talking about vROps 6.7, you say:  "It boils down to SW

14   license, tag-based placement of workloads in clusters."

15           Do you see that?

16   A.      Yes, I see that.

17   Q.      Now, what is SW license?

18   A.      Software license.

19   Q.      Like software license, optimization?  Is that what it

20   means?

21   A.      Yes, software license and tag-based placements of

22   workloads in clusters.

23   Q.      Right.  And it's trying to optimize the placement of

24   VMs on hosts for purposes of minimizing software licensing

25   costs.  That is what that is referring to.

1    A.      Yes, that is correct.

2    Q.      And then in No. 3, it says:  "Densifying hosts" --

3    you say:  "Densifying hosts in clusters."

4    A.      Yes, I say that.

5    Q.      Now, does VMware test competitors products?

6    A.      VMware has a separate group, the competitive group,

7    that tends to test competitive solutions, yes.

8    Q.      Is there anything wrong with that?

9    A.      I'm sorry?

10   Q.      Is there anything wrong with that?

11   A.      No, they generally -- the competitive team tests the

12   products, and that's what they do.

13   Q.      I assume you test your own products as well?

14   A.      We test our own products.  Yes, of course.

15   Q.      All of your products?

16   A.      It depends the way the competitive team is organized.

17   There are multiple groups.

18   Q.      I'm not saying competitive groups.  VMware tests its

19   own products, certainly.

20   A.      VMware tests its own products, that's right.

21   Q.      Because otherwise you wouldn't if it works before you

22   send it to a customer --

23   A.      That's right.

24   Q.      You have to let me finish.  I'm sorry, sir.

25           Because otherwise you wouldn't know it works

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                    IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

 4   CIRBA INC. (d/b/a DENSIFY) and
     CIRBA IP, INC.,                      :     CIVIL ACTION
 5                                        :
             Plaintiffs,                  :
 6   v                                    :
                                          :
 7   VMWARE, INC.,                        :
                                          :       NO. 19-742-LPS
 8            Defendant.                   
                                      - - -
 9
                           Wilmington, Delaware
10                       Friday, January 17, 2020
                          Jury Trial - Volume E
11
                               - - -
12
     BEFORE:  HONORABLE LEONARD P. STARK, Chief Judge, and a jury
13
     APPEARANCES:                    - - -
14

15            MORRIS JAMES, LLP
              BY:  KENNETH L. DORSNEY, ESQ.
16
                      and
17
              REICHMAN JORGENSEN, LLP
18            BY:  COURTLAND L. REICHMAN, ESQ.,
                   SHAWNA L. BALLARD, ESQ.
19                 (New York, New York)

20                    and

21            REICHMAN JORGENSEN, LLP
              BY:  CHRISTINE LEHMAN, ESQ.
22                 (Washington, District of Columbia)

23                    and

24
     Valerie G. Gunning              Brian P. Gaffigan
25   Official Court Reporter         Official Court Reporter
```

Bergman - direct

1    the trademark?

2    A.     It was my conclusion damages would be 1.8 million.

3    Q.     And what is -- what is that based on?

4    A.     So the analysis that I performed for the trademark

5    damages is effectively the same.  I performed a reasonable

6    royalty analysis using the same factors that I applied in

7    the, for the patent analysis.  A hypothetical negotiation

8    for rights to use Densify's trademark.

9    Q.     And what did you look at for -- excuse me.  Turn to

10   slide 104.  What did you look at for determining that?

11   A.     Can you --

12   Q.     Slide 102, please.

13   A.     So I took into account all the same factors that

14   we've been talking about before, the 15 factors, but

15   significantly focused on these four factors as something

16   that would drive the hypothetical negotiation, and there are

17   a lot of same ones we talked about before.  A willingness to

18   license.  Densify wouldn't really want to license its mark.

19   I wanted to use the mark for its own name and products.  The

20   competitive nature of the parties.  Again, these are

21   competitive parties.  Really licensing that mark to VMware

22   would effectively transfer the entire value of that mark

23   given the size and scope of VMware as a company.  The

24   special value of the mark.

25          So this isn't just the name of its product, this

Bergman - direct

1  is the name of the company.  It's the complete identity.

2  That would have been important to the hypothetical

3  negotiation.  And then the evidence seems to be there's more

4  and more use of the mark going forward.  All of those things

5  would factor into negotiations.

6  Q.    So now turning to slide 106, based on all of this,

7  what is your summary of opinions as to the total damages due

8  to Densify for the patent infringement and the trademark

9  infringement in this case?

10 A.    So it's my opinion that if Densify and VMware were to

11 have sat down at a table in June of 2012 to negotiate for

12 the rights to these patents, agreeing that these patents are

13 infringed, agreeing that these patents are valid, and with a

14 full understanding of the benefits of these patents not only

15 at the time but into the future with VMware's use of the

16 patents in DRS in 2010 and the control console in 2016 and

17 vROps in 2018 and DRS 2.0 off into the future, understanding

18 that Densify wouldn't want to license these patents, but

19 would have to under this reasonable royalty construct,

20 wouldn't want to license it to its largest competitor and

21 the most dominant competitor in the industry and knowing

22 that the parties would recognize that not only would they

23 get rights to the patents and the benefits from those

24 patents, but there would be significant additional benefits

25 in the form of convoyed sales that we talked about, it could

Green - direct

1    essence was argued against, and when you leave the meeting,

2    you're looking, wow, you know.  Are we wrong?  And so that

3    was the meeting that we had.

4    Q.    Did anyone at VMware say, hey, we already invented

5    this?

6    A.    No.  Again, it was -- it was we don't agree with you.

7    That design is wrong.  It felt like that.  It weren't those

8    exact words.  I just want to say it was argumentative of why

9    that was the wrong way to do it.

10   Q.    Using the terminology of today, how would you

11   describe the placement approach that you told VMware about

12   in 2007?

13   A.    Well, to be clear, I don't want to overstep.  We

14   didn't call it host based placement then.  In fact, we

15   called it things like intelligent placement, but the essence

16   of what we were saying is take a virtual machine and

17   consider each of the hosts that you are going to place it on

18   because it's important.  It has practical reasons to do that

19   evaluation.

20   Q.    And what was the outcome of these discussions?

21   A.    No, nothing.

22   Q.    No co-developed products?

23   A.    No.

24   Q.    Or investments by VMware?

25   A.    No, no.

Green - direct

1    Q.      What, if anything, do you remember about the updates

2    to DRS in 2010?

3    A.      I'm the CEO.  I'm not CTO or technical.  I do

4    remember them coming out with the addition of what was

5    called, you know, VM to host rule that allowed you to

6    actually place a virtual machine onto a particular host.

7    Q.      And was this same approach that VMware had seemingly

8    rejected in the 2007 meetings?

9    A.      Yes.

10   Q.      So why didn't you sue them?

11   A.      Well, first of all, in 2010 we didn't have patents.

12   We were in this patent-pending process.

13   Q.      Okay.  When you got a patent, why didn't you sue

14   them?

15   A.      Suing any company is a daunting endeavor.  Believe

16   me, it's very daunting.  Suing a company that owns the

17   market that you play in, owns the conference and the awards

18   that you apply for, owns the software that you integrate to,

19   it's not just something you kind of say, hey, let's sue

20   them.  It's crazy.

21           Second of all, we were very small, and we had an

22   alternative.  And the alternative is, go back and invent and

23   figure out how to make the chicken better and go out and

24   keep selling.  And that's what we did.

25   Q.      So what did you invent?

Green - direct

1   A.      Well, I hope today, or over the last few days, you

2   have learned some of the things that we added to that core

3   of that '687 patent.  And that is, we added things like that

4   control console.  It won an award.  It allowed you to

5   visualize.

6                We added software license optimization.  Saved

7   millions of dollars on all that software.

8                We added automating the programming of the

9   rules.

10               So we just kept inventing, and lo and behold, we

11  won these big customers.  It was very gratifying.

12  Q.      I believe Mr. Riyaz Somani used the word "different

13  cheaters."  Do you agree these words apply?

14  A.      Yes.  This is what Mr. Somani is calling the

15  differentiator.  Those things that made the '687 patent, at

16  the core of what we do, that much better.

17  Q.      Let's talk about the name of your company for a

18  moment.

19  A.      It's Densify.

20  Q.      And what is the name of your product?

21  A.      It's Densify.

22  Q.      And under what name do you do business?

23  A.      We're going to say it again, Densify.

24  Q.      What do you call your support services?

25  A.      People that support our customers are called

Green - direct

1   "Densification Advisors."

2   Q.      So how does Densify use its trademarks?

3   A.      A lot.  We spend a lot of money promoting our name.

4   We go to 40, 50 shows a year and we have big booths with

5   Densify.  We have all sorts of marketing chotchka (phonetic)

6   and T-shirts and we advertise it on the Web.  We use it

7   extensively.  It is very important to us.

8   Q.      Other than you, who, if anyone, in your field calls

9   themselves Densify?

10  A.      Nobody.

11  Q.      What, if any, other products or services in your

12  industry are called Densify or Densifying?

13  A.      Nobody.

14  Q.      Have you always done business as Densify?

15  A.      No, that didn't happen until mid-2017.

16  Q.      And so since that time, have you sold or promoted

17  your products under the old name, Cirba?

18  A.      No, we haven't.

19  Q.      I'm sorry.  Was the old name Cirba?

20  A.      Yes, the old name was Cirba.  And since we changed,

21  we're Densify.

22  Q.      How much money have you spent since 2017 promoting

23  your Densify trademarks?

24  A.      North of $3 million.

25  Q.      Would you please turn to Tab 3443.

1   A.       (Witness complies.)

2   Q.       What is this?

3   A.       This is a picture of us sponsoring a NASCAR in

4   Daytona, Florida, with "Densify."

5               MS. GREEN:  Your Honor, I move to admit.

6               MR. GONZALEZ:  No objection.

7               THE COURT:  It's admitted.

8               (Exhibit introduced into evidence.)

9   BY MS. GREEN:

10  Q.       Would you please turn to Tab 3444.

11  A.       Sure.

12  Q.       What is this image?

13  A.       That is a picture of our building with a really big

14  sign that says "Densify."

15              MS. GREEN:  Your Honor, I move to admit.

16              MR. GONZALEZ:  No objection.

17              THE COURT:  It's admitted.

18              (Exhibit admitted into evidence.)

19  BY MS. GREEN:

20  Q.       Would you please turn to Tab 3445.

21  A.       Sure.

22  Q.       What is it?

23  A.       This is a picture of one of the many shows we go to

24  with the name "Densify" prominently shown on our booth and

25  up in the ceiling.  And, you know, we do, as, again, I think

Green - direct

1  last year we did over 40 or 50 shows.

2  Q.     Do you remember where this one was taken?

3  A.     I think this might have been New York.  Moscone

4  Center, but I'm not 100 percent sure.

5          MS. GREEN:  Your Honor, I move to admit.

6          MR. GONZALEZ:  No objection.

7          THE COURT:  It's admitted.

8          (Exhibit admitted into evidence.)

9  BY MS. GREEN:

10  Q.     Are these examples -- sorry.  Are these examples of

11  Densify's use of its trademarks?

12  A.     Yes.  For sure.

13  Q.     On Monday, Andrew Hillier testified about AIG's use

14  of Affinity Rules within DRS; is that right?

15  A.     He did.

16  Q.     What does AIG stand for?

17  A.     American Insurance Group.

18  Q.     So is AIG a U.S. customer?

19  A.     Very big one.

20  Q.     And do you know where the servers on the Affinity

21  Rules Mr. Hillier testified about are placed?

22  A.     They're in the United States.

23  Q.     Do you know if Densify marks its products with its

24  patents?

25  A.     We do.  We mark through the use of our website so

Green - direct

1    THE COURT:  If he says that.

2    MS. GREEN:  If he says that.

3    THE COURT:  But you expect he is going to say

4  that he has seen e-mails written by the defendant.

5    MS. GREEN:  I can ask.  Yes.

6    THE COURT:  All right.  I think under this

7  circumstance it would not be leading, so let's see whether

8  he has seen such e-mails.

9    MR. GONZALEZ thank you.

10    THE COURT:  Thank you.

11    (Sidebar conference ends.)

12    THE COURT:  You may continue.

13  BY MS. GREEN:

14  Q.    Mr. Smith, you have seen e-mails from VMware trying

15  to recruit Dr. Jurgens; is that correct?

16  A.    I have.

17  Q.    Okay.  So is it true that VMware tried to recruit one

18  of your top employees in the middle of acquisition

19  discussions in 2015?

20  A.    I did.  It is true.  Absolutely.

21  Q.    What came of those efforts?

22  A.    Nothing.  Henry decided to stay with us.

23  Q.    And what was the offer, the job that they wanted him

24  to do?

25  A.    They wanted Henry to run DRS, the product management

Green - direct

 1   group.

 2   Q.      And did they make him a formal offer?

 3   A.      They did.

 4   Q.      And DRS is one of the products included in this suit;

 5   correct?

 6   A.      It is.

 7   Q.      So VMware tried to take one of your employees to run

 8   product development for one of the products that is accused

 9   in this suit?

10   A.      They did.

11   Q.      Mr. Smith, I'm going to ask you what may be a leading

12   question.

13          Do you regret engaging in any acquisition talks

14   with VMware?

15   A.      At the time, 2015, we were very excited, excited as a

16   company to engage with what is the holder of the market and

17   a very successful company.

18          I can tell you now, and it's going through

19   this process, and particularly sitting through yesterday,

20   that, you know, you would think I would be very angry.  It's

21   just -- I'm not an angry type of guy.  I have some anger,

22   but mostly it just makes my stomach upset.

23   Q.      Mr. Smith, why has Densify asked you to come here

24   today?

25   A.      I guess for my company.  I just want VMware to stop,

Bergman - cross

1    know of any Cirba prospect, a potential customer, who has

2    been confused by VMware's use of the word "Densify";

3    correct?

4    A.    I have no direct evidence of that, that's correct.

5    Q.    And the same thing with "Densifying" or

6    "Densification," you can't identifying a single prospect

7    that has been confused by my client's use of those words;

8    correct?

9    A.    I cannot identify one, correct.

10   Q.    And by the way, you understand that these words,

11   Densify, Densification, those are plain English words;

12   correct?

13   A.    Plain.  I wouldn't say common.

14   Q.    All right.  But if we want to go Google the words, it

15   will come up in the dictionary; fair?

16   A.    It will.

17   Q.    And the word "densify" has been around for a couple

18   hundred years; right?

19   A.    I think you said 1820.

20   Q.    1820.  And you don't dispute that?

21   A.    No, I -- (Shaking head no.)

22   Q.    Sir, if you could please turn to 4967?  I'm getting

23   close.

24           MR. GONZALEZ:  This is a written response in

25   lieu of deposition.  I'd like to move it into evidence.

# APPENDIX 2

**From:** Mark Lohmeyer
**To:** Narayan Bharadwaj; Chandra Prathuri
**Sent:** 10/12/2015 9:06:12 AM
**Subject:** Re: Workload placement logic

Is there a way to do a good job on this use-case, without exposing a lot of additional complexity?  Would we have to resurrect all of VDC+PBM?

**From: Narayan Bharadwaj**
**Date:** Monday, October 12, 2015 at 6:04 PM
**To:** Chandra Prathuri, Mark Lohmeyer
**Subject:** FW: Workload placement logic

Just between us- the licensing use case is something we hear a lot. Even at lunch today where I was hosting the vCenter table- this came up multiple times from large customers. They are still waiting for the VDC + PBM functionality that was stopped for vSphere 6. The plan for vSphere 6 was EXACTLY whats described by Cirba below.
Right now we have no good answers. If vROPS is serious about this area- then they would need to do a lot more. Integrating with vCenter tags, cluster/DRS, intial/ongoing placement, reporting etc. You could also just take the VDC+PBM code – its not that far fetched. I am quite convinced we had this use case nailed.

Narayan Bharadwaj | Director- CPBU Cloud Services PM, VMWare Inc. | Prom D-1206 | O: 650-427-3456 | M: 650-868-4792 | T: @nadubharadwaj

**From:** Zubair Ansari <zansari@vmware.com>
**Date:** Monday, October 12, 2015 at 8:55 AM
**To:** Chandra Prathuri <cprathuri@vmware.com>, Travis Kendall <tkendall@vmware.com>, Mark Lohmeyer <mlohmeyer@vmware.com>, Narayan Bharadwaj <narayanb@vmware.com>, Chima Njaka <cnjaka@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>, Michael Adams <madams@vmware.com>
**Subject:** RE: Workload placement logic

Just FYI, In meeting with Citi consumer BU they specifically mentioned about software license cost saving as their primary use-case for using Cirba as oppose to placement based on efficiency and improving density based on resource utilization.  Citi mentioned using Cirba "Software license control" which is an add-on on top of their control console,

Cirba's Software License Control module is an add-on to our award-winning Control Console that:

- **Reduces the number of processors/hosts requiring licenses.**
  By maximizing VM density and isolating licensed VMs from those not requiring the licenses.
- **Avoids sprawl by containing the licensed VMs on the licensed physical servers.**
  By restricting placements of licensed VMs to the designated physical servers ensuring ongoing licensing compliance and efficiency.
- **Leverages policies to program VMware DRS rules to ensure ongoing compliance automatically.**
  Any new VMs entering an environment are placed on appropriately licensed servers, while taking into account the pipeline of demand to understand potential growth

Example,
http://www.cirba.com/slc-case/slidedeck-screen4.htm
(don't know if they are referring to Citi in the reference)

Hence in our WLP engine we will need to add application software license usage understanding  and deployment awareness as well.

Δ π EXHIBIT 20
Deponent _Sohn_
Date _7/2/19_ Rptr _AA_
WWW.DEPOBOOKPRODUCTS.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Plaintiffs'
Exhibit
**PTX-1047**
C.A. No. 19-00742 (LPS)

VMW00026124

PTX-1047_0001

thanks
-Zubair


**From:** Chandra Prathuri
**Sent:** Sunday, October 11, 2015 10:30 PM
**To:** Travis Kendall <tkendall@vmware.com>; Mark Lohmeyer <mlohmeyer@vmware.com>; Narayan Bharadwaj <narayanb@vmware.com>; Zubair Ansari <zansari@vmware.com>; Chima Njaka <cnjaka@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>; Michael Adams <madams@vmware.com>
**Subject:** Re: Workload placement logic
**Importance:** High

May be in Nov. - we can set up time with the Citi's planning team?
thanks

**From:** Travis Kendall <tkendall@vmware.com>
**Date:** Sunday, October 11, 2015 at 10:26 PM
**To:** Chandra Prathuri <cprathuri@vmware.com>, Mark Lohmeyer <mlohmeyer@vmware.com>, Narayan Bharadwaj <narayanb@vmware.com>, Zubair Ansari <zansari@vmware.com>, Chima Njaka <cnjaka@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>, Michael Adams <madams@vmware.com>
**Subject:** Re: Workload placement logic

That would be great.  I have good relationships with all the folks at Citi who know the Cirba use case inside out.

Happy to help.

Travis Kendall | **Vmware** Global Solutions Consultant, Citi | Mobile: 917.815.7502 | tkendall@vmware.com

**From:** Chandra Prathuri <cprathuri@vmware.com>
**Date:** Monday, October 12, 2015 at 1:24 AM
**To:** Travis Kendall <tkendall@vmware.com>, Mark Lohmeyer <mlohmeyer@vmware.com>, Narayan Bharadwaj <narayanb@vmware.com>, Zubair Ansari <zansari@vmware.com>, Chima Njaka <cnjaka@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>, Michael Adams <madams@vmware.com>
**Subject:** Re: Workload placement logic

Travis

1. Our current workload planning capability is about 50% of what Cirba has for workload planning. We are making enhancements in Q4 15 and planning a release every quarter on enhancing WLP/DRS – and expect to have richer capability with WLP/DRS/SDRS combination by Q3 16
2. Integration with vRA – phase 1 is in the works for Q4 15 delivery; And likely to have vRA placement with WLP in H1 2016  - to automate placement from vRA
3. Additional constrains such as cost, compliance are part of the plan for H2 16
4. DRS is working on a release next year that can handle additional policy constraints given by WLP
5. Depending on their use case of Cirba – we can start having this conversation in Q4, get their input to affect our H1 2016 releases

Chandra

**From:** Travis Kendall <tkendall@vmware.com>
**Date:** Sunday, October 11, 2015 at 9:46 PM
**To:** Chandra Prathuri <cprathuri@vmware.com>, Mark Lohmeyer <mlohmeyer@vmware.com>, Narayan Bharadwaj <narayanb@vmware.com>, Zubair Ansari <zansari@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>, Michael Adams <madams@vmware.com>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VMW00026125

PTX-1047_0002

**Subject:** Re: Workload placement logic

Chandra,

Thank you for this.  Citi would like to see vROPS "cannibalize" on the Cirba use case for them so they can rationalize away some unwanted tooling in their environment.

Some feedback:

1.  Ability to visualize and plan workload placement – this is the entry point and kind of table stakes.  I'd be interested in you candid thoughts about where we are compared to Cirba and how many releases we will need to reach parity in terms of replacing them
2.  Automating workload placement – Today Citi uses vRA and vRO for Day 1 provisioning of sddc things.  Cirba does not have a well defined integration strategy with vRA as far as I can tell and Citi is apparently frustrated with them/us or both.  Additionally, Citi wants the capability to execute host level and datastore level placement rules.

In your presentation there is a blurb about Granular Afinity/Anti-afinity rules and business and compliancy based actions.  This is the use case that Mark and I are talking about and the one that basically funded Cirba's deal with Citi.  Is there a plan to bring that sort of capability into vROPs and/or DRS?

I think that is the 3rd and final missing link.

Thanks,

TK

Travis Kendall | **Vmware** Global Solutions Consultant, Citi | Mobile: 917.815.7502 | tkendall@vmware.com

**From:** Chandra Prathuri <cprathuri@vmware.com>
**Date:** Sunday, October 11, 2015 at 5:41 PM
**To:** Travis Kendall <tkendall@vmware.com>, Mark Lohmeyer <mlohmeyer@vmware.com>, Narayan Bharadwaj <narayanb@vmware.com>, Zubair Ansari <zansari@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>, Michael Adams <madams@vmware.com>
**Subject:** Re: Workload placement logic

Hi Travis -
Cirba has two key capabilities -

1.  Ability to visualize and plan workload placement
2.  Automating workload placement

Some of the customers I spoke to that use Cirba for planning purposes (Citi, fedex, FIS, Cigna, etc.), are often in a separate planning group.
The planning group comes up with a recommendation on where to place the workloads
The VI admin team – does the placement work.

With vR Ops – you can do 1 today – plan workload placement
We are working on getting the 2 done in the next phase of vR Ops/WLP work.

How it works with DRS -
My understanding is - Cirba mutes the DRS by editing its policies. And then turns DRS back on, after the clusters come to an equilibrium state.

What vR Ops/WLP is working on – hand off the placement to DRS with recommendations; and DRS does the placement based on what it thinks is best, based on constraints

Most customers have not turned automation with Cirba – due to organizational issues and as they are getting comfortable with Cirba's recommendations.

As DRS expands its capabilities through 2016 to take more inputs from vR Ops (such as cost, compliance, SLA, etc.) –

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

then we can provide a better story with vROps/DRS than Cirba (or VMT – which actually turns off DRS)

In the context of Citi, in our conversation with their team, they would like to see vR Ops/Work load placement replace Cirba. However –this is the vi team at Citi asking us ..
Chandra

**From:** Travis Kendall <tkendall@vmware.com>
**Date:** Friday, October 9, 2015 at 10:53 AM
**To:** Mark Lohmeyer <mlohmeyer@vmware.com>, Narayan Bharadwaj <narayanb@vmware.com>, Zubair Ansari <zansari@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>, Chandra Prathuri <cprathuri@vmware.com>, Michael Adams <madams@vmware.com>
**Subject:** Re: Workload placement logic

Mark,

I'm with you on this. Citi paid $4M to Cirba for this use case. No reason to think we can't ask for similar numbers. Citi owns vCloud Suite Advanced and not vSOM but I'm assuming that won't matter from a licensing aspect. If this will be driven by vROPs I'm happy to use it to help bolster a business case for them to upgrade to vCLoud Suite of vREalize Ent.

Would love to hear more.

TK

Travis Kendall | **Vmware** Global Solutions Consultant, Citi | Mobile: 917.815.7502 | tkendall@vmware.com

**From:** Mark Lohmeyer <mlohmeyer@vmware.com>
**Date:** Sunday, October 4, 2015 at 2:52 PM
**To:** Narayan Bharadwaj <narayanb@vmware.com>, Zubair Ansari <zansari@vmware.com>, Travis Kendall <tkendall@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>, Chandra Prathuri <cprathuri@vmware.com>, Michael Adams <madams@vmware.com>
**Subject:** Re: Workload placement logic

Hey guys, any update on this? It would be awesome if we could leverage this existing capability to help customer demonstrate license compliance to Oracle and other ISV's. Since it's in VSOM ENT+, it would be another driver for the to upgrade, if they haven't already.

Thanks,
Mark

**From:** Narayan Bharadwaj <narayanb@vmware.com>
**Date:** Wednesday, September 23, 2015 at 6:36 PM
**To:** Zubair Ansari <zansari@vmware.com>, Travis Kendall <tkendall@vmware.com>, Mark Lohmeyer <mlohmeyer@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>, Chandra Prathuri <cprathuri@vmware.com>
**Subject:** Re: Workload placement logic

Plus Chandra
Narayan Bharadwaj | Director- CPBU Cloud Services PM, VMWare Inc. | Prom D-1206 | O: 650-427-3456 | M: 650-868-4792 | T: @nadubharadwaj

**From:** Zubair Ansari <zansari@vmware.com>
**Date:** Wednesday, September 23, 2015 at 6:32 PM
**To:** Travis Kendall <tkendall@vmware.com>, Mark Lohmeyer <mlohmeyer@vmware.com>
**Cc:** June Yang <juneyang@vmware.com>, Narayan Bharadwaj <narayanb@vmware.com>
**Subject:** Re: Workload placement logic

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VMW00026127

PTX-1047_0004

Travis,

On the call with Citi we discussed WLP today. WLP policies are managed through vR Ops policies.

It was very interesting discussion and probably this is third time I had this with Citi on Cirba and application license use-cases.

Thanks
Zubair

Sent by Outlook for Android


On Wed, Sep 23, 2015 at 4:34 PM -0700, "Travis Kendall" <tkendall@vmware.com> wrote:

Interesting.

We had a call today with Citi to discuss new features in VROPs around initial placement, etc.  Citi was very interested because it is chipping away at the Cirba use case.  They asked about the license management use case and Zubair (cc'd) said that it is something that can be achieved through custom policies.  Not sure where those policies are managed..

Perhaps we can get in synch on the solution and start pursuing it with Citi.  Thoughts?

As I said before this would put a bullet in Cirba's head - at least in Citi's eyes - if we get this right.  They are eager to rationalize tools.

TK

Travis Kendall | Vmware Global Solutions Consultant, Citi | Mobile: 917.815.7502 | tkendall@vmware.com


On 9/23/15, 6:26 PM, "Mark Lohmeyer" <mlohmeyer@vmware.com> wrote:

>It was one of the things that you could have done with PBM/VDC
>(policy-based mgmt / virtual data center) feature that we were looking at
>for 6.0.  We stopped development on it, since we had higher priority
>things to focus on, and needed to repurpose the resources that were
>working on it.
>
>I doubt we'd bring this whole capability back, but I was thinking maybe
>there is a simpler way to just enable this specific use-case in vCenter.
>Or, maybe it can already be done with latest version of vROps.  Do you
>have any more details about how it works with Cirba?
>
>Thanks,
>Mark
>
>On 9/23/15, 5:29 PM, "Travis Kendall" <tkendall@vmware.com> wrote:
>
>>Mark
>>
>>Interesting conversation we had this morning regarding the continuous

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

>>placement policies focused on licensing optimization. Can I hear more
>>about the feature u took out and are considering putting back in and how
>>we would distinguish it relative to what vrops is bringing with policy
>>based continuous placement?
>>
>>Thanks!
>>
>>Travis Kendall
>>917-815-7502
>>Vmware, Inc.
>>Sent from my iPhone
>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VMW00026129

PTX-1047_0006

| From: | Chandra Prathuri |
|---|---|
| To: | Ajay Singh - CMBU, GM; Purnima Padmanabhan |
| CC: | Barry Cooks |
| Sent: | 10/29/2017 11:34:40 AM |
| Subject: | Re: On vR Ops 6.7 Discussion from Friday |

There are very minimal troubleshooting features going in Aria. The primary focus has been Capacity.

The team that is building the capacity analytics is in PA with Claude. While the team building out the UI workflows, and integrating cost engine, etc. is with Karen
The EP Ops related work for vr ops/Wavefront is with BLR and Karen.

I will defer to Barry to add additional resources to add the tag based placement, network data for placement decisions and densifying hosts;
One option may be to consider some of LIQ resources who may pickup the capacity stuff easily; as we are pushing LIQ to Q1 anyway.

Again, Barry knows more on this and we can discuss on Mon the options to make it happen.

> **From:** "Ajay Singh - CMBU, GM" <ajaysingh@vmware.com>
> **Date:** Sunday, October 29, 2017 at 10:01 AM
> **To:** Chandra Prathuri <cprathuri@vmware.com>, Purnima Padmanabhan <ppadmanabhan@vmware.com>
> **Subject:** Fwd: On vR Ops 6.7 Discussion from Friday
>
> Is there a way to trade off troubleshooting features to get more Capacity done?
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> **From:** Chandra Prathuri <cprathuri@vmware.com>
> **Date:** October 28, 2017 at 9:27:56 AM PDT
> **To:** Claude Hamou <chamou@vmware.com>, Barry Cooks <bcooks@vmware.com>, Monica Sharma <monicas@vmware.com>, Chima Njaka <cnjaka@vmware.com>, Kal De <kde@vmware.com>, Purnima Padmanabhan <ppadmanabhan@vmware.com>, Sajai Krishnan <sajaik@vmware.com>, Rob Smoot <rsmoot@vmware.com>
> **Cc:** "Ajay Singh - CMBU, GM" <ajaysingh@vmware.com>
> **Subject:** On vR Ops 6.7 Discussion from Friday
>
> Team
> We had a good discussion yesterday on vR Ops 6.7
>
> In the presentation, while it may have sounded like a negative representation of vR Ops – the intent was to be honest and see what TN does; and what we do and communicate the gaps.
> This is by no means an external message [which marketing knows what to do]
>
> This presentation is also not an intent to put any of the work done in Ops for the past year, in a bad light.
>
> While Ajay may say that, we have been at TN compete for 2 years, he is fully aware of the cards that are dealt. He does not mean it in a negative way on the team.
> Since Barry joined, and when Karen took over core vR Ops last year, we made significant progress with

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VMW00012332

Plaintiffs'
Exhibit
**PTX-1197**
C.A. No. 19-00742 (LPS)

PTX-1197_0001

Δ π **EXHIBIT** 4
Deponent: Sharma
Date 11/22/19 Rptr LV
WWW.DEPOBOOKPRODUCTS.COM

quarterly releases in re-establishing vR Ops in the field.
And since Claude and team started working on Analytics, great progress has been made in WLP, and the new capacity capabilities in the next vR Ops 6.7.

But we all know that TN competes on Capacity; To be candid - 1 on 1 – we loose to TN on capacity.
If we put the VMW hat on, we have been at it for 2 years and still not there. And of course, Ajay and team know the challenges …

Ajay's point is – we need to close the gaps on TN on features in Capacity – then we can use the other muscles, such as Predictive Analytics, to beat TN.

We all know the gaps are not many given the huge amount of work done for 6.7 by this team [working over weekends, long nights, and not much drinking -;) …];

It boils down to –
1)   SW License, tag based placement of workloads in cluster/s
2)   Ability to balance workloads managed by vRA (which is done by TN); while we already do initial placement
3)   Densifying hosts in cluster; while we already densify clusters; Even a what if 'densify cluster' – can help us market.
4)   Adding network constraints in the placement
   a.   TN added vRNI like capability with netflows into TN to close their gaps vs. us; As engineers, we can see that this is a checkbox capability in TN;
   b.   So can we have a check box capability to go to market – and elaborate on the network based placement with richer capabilities integrating vRNI in a future release? That is the question Ajay is asking

As Barry and Claude are thinking about creative ways to incent the teams to accomplish the above stretch goals, Ajay and team will fully support the plan.

Thought I'd share this – as the teams have put in lots of hard work and we are not too far from the goal.

Thanks
Chandra

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Pat Gelsinger |
| **To:** | Shekar Ayyar; Carl Eschenbach; Jonathan Chadwick |
| **CC:** | Raghu Raghuram |
| **Sent:** | 2/9/2015 6:00:36 AM |
| **Subject:** | Re: Confidential - Cirba |

OK – thanks Shekar

And also – thanks for attending on behalf of VMW !

Regards,
Pat.

Pat Gelsinger
CEO VMware
pgelsinger@vmware.com
650-427-4179 (office)

---

**From:** Shekar Ayyar <sayyar@vmware.com>
**Date:** Monday, February 9, 2015 at 5:48 AM
**To:** Pat Gelsinger <pgelsinger@vmware.com>, Carl Eschenbach <carle@vmware.com>, Jonathan Chadwick <jchadwick@vmware.com>
**Cc:** Raghu Raghuram <raghu@vmware.com>
**Subject:** Confidential - Cirba

FYI - I was in a federation briefing with Citi's senior team (Callahan etc) in New York last Friday and they discreetly mentioned to David G and me a company called Cirba as one they liked a lot and felt like it filled a key gap for us. Sounds like it does policy based workload placement. I'm having my team and Raghu's dig deeper into this to see if there's a case for m&a or investment

Sent from my iPhone

Begin forwarded message:

**From:** Shekar Ayyar <sayyar@vmware.com>
**Date:** February 8, 2015 at 10:37:05 AM PST
**To:** "Goulden, David (EMC)" <david.goulden@emc.com>
**Subject:** Re: Citi

Hi David - thanks for having me join. I had a few strategic notes that I'll pen down later today and send you.
On Cirba, yes we do know them and like them - but I have to get a more detailed read on customer breadth. I'm going to think about possibilities shortly with the team and will let you know. Herb also mentioned them in my session with him after our mtg.

Sent from my iPhone

On Feb 8, 2015, at 8:39 AM, Goulden, David <david.goulden@emc.com> wrote:

Shakar, thanks again for attending the Citi meeting : I know you had to make a big effort to be there. The company they were suggesting VMW looks at is Cirba : do you know them and what do you think about the idea?

Thanks
David

Exhibit 1
Wit Gelsinger
Date 11.25.19
Leslie Rockwood CSR RPR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Plaintiffs'
Exhibit
**PTX-1218**
C.A. No. 19-00742 (LPS)

VMW00025752
VMW00025752-1

PTX-1218_0001

| | |
|---|---|
| **From:** | Justin Smith |
| **To:** | Michael Beckmann; Tom Findling; Tim Binkley-Jones; Shyamal Patel; Sam McBride |
| **Sent:** | 7/17/2015 12:05:18 PM |
| **Subject:** | Workload Balance Optimal Solution |
| **Attachments:** | PastedGraphic-1.pdf; ATT00001.htm; PastedGraphic-4.tiff; ATT00002.htm |

Here's my suggestion for fixing the "optimal" problem. This shouldn't be too difficult to add in from a time perspective and should clear up some of the confusion and give the users a little more control over the optimal numbers.

We'll add a band which shows the optimal range and the optimal thresholds will be configurable via the widget configuration. By default we can use 20%, but we can play with that number to get it right, and the user will be able to adjust it for their own environment.

We'll take the threshold into consideration when looking at the overall counts shown for Underutilized, Optimal, and Overutilized. I'm not 100% sure where that logic will be yet, but I'll work that out with Tim. From the user's perspective they will be able to configure the range and affect the numbers.

This DOES make us a look even a little more like Cirba though... But Mike says that's not a problem. :)

**Visual**





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VMW00029980

PTX-1326_0001



VMW00029981

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Configuration**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VMW00029982

PTX-1326_0003



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VMW00029983

PTX-1326_0004

CONFIDENTIAL

VMW00029984

| | |
|---|---|
| **From:** | Phil Molloy |
| **To:** | Chris Wolf |
| **CC:** | Rob Upham |
| **Sent:** | 10/28/2014 4:38:03 AM |
| **Subject:** | Re: UBS meeting last week - Cirba |
| **Attachments:** | 408E419A-65F5-4FDA-8D94-4CF7F5FB7D32[110].png |

That's perfect Chris and makes absolute sense.

They were getting excited and hoping we were going to acquire Cirba, I had assumed it was further integration you were talking about!

Thanks for the fast reply.

Phil

Sent from my iPhone

On 28 Oct 2014, at 11:26, "Chris Wolf" <cwolf@vmware.com> wrote:

Hi Phil,

Right now things are in the early stages with a meeting planned in the coming weeks. At a minimum, expect closer integration with vCAC, vC, and vCO. The requirement is better orchestration by using CiRBA as another feed. CiRBA provides rich intelligence and simply wants to hook into our orchestration layer to make that intelligence more actionable It's a key requirement for our more advanced customers. So in the end, vCO can take feeds from vCOPS and CiRBA and act accordingly. Furthermore, vCAC can query CiRBA to determine proper placement for new VMs. CiRBA brings a lot of nontechnical criteria into capacity analytics (policy, compliance, licensing restrictions). That's very useful for new workload placement, migrations, etc.

In summary, the CiRBA integration isn't about hooking into another capacity management product. It's about hooking into their rich intelligence engine which is extensible and goes well beyond capacity. I hope that helps.

~Chris

**From:** Phil Molloy <pmolloy@vmware.com>
**Date:** Monday, October 27, 2014 at 12:57 PM
**To:** Chris Wolf <cwolf@vmware.com>
**Cc:** Rob Upham <rupham@vmware.com>
**Subject:** UBS meeting last week - Cirba

Hi Chris,

Thanks for running the UBS meeting last week, we definitely moved the ball forward within the account.

At one point, you mentioned talks with Cirba were taking place… are you able to expand on this a little further please? The reason I ask is that there is a lot of interest in using Cirba for pipeline capacity management, the customer is asking what was meant by "talks with Cirba". Is this integration work with vCops, joint partnership/go to market, licensing their product for use within vCops??

If you could elaborate for me, that would be very useful.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Plaintiffs'
Exhibit
**PTX-1639**
C.A. No. 19-00742 (LPS)

VMW00856984

PTX-1639_0001

Thanks,


Phil

*Global Account Manager*
pmolloy@vmware.com
+44 (0) 7747 862 616


<408E419A-65F5-4FDA-8D94-4CF7F5FB7D32[110].png>
<408E419A-65F5-4FDA-8D94-4CF7F5FB7D32[110].png>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Dave Overbeek |
| **To:** | Taruna Gandhi |
| **Sent:** | 6/29/2016 11:50:41 AM |
| **Subject:** | RE: Sweet Spot for Ops-lite/ DRS-lite |

This is the second corrupt ppt you have sent me.  What gives?

*Dave Overbeek – Director – CMBU Technical Marketing*

**From:** Taruna Gandhi
**Sent:** Wednesday, June 29, 2016 11:20 AM
**To:** Dave Overbeek <doverbeek@vmware.com>
**Subject:** Sweet Spot for Ops-lite/ DRS-lite

Dave,
I need some help getting field feedback on sweet spot for Ops-lite/ DRS-Lite.
The idea is to limit vSphere cannibalization by artificially capping the size of the environment that Ops-Lite/ DRS-Lite would be offered for. The fear is that vSphere ENT+ customers will downshift to vSphere STD + Ops-Lite/ DRS-Lite

I am trying to get a sense of where to cap it off – should be a large enough environment to need/value ops mgmt. but not large enough to have a material impact on vSphere ENT+ downshift to vSphere STD.
Questions:
   a)    What is the minimum vSphere deployment size where customer will need simple ops mgmt and DRS-Lite? Is it 10 CPUs, 20-CPUs, 30, 40 etc. (Lower bound, minimum viable size)
   b)    What size of the environment where Ops-Lite/ DRS-lite becomes not enough and customer would want full capabilities? This is upper bound of the market.
   c)    Is Ops-lite even worth doing without DRS-lite?

If you know any commerical team members, please reach out to them as well as the people who always help.

(don't just consult the "smart" people)

See attached comparison deck
Thanks
--TG

**Taruna Gandhi**
Group Manager, Cloud Management Product Marketing | office: 650-427-1601 | mobile: 408-839-7746

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Plaintiffs'
Exhibit
**PTX-1833**
C.A. No. 19-00742 (LPS)

VMW00415634

PTX-1833_0001





DSY01271642
PTX-3443_0001





Plaintiffs'
Exhibit

PTX-3444

C.A. No. 19-00742 (LPS)

DSY01271641
PTX-3444_0001



Plaintiffs'
Exhibit
**PTX-3445**
C.A. No. 19-00742 (LPS)

DSY01144665
PTX-3445_0001

WHITE PAPER – **NOVEMBER 2017**

# OPERATIONALIZE YOUR SOFTWARE-DEFINED DATA CENTER AND MULTI-CLOUD ENVIRONMENTS

Speed the Delivery and Ease the Management of Application and Infrastructure Services with Intelligent Operations from VMware vRealize

**vm**ware®

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**DTX-5056**

CASE NO._____19-742-LPS_____

DATE ENTERED_____

BY: _____
DEPUTY CLERK

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VMW00271978

## Table of Contents

Operations at the Speed of Business                                    3

Why Intelligent Operations?                                            3

Intelligent Operations From vRealize                                   4

Benefits Quantified in Forrester Study                                 5

Solving Two Key Use Cases                                              6

Operationalize SDDC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

    Ensure Readiness                                                 7

    Deploy in Production                                             7

    Optimize and Scale                                               7

Integrate Public Clouds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

    Plan for Cloud and Understand Cloud Costs                        11

    Move Applications to Cloud                                       12

    Unify Intelligent Operations                                    13

Learn More                                                             14



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VMW00271979

DTX-5056 pg. 2 of 15

**ENTERPRISE DIGITAL TRANSFORMATION JOURNEY**

- 30% of workloads are estimated to run in public clouds in 2020
- 60% of VMware customers use a public cloud today
- 67% of customers foresee an ideal end state where they rely on multiple clouds.[1]

## Operations at the Speed of Business

For organizations embracing digital to push boundaries and reimagine markets, it's now business imperative to increase IT operational efficiency. IT infrastructure is directly tied to your enterprise's ability to work faster, increase efficiency, innovate, and harness opportunities in the digital age. Yet maximizing agility and competitive advantage is impossible with siloed systems and reactive troubleshooting approaches.

VMware is the ideal partner to help your organization modernize and keep on-premises data centers healthy and efficient while implementing an effective public cloud strategy.

Intelligent Operations delivered by VMware vRealize® Operations™ integrated with VMware vRealize Log Insight™ and VMware vRealize Business for Cloud™ empowers your organization to plan, manage, and scale your software-defined data center (SDDC) and integrate public clouds with confidence. With deeper insight from applications to infrastructure, Intelligent Operations from vRealize accelerates digital transformation—truly enabling your organization to run any device on any cloud—while minimizing IT's operational commitment.

## Why Intelligent Operations?

A multi-cloud strategy boosts business efficiency and agility, but it can also pose IT management challenges as staff requirements expand from supporting existing on-premises systems to adopting new cloud resources. Traditional models—with dedicated resources and technologies overseeing fragmented and siloed systems—are insufficient in multi-cloud environments because they cannot ensure performance and operational efficiency across applications and infrastructure. With existing models, your enterprise compromises time-to-value and decision-making speed, performance, and multi-cloud cost and capacity optimization.

Intelligent Operations from vRealize can help you achieve the full value of SDDC and public cloud resources if your organization's current approach has you facing any of these challenges:

**Lack of unified visibility** – Point solutions, implemented over time, provide snapshots of data center systems—for example, compute, storage, and networking resources—but no comprehensive, single pane-of-glass view of all critical data together in one platform, preventing easy understanding of what happened across domains when issues arise.

**Reactive troubleshooting** – Major issues and outages typically cause alert storms—from servers, storage, and network devices—generating thousands of emails, yet because operations staff find analyzing so much data nearly impossible, they wait for end users to report problems and then react instead of proactively troubleshooting.

**Overprovisioning in preparation** – To potentially avoid performance and availability issues, teams increase hardware resources (e.g., memory and storage), but overprovisioning adds cost and management overhead without necessarily fixing your performance and availability challenges.

**Limited cost transparency** – Without more insight into infrastructure costs (e.g., virtual machines, CPUs, etc.), it's difficult to correlate overprovisioning and wasted resources—and public cloud integration adds to the cost-complexity equation while also increasing the likelihood of vendor lock-in and operational management silos.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VMW00271980

DTX-5056 pg. 3 of 15

**VMWARE INTELLIGENT OPERATIONS MANAGEMENT DELIVERS**

• Rapid time to value and ROI on SDDC and cloud investments

• Maximum operational efficiency and performance

• Faster decision-making in the multi-cloud era

## Intelligent Operations From vRealize

VMware's intelligent approach to operations management empowers your IT team to evolve from reactive to proactive, even becoming more innovative because team members can agree to identify potential service disruptions or performance drops well before they happen.

Intelligent Operations from vRealize brings all of the most critical IT management functions, including performance and capacity management, troubleshooting, and automated workload balancing enabled by vRealize Operations together with integrated log analytics enabled by vRealize Log Insight and cost analytics, planning, and procurement enabled by vRealize Business for Cloud in one highly intuitive, scalable, and extensible platform. Intelligent Operations from vRealize is everything your team needs to plan, manage, and scale your SDDC and multi-cloud environment.



Figure 1. Get all of the capabilities your IT organization needs to plan, manage, and scale your SDDC and multi-cloud environment with Intelligent Operations from vRealize.

Intelligent Operations from vRealize raises service quality by preventing performance degradation with application-aware monitoring and troubleshooting. It also reduces fingerpointing among teams by providing unified visibility into infrastructure and application health across your SDDC and public clouds. Easy-to-use, persona-based dashboards—coupled with an intuitive user interface, predictive analytics and alerts, and customization capabilities— helps ensure Intelligent Operations improves time to value. For example, using self-learning predictive analytics, Intelligent Operations from vRealize correlates operational data across compute, network, storage, and applications to give you a unified view and proactively alert you about issues.

The platform simplifies operations, streamlining the management of infrastructure and applications with automated workload balancing as well as proactive detection and automatic remediation of issues and anomalies. You can troubleshoot smarter with line-of-sight visibility and by correlating metrics and logs. Views into the health and configuration of all of your SDDC components through native integrations with essential VMware Cloud Foundation components such as VMware vSphere® and VMware vSAN™, as well as detailed vSAN capacity and troubleshooting dashboards, alerts, and metrics make it easy to operationalize your SDDC technologies.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VMW00271981

DTX-5056 pg. 4 of 15

Intelligent Operations from vRealize also provides operational and business insights to help accelerate cloud planning and placement decisions across multiple clouds. It helps reduce costs and risk by optimizing capacity utilization, accurately forecasting capacity needs, and ensuring compliance. The solution can further extend management visibility into physical, virtual and cloud infrastructure and third-party applications through integrated Management Packs and Content Packs offered via VMware Marketplace.

## Benefits Quantified in Forrester Study

You can review the recent Forrester Total Economic Impact™ (TEI) study to gain further insight into all of the business and cost-saving benefits of Intelligent Operations from vRealize.[2]

These are some of the highlights from the Forrester report:



Figure 2. Compare the business and cost-savings benefits Forrester uncovered in Intelligent Operations from vRealize.

Independent researchers noted these specific gains:

• **20% improvement in operational efficiency** – vRealize delivers real-time performance metrics, log analytics, and proactive capacity management, which allows for faster incident resolution and compliance monitoring activities. These functionalities ease the workload of the infrastructure operations team, allowing it to complete the same amount of work in less time.

• **More than 10% savings in hardware costs –** Workloads are proactively balanced across clusters, providing capacity scenario planning capabilities, and both rightsizing and reclaiming capacity. This functionality maximizes existing server utilization, reducing not only overall capacity requirements but also annual growth rates.

• **75% reduction in unplanned downtime –** IT operations teams receive alerts about potential issues so they can then automate an action, such as rebalancing workloads. They also analyze log analytics data to conduct root-cause analysis of problems, allowing teams to solve potential issues before they become critical errors. Together, these functionalities reduce system shutdowns and the ensuing unplanned downtime.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    VMW00271982

DTX-5056 pg. 5 of 15



The California Natural Resources Agency has seen a 42% reduction in capital expenditures and 35% reduction in operating expenditures while achieving a 300% increase in data center capacity for scale and agility with vRealize.

## Solving Two Key Use Cases

When your organization commits to improving IT efficiency and agility with Intelligent Operations from vRealize, you have more time for innovation. That's because you now have one solution instead of many, providing a consistent experience and unified visibility, to operationalize your SDDC and integrate public clouds with confidence.



Figure 3. Enable two key use cases with three core capabilities of Intelligent Operations from vRealize.

### Operationalize SDDC

Operationalizing your SDDC with Intelligent Operations from vRealize accelerates time to value for keeping your SDDC running efficiently.



Figure 4. Prepare staff and infrastructure, efficiently move workloads into production, and scale and optimize your SDDC deployment, speeding investment time to value.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        VMW00271983

DTX-5056 pg. 6 of 15

**Ensure Readiness**

The first challenge with operationalizing your SDDC is ensuring the readiness of both the underlying infrastructure and your team. Intelligent Operations from vRealize includes

• An intuitive user interface

• Out-of-the box dashboards

• Content plus visualizations

• Health and configuration checks

All of these capabilities put information at IT's fingertips, so even those new to technologies such as vSAN for virtual storage become instant experts. Included checks measure performance and provide you with before and after impact views. For example, you can quickly compare the performance of workloads running on traditional storage versus the same workloads running on a vSAN cluster.



Figure 5. Compare storage performance with and without vSAN.

**Deploy in Production**

Once you have prepared your infrastructure and team, you can begin to move production workloads onto the SDDC stack. Intelligent Operations from vRealize gives empowers you to deploy production workloads on SDDC stacks by providing line-of-sight visibility with correlation capabilities across the entire stack. Your team can then troubleshoot production infrastructure like experts using the guided workflows, out-of-the-box and custom dashboards, reports, and views.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VMW00271984

DTX-5056 pg. 7 of 15

For example, Intelligent Operations with native vSAN management integration delivers multi-cluster vSAN management, predictive analytics for performance and capacity management, rapid troubleshooting, and simple monitoring, making it a popular option for large-scale data centers. This approach allows you to

• Proactively monitor infrastructure health

• Quickly resolve issues

• Increase application uptime and

• Lower the risk of business disruptions

As a result, your organization can ultimately reduce costs and shift resources to more strategic initiatives. Read the solution brief about vSAN integration with Intelligent Operations.

Integrated log analytics accelerate your root-cause analysis with 360-degree troubleshooting across structured and unstructured data, side-by-side, and in context. Predictive analytics, smart actionable alerts, and guided remediation also support proactive remediation of performance problems, offering simple, actionable explanations of underlying problems and recommended corrective actions.



Figure 6. Intelligent Operations from vRealize provides integrated log analytics for quick troubleshooting.

Add-on Management Packs and Content Packs also improve visibility and troubleshooting capabilities into other applications (e.g., SAP, Oracle, etc.), infrastructure (e.g., networks and switches), and clouds (e.g., Amazon Web Services), complementing purpose-built capabilities in Intelligent Operations from vRealize.

**Optimize and Scale**
When you can effectively troubleshoot with line-of-sight visibility, there is greater confidence in automating performance management. Intelligent Operations from vRealize helps you fully automate workload balancing and placement across clusters



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VMW00271985

DTX-5056 pg. 8 of 15

and datastores, based on business requirements such as utilization, performance, and even application licensing restrictions. Workload balancing can be set to automatically occur during convenient maintenance windows or be triggered by a specific alert, threshold, or event. Cross-cluster workload balancing happens in conjunction with VMware vSphere® Distributed Resource Scheduler™ (DRS).



Figure 7. Workload balancing in Intelligent Operations from vRealize helps drive optimal cluster utilization.

Intelligent Operations from vRealize takes DRS integration to the next level by offering full DRS management and Predictive DRS (pDRS). With pDRS, your team can avoid contention by combining predictive analytics from Intelligent Operations with vSphere DRS to anticipate future contention and proactively move workloads. Predictive analytics learn the normal behavior, analyzing hourly, daily, and monthly patterns for every metric associated with an object including the upper and lower bound of what has been shown to be normal. vSphere DRS then uses these analytics to predict future demand and proactively prepare for increased demand by triggering move actions.

By pairing Intelligent Operations from vRealize with vRealize Business for Cloud, you can:

• More effectively optimize and manage capacity utilization
• Correlate operational and cost insights to accelerate cloud planning, budgeting, and procurement decisions
• Control costs
• Reduce risk

Capacity analytics proactively alert you with information about usage and demand. You can also use them to inform optimization strategies, such as reclaiming unused and overprovisioned capacity or right-sizing virtual machines (VMs) to increase resource utilization. Intelligent capacity management and modeling also can help you eliminate the need for scripts and spreadsheets. Flexible capacity modeling



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VMW00271986

DTX-5056 pg. 9 of 15

capabilities help you evaluate resourcing approaches and what-if scenarios to ensure you are meeting business demands as well as service-level agreements.

The solution ensures your team further optimizes utilization and capacity by providing insight into the fine-grained cost analysis of various infrastructure components. This way you can better understand how capacity is driving costs, which groups are consuming the least and most capacity, and what currently are the major cost drivers for capacity.

In addition to workload balancing, Intelligent Operations from vRealize optimizes workload placement through integration with VMware vRealize Automation™ (available in vRealize Suite Advanced and above). The vRealize Automation Management Pack extends the operational management capabilities of Intelligent Operations to vRealize Automation cloud constructs such as tenants, business groups, reservations, and reservation policies.

### Integrate Public Clouds

With cloud-first strategies on the rise, your IT and business stakeholders want assurances that your approach to cloud adoption is right. For example, they may want to know when a workload should move to the cloud, where it should it be hosted, and how much it will cost. When you are ready, Intelligent Operations from vRealize helps your team integrate public clouds with confidence by enabling you to compare costs, unify operations management, and track consumption.

In addition to popular public clouds such as Amazon Web Services (AWS) and Microsoft Azure, Intelligent Operations can be used to plan, manage and scale VMware Cloud™ on AWS. The VMware Cloud on AWS solution helps ensure

• Consistency and familiarity of VMware technologies

• Easy workload portability and hybrid capabilities

• Direct access to the power of native AWS services and

• Support for existing and new apps as well as containers and virtual machines

Common use cases include regional capacity disaster recovery and backup, data center consolidation and application migration, and test and development cyclic capacity.

Intelligent Operations from vRealize supports VMware Cloud on AWS by helping your organization achieve four goals:

1. Plan for VMware Cloud on AWS

2. Migrate applications to VMware Cloud on AWS

3. Manage VMware Cloud on AWS (including showing resource status in a unified view of your environment; highlighting system performance; and supporting troubleshooting and capacity management at scale)

4. Extend management to AWS Services



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                VMW00271987

DTX-5056 pg. 10 of 15



Dell EMC has improved workload placement, troubleshooting, and capacity planning with vRealize to achieve optimized utilization of 80%.



Figure 8. Manage your VMware Cloud on AWS environment using Intelligent Operations from vRealize.

Take the VMware Cloud on AWS assessment or read the Using Intelligent Operations with VMware Cloud on AWS solution brief to learn more.



Figure 9. Resolve cost questions about moving to cloud and manage IT apps and infrastructure more efficiently.

**Get Ready for Cloud**

Adding public cloud resources can overcome key business challenges such as ensuring always-available capacity when demand is elastic. However, public clouds may not always be the most efficient choice compared to your on-premises cloud, and even choosing among multiple public clouds can be a challenge.

The cloud comparison capability in vRealize Business for Cloud helps your team quickly compare the cost of running virtual machines across private cloud and multiple public cloud alternatives. The cost is automatically calculated and displayed with customized configurations, including CPU, memory, storage, operating system, expected usage level, and other data. Your IT staff can continuously evaluate the cost of existing and new workload placement in the data center against public clouds.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VMW00271988
DTX-5056 pg. 11 of 15

You can also use Intelligent Operations from vRealize to:

• Identify capacity shortfalls, based on current usage and future requirements
• Optimize private cloud utilization—through right-sizing, reclamation, and densification—to use as much existing capacity as possible
• Compare the costs of deploying workloads on private and public clouds, determining the best placement for each workload, if you still have a capacity shortfall

With more accurate information, your enterprise can make better cloud planning decisions.



Figure 10. Integrated cost insights from vRealize Business for Cloud drive data-driven cloud planning decisions.

**Plan for Application Migration**

When your IT team decides to deploy an application to the cloud, Intelligent Operations from vRealize helps you simplify workload migration planning by

• Assessing the application's underlying dependencies – Service Discovery Management Pack in Intelligent Operations identifies services and their interdependencies while vRealize Network Insight (an add-on to vRealize Suite Standard) helps identify traffic patterns, volumes, and the interconnectedness of different tiers within an application and between applications
• Confirming the readiness of the destination – Intelligent Operations shows the application's resource needs and confirms whether there is enough capacity available at the destination
• Helping to meet compliance – Intelligent Operations helps monitor system compliance and provides alerts if requirements are not met



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    VMW00271989
DTX-5056 pg. 12 of 15



Figure 11. vRealize Network Insight (an add-on to vRealize Suite Standard) helps identify application dependencies.

**Unify Intelligent Operations**

As workloads spread across public and private clouds, you can leverage Intelligent Operations from vRealize for unified management and 360-degree visibility of workloads across your private and public clouds. You can troubleshoot issues using structured and unstructured log data to detect and avoid issues. You can also optimize capacity and forecast future needs—increasing the success of all workload deployments. With Intelligent Operations from vRealize, your team can gain visibility into the cost of on-premises resources and track the usage and spending across multiple public cloud providers and accounts, including VMware Cloud on AWS, Azure, AWS, and IBM SoftLayer, continuously monitoring aggregated operational and cost data across your hybrid cloud environment from a single dashboard.



Figure 12. Extend management using the AWS Management Pack in Intelligent Operations from vRealize.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VMW00271990

## Learn More

Intelligent Operations with vRealize empowers your team to drive digital transformation, speeding application and infrastructure delivery and easing IT management across your data center, private cloud, and the public cloud resources you choose. Solve your current operational challenges and shift resources to more strategic initiatives to prepare for the future with Intelligent Operations delivered by VMware vRealize Suite Standard.



Figure 10. Intelligent Operations by vRealize

Team with VMware to operationalize your SDDC, troubleshooting smarter with full line-of-sight, unified visibility from applications to infrastructure and accelerating time to value by taking advantage of the solution's native integrations, third-party management packs, log analytics, and real-time metrics. In one solution, get answers to your cost questions about moving workloads to the cloud and then manage all of your infrastructure—on-premises and off—more efficiently.

Learn more about VMware Cloud on AWS with Intelligent Operations by vRealize at vmware.com/go/vrops.

---

[1] VMware. "VMware enterprise customer survey," 2016.

[2] Forrester. "The Total Economic Impact Of vRealize Intelligent Operations Cost Savings and Business Benefits Enabled by VMware's Cloud Management Platform," November 2016.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     VMW00271991

DTX-5056 pg. 14 of 15



**VMware, Inc.** 3401 Hillview Avenue Palo Alto CA 94304 USA Tel 877-486-9273 Fax 650-427-5001 www.vmware.com
Copyright © 2017 VMware, Inc. All rights reserved. This product is protected by U.S. and international copyright and intellectual property laws. VMware products are covered by one or more patents listed at
http://www.vmware.com/go/patents. VMware is a registered trademark or trademark of VMware, Inc. and its subsidiaries in the United States and other jurisdictions. All other marks and names mentioned herein
may be trademarks of their respective companies. Item No: 78018wf-vmw-wp-vROps-en-US-uslet-Final
11/17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                VMW00271992

**Densify**   Product   Resources   Partners   Company    FREE TRIAL

# Cirba (Densify) Unveils Optimization Service for Public Cloud and On-Premise Virtual Infrastructure

### Cirba Rebrands to Densify Addressing IT's Demand for Cloud Savings and Infrastructure Efficiency Without Adding the Burden of Managing a Software Product

**Toronto – JUNE 28, 2017 – Cirba Inc.,** today unveiled an analytics service, Densify™, for optimizing public cloud and on-premise virtual infrastructure. The Densify service is the next evolution of SaaS as it combines the organization's predictive and real-time optimization analytics with an assigned Densification Advisor™, eliminating the burden of learning, operating, managing and maintaining software. Cirba also announced it is rebranding to Densify, reflecting the company's strategic value proposition to reduce cloud and infrastructure costs while also improving application performance. The Densify service offers fast time to value, ease of adoption and use and the greatest potential for savings in the market through the industry's most powerful optimization engine. For a limited time, customers can start with the Densify service free for the first 14 days.

"Based on our experience, we know that organizations desperately want to reduce their cloud bill and show highly utilized infrastructure, but there are only so many hours in the day," said Gerry Smith, CEO of Densify. "We understand that IT is looking for more than a software product – they want outcomes. They are looking for experts who can tune and watch over the automated analytics; they want to know that someone is there for them, helping them deliver results – not another management and maintenance burden."

**Driving Immediate Business Value**

With a unique combination of SaaS-based analytics and the Densification Advisor service, Densify is a complete service for automated optimization of public, on-premise or hybrid cloud infrastructures. With Densify, companies automate virtual machine (VM) placement and resource allocation actions to proactively remove risk and drive the lowest unit cost. The new service also offers precise, data-driven cloud migration and transformation strategies and real-time hybrid and multi-cloud workload placements. One of the key benefits of Densify is that it delivers better application performance with the highest asset utilization and lowest public cloud spend *without* requiring any special training. The service is up and running within 15

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## DTX-5231

CASE NO. _____19-742-LPS_____

DATE ENTERED_____

BY: _____
                 DEPUTY CLERK

We're glad you are here! Densify customizes your experience by enabling cookies that help us understand your interests and recommend related information. By using our sites, you consent to our use of cookies. Learn more.

Is there something that I can help you find? I am here to help! 

Document title: Cirba (Densify) Unveils Optimization Service for Public Cloud and On-Premise Virtual Infrastructure | Densify
Capture URL: https://www.densify.com/company/news/releases/20170628-optimization-service-public-cloud-on-premises-infrastructure
Capture timestamp (UTC): Wed, 17 Jul 2019 21:45:17 GMT

Page 1 of 4

VMW00858303

the guess work out of adding new applications, and determining the best way to leverage cloud," said Andrew Hillier, CTO and co-founder of Densify. "The analytics engine is extremely robust and has the ability to model some really advanced modernization techniques such as stacking workloads in bare metal clouds or optimizing container placement within a public cloud instance, which can save upwards of 80 percent of the cloud bill for some customers. Our approach is completely different from other products that are reactionary and can't offer any visibility or insight into the reasoning or best practices of cloud utilization."

The new service offering delivers immediate business value in these key areas:

- **Reduced Cloud Costs** – Densify examines detailed public cloud utilization and billing data to help customers actively reduce costs for services such as Amazon Web Services (AWS)®, Microsoft Azure®, Google® Cloud Platform and IBM® SoftLayer®. Densify leverages workload pattern analysis and industry benchmarks to enable more advanced optimization of cloud usage. For customers, this translates into savings of 41% on average.
- **Reduced Infrastructure Requirements** – In bare metal clouds and on-premise infrastructure, such as an internal VMware® environment, Densify analyzes workload patterns to right-size allocations and strategically place VMs. Densify is the only solution that can dovetail workloads to increase density by an average of 48%, resulting in a savings of 33%.
- **Better Performing Applications** – Densify's predictive analytics leverage historical patterns to model what a workload is going to do in the future. This enables Densify to automatically and proactively place and size VMs to avoid compute and storage risks. It also provides real-time responses to address operational anomalies and unexpected resource shortfalls.
- **Optimized Application Placement and Transformation** – Densify reviews all application requirements and workload patterns to automatically place workloads in the best hosting environments whether in the cloud or on-premise according to requirements, cost and strategic priorities. It also provides detailed cloud migration and technology refresh plans.

### Addressing Cloud Infrastructure Market Challenges

Despite a growing desire to move to the cloud, many organizations remain concerned about the complexity and risk of such a transition, the scarcity of skilled resources that truly understand new cloud environments, and the time and costs required to manage these new implementations. Other cloud optimization solutions require companies to learn and manage tools, which is resource intensive. At the same time, these offerings lack deep analytics to truly identify how to reduce and control operating costs and risk, putting customers in an ongoing reactive mode with ever escalating operating expenses. In contrast, Densify's deep, pattern-based workload analysis provides sophisticated cloud optimization capabilities through right-sizing and advanced hosting strategies, such as leveraging containers. With this unique approach, Densify safely reduces cloud spend by 20 to 80 percent.

"Enterprises are often painfully reminded by their monthly AWS and Azure bills that shoveling their apps to public cloud can lead to unpredictable OPEX," said Torsten Volk, Managing Director, Hybrid Cloud & Infrastructure Management, Enterprise Management Associates (EMA). "Our research shows that cost control is the number

We're glad you are here! Densify customizes your experience by enabling cookies that help us understand your interests and recommend related information. By using our sites, you consent to our use of cookies. Learn more.

Is there something that I can help you find? I am here to help!



VMW00858304

DTX-5231 pg. 2 of 4

the efficiency of public cloud use and provides guidance regarding which public cloud service offers the desired compromise between risk and cost. Densify's service provides exactly this analytics and control layer to instantly optimize existing application environments and show how future environments will be deployed in a policy driven and cost effective manner. This gets even more interesting when considering the new economics introduced by container-as-a-service offerings and by server-less functions."

### Pricing, Availability and Free Usage Period
The new service is available immediately to customers. Pricing is based on service tiers and platform. For a limited time, Densify is enabling customers to start for free for 14 days.  Users can get started with Densify within 15 minutes. For more information or to get started for free, visit www.densify.com.

### About Densify™
Densify has re-imagined infrastructure optimization and control for the hybrid cloud era. Its optimized service delivers operational simplicity while scientifically balancing infrastructure supply and application demand to maximize efficiency and cost savings while enabling better performance. For more information, visit www.densify.com or follow us on Twitter @Densify.



# Choose Your Densify Experience



## Optimize Your Clouds—Free

Begin optimizing all your clouds by connecting to Densify for free. An assigned cloud expert is also available at your convenience to accelerate your value.

SIGN UP FREE



## Join a Group Demo

Watch a no-pressure webcast with one of our technical experts and see how to improve the alignment between your apps and their cloud environments.

REGISTER NOW

| Product | Resources | Partners | Company |
|---|---|---|---|
| Cloud Optimization Engine | Blog | Technology Partnerships | News |
| Optimization as Code | Videos | Find a Partner | Events |
| Amazon Web Services | Datasheets | Become a Partner | Customers |
| Microsoft Azure | Analyst Reports | Partner Portal – The Bridge | Leadership |
| | Customer Stories | | Careers |

We're glad you are here! Densify customizes your experience by enabling cookies that help us understand your interests and recommend related information. By using our sites, you consent to our use of cookies. Learn more.

Is there something that I can help you find? I am here to help!



VMW00858305

DTX-5231 pg. 3 of 4

**About Densify™**

Densify helps eliminate the waste of overprovisioning infrastructure resources in the cloud era. Its optimized service delivers operational simplicity while scientifically balancing infrastructure supply and application demand to maximize efficiency and cost savings while enabling better performance. For more information, visit www.densify.com or follow us on Twitter @Densify.

# Choose Your Densify Experience



## Optimize Your Clouds—Free

Begin optimizing all your clouds by connecting to Densify for free. An assigned cloud expert is also available at your convenience to accelerate your value.

SIGN UP FREE



## Join a Group Demo

Watch a no-pressure webcast with one of our technical experts and see how to improve the alignment between your apps and their cloud environments.

REGISTER NOW

**Product**
Cloud Optimization Engine
Optimization as Code
Amazon Web Services
Microsoft Azure
Google Cloud
Container Optimization
VMware
Security Posture
Pricing
Compare
Request Demo
Start Now

**Resources**
Blog
Videos
Datasheets
Analyst Reports
Customer Stories
Cloud & Containers FAQ

**Partners**
Technology Partnerships
Find a Partner
Become a Partner
Partner Portal – The Bridge

**Company**
News
Events
Customers
Leadership
Careers
Brand Resources
Contact

Legal    Privacy    Manage Subscription, Data, & Cookies

We're glad you are here! Densify customizes your experience by enabling cookies that help us understand your interests and recommend related information. By using our sites, you consent to our use of cookies. Learn more.

Is there something that I can help you find? I am here to help!



Document title: Cirba (Densify) Unveils Optimization Service for Public Cloud and On-Premise Virtual Infrastructure | Densify
Capture URL: https://www.densify.com/company/news/releases/20170628-optimization-service-public-cloud-on-premises-infrastructure
Capture timestamp (UTC): Wed, 17 Jul 2019 21:45:17 GMT
Page 4 of 4

VMW00858306

DTX-5231 pg. 4 of 4