IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIRBA INC. (d/b/a DENSIFY)          :
and CIRBA IP, INC.,                 :
                                    :
            Plaintiffs,             :
                                    :
      v.                            :     Civil Action No. 19-742-LPS
                                    :
VMWARE, INC.,                       :
                                    :
            Defendant.              :

## ORDER

At Wilmington this ___ day of **January, 2020**.

IT IS HEREBY ORDERED that lunch shall be furnished for eight (8) jurors

engaged in the above captioned case on January 14, 2020, January 15, 2020, January 16, 2020,

January 17, 2020, January 21, 2020, January 22, 2020, January 23, 2020, and January 24, 2020.


_____
UNITED STATES DISTRICT JUDGE