**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br>        Plaintiffs, <br>   v. <br><br> VMWARE, INC., <br><br>        Defendant. | C.A. No. 19-742-LPS <br><br> REDACTED - PUBLIC VERSION |

**NOTICE OF LODGING**

PLEASE TAKE NOTICE that Defendant VMware, Inc. ("VMware") hereby lodges with the Court a true and correct copy of certain excerpts from the deposition transcript of James Bergman. The excerpts are submitted to conform the record to what was played in open court to the jury on January 17, 2020, during the trial in the above captioned action and in connection with the testimony by cross-examination of Mr. Bergman. The excerpts lodged are as follows:

•   From the December 28, 2019 deposition of Mr. Bergman: 93:21-25. Attached hereto as Exhibit A.

| | |
|---|---|
| Dated: January 21, 2020 <br><br> OF COUNSEL: <br><br> Arturo J. González <br> Michael A. Jacobs <br> Richard S. J. Hung <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA 94105 <br> (415) 268-7000 <br> agonzalez@mofo.com <br> mjacobs@mofo.com <br> rhung@mofo.com <br><br> Bita Rahebi <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard | YOUNG CONAWAY STARGATT & TAYLOR, LLP <br><br> /s/ *Anne Shea Gaza* <br> Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for VMware, Inc.* |

Los Angeles, CA 90017
(213) 892-5200
brahebi@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
(303) 592-2204
sllewellyn@mofo.com

# **CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on January 30, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kenneth L. Dorsney, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>*kdorsney@morrisjames.com*
>
>*Attorney for Plaintiffs/Counter-Defendants*

I further certify that on January 30, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Courtland L. Reichman, Esquire
>Shawna L. Ballard, Esquire
>Jennifer Estremera, Esquire
>Michael G. Flanigan, Esquire
>Joachim B. Steinberg, Esquire
>Kate Falkenstien, Esquire
>Ariel C. Green, Esquire
>Reichman Jorgensen LLP
>100 Marine Parkway, Suite 300
>Redwood Shores, CA  94065
>
>Sarah O. Jorgensen, Esquire
>Reichman Jorgensen LLP
>1201 West Peachtree Street, Suite 2300
>Atlanta, GA 30309
>
>Christine E. Lehman, Esquire
>Reichman Jorgensen LLP
>818 Connecticut Ave., N.W., Suite 850
>Washington, DC 20006

24585493.1

        Jaime F. Cardenas-Navia, Esquire
        Wesley Lanier White, Esquire
        Khue V. Hoang, Esquire
        Reichman Jorgensen LLP
        100 Park Avenue, Suite 1600
        New York, NY 10017

        *RJ_densify@reichmanjorgensen.com*

        Gary J. Toman, Esquire
        Weinberg Wheeler Hudgins Gunn & Dial
        3344 Peachtree Road NE, Suite 2400
        Atlanta, GA 30326
        *gtoman@wwhgd.com*

        Peter J. Ayers, Esquire
        Law Office of Peter J. Ayers, PLLC
        2200 Bowman Avenue
        Austin, TX 78703
        *peter@ayersiplaw.com*

        *Attorneys for Plaintiffs/Counter-Defendants*

Dated: January 30, 2020          YOUNG CONAWAY STARGATT &
                                                          TAYLOR, LLP

                                                          */s/ Anne Shea Gaza*
                                                          Anne Shea Gaza (No. 4093)
                                                          Robert M. Vrana (No. 5666)
                                                          Samantha G. Wilson (No. 5816)
                                                          Rodney Square
                                                          1000 N. King Street
                                                          Wilmington, Delaware 19801
                                                          *agaza@ycst.com*
                                                          *rvrana@ycst.com*
                                                          *swilson@ycst.com*

                                                          *Attorneys for VMware, Inc.*