**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | C.A. No. 19-742-LPS <br><br> REDACTED - PUBLIC VERSION |

**EXHIBIT B TO NOTICE OF LODGING**

Dated: January 23, 2020
Redacted Version: January 30, 2020
OF COUNSEL:

Arturo J. González
Michael A. Jacobs
Richard S. J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
agonzalez@mofo.com
mjacobs@mofo.com
rhung@mofo.com

Bita Rahebi
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
brahebi@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware, Inc.*

# REDACTED IN ITS ENTIRETY

**CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on January 30, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kenneth L. Dorsney, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>*kdorsney@morrisjames.com*
>
>*Attorney for Plaintiffs/Counter-Defendants*

I further certify that on January 30, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Courtland L. Reichman, Esquire
>Shawna L. Ballard, Esquire
>Jennifer Estremera, Esquire
>Michael G. Flanigan, Esquire
>Joachim B. Steinberg, Esquire
>Kate Falkenstien, Esquire
>Ariel C. Green, Esquire
>Reichman Jorgensen LLP
>100 Marine Parkway, Suite 300
>Redwood Shores, CA  94065
>
>Sarah O. Jorgensen, Esquire
>Reichman Jorgensen LLP
>1201 West Peachtree Street, Suite 2300
>Atlanta, GA 30309
>
>Christine E. Lehman, Esquire
>Reichman Jorgensen LLP
>818 Connecticut Ave., N.W., Suite 850
>Washington, DC 20006

24585493.1

Jaime F. Cardenas-Navia, Esquire
Wesley Lanier White, Esquire
Khue V. Hoang, Esquire
Reichman Jorgensen LLP
100 Park Avenue, Suite 1600
New York, NY 10017

*RJ_densify@reichmanjorgensen.com*

Gary J. Toman, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
*gtoman@wwhgd.com*

Peter J. Ayers, Esquire
Law Office of Peter J. Ayers, PLLC
2200 Bowman Avenue
Austin, TX 78703
*peter@ayersiplaw.com*

*Attorneys for Plaintiffs/Counter-Defendants*

Dated: January 30, 2020

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
*agaza@ycst.com*
*rvrana@ycst.com*
*swilson@ycst.com*

*Attorneys for VMware, Inc.*

2

24585493.1