# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-00742-LPS <br><br> JURY TRIAL DEMANDED |

## [DENSIFY'S PROPOSED] JUDGMENT FOLLOWING JURY VERDICT

The claims asserted by Plaintiffs CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC. (collectively, "Plaintiffs" or "Densify") in Claims I through V of the First Amended Complaint and the defenses asserted thereto by Defendant VMWARE, INC. in this action came before the court for trial beginning January 13, 2020, before a duly impaneled and sworn jury. The issues have been tried and the jury rendered a verdict on January 24, 2020. The verdict was accompanied by the verdict form (D.I. 549), the redacted version of which is attached to this Judgment (D.I. 550). Said verdict form was signed by the foreperson and all jurors as a unanimous verdict, and the verdict was accepted by the Court and filed by the Clerk.

Therefore, pursuant to Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in this matter as follows:

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Plaintiffs Cirba Inc. (d/b/a Densify) and Cirba IP, Inc. (collectively, "Densify") and against Defendant VMware, Inc. ("VMware") on claims of infringement with respect to claims 3 and 7 of U.S. Patent No. 8,209,687 (the '687 Patent), and on claims of infringement with respect to claims 1, 9, 13, and 17 of U.S. Patent No. 9,654,367 (the '367 Patent).

11505976/1

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Densify and against VMware, Inc. that VMware's infringement of the '687 and the '367 patents was willful.

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Densify and against VMware, Inc. that the '687 and the '367 patents are not invalid.

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Defendant VMware and against Densify with respect to Densify's claims for violation of 15 U.S.C § 1125(a), Deceptive Trade Practices under Delaware Law and Common Law Trademark Infringement.

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Densify and against VMware for damages in the amount of $235,724,765 for VMware's infringement of the '687 Patent, subject to any enhanced damages, interest, fees and/or costs that may be subsequently sought and awarded.

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Densify and against VMware for damages in the amount of $1,112,111 for VMware's infringement of the '367 Patent, subject to any enhanced damages, interest, fees and/or costs that may be subsequently sought and awarded.

IT IS ORDERED AND ADJUDGED that this Judgment shall have the effect of denying as moot all motions made by the parties pursuant to Federal Rule of Civil Procedure 50(a).

This JUDGMENT is not a Final Judgment and instead serves to trigger the time for the filing of post-trial motions on issues that were decided by the jury, as well as other post-trial matters, including any motion by Densify for motions for enhancement of damages, permanent

injunction, post-verdict ongoing royalty, attorney's fees, costs, pre-judgment interest, post-judgment interest or other relief.[1]

Dated: _____

                                                          _____
                                                          Chief Judge

                                                          _____
                                                          (By) Deputy Clerk

---

[1] For avoidance of doubt, entry of this non-final JUDGMENT is not intended to trigger the 30-day period under Fed. R. App. P. 4(a)(1) for VMware to appeal the jury's verdict or any of the Court's pretrial rulings.

11505976/1