## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> VMWARE, INC., <br><br> *Defendant*. | C.A. No. 19-742-LPS |

### DEFENDANT VMWARE'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW, FOR A NEW TRIAL AND REMITTITUR, AND TO DISMISS CIRBA INC. FOR LACK OF STANDING

Pursuant to the Court's February 10, 2020 Order (D.I. 574) and Federal Rules of Civil Procedure 12, 50, and 59, Defendant VMware, Inc. hereby moves the Court for judgment as a matter of law, for a new trial and remittitur, and for dismissal of Cirba Inc. for lack of standing.

The grounds for the motions are fully set forth in Defendant VMware's Opening Brief in Support of Motions for Judgment as a Matter of Law, for a New Trial and Remittitur, and to Dismiss Cirba Inc. for Lack of Standing, as well as in the Declaration of Richard S.J. Hung in Support of VMware's Motions for Judgment as a Matter of Law, for a New Trial and Remittitur, and to Dismiss Cirba Inc. for Lack of Standing, filed contemporaneously herewith.

Case 1:19-cv-00742-LPS   Document 601   Filed 03/09/20   Page 2 of 4 PageID #: 40834

| | |
|---|---|
| Dated: March 9, 2020<br><br>OF COUNSEL:<br><br>Arturo J. González<br>Michael A. Jacobs<br>Richard S. J. Hung<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>agonzalez@mofo.com<br>mjacobs@mofo.com<br>rhung@mofo.com<br><br>Deanne E. Maynard<br>Brian R. Matsui<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW Suite 6000<br>Washington, D.C. 20006<br>(202) 887-1500<br>dmaynard@mofo.com<br>bmatsui@mofo.com<br><br>Seth P. Waxman<br>Thomas G. Saunders<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>seth.waxman@wilmerhale.com<br>thomas.saunders@wilmerhale.com<br><br>William F. Lee<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>william.lee@wilmerhale.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for VMware, Inc.* |

# CERTIFICATE OF SERVICE

I, Anne Shea Gaza, hereby certify that on March 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Kenneth L. Dorsney, Esquire
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19801
> *kdorsney@morrisjames.com*
>
> *Attorney for Plaintiffs/Counter-Defendants*

I further certify that on March 9, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

> Courtland L. Reichman, Esquire
> Shawna L. Ballard, Esquire
> Jennifer Estremera, Esquire
> Michael G. Flanigan, Esquire
> Joachim B. Steinberg, Esquire
> Kate Falkenstien, Esquire
> Ariel C. Green, Esquire
> Reichman Jorgensen LLP
> 100 Marine Parkway, Suite 300
> Redwood Shores, CA  94065
>
> Sarah O. Jorgensen, Esquire
> Reichman Jorgensen LLP
> 1201 West Peachtree Street, Suite 2300
> Atlanta, GA 30309
>
> Christine E. Lehman, Esquire
> Reichman Jorgensen LLP
> 818 Connecticut Ave., N.W., Suite 850
> Washington, DC 20006

        Jaime F. Cardenas-Navia, Esquire
        Wesley Lanier White, Esquire
        Khue V. Hoang, Esquire
        Reichman Jorgensen LLP
        750 Third Avenue, Suite 2400
        New York, NY 10017

        *RJ_densify@reichmanjorgensen.com*

        Gary J. Toman, Esquire
        Weinberg Wheeler Hudgins Gunn & Dial
        3344 Peachtree Road NE, Suite 2400
        Atlanta, GA 30326
        *gtoman@wwhgd.com*

        Peter J. Ayers, Esquire
        Law Office of Peter J. Ayers, PLLC
        2200 Bowman Avenue
        Austin, TX 78703
        *peter@ayersiplaw.com*

        *Attorneys for Plaintiffs/Counter-Defendants*

Dated: March 9, 2020

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        */s/ Anne Shea Gaza*
        Anne Shea Gaza (No. 4093)
        Robert M. Vrana (No. 5666)
        Samantha G. Wilson (No. 5816)
        Rodney Square
        1000 N. King Street
        Wilmington, Delaware 19801
        *agaza@ycst.com*
        *rvrana@ycst.com*
        *swilson@ycst.com*

        *Attorneys for VMware, Inc.*

24585493.1