# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., | Civil Action No. 1:19-cv-00742-LPS |
| *Plaintiffs/Counter-Defendants*, | |
| v. | **JURY TRIAL DEMANDED** |
| VMWARE, INC., | |
| *Defendant/Counter-Plaintiff.* | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document,

**DENSIFY'S FIRST SET OF COUNTERCLAIM REQUESTS FOR PRODUCTION TO VMWARE (NOS. 1-164)**

were served upon the attorneys listed below via electronic mail on this 23rd day of April, 2020

prior to 6:00 p.m. EST:

Anne Shea Gaza
Samantha G. Wilson
Robert Vrana
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
agaza@ycst.com
swilson@ycst.com
rvrana@ycst.com

*Attorneys for VMware, Inc.*

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
MoFo_VMware_Cirba@mofo.com

Bita Rahebi
Justin Jeffery Sorensen
Ryan J. Malloy
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
MoFo_VMware_Cirba@mofo.com

*Attorneys for VMware, Inc.*

Michael A. Jacobs
Richard S. J. Hung
Elizabeth Ann Patterson
Diek O. Van Nort
Nathan Sabri
Matthew I. Kreeger
Arturo J. Gonzalez
Mark R.S. Foster
Joyce Liou
R. Benjamin Nelson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
MoFo_VMware_Cirba@mofo.com

Jayson L. Cohen
Shaun P. deLacy
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
MoFo_VMware_Cirba@mofo.com

Daniel C. Hubin
Yue (Lily) Li
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
MoFo_VMware_Cirba@mofo.com

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
William.lee@wilmerhale.com

Seth P. Waxman
Thomas G. Saunders
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Seth.waxman@wilmerhale.com
Thomas.saunders@wilmerhale.com

*Attorneys for VMware, Inc.*

Dated: April 23, 2020

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Plaintiffs/Counter-Defendants*
*Cirba, Inc. and Cirba IP, Inc.*