IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC.,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>VMWARE, INC.,<br><br>        *Defendant*. | C.A. No. 19-742-LPS<br><br>**PUBLIC REDACTED VERSION**<br>**(Filed April 27, 2020)** |

**DEFENDANT VMWARE'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO CIRBA'S MOTION FOR POST-TRIAL RELIEF**

VMware moves this Court for leave to file a short sur-reply in opposition to Cirba's Motion for Post-Trial Relief (D.I. 604). Leave should be granted because (1) Cirba's reply attaches and relies upon two new declarations from Cirba's experts, Vijay Madisetti and Jim Bergman (D.I. 680; D.I. 682); and (2) VMware's proposed 2-page sur-reply and supporting declaration correct misstatements in Cirba's untimely new declarations (Ex. A).

**I.   CIRBA'S REPLY CONTAINS NEW DECLARATIONS FROM ITS EXPERTS**

Cirba filed its Reply Brief in Support of its Motion for Post-Trial Relief on April 14, 2020. (D.I. 679.) Cirba's Reply Brief attaches new declarations from (i) its technical expert Dr. Madisetti (D.I. 680) and (ii) its damages expert Mr. Bergman (D.I. 682).

In his declaration, Dr. Madisetti describes his analysis of the new vSphere 7 product released on April 2, 2020. (D.I. 680.) He further speculates about what he "believe[s]" to be true of vSphere 7, including that: (1) "VMware can simply change the user interface to enable or add the Compute Policies menu item" (D.I. 680 ¶ 6; *see also id*. ¶ 5); (2) "Compute Polices are fully implemented and available in vSphere [7]" (*id*. ¶ 15; *see also id*. ¶ 9); and (3) "VMware can

1

easily provide access to the Compute Policies feature to its customer base through multiple ways" (*id*. ¶ 18; *see also id*. ¶ 11). Relying on Dr. Madisetti's new declaration, Cirba argues in its Reply Brief that the "compute policies lie dormant in vSphere 7, temporarily disabled," but are "ready to be reenabled upon demand" and "coiled to strike." (D.I. 679 at 1.) Cirba offered none of these statements or analysis in its opening brief (D.I. 605) or its Notice of Subsequent Development (D.I. 642), thereby depriving VMware of the opportunity to respond to them.

Mr. Bergman's declaration, too, contains new opinions and evidence to which VMware has not had an opportunity to respond. These include: (1) accusing VMware's expert, Paul Meyer, of ignoring the jury verdict and the law (D.I. 682 ¶¶ 9, 14-19); (2) referencing new evidence and offering new opinions for his theory that VMware would agree to give Cirba 100% of its profits (*id*. ¶¶ 10, 20-22); and (3) asserting, for the first time, that calculating a royalty tied to instances of infringement would be "impractical" (*id*. ¶¶ 11, 24-27).

## II. VMWARE'S PROPOSED SUR-REPLY ADDRESSES INCORRECT STATEMENTS IN CIRBA'S NEW DECLARATIONS

D. Del. LR 7.1.2 provides that parties may submit additional papers after briefing is complete with the Court's approval. "A non-moving party always has the right to respond to new arguments raised in a reply by requesting leave to file a sur-reply." *Catherine B. ex rel. B.B. v. Del. Coll. Preparatory Acad.*, No. 16-806-CFC, 2019 WL 949204, at *5 (D. Del. Feb. 27, 2019) (citing *Novartis AG v. Actavis*, 243 F. Supp. 3d 534, 540 (D. Del. 2017)), *vacated and remanded on other grounds*, No. 19-1649, 2020 WL 639249 (3d Cir. Feb. 11, 2020); *see also St. Clair Intellectual Prop. Consultants v. Samsung Elecs.*, 291 F.R.D. 75, 80 (D. Del. 2013) ("A Court may grant leave to file a sur-reply if it responds to new evidence, facts, or arguments."); D. Del. LR 7.1.3 (c)(2).

The Court should allow VMware to file the proposed sur-reply and Supplemental

Declaration of Chandra Prathuri (Ex. A) to rebut Cirba's new arguments and evidence submitted for the first time in its Reply Brief. This would allow the Court to more "fully and fairly evaluate" the merits of Cirba's Motion for Post-Trial Relief. *See St. Clair*, 291 F.R.D. at 80 (allowing sur-reply to assess pending motion).

### III.     LOCAL RULE 7.1.1 STATEMENT

In accordance with D. Del. LR 7.1.1, on April 16, 2020, counsel for VMware contacted counsel for Cirba in a reasonable effort to reach agreement regarding the matters set forth in this motion. A telephonic meet and confer was held on April 17, 2020, including Delaware counsel for both sides, but the parties were unable to reach agreement.

Dated: April 20, 2020

OF COUNSEL:

Arturo J. González
Michael A. Jacobs
Richard S. J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
agonzalez@mofo.com
mjacobs@mofo.com
rhung@mofo.com

Deanne E. Maynard
Brian R. Matsui
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW Suite 6000
Washington, D.C. 20006
(202) 887-1500
dmaynard@mofo.com
bmatsui@mofo.com

Seth P. Waxman
Thomas G. Saunders
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
seth.waxman@wilmerhale.com
thomas.saunders@wilmerhale.com

William F. Lee
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware, Inc.*

# **CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on April 27, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kenneth L. Dorsney, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>*kdorsney@morrisjames.com*
>
>*Attorney for Plaintiffs/Counter-Defendants*

I further certify that on April 27, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Courtland L. Reichman, Esquire
>Shawna L. Ballard, Esquire
>Jennifer Estremera, Esquire
>Michael G. Flanigan, Esquire
>Joachim B. Steinberg, Esquire
>Kate Falkenstien, Esquire
>Ariel C. Green, Esquire
>Reichman Jorgensen LLP
>100 Marine Parkway, Suite 300
>Redwood Shores, CA  94065
>
>Sarah O. Jorgensen, Esquire
>Reichman Jorgensen LLP
>1201 West Peachtree Street, Suite 2300
>Atlanta, GA 30309
>
>Christine E. Lehman, Esquire
>Reichman Jorgensen LLP
>818 Connecticut Ave., N.W., Suite 850
>Washington, DC 20006

24585493.1

Jaime F. Cardenas-Navia, Esquire
Wesley Lanier White, Esquire
Khue V. Hoang, Esquire
Rahul Sarkar, Esquire
Reichman Jorgensen LLP
750 Third Avenue, Suite 2400
New York, NY 10017

*RJ_densify@reichmanjorgensen.com*

Gary J. Toman, Esquire
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
*gtoman@wwhgd.com*

Peter J. Ayers, Esquire
Law Office of Peter J. Ayers, PLLC
2200 Bowman Avenue
Austin, TX 78703
*peter@ayersiplaw.com*

*Attorneys for Plaintiffs/Counter-Defendants*

Dated: April 27, 2020

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
*agaza@ycst.com*
*rvrana@ycst.com*
*swilson@ycst.com*

*Attorneys for VMware, Inc.*

2

24585493.1