IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> VMWARE, INC., <br><br> *Defendant*. | C.A. No. 19-742-LPS |

**DEFENDANT VMWARE'S MOTION TO STRIKE
NOTICES OF LODGING AND CORRECTED NOTICES OF LODGING**

Defendant VMware, Inc. hereby respectfully moves the Court for an order, substantially similar to the proposed form of order attached hereto, striking the Notices of Lodging (D.I. 691, D.I. 692) (Exs. A and B) and Corrected Notices of Lodging (D.I. 708, D.I. 709) (Exs. C and D).

The grounds for this motion are fully set forth in the accompanying opening letter brief, exhibits, and other submissions, filed concurrently with this motion.

1

|  |  |
|---|---|
| Dated: May 1, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| | */s/ Anne Shea Gaza* |
| Arturo J. González | Anne Shea Gaza (No. 4093) |
| Michael A. Jacobs | Robert M. Vrana (No. 5666) |
| Richard S. J. Hung | Samantha G. Wilson (No. 5816) |
| MORRISON & FOERSTER LLP | Rodney Square |
| 425 Market Street | 1000 North King Street |
| San Francisco, CA 94105 | Wilmington, DE 19801 |
| (415) 268-7000 | (302) 571-6600 |
| agonzalez@mofo.com | agaza@ycst.com |
| mjacobs@mofo.com | rvrana@ycst.com |
| rhung@mofo.com | swilson@ycst.com |
| | |
| Deanne E. Maynard | *Attorneys for VMware, Inc.* |
| Brian R. Matsui | |
| MORRISON & FOERSTER LLP | |
| 2000 Pennsylvania Avenue, NW Suite 6000 | |
| Washington, D.C. 20006 | |
| (202) 887-1500 | |
| dmaynard@mofo.com | |
| bmatsui@mofo.com | |
| | |
| Seth P. Waxman | |
| Thomas G. Saunders | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 1875 Pennsylvania Avenue, NW | |
| Washington, DC 20006 | |
| (202) 663-6000 | |
| seth.waxman@wilmerhale.com | |
| thomas.saunders@wilmerhale.com | |
| | |
| William F. Lee | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA 02109 | |
| (617) 526-6000 | |
| william.lee@wilmerhale.com | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., *Plaintiffs*, v. VMWARE, INC., *Defendant*. | C.A. No. 19-742-LPS |

## LOCAL RULE 7.1.1 CERTIFICATION

In accordance with D. Del. LR 7.1.1, on April 20, 2020, counsel for VMware contacted counsel for Cirba in a reasonable effort to reach agreement regarding the matters set forth in this motion. A telephonic meet and confer was held on April 23, 2020, including Delaware counsel for both sides, but the parties were unable to reach agreement.

| | |
|---|---|
| Dated: May 1, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

OF COUNSEL:

Arturo J. González
Michael A. Jacobs
Richard S. J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
agonzalez@mofo.com
mjacobs@mofo.com
rhung@mofo.com

Deanne E. Maynard
Brian R. Matsui
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW Suite 6000
Washington, D.C. 20006
(202) 887-1500
dmaynard@mofo.com
bmatsui@mofo.com

Seth P. Waxman
Thomas G. Saunders
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
seth.waxman@wilmerhale.com
thomas.saunders@wilmerhale.com

William F. Lee
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> VMWARE, INC., <br><br> *Defendant*. | C.A. No. 19-742-LPS |

## [PROPOSED] ORDER

At Wilmington, this ____ day of _____, 2020, upon consideration of Plaintiffs' Motion to Strike, IT IS HEREBY ORDERED THAT:

1.  The Motion to Strike is GRANTED; and

2.  The Notices of Lodging (D.I. 691, 692) and Corrected Notices of Lodging (D.I. 708, 709) are hereby STRICKEN from the Court's docket.

_____
The Honorable Leonard P. Stark
Chief United States District Judge

26446758

sf-4233481

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, hereby certify that on May 1, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kenneth L. Dorsney, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>*kdorsney@morrisjames.com*
>
>*Attorney for Plaintiffs/Counter-Defendants*

I further certify that on May 1, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Courtland L. Reichman, Esquire
>Shawna L. Ballard, Esquire
>Jennifer Estremera, Esquire
>Michael G. Flanigan, Esquire
>Joachim B. Steinberg, Esquire
>Kate Falkenstien, Esquire
>Ariel C. Green, Esquire
>Reichman Jorgensen LLP
>100 Marine Parkway, Suite 300
>Redwood Shores, CA  94065
>
>Sarah O. Jorgensen, Esquire
>Reichman Jorgensen LLP
>1201 West Peachtree Street, Suite 2300
>Atlanta, GA 30309
>
>Christine E. Lehman, Esquire
>Adam Adler, Esquire
>Reichman Jorgensen LLP
>818 Connecticut Ave., N.W., Suite 850
>Washington, DC 20006

24585493.1

        Jaime F. Cardenas-Navia, Esquire
        Wesley Lanier White, Esquire
        Khue V. Hoang, Esquire
        Rahul Sarkar, Esquire
        Reichman Jorgensen LLP
        750 Third Avenue, Suite 2400
        New York, NY 10017

        *RJ_densify@reichmanjorgensen.com*

        Gary J. Toman, Esquire
        Weinberg Wheeler Hudgins Gunn & Dial
        3344 Peachtree Road NE, Suite 2400
        Atlanta, GA 30326
        *gtoman@wwhgd.com*

        Peter J. Ayers, Esquire
        Law Office of Peter J. Ayers, PLLC
        2200 Bowman Avenue
        Austin, TX 78703
        *peter@ayersiplaw.com*

        *Attorneys for Plaintiffs/Counter-Defendants*

Dated:  May 1, 2020                      YOUNG CONAWAY STARGATT &
                                               TAYLOR, LLP

                                               */s/ Anne Shea Gaza*
                                               Anne Shea Gaza (No. 4093)
                                               Robert M. Vrana (No. 5666)
                                               Samantha G. Wilson (No. 5816)
                                             Rodney Square
                                             1000 N. King Street
                                             Wilmington, Delaware 19801
                                             *agaza@ycst.com*
                                             *rvrana@ycst.com*
                                             *swilson@ycst.com*

                                             *Attorneys for VMware, Inc.*

24585493.1