

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

May 1, 2020

<u>VIA CM/ECF (5/4/2020) AND ELECTRONIC MAIL (5/1/2020)</u>
The Honorable Leonard P. Stark
United States District Court for District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19
Wilmington, DE 19801-3555

      RE:   *Cirba Inc. (d/b/a Densify), et al. v. VMware, Inc.,*
              C.A. No. 19-742-LPS

Dear Chief Judge Stark:

      In light of COVID-19 and pursuant to the Court's request, Plaintiff Densify is providing hyperlinked versions of the following post-trial submissions to chambers electronically today via FTP:

- [SEALED] Densify's Opening Brief in Support its Motion for Post-Trial Relief (D.I. 605);

- [SEALED] Densify's Opposition to Defendant VMware's Motions for Judgment as a Matter of Law, for a New Trial and Remittitur, and to Dismiss Cirba Inc. for Lack of Standing (D.I. 672);

- [SEALED] Densify's Reply Brief in Support of its Motion for Post-Trial (D.I. 679); and

- Densify's Motion to Exclude, or in the Alternative, for Leave to File a Surreply Brief (D.I. 703).

      Counsel for Densify will provide the hyperlinked submission on a USB drive or DVD upon your Honor's request.

                              Respectfully,

                              */s/ Kenneth L. Dorsney*

                              Kenneth L. Dorsney (#3726)
                              kdorsney@morrisjames.com

cc: All counsel of record (via CM/ECF and electronic mail)

500 Delaware Avenue, Suite 1500  |  Wilmington, DE 19801-1494  **T** 302.888.6800  **F** 302.571.1750
**Mailing Address**  P.O. Box 2306  |  Wilmington, DE 19899-2306  www.morrisjames.com
11603242/1