IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-00742-LPS <br><br> JURY TRIAL DEMANDED |

### [PROPOSED] ORDER

WHEREAS, Plaintiffs having moved to redact limited portions of the transcript from the May 15, 2020 telephonic hearing containing certain matters deemed confidential (the "Motion"), and good cause having been shown;

WHEREAS, Defendants do not oppose Plaintiffs' proposed redactions;

IT IS HEREBY ORDERED this ___4th___ day of ___August___, 2020 that the Motion is GRANTED. The redacted version of the transcripts attached as Exhibit B to the Declaration of J. Estremera shall be filed as the public version at the date for release of the electronic transcripts per the Court's policies.

By_____
Hon. Leonard P. Stark
United States District Judge