IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | Civil Action No. 1:19-cv-00742-LPS <br><br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF WITHDRAWAL OF CERTAIN PRO HAC VICE COUNSEL**

Pursuant to Local Rule 83.7, Plaintiffs Cirba Inc. and Cirba IP, Inc.. ("Plaintiffs") hereby notify the Court that Joachim B. Steinberg previously admitted *pro hac vice* on May 7, 2019, is withdrawing as counsel for Plaintiffs in this action. Plaintiffs continue to be represented by the law firms of Reichman Jorgensen LLP and Morris James LLP.

Dated: September 4, 2020

Respectfully submitted,

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
kdorsney@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800

1