

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

September 11, 2020

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court for District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19
Wilmington, DE 19801-3555

      RE:    *Cirba Inc. (d/b/a Densify), et al. v. VMware, Inc.,*
                C.A. No. 19-742-LPS

Dear Chief Judge Stark,

      Pursuant to the Court's September 8, 2020 Oral Order (D.I. 827), the parties in the above-referenced matter write to identify outstanding discovery issues that the parties believe require resolution by the Court and for which VMware requests the scheduling of a discovery teleconference.

      The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers (by telephone) on July 17 and 20, August 17, 26, and 31, and September 10, 2020.

| | |
|---|---|
| Delaware Counsel: | Anne Shea Gaza and/or Robert M. Vrana and/or Beth A. Swadley (on behalf of VMware) |
| | Kenneth L. Dorsney and/or Cortlan S. Hitch (on behalf of Densify) |
| Lead Counsel: | Lily Li and/or Benjamin R. Nelson (on behalf of VMware) |
| | Wesley L. White (on behalf of Densify) |

The parties identify the disputes requiring judicial attention below:

**VMware's issues**:

- Whether Densify's core technical production is deficient and thus should be supplemented, in particular whether Densify has produced its non-public technical documents that explain how the accused products and features work;

- Whether the Court should order Densify to supplement its responses to VMware's Interrogatory Nos. 2, 3 and 6;

The Honorable Leonard P. Stark
September 11, 2020
Page 2



- Whether the Court should order Densify to produce documents, including electronically stored information (ESI), responsive to VMware's Requests for Production Nos. 3, 6, 12, 13, 17, 19, 25, 48, 53-57, 62, 68, 69, 71, 86, 90, 107, and 119 that are created or dated more than six years before VMware filed its counterclaims; and

- Whether the Court should order Densify to run additional search strings proposed by VMware to locate responsive ESI requested by VMware.

- VMware requests a teleconference at the Court's earliest convenience.

**Densify's issues**:

- Whether the Court should order VMware to supplement its responses to Densify's Interrogatories Nos. 1, 2, and 9 to identify the persons most knowledgeable about the requested subject matter;

- Whether the Court should order VMware to supplement its response to Densify's Interrogatory No. 9;

- Whether the Court should order VMware to search for and produce documents responsive to Densify's Request for Production No. 77;

- Whether the Court should order VMware to search for and produce documents responsive to Densify's Requests for Production Nos. 110-112;

- Whether the Court should order VMware to search for and produce documents responsive to Densify's Requests for Production Nos. 119-148.

Should Your Honor have any questions or concerns regarding the foregoing, counsel for both parties are available at the convenience of the Court.

Respectfully,

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)

cc: All counsel of record (via CM/ECF and electronic mail)