IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., Plaintiffs, v. VMWARE, INC., Defendant. | C.A. No. 19-742-LPS |

## ORDER

At Wilmington this **6th** day of **October, 2020**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the following claim terms of U.S. Patent Nos. 8,875,266 (the "'266 Patent"); 10,069,752 (the "'752 Patent"); 8,336,049 (the "'049 Patent"); and 9,521,151 (the "'151 Patent") are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| **"Generate . . . receive . . . adjust . . . transmit"** [claims 1, 10, and 16 of the '049 Patent] | The parties agree that the claim steps are ordered/sequenced. |
| **Preamble** [claim 1 of the '266 Patent] | The parties agree that the preamble to claim 1 of the '266 Patent is limiting. |
| **"Hardware platform"** [claim 1 of the '266 Patent] | "Physical system hardware" |
| **Preamble** [claims 1 and 12 of the '151 Patent] | The parties agree that the preambles to claims 1 and 12 of the '151 Patent are limiting. |
| **Preamble** | The parties agree that the preambles to claims 1 and 9 of the '752 are limiting. |

| [claims 1 and 9 of the '752 Patent] | |
|---|---|
| **"Snapshots"**<br><br>[claims 1 and 9 of the '752 Patent] | "Data that contains configuration and resource usage information of a distributed computer system at a particular moment in time" |
| **"Provisioning [virtual machines]"**<br><br>[claims 1, 10, and 16 of the '049 Patent] | "For example, instantiating, starting, stopping, suspending and de-allocating, or similar activity." |
| **"Virtual machine utilization for the application"**<br><br>[claims 1, 10, and 16 of the '049 Patent] | "Utilization of virtual machine computing resources for the application." |
| **"Receiving/received resource utilization statistics"**<br><br>[claims 1, 8-10, 13, 14, 16, 19, and 20 of the '049 Patent] | "Receiving/received past, current, or future resource utilization statistics." |
| **"Transmit[ting] instructions relating to provisioning virtual machines"**<br><br>[claims 1, 10, and 16 of the '049 Patent] | Not indefinite. |
| **"Identifying"**<br><br>[claim 1 of the '266 Patent] | No construction necessary. |
| **"Prohibiting the virtual machine from executing"**<br><br>[claim 1 of the '266 Patent] | "For example, terminating the virtual machine, or preventing the virtual machine from initializing or completing initialization." |
| **"Permitting the virtual machine to execute" / "authorized to execute"**<br><br>[claim 1 of the '266 Patent] | "For example, permitting the virtual machine to initialize or continue running" / "for example, permitted to initialize or run." |
| **"Policies"**<br><br>[claim 1 of the '266 Patent] | "Data defining access and/or operating controls on the operation of virtual machines on host platforms." |
| **"Optimizing" / "optimize"**<br><br>[claims 1 and 12 of the '151 Patent] | "Achieving a user-desired state." |
| **"Operating conditions"**<br><br>[claims 1 and 12 of the '151 Patent] | Not indefinite. |

| | |
|---|---|
| "The at least one policy set"<br><br>[claims 1 and 12 of the '151 Patent] | Not indefinite. |
| "Objective"<br><br>[claims 3, 4, 14, and 15 of the '151 Patent] | Plain and ordinary meaning. |
| "The desired state"<br><br>[claims 1 and 12 of the '151 Patent] | Not indefinite. |
| "User-defined threshold"<br><br>[claims 2 and 13 of the '151 Patent] | Not indefinite. |
| "At least one recommended action"<br><br>[claims 2, 5, and 6 of the '151 Patent] | Not indefinite. |
| "A recommended change to the operating conditions of the cloud environment to achieve at least one desired state consistent with the at least one user-defined policy"<br><br>[claims 1 and 12 of the '151 Patent] | Not indefinite. |
| "Interfacing with the distributed computer systems at a remote resource allocation module that is located outside of the distributed computer systems"<br><br>[claims 1 and 9 of the '752 Patent] | Not indefinite. |
| "Remote resource allocation module"<br><br>[claims 1 and 9 of the '752 Patent] | Indefinite. |
| "Receiving a plurality of computer system snapshots"<br><br>[claims 1 and 9 of the '752 Patent] | Not indefinite. |
| "As defined by the computer system snapshots"<br><br>[claims 3 and 11 of the '752 Patent] | Not indefinite. |

_____
UNITED STATES DISTRICT JUDGE