IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> *Plaintiff/Counter-Defendant* <br><br> v. <br><br> VMWARE, INC., <br><br> *Defendant/Counter-Plaintiff*. | C.A. No. 19-742-LPS |

**VMWARE, INC.'S NOTICE OF DEPOSITION OF
<u>RAY BOOTS</u>**

**PLEASE TAKE NOTICE** that, under Rules 26 and 30 of the Federal Rules of Civil Procedure, on a date to be mutually agreed upon by the parties, at 9:00 a.m. Pacific or another time mutually agreed upon by the parties, Defendant VMware, Inc. ("VMware"), by and through its attorneys, will take the deposition by oral examination of Ray Boots. The deposition will be conducted via video link to be sent from TSG Reporting, 228 E. 45th Street, Suite 810, New York, NY 10017, to the witness and his attorneys, who may appear remotely, or by other means and/or at any other place that may be agreed upon by the parties.

The examination will take place before a notary public or other person authorized to administer oaths and will continue until completed. The testimony at the deposition will be recorded by videographic, audio, audiovisual, video conferencing, stenographic, and/or real-time computer means from a remote location separate from the deponent.

27245425.1

| | |
|---|---|
| Dated: November 4, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| Arturo J. González<br>Michael A. Jacobs<br>Richard S. J. Hung<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>agonzalez@mofo.com<br>mjacobs@mofo.com<br>rhung@mofo.com | */s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| Bita Rahebi<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>(213) 892-5200<br>brahebi@mofo.com | *Attorneys for VMware, Inc.* |
| Scott F. Llewellyn<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202-5638<br>(303) 592-2204<br>sllewellyn@mofo.com | |

27245425.1

# CERTIFICATE OF SERVICE

I, Robert M. Vrana, hereby certify that on November 4, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kenneth L. Dorsney, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>*kdorsney@morrisjames.com*
>
>*Attorney for Plaintiffs/Counter-Defendants*

I further certify that on November 4, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Courtland L. Reichman, Esquire
>Shawna L. Ballard, Esquire
>Jennifer Estremera, Esquire
>Michael G. Flanigan, Esquire
>Kate Falkenstien, Esquire
>Ariel C. Green, Esquire
>Reichman Jorgensen LLP
>100 Marine Parkway, Suite 300
>Redwood Shores, CA 94065
>
>Sarah O. Jorgensen, Esquire
>Reichman Jorgensen LLP
>1201 West Peachtree Street, Suite 2300
>Atlanta, GA 30309
>
>Christine E. Lehman, Esquire
>Adam Adler, Esquire
>Reichman Jorgensen LLP
>818 Connecticut Ave., N.W., Suite 850
>Washington, DC 20006

Case 1:19-cv-00742-LPS   Document 878   Filed 11/04/20   Page 4 of 4 PageID #: 65650

        Jaime F. Cardenas-Navia, Esquire
        Wesley Lanier White, Esquire
        Khue V. Hoang, Esquire
        Rahul Sarkar, Esquire
        Reichman Jorgensen LLP
        750 Third Avenue, Suite 2400
        New York, NY 10017

        *RJ_densify@reichmanjorgensen.com*

        Gary J. Toman, Esquire
        Weinberg Wheeler Hudgins Gunn & Dial
        3344 Peachtree Road NE, Suite 2400
        Atlanta, GA 30326
        *gtoman@wwhgd.com*

        Peter J. Ayers, Esquire
        Law Office of Peter J. Ayers, PLLC
        2200 Bowman Avenue
        Austin, TX 78703
        *peter@ayersiplaw.com*

        Paul D. Clement, Esquire
        Julie M.K. Siegal, Esquire
        Kirkland & Ellis LLP
        1301 Pennsylvania Avenue, N.W.
        Washington, DC.  20004
        *paul.clement@kirkland.com*
        *julie.siegal@kirkland.com*

        *Attorneys for Plaintiffs/Counter-Defendants*

Dated:  November 4, 2020        YOUNG CONAWAY STARGATT &
                                              TAYLOR, LLP

                                              */s/ Robert M. Vrana*
                                              Anne Shea Gaza (No. 4093)
                                              Robert M. Vrana (No. 5666)
                                              Samantha G. Wilson (No. 5816)
                                              Rodney Square
                                              1000 N. King Street
                                              Wilmington, Delaware 19801
                                              *agaza@ycst.com*
                                              *rvrana@ycst.com*
                                              *swilson@ycst.com*
                                              *Attorneys for VMware, Inc.*

25452249.1

2