IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> *Plaintiffs and Counter-Defendants*, <br><br> v. <br><br> VMWARE, INC., <br><br> *Defendant and Counter-Plaintiff*. | C.A. No. 19-742-LPS <br><br> (CONSOLIDATED) |

### VMWARE, INC.'S MOTION TO COMPEL

Pursuant to the Court's Stipulation and Order Relating to Procedures for Resolving Discovery Disputes Before Special Master (D.I. 1028), VMware, Inc. moves the Court for an Order compelling Cirba Inc. (d/b/a Densify) and Cirba IP, Inc. (collectively, "Cirba") to: (1) produce documents and information regarding its litigation financing in response to VMware's Request for Production No. 199 and Interrogatory No. 33; and (2) supplement Cirba's May 11, 2021 Initial Infringement Contentions to provide fair notice of its infringement theories. A proposed order is attached to VMware's letter brief.

The grounds for this motion are set forth in VMware's letter brief in support of its motion to compel and the letter's exhibits, which were submitted to the Special Master contemporaneously herewith. Pursuant to D. Del. LR 7.1.1., undersigned counsel certifies that a reasonable effort was made to reach agreement with Cirba regarding the matters set forth in this motion, including oral communication involving Delaware counsel for all parties, but no agreement was reached.

Dated: August 19, 2021

*Of Counsel:*

Arturo J. González
Michael A. Jacobs
Richard S. J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
agonzalez@mofo.com
mjacobs@mofo.com
rhung@mofo.com

Bita Rahebi
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
brahebi@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware, Inc.*

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, hereby certify that on August 19, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kenneth L. Dorsney, Esquire
>Cortlan S. Hitch, Esquire
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19801
>*kdorsney@morrisjames.com*
>*chitch@morrisjames.com*
>
>*Attorney for Plaintiffs/Counter-Defendants*

I further certify that on August 19, 2021, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Courtland L. Reichman, Esquire
>Shawna L. Ballard, Esquire
>Jennifer Estremera, Esquire
>Michael G. Flanigan, Esquire
>Kate Falkenstien, Esquire
>Ariel C. Green, Esquire
>Reichman Jorgensen Lehman & Feldberg LLP
>100 Marine Parkway, Suite 300
>Redwood Shores, CA  94065
>
>Sarah O. Jorgensen, Esquire
>Reichman Jorgensen Lehman & Feldberg LLP
>1201 West Peachtree Street, Suite 2300
>Atlanta, GA 30309
>
>Christine E. Lehman, Esquire
>Adam Adler, Esquire
>Connor S. Houghton, Esquire
>Reichman Jorgensen Lehman & Feldberg LLP
>1710 Rhode Island Ave., N.W.
>12th Floor
>Washington, DC 20036

        Jaime F. Cardenas-Navia, Esquire
        Wesley Lanier White, Esquire
        Khue V. Hoang, Esquire
        Reichman Jorgensen Lehman & Feldberg LLP
        750 Third Avenue, Suite 2400
        New York, NY 10017

        *RJ_densify@reichmanjorgensen.com*

        Gary J. Toman, Esquire
        Weinberg Wheeler Hudgins Gunn & Dial
        3344 Peachtree Road NE, Suite 2400
        Atlanta, GA 30326
        *gtoman@wwhgd.com*

        Paul D. Clement, Esquire
        Julie M.K. Siegal, Esquire
        Kirkland & Ellis LLP
        1301 Pennsylvania Avenue, N.W.
        Washington, DC.  20004
        *paul.clement@kirkland.com*
        *julie.siegal@kirkland.com*

        *Attorneys for Plaintiffs/Counter-Defendants*

Dated:  August 19, 2021　　　　　　　　　　　YOUNG CONAWAY STARGATT &
                                               TAYLOR, LLP

                                               */s/ Anne Shea Gaza*
                                               Anne Shea Gaza (No. 4093)
                                               Robert M. Vrana (No. 5666)
                                               Samantha G. Wilson (No. 5816)
                                               1000 N. King Street
                                               Wilmington, Delaware 19801
                                               *agaza@ycst.com*
                                               *rvrana@ycst.com*
                                               *swilson@ycst.com*

                                               *Attorneys for VMware, Inc.*