### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. D/B/A DENSIFY and CIRBA IP, INC.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>VMWARE, INC.,<br><br>*Defendant/Counter-Plaintiff*. | Civil Action No. 1:19-cv-00742-LPS<br><br>(Consolidated)<br><br>**JURY TRIAL DEMANDED** |

### DENSIFY'S MOTION FOR DISQUALIFICATION OF SPECIAL MASTER

Pursuant to the Court's Order Appointing Special Master (D.I. 1040), Cirba Inc. (d/b/a Densify) and Cirba IP, Inc. (collectively, "Densify") file this Motion for Disqualification of Special Master, and move the Court, pursuant to 28 U.S.C. §§ 455, for an order disqualifying John W. Shaw from serving as Special Master in the above-captioned case. A proposed order is attached hereto.

The grounds for this motion are set forth in Densify's letter brief in support of its motion for disqualification and the exhibits thereto, which were submitted to the Special Master on September 7, 2021.

| | |
|---|---|
| Dated: September 24, 2021 | Respectfully submitted, |
| | */s/ Kenneth L. Dorsney* |
| Christine E. Lehman (*pro hac vice*) | Kenneth L. Dorsney (#3726) |
| clehman@reichmanjorgensen.com | kdorsney@morrisjames.com |
| Reichman Jorgensen Lehman & | Cortlan Hitch (#6720) |
| Feldberg LLP | chitch@morrisjames.com |
| 1710 Rhode Island Avenue, 12th Floor | Morris James LLP |
| Washington, DC 20036 | 500 Delaware Avenue, Suite 1500 |
| Telephone: (202) 894-7310 | Wilmington, DE 19801 |
| Telecopier: (650) 623-1449 | Telephone: (302) 888-6800 |
| | |
| Khue V. Hoang (*pro hac vice*) | Courtland L. Reichman (*pro hac vice*) |
| khoang@reichmanjorgensen.com | creichman@reichmanjorgensen.com |
| Reichman Jorgensen Lehman & | Reichman Jorgensen Lehman & |
| Feldberg LLP | Feldberg LLP |
| 750 Third Avenue, Suite 2400 | 100 Marine Parkway, Suite 300 |
| New York, NY 10017 | Redwood Shores, California 94065 |
| Telephone: (212) 381-1965 | Telephone: (650) 623-1401 |
| Telecopier: (650) 623-1449 | Telecopier: (650) 623-1449 |
| | |
| | **ATTORNEYS FOR CIRBA INC.** |
| | **(d/b/a DENSIFY) AND CIRBA IP, INC.** |