IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> *Plaintiffs and Counter-Defendants*, <br><br> v. <br><br> VMWARE, INC., <br><br> *Defendant and Counter-Plaintiff*. | C.A. No. 19-742-LPS <br><br> (CONSOLIDATED) |

## VMWARE, INC.'S MOTION TO COMPEL

Pursuant to the Court's Stipulation and Order Relating to Procedures for Resolving Discovery Disputes Before Special Master (D.I. 1028), VMware moves the Court for an Order: (1) compelling Cirba Inc. (d/b/a Densify) and Cirba IP, Inc. (collectively, "Cirba") and Cirba's patent agent Brett Slaney to produce discovery and privilege logs regarding VMware's inequitable conduct and unclean hands defenses in response to VMware's Request for Production No. 215, Interrogatory No. 36, and subpoena to Mr. Slaney; and (2) compelling Cirba to run disputed ESI terms and produce all documents responsive to VMware's Request for Production Nos. 175-178, 180-182, 184-187, 189-197, 201-206, and 208-211. A proposed order is attached to VMware's opening letter brief.

The grounds for this motion are set forth in VMware's letter brief in support of its motion to compel and the letter's exhibits, which were submitted to the Special Master contemporaneously herewith. Pursuant to D. Del. LR 7.1.1., undersigned counsel certifies that a reasonable effort was made to reach agreement with Cirba regarding the matters set forth in this motion, including oral communication involving Delaware counsel for all parties, but no agreement was reached.

Dated: November 30, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Of Counsel:*

Arturo J. González
Michael A. Jacobs
Richard S. J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
agonzalez@mofo.com
mjacobs@mofo.com
rhung@mofo.com

Bita Rahebi
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
brahebi@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
(303) 592-2204
sllewellyn@mofo.com

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 30, 2021, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

Kenneth L. Dorsney
Cortlan S. Hitch
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com
chitch@morrisjames.com

Gary J. Toman
Weinberg Wheeler
Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
*gtoman@wwhgd.com*

Paul D. Clement
Julie M.K. Siegal
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC. 20004
paul.clement@kirkland.com
julie.siegal@kirkland.com

Courtland L. Reichman
Shawna L. Ballard
Jennifer Estremera
Michael G. Flanigan
Kate Falkenstien
Ariel C. Green
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

Christine E. Lehman
Adam Adler
Connor S. Houghton
Reichman Jorgensen Lehman & Feldberg LLP
1710 Rhode Island Ave., N.W., 12th Floor
Washington, DC 20036

Sarah O. Jorgensen
Reichman Jorgensen Lehman & Feldberg LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309

Jaime F. Cardenas-Navia
Wesley Lanier White
Khue V. Hoang
Peter T. Mastroianni
Reichman Jorgensen Lehman & Feldberg LLP
750 Third Avenue, Suite 2400
New York, NY 10017

RJ_densify@reichmanjorgensen.com

2

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware, Inc.*