IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) and CIRBA IP, INC., <br><br> *Plaintiffs and Counter-Defendants*, <br><br> v. <br><br> VMWARE, INC., <br><br> *Defendant and Counter-Plaintiff.* | C.A. No. 19-742-LPS <br><br> (CONSOLIDATED) |

**[PROPOSED] ORDER**

At Wilmington this ___ day of _____, 2021, the Special Master having considered VMware's Motion to Compel and the papers submitted in connection therewith,

IT IS HEREBY ORDERED that, no later than December 17, 2021, Cirba Inc. (d/b/a Densify) and Cirba IP, Inc. (collectively, "Cirba") and Brett Slaney shall produce discovery and privilege logs regarding VMware's inequitable conduct and unclean hands defenses, including:

1. Producing all responsive documents in compliance with the full scope of VMware's Request for Production No. 215;

2. Providing a complete, narrative response to VMware's Interrogatory No. 36;

3. Producing all responsive documents in compliance with the full scope of VMware's subpoena to Mr. Slaney;

4. Making Mr. Slaney available for deposition; and

5. Producing privilege logs identifying all responsive inequitable conduct information that Cirba withholds on the basis of a privilege or immunity.

IT IS FURTHER ORDERED that, no later than December 17, 2021, Cirba shall run the disputed ESI terms (VMware's modified term Nos. 1-7 and 12-13 and new term Nos. 1, 2, 4-8 in VMware Letter Ex. 12) and produce all documents responsive to VMware's Request for

Production Nos. 175-178, 180-182, 184-187, 189-197, 201-206, and 208-211.

    IT IS HEREBY ORDERED.

                                                                                                                  _____

                                                                                                                    John Shaw
                                                                                                                    Special Master