

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

August 21, 2023

**VIA CM/ECF & HAND DELIVERY**

The Honorable Gregory B. Williams
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Cirba Inc. (d/b/a Densify), as successor-in-interest to Cirba IP, Inc. v. VMware, Inc.*, C.A. No. 19-742-GBW

Dear Judge Williams:

    VMware has prepared hyperlinked versions of the following post-trial submissions and is enclosing two (2) USB drives, each containing a full set of the post-trial submissions and cited declarations, exhibits, case filings, and legal authorities[1]:

- [SEALED] VMware's Opening Brief in Support of Its Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial (D.I. 1829);

- [SEALED] VMware's Answering Brief in Opposition to Cirba's Post-Trial Motions (D.I. 1838); and

- [SEALED] VMware's Reply Brief in Support of Its Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial. (D.I. 1847).

    Contemporaneously with this filing, counsel are also emailing electronic copies of the foregoing to chambers and Cirba's counsel with the necessary access instructions.

---

[1] Please also note that, in preparing these papers, VMware identified one citation error in its reply post-trial brief (D.I. 1847), where "*Id.* 3" in the final line of page 1 should have cited to "Opp. at 3". The enclosed hyperlinked version of the reply brief therefore links to the corrected citation, which is page 3 of Cirba's opposition to VMware's post-trial motion.

Young Conaway Stargatt & Taylor, LLP
The Honorable Gregory B. Williams
August 21, 2023
Page 2

Respectfully,

/s/ *Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

Enclosures

cc:   All Counsel of Record (CM/ECF and E-Mail)