# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) as the successor-in-interest to CIRBA IP INC., <br><br> Plaintiff, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | C.A. No. 19-742-GBW |

## VMWARE'S NOTICE OF FINAL OFFICE ACTION REGARDING *EX PARTE* REEXAMINATION OF U.S. PATENT NO. 8,209,687

VMware, Inc. submits this notice to advise the Court of related proceedings regarding U.S. Patent No. 8,209,687 (the "'687 patent"), which Cirba Inc. (d/b/a Densify, the successor-in-interest to Cirba IP Inc.) has asserted against it.

On February 24, 2021, the U.S. Patent and Trademark Office ("PTO") granted VMware's request for *ex parte* reexamination of asserted claims 3 and 7 of the '687 patent. (D.I. 969.)

On October 6, 2021, the PTO issued a Non-Final Office Action rejecting both asserted claims of the '687 patent as obvious. (D.I. 1048.)

On July 7, 2022, the PTO issued another Non-Final Office Action again rejecting both asserted claims of the '687 patent as obvious. (D.I. 1317.)

On May 1, 2023, a jury found willful infringement and validity of claims 3 and 7 of the '687 patent and claims 1, 9, 11, and 13 of U.S. Patent No. 9,654,367 (the "'367 patent"). The jury awarded Cirba $84.5 million for the '687 patent and $1.5 million for the '367 patent. (D.I. 1785.)

On October 2, 2023, the PTO issued a Final Office Action again rejecting both asserted claims of the '687 patent as obvious. A copy of the Final Office Action is attached as Exhibit A.

VMware notes that, at Cirba's request, the Court previously severed and stayed Cirba's claims relating to two of its other patents: U.S. Patent No. 10,523,492 ("'492 patent) and U.S. Patent No. 10,951,459 ("'459 patent"). (D.I. 1583.) Cirba has appealed from the Final Written Decisions by the Patent Trial and Appeal Board ("PTAB") determining the asserted claims of those two patents to be invalid. Briefing in those appeals remains ongoing.

VMware will keep the Court apprised of any further developments in the reexamination proceedings. Should the Court be interested in its position as to how to proceed in view of the PTO's Final Office Action on the '687 patent, VMware would be happy to provide it. *See CAO Lighting, Inc. v. General Electric Co.*, No. 1:20-cv-681-GBW, D.I. 460, 461 (D. Del. Oct. 2, 2023) (inviting parties' positions on how to proceed in light of IPR decision); *see also CAO Lighting, Inc. v. Osram Sylvania, Inc.*, No. 1:20-cv-690-GBW, D.I. 415 (D. Del. Oct. 2, 2023) (same).

| | |
|---|---|
| Dated: October 13, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel:* | /s/ *Robert M. Vrana* |
| Arturo J. González | Anne Shea Gaza (No. 4093) |
| Michael A. Jacobs | Robert M. Vrana (No. 5666) |
| Richard S. J. Hung | Samantha G. Wilson (No. 5816) |
| MORRISON & FOERSTER LLP | Rodney Square |
| 425 Market Street | 1000 North King Street |
| San Francisco, CA 94105 | Wilmington, DE 19801 |
| (415) 268-7000 | (302) 571-6600 |
| agonzalez@mofo.com | agaza@ycst.com |
| mjacobs@mofo.com | rvrana@ycst.com |
| rhung@mofo.com | swilson@ycst.com |
| | *Attorneys for VMware, Inc.* |
| Bita Rahebi | |
| MORRISON & FOERSTER LLP | |
| 707 Wilshire Boulevard | |
| Los Angeles, CA 90017 | |
| (213) 892-5200 | |
| brahebi@mofo.com | |

2

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on October 13, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Brian E. Farnan | Courtland L. Reichman |
| Michael J. Farnan | Shawna L. Ballard |
| Farnan LLP | Jennifer Estremera |
| 919 North Market Street, 12th Floor | Laura Carwile |
| Wilmington, DE 19801 | Reichman Jorgensen Lehman & Feldberg LLP |
| bfarnan@farnanlaw.com | 100 Marine Parkway, Suite 300 |
| mfarnan@farnanlaw.com | Redwood Shores, CA 94065 |
| | |
| Gary J. Toman | Christine E. Lehman |
| Weinberg Wheeler | Adam Adler |
| Hudgins Gunn & Dial | Connor S. Houghton |
| 3344 Peachtree Road NE, Suite 2400 | Brian C. Baran |
| Atlanta, GA 30326 | Philip J. Eklem |
| gtoman@wwhgd.com | Naveed S. Hasan |
| | Natalie Griffin |
| Paul D. Clement | Reichman Jorgensen Lehman & Feldberg LLP |
| Andrew C. Lawrence | 1909 K St, NW, Suite 800 |
| Clement & Murphy, PLLC | Washington, DC 20006 |
| 706 Duke Street | |
| Alexandria, VA 22314 | Sarah O. Jorgensen |
| (202) 742-8900 | Reichman Jorgensen Lehman & Feldberg LLP |
| paul.clement@clementmurphy.com | 1201 West Peachtree Street, Suite 2300 |
| andrew.lawrence@clementmurphy.com | Atlanta, GA 30309 |
| | |
| | Taylor Mauze |
| | Reichman Jorgensen Lehman & Feldberg LLP |
| | 901 S. Mopac Expressway, Bldg. 1, Suite 300 |
| | Austin, TX 78746 |
| | |
| | Jaime F. Cardenas-Navia |
| | Khue V. Hoang |
| | Peter T. Mastroianni |
| | Reichman Jorgensen Lehman & Feldberg LLP |
| | 400 Madison Avenue, Suite 14D |
| | New York, NY 10017 |
| | |
| | RJ_densify@reichmanjorgensen.com |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware, Inc.*