IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY) as the successor-in-interest to CIRBA IP INC., <br><br> Plaintiff, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | C.A. No. 19-742-GBW |

## VMWARE'S NOTICE OF RELATED FEDERAL CIRCUIT PROCEEDINGS

VMware, Inc. submits this notice to advise the Court of related proceedings regarding U.S. Patent Nos. 8,209,687 and 9,654,367, which Cirba Inc. (d/b/a Densify, the successor-in-interest to Cirba IP Inc.) has asserted against VMware.

On May 3, 2022, Cirba moved for preliminary injunctive relief.[1]  (D.I. 1238.)  On March 9, 2023, the Court issued a Memorandum Order denying Cirba's motion.  (D.I. 1626.)

On April 7, 2023, Cirba filed an interlocutory appeal to the Federal Circuit from the March 9, 2023 Memorandum Order.  (*See* D.I. 1698 (notice of appeal), D.I. 1742 (notice of docketing of appeal, Case No. 2023-1770).)

On May 30, 2023, the Court entered judgment on the May 1, 2023 jury verdict.  (D.I. 1821.)

On June 6, 2023, VMware moved to dismiss the pending appeal as moot in light of this Court's entry of judgment on the May 1, 2023 jury verdict.  (2023-1770, D.I. 11.)

---

[1] On January 3, 2023, at Cirba's request, the Court severed and stayed Cirba's counterclaims and VMware's defenses as to U.S. Patent Nos. 10,523,492 and 10,951,459 pending resolution of Cirba's appeals from PTAB's Final Written Decisions.  (D.I. 1583.)

On September 27, 2023, the Federal Circuit denied VMware's motion to dismiss Cirba's pending appeal without prejudice to VMware raising its jurisdictional argument in its merits briefing. *See Cirba Inc. v. VMware, Inc.*, No. 2023-1770, D.I. 16 (Fed. Cir. Sep. 27, 2023) (Ex. A). The Federal Circuit also ordered that Cirba's opening brief be due within 30 days, or by October 27, 2023. *Id*. at 4.

Cirba's appeal to the Federal Circuit remains pending. VMware will keep the Court apprised of relevant developments in those proceedings.

Dated: October 13, 2023

*Of Counsel:*

Arturo J. González
Michael A. Jacobs
Richard S. J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
agonzalez@mofo.com
mjacobs@mofo.com
rhung@mofo.com

Bita Rahebi
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
brahebi@mofo.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 13, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Gary J. Toman
Weinberg Wheeler
Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
gtoman@wwhgd.com

Paul D. Clement
Andrew C. Lawrence
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
andrew.lawrence@clementmurphy.com

Courtland L. Reichman
Shawna L. Ballard
Jennifer Estremera
Laura Carwile
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

Christine E. Lehman
Adam Adler
Connor S. Houghton
Brian C. Baran
Philip J. Eklem
Naveed S. Hasan
Natalie Griffin
Reichman Jorgensen Lehman & Feldberg LLP
1909 K St, NW, Suite 800
Washington, DC 20006

Sarah O. Jorgensen
Reichman Jorgensen Lehman & Feldberg LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309

Taylor Mauze
Reichman Jorgensen Lehman & Feldberg LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746

Jaime F. Cardenas-Navia
Khue V. Hoang
Peter T. Mastroianni
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017

RJ_densify@reichmanjorgensen.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware, Inc.*