IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRBA INC. (d/b/a DENSIFY), as the successor-in-interest to CIRBA IP, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> VMWARE LLC, <br><br> *Defendant.* | C.A. No. 19-742-GBW |

**NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL**

Pursuant to District of Delaware Local Rule 83.7, VMware LLC notifies the Court that Fahd H. Patel, previously admitted *pro hac vice* on May 13, 2022 (D.I. 1269) has withdrawn as counsel for VMware LLC in this action. VMware LLC will continue to be represented by the law firms of Young Conaway Stargatt & Taylor, LLP and Morrison & Foerster LLP.

Dated: January 5, 2024

| | |
|---|---|
| OF COUNSEL: <br><br> Arturo J. González <br> agonzalez@mofo.com <br> Michael A. Jacobs <br> mjacobs@mofo.com <br> Richard S.J. Hung <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA 94105 <br> (415) 268-7000 <br><br> Bita Rahebi <br> brahebi@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard <br> Los Angeles, CA 90017 <br> (213) 892-5200 | YOUNG CONAWAY STARGATT & TAYLOR, LLP <br><br> */s/ Robert M. Vrana* <br> Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for VMware LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 5, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Gary J. Toman
Weinberg Wheeler
Hudgins Gunn & Dial
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
gtoman@wwhgd.com

Paul D. Clement
Andrew C. Lawrence
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
andrew.lawrence@clementmurphy.com

Courtland L. Reichman
Shawna L. Ballard
Jennifer Estremera
Laura Carwile
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

Christine E. Lehman
Adam Adler
Connor S. Houghton
Brian C. Baran
Philip J. Eklem
Naveed S. Hasan
Natalie Griffin
Reichman Jorgensen Lehman & Feldberg LLP
1909 K St, NW, Suite 800
Washington, DC 20006

Sarah O. Jorgensen
Reichman Jorgensen Lehman & Feldberg LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309

Taylor Mauze
Reichman Jorgensen Lehman & Feldberg LLP
901 S. Mopac Expressway, Bldg. 1, Suite 300
Austin, TX 78746

Jaime F. Cardenas-Navia
Khue V. Hoang
Peter T. Mastroianni
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017

RJ_densify@reichmanjorgensen.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for VMware LLC*